**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Kevin S. Asfour (SBN 228993)
*kevin.asfour@klgates.com*

1 Congress Street
Boston, MA 02114
Telephone: (617) 261-3100
Jennifer J. Nagle (*pro hac vice*)
*jennifer.nagle@klgates.com*
Robert W. Sparkes III (*pro hac vice*)
*robert.sparkes@klgates.com*
Michael R. Creta (*pro hac vice*)
*michael.creta@klgates.com*

Attorneys for Defendant Amazon.com Services LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated, KAREN SANTOS, individually and on behalf of all others situated,

Plaintiffs,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' CLASS ACTION COMPLAINT**

Date Removed: April 5, 2023
Trial Date: March 28, 2025

Assigned to Hon. Otis D. Wright, II

Defendant Amazon.com Services LLC ("Amazon"), by and through its attorneys, submits its Answer to the Class Action Complaint ("Complaint") brought by Plaintiffs Williene Jackson-Jones and Karen Santos (collectively, "Plaintiffs").

Except as expressly admitted or denied herein, Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations of each and every paragraph of the Complaint. Amazon also expressly denies each and every allegation and statement made in the headings and subheadings in the Complaint, which are reproduced below for reference only and not as admissions of any of the allegations or statements made therein. In response to the numbered allegations of the Complaint, Amazon states as follows:

## NATURE OF THE ACTION

1. Amazon denies that the sale of Calico Critters products is unlawful. The remainder of Paragraph 1 of the Complaint constitutes Plaintiffs' description of this action and their proposed class, to which no response is required. To the extent a response is required, Amazon denies that any proposed class can be certified under Rule 23 of the Federal Rules of Civil Procedure.

2. Amazon denies the allegations in Paragraph 2 of the Complaint.

3. Amazon denies the allegations in Paragraph 3 of the Complaint.

4. The allegations in Paragraph 4 of the Complaint are not directed to Amazon, because Amazon is not responsible for the labeling and marketing of Calico Critters products as "3+." Amazon accordingly lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint. To the extent the allegations in Paragraph 4 of the Complaint are directed to Amazon, Amazon denies those allegations.

5. Amazon denies the allegations contained in the first sentence of Paragraph 5 of the Complaint. As to the remainder of Paragraph 5, Amazon responds that the cited source material speaks for itself as to its content. To the extent a further response

is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint.

6. Amazon denies the allegations in Paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint constitutes Plaintiffs' description of their causes of action and the relief they seek, and therefore no response is required. To the extent a response is required, Amazon denies that the sale of Calico Critters products is illegal and denies that Plaintiffs and/or the proposed class have suffered any harm or are entitled to any relief.

**JURISDICTION AND VENUE**

8. Paragraph 8 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon admits that, based on the allegations set forth in the Complaint and in the Notice of Removal filed by Defendant Epoch Everlasting Play, LLC, the United States District Court for the Central District of California has jurisdiction under 28 U.S.C. § 1332(d). Amazon otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint.

9. Amazon admits only that consumers in California have purchased Calico Critters products from the Amazon.com store. Amazon otherwise denies the allegations in Paragraph 9 of the Complaint. As to any allegations in Paragraph 9 of the Complaint directed to Defendants other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of those allegations.

10. Paragraph 10 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon admits that consumers in California have purchased Calico Critters products from the Amazon.com store. As to any allegations in Paragraph 10 of the Complaint directed to Defendants other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of those allegations. Amazon also lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 10 of the Complaint.

## PARTIES

11. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint.

13. Amazon admits that Defendant Epoch Everlasting Play, LLC is a Delaware limited liability company, having its principal office at 75D Lackawanna Avenue, Parsippany, New Jersey 07054. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 13 of the Complaint.

14. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15. Amazon admits that Defendant Target Corporation is a retail company headquartered in Minnesota and that Defendant Target Corporation sells Calico Critters products. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining characterizations and allegations in Paragraph 15 of the Complaint.

16. Amazon admits the allegations in the first sentence of Paragraph 16 of the Complaint. Amazon further admits that consumer products, among other things, are sold in the Amazon.com store, including Calico Critters products. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 of the Complaint.

## FACTUAL ALLEGATIONS

### A. Defendants' Hazardous Calico Critters Flocked Toys.

17. To the extent that Paragraph 17's reference to "little children" could be interpreted to allege that Calico Critters products are intended for children under three,

Amazon denies the allegation. Amazon otherwise admits the allegations contained in Paragraph 17 of the Complaint.

18. Amazon admits the allegations contained in Paragraph 18 of the Complaint.

19. Amazon admits that some Calico Critters products consist of or include accessories, furniture, and dollhouse playsets. Amazon denies the allegations contained in Paragraph 19 to the extent they suggest that all Calico Critters products contain accessories, furniture, or dollhouse playsets.

**B. Calico Critters Are Intended for Children Under Age 3 as a Matter of Law, Yet They Present a Lethal Choking Hazard.**

20. Amazon denies the allegations contained in Paragraph 20 of the Complaint.

21. Amazon denies the allegations contained in Paragraph 21 of the Complaint.

22. Amazon admits that the Consumer Products Safety Commission has issued regulations, including the regulations cited in Paragraph 22 of the Complaint. To the extent a further response is required, Amazon responds that the cited source and the quoted language speak for themselves as to their content.

23. Amazon admits that the Consumer Products Safety Commission has issued regulations, including the regulations cited in Paragraph 23 of the Complaint. To the extent a further response is required, Amazon responds that the cited source and the quoted language speak for themselves as to their content.

24. Amazon denies the allegations contained in Paragraph 24 of the Complaint.

25. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint.

26. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint.

27. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint.

28. Amazon denies the allegations contained in Paragraph 28 of the Complaint.

29. Amazon denies the allegations contained in Paragraph 29 of the Complaint.

30. Amazon denies the allegations contained in Paragraph 30 of the Complaint.

31. Amazon admits that the Consumer Product Safety Commission has issued various guidelines related to the distribution of toys. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining characterizations and allegations contained in Paragraph 31 of the Complaint.

32. Amazon admits that the Consumer Products Safety Commission has issued an Enforcement Policy & Procedural Guide. To the extent a further response is required, Amazon responds that the cited source and the quoted language speak for themselves as to their content. To the extent a further response is required, Amazon denies the allegations contained in Paragraph 32 of the Complaint.

**C. Epoch Intentionally Marketed the Calico Critters Flocked Toys to Children Under Three Years of Age.**

33. Paragraph 33 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint.

35. Paragraph 35 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required,

Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint.

36. Paragraph 36 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint.

37. Paragraph 37 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint.

38. Paragraph 38 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint.

39. Paragraph 39 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint.

40. Paragraph 40 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint.

41. Paragraph 41 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint.

42. Paragraph 42 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required,

Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint.

43. Paragraph 43 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint.

**D. Target Intentionally Marketed the Calico Critters Flocked Toys to Children Under Three Years of Age.**

44. Paragraph 44 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint.

45. Paragraph 45 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint.

46. Paragraph 46 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint.

47. Paragraph 47 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint.

48. Paragraph 48 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint.

49. Paragraph 49 of the Complaint contains no allegations directed to Amazon, and therefore no response is required. To the extent a response is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint.

**E. History of Choking Events Caused by the Calico Critters Flocked Toys.**

50. Amazon responds that the source cited in Paragraph 50 of the Complaint speaks for itself as to its content. Amazon otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint.

51. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint.

52. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint.

53. Amazon denies the allegations in Paragraph 53 of the Complaint.

54. Amazon responds that the source cited in Paragraph 54 of the Complaint speaks for itself as to its content. Amazon otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint.

**F. Plaintiffs' Purchase of Calico Critters Flocked Toys.**

55. Amazon admits that, based on its records, Plaintiff Jackson-Jones purchased the above-listed Calico Critters products from the Amazon.com store on the alleged dates. Amazon lacks knowledge or information sufficient to form a belief as to whether the products were purchased for Plaintiff Jackson-Jones's granddaughter.

56. Amazon denies the allegations in Paragraph 56 of the Complaint.

57. Amazon denies that Calico Critters products are banned hazardous substances. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57 of the Complaint.

58. Amazon denies the allegations in Paragraph 58 of the Complaint.

59. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint.

60. Amazon denies the allegations in Paragraph 60 of the Complaint.

61. Amazon denies that Calico Critters products are banned hazardous substances. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 61 of the Complaint.

62. Amazon denies the allegations in Paragraph 62 of the Complaint.

63. Amazon denies the allegations in Paragraph 63 of the Complaint.

## CLASS ALLEGATIONS

64. Amazon incorporates its responses and denials to the foregoing allegations in response to Paragraph 64 of the Complaint.

65. Paragraph 65 of the Complaint constitutes Plaintiffs' descriptions of this action and the proposed class, to which no response is required. To the extent a response is required, Amazon denies that the proposed class can be certified under Rule 23 of the Federal Rules of Civil Procedure.

66. Paragraph 66 of the Complaint constitutes Plaintiffs' proposed class definition, to which no response is required. To the extent a response is required, Amazon denies that the proposed class can be certified under Rule 23 of the Federal Rules of Civil Procedure.

67. Paragraph 67 of the Complaint purports to reserve the right of Plaintiffs to modify or refine their proposed class definition, to which no response is required. To the extent a response is required, Amazon denies that the proposed class can be certified under Rule 23 of the Federal Rules of Civil Procedure.

68. Paragraph 68 of the Complaint constitutes Plaintiffs' description of the proposed class, to which no response is required. To the extent a response is required, Amazon denies that the proposed class can be certified under Rule 23 of the Federal Rules of Civil Procedure.

69. Paragraph 69 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 69 of the Complaint.

70. Paragraph 70 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 70 of the Complaint.

71. Paragraph 71 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 71 of the Complaint.

72. Paragraph 72 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 72 of the Complaint.

73. Paragraph 73 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 73 of the Complaint.

74. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 of the Complaint.

75. Paragraph 75 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 75 of the Complaint.

76. Paragraph 76 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 76 of the Complaint.

77. Paragraph 77 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 77 of the Complaint.

## CLAIMS FOR RELIEF

## FIRST CAUSE OF ACTION

### Violations of the Unfair Competition Law -- Unlawful Prong

### California Bus. And Prof. Code § 17200, *et seq.*

### (On Behalf of the Class)

78. Amazon incorporates its responses and denials to the foregoing allegations in response to Paragraph 78 of the Complaint.

79. Amazon denies that it has engaged in any unlawful conduct. The remainder of the allegations in Paragraph 79 of the Complaint constitute Plaintiffs' characterization of their cause of action or are directed at Defendants other than Amazon, to which no response is required. To the extent a response is required, Amazon denies the remaining allegations in Paragraph 79 of the Complaint.

80. Amazon denies the allegations in Paragraph 80 of the Complaint.

81. Amazon denies that it has engaged in any unlawful conduct. The remainder of the allegations in Paragraph 81 of the Complaint constitute legal conclusions or are directed at Defendants other than Amazon, to which no response is required. To the extent a response is required, Amazon denies the remaining allegations in Paragraph 81 of the Complaint.

82. Amazon denies the allegations in the first and fourth sentences of Paragraph 82 of the Complaint, including the allegation that Calico Critters products are banned hazardous substances. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 82 of the Complaint.

83. Amazon denies that it has engaged in any unlawful conduct. The remainder of the allegations in Paragraph 83 of the Complaint constitute Plaintiffs' characterization of the relief sought pursuant to their cause of action, and therefore no response is required. To the extent a response is required, Amazon denies the

remaining allegations contained in Paragraph 83 of the Complaint and denies that Plaintiffs are entitled to any relief from Amazon.

84. Paragraph 84 of the Complaint constitutes Plaintiffs' characterization of the relief sought pursuant to their cause of action, and therefore no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 84 of the Complaint and denies that Plaintiffs are entitled to any relief from Amazon.

85. Amazon denies the allegations contained in Paragraph 85 of the Complaint.

## SECOND CAUSE OF ACTION

**Violations of the Unfair Competition Law -- Unfair Prong**

**California Bus. And Prof. Code § 17200, *et seq.***

**(On Behalf of the Class)**

86. Amazon incorporates its responses and denials to the foregoing allegations in response to Paragraph 86 of the Complaint.

87. Amazon denies that it has engaged in any unlawful or unfair conduct. The remainder of the allegations in Paragraph 87 of the Complaint constitute Plaintiffs' characterization of their cause of action and/or are directed at defendants other than Amazon, to which no response is required. To the extent a response is required, Amazon denies the remaining allegations in Paragraph 87 of the Complaint.

88. Amazon denies the allegations in the first sentence of Paragraph 88 of the Complaint. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 88 of the Complaint.

89. Amazon denies the allegations in Paragraph 89 of the Complaint.

90. Amazon denies the allegations in Paragraph 90 of the Complaint.

91. Amazon denies the allegations in Paragraph 91 of the Complaint.

92. Amazon denies the allegations in Paragraph 92 of the Complaint.

93. Amazon denies the allegations in Paragraph 93 of the Complaint.

94. Paragraph 94 of the Complaint consists of Plaintiffs' characterization of the relief sought pursuant to their cause of action, and therefore no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 94 of the Complaint and denies that Plaintiffs are entitled to any relief from Amazon.

95. Paragraph 95 of the Complaint consists of Plaintiffs' characterization of the relief sought pursuant to their cause of action, to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 95 of the Complaint and denies that Plaintiffs are entitled to any relief from Amazon.

96. Amazon denies the allegations in Paragraph 96 of the Complaint.

**THIRD CAUSE OF ACTION**

**Unjust Enrichment**

**(On Behalf of the Class)**

97. Amazon incorporates its responses and denials to the foregoing allegations in response to Paragraph 97 of the Complaint.

98. Amazon denies the allegations in Paragraph 98 of the Complaint.

99. Amazon denies the allegations in Paragraph 99 of the Complaint.

100. Amazon denies the allegations in Paragraph 100 of the Complaint.

101. Amazon denies the allegations in Paragraph 101 of the Complaint.

102. Amazon denies the allegations in Paragraph 102 of the Complaint.

**PRAYER FOR RELIEF**

Amazon denies that Plaintiffs and/or members of the proposed class are entitled to any relief in this matter, including the relief requested in the Prayer for Relief of the Complaint, and further denies that Plaintiffs' proposed class satisfies the requirements for certification of a class under Rule 23 of the Federal Rules of Civil Procedure.

**JURY DEMAND**

This Paragraph contains Plaintiffs' demand for a jury trial, to which no response is required. To the extent a response is required, Amazon denies that Plaintiffs or the proposed Class are entitled to a trial by jury and further responds that the Parties have jointly agreed to a bench trial. *See* Joint Rule 26(f) Report, Dkt. No. 41, at 6 (July 3, 2023).

**AFFIRMATIVE DEFENSES**

Amazon sets forth below its affirmative defenses. By setting forth these affirmative defenses, Amazon does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs. Nothing stated herein is intended to or shall be construed as an acknowledgment that any particular issue or subject matter is relevant to Plaintiffs' allegations.

**First Affirmative Defense**

Plaintiffs' Complaint fails to state a claim upon which relief may be granted in favor of Plaintiffs and against Amazon. Plaintiffs' claims are premised on the theory that the Calico Critters products at issue violate the CPSC's small parts rule. However, among other deficiencies, the Complaint fails to allege a sufficient factual basis to establish that all Calico Critters products — which is the purported scope of the claims — are intended for children under the age of 3, or contain small parts that would violate the small parts rule. Such facts are necessary for adequately pleading and proving Plaintiffs' causes of action. Further, Ms. Santos does not allege that she purchased any Calico Critters products from Amazon or in the Amazon.com store, and therefore has no claims against Amazon.

**Second Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any damages, actual loss, economic injury, or other injury cognizable under governing law. Plaintiffs have not suffered any bodily harm or property damage due to Defendants' alleged actions. Further, Plaintiffs, or their grandchildren, were

presumably able to use the Calico Critters products they allegedly purchased as intended and derived enjoyment from such use.

**Third Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert their claims and/or to obtain some or all of the relief they seek. That is because, in part, Plaintiffs have not suffered any damages, actual loss, economic injury, or other injury cognizable under governing law. Plaintiffs have not suffered any bodily harm or property damage due to Defendants' alleged actions. Further, Plaintiffs, or their grandchildren, were presumably able to use the Calico Critters products they allegedly purchased as intended and derived enjoyment from such use. Plaintiffs, moreover, do not face an imminent, certainly impending risk of future harm to support their requests for injunctive relief. Further, Ms. Santos does not allege that she purchased any Calico Critters products from Amazon or in the Amazon.com store, and therefore lacks standing to assert claims against or obtain relief from Amazon. Finally, Plaintiffs lack standing to pursue claims based on products that they did not personally purchase.

**Fourth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because any alleged loss, harm, or injury was not a direct and proximate result of Amazon's conduct. Amazon does not manufacture Calico Critters products and is not responsible for the advertisement or marketing of such products. Additionally, while Plaintiffs claim Epoch and Target intentionally marketed Calico Critters to children under three (Compl. ¶¶ 33–49), there are no such allegations directed to Amazon and any such allegations would be implausible because Amazon.com is not used by or targeting children under the age of three.

**Fifth Affirmative Defense**

Plaintiffs' requests for equitable and injunctive relief are barred because Plaintiffs and/or members of the putative class have adequate remedies at law

precluding recovery of equitable relief. Plaintiffs allege that they "have lost money or property as a result of Defendants' actions" (Compl. ¶ 88), but fail to explain why such alleged damages cannot be calculated or would not serve as an adequate remedy. Instead, Plaintiffs claim, in conclusory fashion and without any support, that they "have no adequate remedy at law." Compl. ¶ 96.

**Sixth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the Applicable Law section contained in Amazon's Conditions of Use, dated May 3, 2021, which provides that Washington state law will govern any disputes between consumers and Amazon. To the extent that Plaintiffs purchased Calico Critters products in the Amazon.com store, such purchases are subject to the COUs. The Applicable Law section of the COUs states: "By using any Amazon Service, you agree that applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon." A true and accurate copy of the COUs is attached hereto as Exhibit A. Based on this provision, Plaintiffs' claims against Amazon, both of which are asserted under California state law, fail.

**Seventh Affirmative Defense**

Plaintiffs' claims for monetary relief, including, but not limited to, restitution, are barred, in whole or in part, by the limitations on remedies contained in the Amazon's Conditions of Use dated May 3, 2021 (the "COUs"). To the extent Plaintiffs purchased Calico Critters products in the Amazon.com store, such purchases are subject to the COUs. Among other relevant provisions, the section of the COUs titled "Disclaimer of Warranties and Limitation of Liability" states:

> TO THE FULL EXTENT PERMISSIBLE BY LAW, AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON

> OR OTHERWISE MADE AVAILABLE TO YOU THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

**Eighth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, assumption of the risk, and unclean hands. Plaintiffs admit that the Calico Critters products at issue are marketed towards children over three years old and include a choking hazard warning. Compl. ¶ 30. Plaintiffs also allege that there was a known, public "history" of choking events caused by the Calico Critters Flocked Toys. *See* Compl. ¶¶ 50–54. Nonetheless, according to the Complaint, Plaintiffs still affirmatively chose to buy Calico Critters products and give them to their grandchildren.

**Ninth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because of ratification, agreement, acquiescence, or consent to Amazon's alleged conduct. Plaintiffs admit that the Calico Critters products at issue are marketed towards children over three and include a choking hazard warning. Compl. ¶ 30. Plaintiffs also allege that there was is a known, public "history" of choking events caused by the Calico Critters Flocked Toys. *See* Compl. ¶¶ 50–54. Nonetheless, according to the Complaint, Plaintiffs still affirmatively chose to buy Calico Critters products and give them to their grandchildren.

**Tenth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to mitigate damages. Among other failures to mitigate damages, Plaintiffs did not seek to return or obtain refunds for their alleged purchases of Calico Critters products.

**Eleventh Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged harm was caused by Plaintiffs' own comparative negligence. Plaintiffs admit that the Calico

Critters products at issue are marketed towards children over three and include a choking hazard warning. Compl. ¶ 30. Plaintiffs also allege that there was a known, public "history" of choking events caused by the Calico Critters Flocked Toys. *See* Compl. ¶¶ 50–54. Nonetheless, according to the Complaint, Plaintiffs still affirmatively chose to buy Calico Critters products and give them to their grandchildren.

**Twelfth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by Defendants' good faith reliance on relevant CPSC guidance. For example, in 1993, 2002, and 2020, the CPSC published guides designed to help toy manufacturers determine if their toys were intended for children under three. None of these guides state that flocked toys are automatically considered to be intended for children under three.

**Thirteenth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of preemption to the extent the claims seek to impose standards that differ from and/or are inconsistent with federal law, including the small parts rule as interpreted and enforced by the CPSC.

**Fourteenth Affirmative Defense**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were to prevail on any of their causes of action. Plaintiffs received value from the Calico Critters products they allegedly purchased and would be unjustly enriched by an award of the full purchase price.

**Fifteenth Affirmative Defense**

Plaintiffs' claims seeking restitution of the purchase price of the Calico Critters products they allegedly purchase are barred, in whole or in part, because Plaintiffs received value from the products, and thus restitution of the purchase price would amount to a windfall, and equity may not be invoked to obtain a windfall.

## RESERVATION OF RIGHTS

Amazon reserves the right to raise any additional defenses, affirmative or otherwise, and any counterclaims that may become apparent through discovery in the course of this action. Amazon further reserves all legal defenses that it may have against the putative class and against each member of the putative class.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant Amazon.com Services LLC respectfully requests that the Court:

1. Enter judgment in Amazon's favor on all counts alleged in Plaintiffs' Complaint;

2. Dismiss Plaintiffs' Complaint in its entirety and with prejudice;

3. Order that Plaintiffs' claims do not satisfy Rule 23 of the Federal Rules of Civil Procedure and, thus, cannot be maintained as a class action;

4. Award Amazon its costs and expenses, including attorneys' fees, incurred in this action; and

5. Grant such other and further relief as the Court deems just and proper.

K&L GATES LLP

Dated: December 13, 2023 By: /s/ *Kevin S. Asfour*

Kevin S. Asfour (SBN 228993)

Attorney for Defendant Amazon.com Services LLC