**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

[Additional counsel on signature page.]

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated, KAREN SANTOS, individually and on behalf of all situated,<br><br>Plaintiffs<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-02567-ODW-SK<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 10, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Otis D. Wright II<br>Crtrm.: 5D |

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

**TO THE COURT, ALL PARTIES, ALL INTERESTED PERSONS, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 10, 2024 at 1:30p.m. in the above-entitled Court, before the Honorable Otis D. Wright II, in Courtroom 5D, Fifth Floor of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Williene Jackson-Jones and Karen Santos ("Plaintiffs") on behalf of themselves and all others similarly-situated, by and through their counsel, will and hereby do move for class certification pursuant to Federal Rule of Civil Procedure Rule ("Rule") 23(b)(2) and 23(b)(3).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 3, 2024.

Plaintiffs move this Honorable Court for an Order as follows:

1. That this case is certified to proceed to the merits as a class action pursuant to Fed. R. Civ. P. Rule 23(b)(2) and, alternatively, pursuant to Rule 23(b)(3) on all causes of action set forth in Plaintiffs' Complaint against Defendants Epoch Everlasting Play, LLC ("EEP"), Target Corporation ("Target"), and Amazon.com Services LLC ("Amazon") (collectively, "Defendants") on behalf of the following Class: All persons in the State of California who purchased at least one of the Products, for personal use and not for re-sale, since January 30, 2019. For purposes of this Motion and the proposed class definition, the term "Products" means all Calico Critters flocked toys that were sold with a small part. A list of the Products is attached hereto as Appendix A. Excluded from the Class are Defendants, their officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, successors, assigns, or other persons or entities related to or affiliated with Defendants and/or their officers and directors and/or any of them. Also excluded from the proposed Class are the Court, the Court's immediate family and Court staff.

2. That Plaintiffs Williene Jackson-Jones and Karen Santos ("Plaintiffs") ar appointed as Class Representatives.

| | |
|---|---|
| 1 | 3. That the following attorneys are appointed class counsel pursuant to Fed. |
| 2 | R. Civ. P. Rule 23(g): Gillian L. Wade, Marc A. Castaneda, and Sara D. Avila of the |
| 3 | law firm Milstein, Jackson, Fairchild & Wade, LLP; David Slade of the law firm WH |
| 4 | Law; and, Jack Walker, Justin R. Kaufman, and Philip M. Kovnat of the law firm |
| 5 | Martin Walker. |

3. That the following attorneys are appointed class counsel pursuant to Fed. R. Civ. P. Rule 23(g): Gillian L. Wade, Marc A. Castaneda, and Sara D. Avila of the law firm Milstein, Jackson, Fairchild & Wade, LLP; David Slade of the law firm WH Law; and, Jack Walker, Justin R. Kaufman, and Philip M. Kovnat of the law firm Martin Walker.

This motion is based upon this notice of motion, the concurrently-filed memorandum of points and authorities, decclarations, exhibits, and evidence submitted in support thereof, any written or oral arguments or evidence submitted in connection therewith, all of the papers on file in this action, and upon such further arguments and evidence as may be presented at or after the hearing of this matter.

Date: March 11, 2024

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

By: /s/ GWade

Gillian L. Wade, Esq.
Sara D. Avila, Esq.
Marc A. Castaneda, Esq.

**WH LAW**
David F. Slade (*pro hac vice*)
dslade@wh.law
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114
Telephone: (501)404-2052

**DURHAM, PITTARD & SPALDING, LLP**
Justin R. Kaufman (*pro hac vice*)
jkaufman@dpslawgroup.com
Philip Kovnat (*pro hac vice*)
pkovnat@dpslawgroup.com
505 Cerillos Rd., Ste. A209
Santa Fe, NM 87501
Telephone: (505)986-0600

**MARTIN WALKER**
Jack Walker (*pro hac vice*)
jwalker@martinwalker.com
121 N. Spring Ave.
Tyler, TX 75702
Telephone: (903)526-1600

*Attorneys for Plaintiffs and the Proposed Class*

2
**NOTICE OF MOTION FOR CLASS CERTIFICATION**

| **Item Number and Product Description** |
|---|
| CC1406 Striped Cat Family |
| CC1407 Sandy Cat Twins |
| CC1455 Koala Family |
| CC1460 Kangaroo Family |
| CC1472 Tuxedo Cat Family |
| CC1480 Walnut Squirrel Family |
| CC1481 Hazelnut Chipmunk Twins |
| CC1482 Baby Friends Triplets Plush |
| CC1484 School Friends Set |
| CC1485 School Music Set |
| CC1486 School Lunch Set |
| CC1489 Mango Monkey Family |
| CC1492 Red Panda Family |
| CC1507 Wilder Panda Family |
| CC1509 Bear Family |
| CC1567 Chocolate Rabbit Grandparents |
| CC1571 Ellwoods Elephant Twins |
| CC1642 Hopscotch Rabbit Family |
| CC1643 Chocolate Rabbit Twin |
| CC1693 Silk Cat Family |
| CC1735 Toy Poodle Family |
| CC1737 Toy Poodle Twins |
| CC1791 Baby Tree House |
| CC1792 Baby Castle Playground |
| CC1793 Baby Choo Choo Train |
| CC1794 Maple Cat Family |
| CC1795 Maple Cat Twins |
| CC1799 Baby Ferris Wheel |
| CC1800 Baby Airplane Ride |
| CC1802 Marshmallow Mouse Family |
| CC1803 Woolly Alpaca Family |
| CC1804 Splashy Otter Family |
| CC1806 Marshmallow Mouse Triplets |
| CC1832 Baby Shopping Series |
| CC1840 Nursery Friends Set |

Appendix A

| **Item Number and Product Description** |
|---|
| CC1843 Sweet Raspberry Home |
| CC1845 Baby Party Series |
| CC1865 Persian Cat Family |
| CC1866 Persian Cat Twins |
| CC1867 Persian Cat Triplets |
| CC1873 Baby Camping Series |
| CC1880 Caramel Dog Family |
| CC1882 Playful Starter Furniture Set |
| CC1884 Lakeside Lodge Gift Set |
| CC1886 Adventure Tree House Gift Set |
| CC1887 Baby Ropeway Park |
| CC1888 Baby Hedgehog Hideout |
| CC1890 Baby Outdoor Series |
| CC1900 Baby Windmill Park |
| CC1902 Baby Balloon Playhouse |
| CC1906 Triplets Care Set |
| CC1907 Baby Costume Series |
| CC1911 Hoppin' Easter Set |
| CC1915 Baby Amusement Park |
| CC1916 Baby Star Carousel |
| CC1917 Spooky Surprise House |
| CC1918 Royal Carriage Set |
| CC1919 Baby Magical Party Series |
| CC1923 Hedgehog Family |
| CC1924 Hedgehog Twns |
| CC1939 Midnight Cat Family |
| CC1940 Pookie Panda Family |
| CC1967 Sheep Family |
| CC1968 Sheep Twins |
| CC1969 Goat Family |
| CC1971 Pony's Stylish Hair Salon |
| CC1972 Pony's Hair Stylist Set |
| CC1973 Princess Dress Up Set |
| CC1974 pony friends set |
| CC1975 Party Time Playset Tuxedo Cat Girl |

| **Item Number and Product Description** |
|---|
| CC1976 Husky Family |
| CC1977 Highbranch Giraffe Family |
| CC1978 Tandem Cycling Set |
| CC1979 Husky Twins |
| CC1980 BBQ Picnic Set Elephant Girl |
| CC1981 Cycle and Skate Set Panda Girl |
| CC1983 Weekend Travel Set Snow Rabbit Mother |
| CC1984 Baby Treats Series |
| CC2018 Yellow Labrador Family |
| CC2019 Yellow Labrador Twins |
| CC2024 Baby Fun Hair Series |
| CC2026 Popcorn Delivery Trike |
| CC2027 Trick or Treat Parade |
| CC2028 Chocolate Rabbit Family |
| CC2029 Red Roof Cozy Cottage |
| CC2053 Baby's Toy Box Snow Rabbit & Panda Babies |
| CC2058 Reindeer Family |
| CC2060 Reindeer Twins |
| CC2061 Easter Celebration Set |
| CC2062 Penguin Family |
| CC2063 Penguin Babies Ride N Play |
| CC2067 Adventure Treehouse Gift |
| CC2069 Fennec Fox Family |
| CC2070 Fennec Fox Twins |
| CC2071 Sunny Picnic Set Fennec Fox Sister & Baby |
| CC2072 Baby Fairy Tale Series |
| CC2073 Baby Mermaid Castle |
| CC2074 Floating Cloud Rainbow Train |
| CC2075 Milk Rabbit Family |
| CC2076 Triplets Baby Bath Time |
| CC2077 Royal Princess Set |
| CC2078 Pony's Vanity Dresser Set |
| CC2080 Village Doctor Starter Set |
| CC2081 Happy Christmas Friends |
| CC2082 Baby Seashore Friends Set |

Appendix A

| Item Number and Product Description |
| --- |
| CC2083 Red Roof Country Home Gift Set-Secret Attic Playroom |
| CC2099 Chocolate Rabbit Twin |
| CC2105 Hedgehog Twins |
| CC2131 Yellow Labrador Twins |
| CC2144 Toy Poodle Twins |
| CC2149 Sophie's Love N Care |
| CC2488 Connor and Kerri's New Carriage Ride |
| CC2537 Sophie's Love N Care |
| CC2625 Patty N Paden Double Stroller |
| CC2771 Apple and Jake Ride N Play |
| CC3011 Grand Department Store Gift Set |
| CC3013 Designer Studio |
| CC3022 Dress Up Duo Set |
| CC3023 Violin Concert Set |
| CC3025 Grand Piano Concert Set |
| CC3026 Town Girl Stella Hopscotch |
| CC3027 Town Girl Lulu Silk Cat |
| CC3028 Town Girl Laura Toy Poodle |
| CC3036 Cute Couple Set |
| CC3038 Town Girl Series Marshmallow Mouse |
| CC3042 Elegant Town Manor Gift Set |
| CC3048 Fashion Boutique |
| CC3049 Fashion Play Set Persian Cat |
| CC3050 Fashion Play Set Tuxedo Cat |
| CC3051 Fashion Play Set Sugar Sweet Collection |
| CC3052 Fashion Play Set Shoe Collection |
| CC3053 Fashion Play Set Jewels Gems Collection |
| CC4001 Nursery Chocolate Rabbit Baby Key Chain |
| CC4002 Baby Trio Mascot |
| CC4003 Baby Trio Fruits |
| CC4004 Baby Bride and Groom |
| CC4006 Snuggly Sloth Family |
| CC4007 Mole Family |
| CC4008 Raincoat Babies |
| CC4013 Baby Duo Flowery Garden Friends |

Appendix A

| **Item Number and Product Description** |
| --- |
| CC4015 Colorful Baby Unicorn |
| CC4016 Shiba Dog Family |
| CC4021 Handsome Brothers Set |
| CC4022 Winter Carolers |
| CC4023 French Bulldog Family |
| CC4024 Ice Castle Amusement Park |
| CC4500 Calico Husky Family Pack |
| CF1564 Seaside Cruiser |
| CF1825 Hillcrest Home Gift Set |
| CF1842 Red Roof Tower Home |
| CF1872 Red Roof Grand Mansion Gift Set |
| CF1905 Sky Blue Terrace Gift Set |
| CF1920 Mr. Lion's Winter Sleigh |
| CF1930 Trick or Treat Trio |
| CF1945 Log Cabin Gift Set |
| CF3024 Cello Concert Set |
| 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 Calico Critters Persian Cat Fashion Playset |
| 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 Calico Critters Wilder Panda Twins |
| 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 Calico Critters Hopscotch Grandparents |
| 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 Calico Critters Fluffy Hamster Twins |
| 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 Calico Critters Ellwoods Elephant Family |
| 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 Calico Critters Sweetpea Rabbit Family Playset |
| 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 Gingerbread Playhouse |
| 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 Halloween Playhouse |
| 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 Flower Gifts Playset |
| B00004U322 Calico Critters Beagle Dog Twins |
| B000096M5G Calico Tanner & Tallulah's Nursery Fun Time Sleep N |
| B000096M5L Calico Critters: Dalmatian Dog Twins |
| B00009VE0D Calico Critters Carry and Play House |
| B000227NAG Calico Critters Camryn's Country Boutique |
| B000227NAQ Calico Critters Fisher Cat Family |
| B0007ORYA8 Calico Critters Pigglywink Pig Family |
| B0007ORYBC Calico Critters Deluxe Baby's Nursery Set |
| B0007ORYC6 Calico Critters Margaret and Halley's Dress Shop |
| B000F4I30U Calico Critters in Mini Carrying Case |

Appendix A

| Item Number and Product Description |
| --- |
| B001P8H3II Calico Critters Britney Bunny Ballet Recital |
| B001P8TMMI Calico Critters Furbanks Squirrel Twins |
| B002QB7WPW Calico Critters Caramel Cat Twins |
| B002QBDISW Calico Critters Sugar Bear Twins |
| B0045WTDAC Calico Critters Seaside Camping Set |
| B005OZZEI4 Calico Critters Buckley Deer Family |
| B005P04FVK Calico Critters Tuxedo Cat Triplets |
| B009AWBLDO Calico Critters Melissa and Melody Bath Time Set |
| B009AWEAZU Calico Critters Chocolate Labrador Triplets |
| B009AWRJL2 Calico Critters Chihuahua Twins Set |
| B009XJTQ7M Calico Critters Luxury Townhome Gift Set |
| B087DWS19D Calico Critters Border Collie Family Set |
| B00AMEILGE Calico Critters Border Collie Twins Set |
| B00E4LJC6O Calico Critters Outdoor Sports Fun |
| B00ENQ1Z4M Calico Critters Winter Sports Fun Playset |
| B00HEYGR4S Calico Critters Woodbrook Beaver Family Playset |
| B00KE2C8DQ Calico Critters Lakeside Lodge Gift Set |
| B00NY64BYS Calico Critters Country Nurse Set Playset |
| B00NY6F4MQ Calico Critters Cuddle Bear Family |
| CC1454 Calico Critters Chocolate Labrador Family Doll Set |
| B00NY6OU76 Calico Critters Country Dentist Set Playset |
| B00NY6TPXA Calico Critters Cuddle Bear Twins Doll |
| B00NY6YGPM Calico Critters Country Doctor Playset |
| B0102AC69K Calico Critters Fluffy Hamster Family |
| B01AO2LCXW Calico Critters Seaside Ice Cream Shop |
| B01AYEY354 Calico Critters Seaside Treasure Set |
| B01KIGDW64 Calico Critters Ice Skating Friends |
| B01KIGHOLI Calico Critters Ballerina Friends |
| B01L7F9MJG Calico Critters Ballet Theater |
| B01L7FC9B4 Calico Critters Doughnut Store |
| B01L7FEEEE Calico Critters Dressing Area Set |
| B01L8VY320 Calico Critters Pizza Delivery Set |
| B01L8VY32U Calico Critters Brick Oven Bakery |
| B071HWHGZ9 Calico Critters Cake Decorating Set |
| B071VTPH1V Calico Critters Village Cake Shop |

Appendix A

| **Item Number and Product Description** |
| --- |
| B07Q4R9R7Q Calico Critters Town Girl Series - Miranda Maple Cat |
| B087DSKJ8M Calico Critters Baby Celebration Marching Band Set |
| B087DXGL5P Calico Critters Marguerite Rabbit Family Dolls |
| B087F168HC Calico Critters Sea Breeze Rabbit Family Dolls |
| B087F5XRZV Calico Critters Deluxe Celebration Home Premium Set (Amazon Exclusive) |
| B08TTQ7546 Calico Critters Darling Ducklings Baby Carriage |
| B08V4KW6GF Calico Critters Fairytale Friends |
| B08V4P55J3 Calico Critters Veggie Babies |
| B08V4YWX9D Calico Critters Costume Cuties - Bunny & Puppy |
| B08V51L8B3 Calico Critters Costume Cuties - Kitty & Cub |
| B08V56XD35 Calico Critters Costume Cuties - Bunny & Birdie |
| B08V57HL71 Calico Critters Ice Cream Cuties |
| B08VM2877X Calico Critters Baby Ninja Trio |
| B08VM5M156 Calico Critters Meerkat Family |
| B08VM9Q1TP Calico Critters Friesian Cow Family |
| B09S1FC8HF Calico Critters Country Tree School Gift Set |
| B09S1FCNSF Calico Critters Large House with Carport Gift Set |