# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON−JONES, et al.<br>Plaintiff(s),<br>v.<br>EPOCH EVERLASTING PLAY, LLC, et al.<br>Defendant(s). | CASE NUMBER:<br>2:23−cv−02567−ODW−SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 4/8/2024

Document No.: 71

Title of Document: JOINT STIPULATION TO DISMISS PLAINTIFF KAREN SANTOS AND DEFENDANT TARGET CORPORATION

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Body Text conflicts with Title. Title is dismissing plaintiff Karen Santos and Target Corporation ONLY. Body text reads : "hereby stipulate and agree to dismiss (a) all claims asserted by Plaintiff Karen Santos against all Defendants without prejudice, and (b) all claims asserted by Plaintiff Williene Jackson−Jones against Defendant Target Corporation without prejudice. Accordingly, the Parties stipulate and agree that both Plaintiff Santos and Defendant Target Corporation are dismissed from this action." Therefore a proposed order should have been submitted to dismiss this ONE plaintiff and as to the named defendants

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: April 9, 2024

By: /s/ *Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**