**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02567-ODW-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN BRIEFING DEADLINES AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

# ORDER

This matter comes before the Court on the Parties' Joint Stipulation to Extend Certain Briefing Deadlines and Hearing on Plaintiffs' Motion for Class Certification.

Having read and considered the Joint Stipulation, and for good cause shown, the Court hereby GRANTS the stipulation. The briefing deadlines and hearing on Plaintiffs' Motion for Class Certification shall be adjusted as set forth below:

|  | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline to File Motion for Class Certification | **Filed March 11, 2024** | **Filed March 11, 2024** |
| Deadline to File Opposition to Motion for Class Certification | May 3, 2024 | May 17, 2024 |
| Deadline to File Reply re Motion for Class Certification | May 17, 2024 | June 7, 2024 |
| Hearing on Motion for Class Certification at 1:30 p.m. | Monday, June 10, 2024 at 1:30 p.m. | Monday, June 24, 2024 at 1:30 p.m. |

IT IS SO ORDERED.

DATED: _April 15, 2024

_____
The Honorable Judge Otis D. Wright II
U.S. District Judge