| | |
|---|---|
| **ARNOLD & PORTER**<br>**KAYE SCHOLER LLP**<br>JAMES F. SPEYER (Bar No. 133114)<br>james.speyer@arnoldporter.com<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Tel: 213.243.4000 / Fax: 213.243.4199<br><br>*Attorneys for Defendant*<br>EPOCH EVERLASTING PLAY, LLC<br>(additional counsel listed on signature page)<br><br>**K&L GATES LLP**<br>KEVIN S. ASFOUR (SBN 228993)<br>kevin.asfour@klgates.com<br>10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, CA 90067<br>Tel:  (310) 552-5000<br><br>*Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC<br>(additional counsel listed on signature page) | **WADE KILPELA SLADE LLP**<br>Gillian L. Wade, State Bar No. 229124<br>gwade@waykayslay.com<br>Sara D. Avila, State Bar No. 26321<br>sara@waykayslay.com<br>Marc A. Castaneda, State Bar No. 299001<br>marc@waykayslay.com<br>2450 Colorado Ave., Ste. 100E<br>Santa Monica, CA 90404<br>Tel: (310) 396-9600<br><br>*Attorneys for Plaintiff and the Putative Class*<br>(additional counsel listed on signature page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02567-ODW-SK<br><br>**JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

## STIPULATION

WHEREAS, on November 14, 2023, the Court entered the Scheduling and Case Management Order, which set forth certain discovery, motions, pre-trial and trial deadlines (ECF 44);

WHEREAS, all Parties have been working and continue to work diligently to advance fact and expert discovery in this case pursuant to the Scheduling and Case Management Order, including actively conferring in good faith regarding discovery disputes and ongoing production of documents;

WHEREAS, key witnesses—corporate representatives of Defendant Epoch Everlasting Play, LLC and Defendant Amazon.com Services LLC—are unavailable for depositions until late October or early November due to international business travel, hosting of various business meetings, and other work-related obligations;

WHEREAS, the Parties now seek, for the first time, to extend the remaining case deadlines, as set forth below;

WHEREAS, good cause supports the requested extension, which is driven by witness availability and the Parties' joint and good faith efforts to establish a feasible schedule to accommodate witness availability while completing the remainder of the case schedule as efficiently as possible.  Because key witnesses are unavailable for depositions until late October or early November, the expert report deadline (October 21, 2024) and fact discovery cutoff (November 11, 2024) cannot hold, as the Parties will not have sufficient time to obtain deposition transcripts, process the content, and potentially incorporate that information into reports or seek related discovery. Subsequent deadlines, such as the expert discovery cutoff and the final day to file a dispositive motion, must then shift too, to permit the case to proceed in the appropriate order of events.  As needed, the Parties have also included minor adjustments to the proposed case schedule to account for holidays.  Accordingly, the Parties have conferred and agreed—subject to the Court's approval—to extend the remaining case schedule as set forth below:

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| Expert Reports Due | October 21, 2024 | November 18, 2024 |
| Fact Discovery Cutoff | November 11, 2024 | December 16, 2024 |
| Expert Rebuttals Due | November 11, 2024 | December 16, 2024 |
| Expert Discovery Cutoff | December 16, 2024 | January 20, 2025 |
| Last Day to File Motion for Summary Judgment | December 9, 2024 | February 3, 2025 |
| Last Day to File Other Motions to be Heard | December 16, 2024 | February 3, 2025 |
| Last Day for Settlement Conference | January 6, 2024 | March 3, 2025 |
| Last Day to Have Motion Heard | January 13, 2025 | March 10, 2025 |
| Proposed Pretrial Conference Order, Memoranda and Contentions of Fact and Law, Joint Witness Lists, Joint Exhibit List, and Exhibit Stipulation and Proposed Findings of Fact and Contentions of Law | February 24, 2025 | April 21, 2025 |
| Motions in Limine | February 26, 2025 | April 23, 2025 |
| Final Pre-Trial Conference | March 3, 2025 | April 28, 2025 |
| Oppositions to Motions in Limine | March 5, 2025 | May 2, 2025 |
| Hearing on Motions in Limine | March 17, 2025 | May 12, 2025 |
| Final Trial Exhibit Stipulation Due | March 20, 2025 | May 19, 2025 |
| Bench Trial | March 28, 2025 | May 28, 2025 |

WHEREAS, all Parties have agreed to the requested extensions; and

WHEREAS, no Party will be prejudiced by the requested extensions and this stipulation is not made for the purpose of delay or any other improper purpose.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto—subject to the Court's approval—that the case shall proceed according to the above extended case schedule set forth as the "Proposed Dates." A proposed order reflecting this relief is being filed along with this stipulation.

| | |
|---|---|
| Dated: September 25, 2024 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By: */s/ James F. Speyer* <br> James F. Speyer |
| | Ian S. Hoffman (*pro hac vice*) <br> ian.hoffman@arnoldporter.com <br> 601 Massachusetts Avenue, NW <br> Washington, DC 20001-3743 <br> Telephone: +1 202.942.6406 |
| | Attorneys for Defendant <br> EPOCH EVERLASTING PLAY, LLC |
| Dated: September 25, 2024 | **K&L GATES LLP** |
| | By: */s/ Kevin S. Asfour* <br> Kevin S. Asfour |
| | Jennifer J. Nagle (*pro hac vice*) <br> jennifer.nagle@klgates.com <br> Robert W. Sparkes, III (*pro hac vice*) <br> robert.sparkes@klgates.com <br> Michael R. Creta (*pro hac vice*) <br> michael.creta@klgates.com <br> 1 Congress Street <br> Boston, MA  02114 <br> Telephone:  (617) 261-3100 |
| | Attorneys for Defendant <br> AMAZON.COM SERVICES LLC |
| Dated: September 25, 2024 | **WADE KILPELA SLADE LLP** |
| | By: */s/ Gillian L. Wade* <br> Gillian L. Wade |
| | Sara D. Avila <br> Marc A. Castaneda |
| | **WADE KILPELA SLADE LLP** <br> David F. Slade (*pro hac vice*) <br> dslade@wh.law <br> 1 Riverfront Pl., Ste. 745 <br> North Little Rock, AR 72114 <br> Telephone: (501) 404-2052 |
| | **DURHAM, PITTARD & SPAULDING, LLP** <br> Justin R Kaufman (*pro hac vice*) |

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

jkaufman@dpslawgroup.com
Philip Kovnat (*pro hac vice*)
pkovnat@dpslawgroup.com
505 Cerillos Rd., Ste. A209
Santa Fe, NM 87501
Telephone: (505) 986-0600

**MARTIN WALKER**
Jack Walker (*pro hac vice*)
jwalker@martinwalker.com
121 N. Spring Ave.
Tyler, TX 75702
Telephone: (903) 526-1600

Attorneys for Plaintiff and Putative Class

- 4 -

# ATTESTATION OF CONCURRENCE

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 25, 2024

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ James F. Speyer*
James F. Speyer

Ian S. Hoffman (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406

Attorneys for Defendant
EPOCH EVERLASTING PLAY, LLC