UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No.: 2:23-cv-02567-ODW-SK<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF APPEAL**<br><br>Honorable Otis D. Wright<br>United States District Judge |

The Court, having read and considered the Joint Stipulation to Stay Case Pending Resolution of Appeal and finding good cause therefor, hereby ORDERS that this case is and shall remain STAYED in its entirety—including but not limited to all deadlines in the operative scheduling order, all fact and expert discovery, and all summary judgment and trial proceedings—pending the Ninth Circuit Court of Appeals' resolution of Defendants' appeal of this Court's class certification order pursuant to Federal Rule of Civil Procedure 23(f).

It is further ORDERED that the parties shall submit a joint status report within 14 days of the Ninth Circuit's issuance of the mandate.

Dated: _December 2, 2024

*/s/ Otis D. Wright*

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE