**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 26321
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273

*Attorneys for Plaintiff and the Class*

[Additional Counsel Listed on Signature Block]

**ARNOLD & PORTER KAYE SCHOLER LLP**
James F. Speyer (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000

*Attorneys Defendant Epoch Everlasting Play, LLC*

[Additional Counsel Listed on Signature Block]

**K&L GATES LLP**
Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

*Attorneys for Defendant Amazon.com Services LLC*

[Additional Counsel Listed on Signature Block]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No.: 2:23-cv-02567-ODW-SK<br><br>**JOINT STATUS REPORT RE: CASE STATUS FOLLOWING NINTH CIRCUIT MANDATE**<br><br>The Honorable Otis D. Wright<br>United States District Judge |

Plaintiff Williene Jackson-Jones ("Plaintiff") and Defendants Epoch Everlasting Play, LLC ("Epoch") and Amazon.com Services LLC ("Amazon") (collectively, the "Parties"), by and through their respective counsel, submit this Joint Status Report pursuant to the Court's December 2, 2024, Order (the "Order"). *See* ECF No. 105. The Order directed the Parties to file a joint status report within 14 days of the Ninth Circuit's issuance of its mandate regarding Defendants' Rule 23(f) appeal of this Court's class certification order. *Id.*

## Background

This case is about Calico Critters Flocked Toys (the "Products"). Plaintiff alleges the Products are "banned hazardous substances" under the Federal Hazardous Substances Act ("FHSA"), and that Defendants' sale of those Products violates California's Unfair Competition Law.

On September 5, 2024, this Court certified the following class: "All persons in the state of California who purchased at least one of the Products, for personal use and not for re-sale, since January 30, 2019." ECF No. 92 at 12–13.

On September 19, 2024, Defendants petitioned for permission to appeal under Federal Rule of Civil Procedure 23(f), arguing that the class certification order was manifestly erroneous because: (1) Plaintiff lacks Article III standing to seek injunctive relief, and thus is an inadequate class representative; and (2) Plaintiff's full-refund model does not reliably measure monetary relief on a classwide basis, and thus common issues do not predominate.

On November 19, 2024, the Ninth Circuit granted the petition for permission to appeal (ECF No. 101), and the parties subsequently briefed and argued the appeal.

On December 2, 2024, this Court entered an order staying the case—including all ongoing discovery and all upcoming summary judgment and trial proceedings—pending the outcome of Defendants' appeal.

On August 20, 2025, the Ninth Circuit issued its Memorandum, which "vacate[d] the district court's order granting class certification and remand[ed] for further proceedings." ECF No. 107 at 2. The Ninth Circuit held that Plaintiff lacked Article III standing to seek injunctive relief. *See id*. at 3. It did not address the parties' dispute regarding Plaintiff's full refund model. *See id.* at 3 n.1. The Ninth Circuit issued its Mandate on September 11, 2025, a copy of which is attached hereto as **Exhibit A**.

In light of the Ninth Circuit's Memorandum, Plaintiff intends to file a renewed motion for class certification seeking certification of a Rule 23(b)(3) restitution-only class. Among other things, the Parties dispute whether Plaintiff's lack of Article III standing for injunctive relief also precludes certification of a class seeking only restitution.

Without conceding that a renewed motion for class certification is appropriate or permissible, Defendants have agreed with Plaintiff on the following briefing schedule for that motion:

- Deadline to file Renewed Motion for Class Certification: October 9, 2025;
- Deadline to file Opposition to Renewed Motion for Class Certification: November 10, 2025;
- Deadline to file Reply in Support of Renewed Motion for Class Certification: November 24, 2025;
- Hearing on Renewed Motion for Class Certification: December 22, 2025 at 1:30 p.m.

The Parties agree the current stay of all proceedings should remain in place pending resolution of Plaintiff's forthcoming renewed motion for class certification.

Dated: September 25, 2025

**WADE KILPELA SLADE, LLP**

By: */s/ Gillian L. Wade*

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda

**WADE KILPELA SLADE, LLP**
David F. Slade (*pro hac vice*)
slade@waykayslay.com
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114
Telephone: (501) 417-6445

**DURHAM, PITTARD & SPALDING, LLP**
Justin R. Kaufman (*pro hac vice*)
jkaufman@dpslawgroup.com
Philip Kovnat (*pro hac vice*)
pkovnat@dpslawgroup.com
505 Cerillos Rd., Ste. A209
Santa Fe, NM 87501
Telephone: (505)986-0600

**MARTIN WALKER**
Jack Walker (*pro hac vice*)
jwalker@martinwalker.com
121 N. Spring Ave. Tyler, TX 75702
Telephone: (903)526-1600

*Attorneys for Plaintiff Willien Jackson-Jones and the Class*

| | | |
|---|---|---|
| Dated: September 25, 2025 | | **ARNOLD & PORTER KAYE SCHOLER LLP** |

By: /s/ *James F. Speyer*
James F. Speyer (State Bar No. 133114)

**ARNOLD & PORTER KAYE SCHOLER LLP**
Ian S. Hoffman (*pro hac vice*)
ian.hoffman@arnoldporter.com
William C. Perdue
william.perdue@arnoldporter.com
601 Massachusetts Avenue NW
Washington, DC 20001

Attorneys for Defendants
EPOCH EVERLASTING PLAY, LLC and
TARGET CORPORATION

Dated: September 25, 2025                    **K&L GATES LLP**

By:   /s/ *Kevin S. Asfour*
Kevin S. Asfour
Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
Robert W. Sparkes, III (*pro hac vice*)
robert.sparkes@klgates.com
Michael R. Creta (*pro hac vice*)
michael.creta@klgates.com
One Congress Street
Boston, MA  02114
Telephone: (617) 261-3100

Attorney for Defendant
AMAZON.COM SERVICES LLC

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.