UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIENE JACKSON-JONES,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>EPOCH EVERLASTING PLAY, LLC and AMAZON.COM SERVICES, LLC,<br><br>Defendants - Appellants. | No. 24-7157<br><br>D.C. No.<br>2:23-cv-02567-ODW-SK<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered August 20, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT