UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-02567-ODW (SKx) | Date | September 26, 2025 |
|---|---|---|---|
| Title | *Williene Jackson-Jones v. Epoch Everlasting Play, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**             **In Chambers**

On September 25, 2025, the Court received the September 11, 2025 Mandate of the Ninth Circuit, vacating the Court's Order certifying a class that sought injunctive relief and restitution, and remanding to this Court for further proceedings. (ECF No. 109.) The Court hereby spreads the mandate. The Court's Order Granting Motion for Class Certification, (ECF No. 92), is **VACATED**.

Following the Ninth Circuit's Mandate, the parties filed a Joint Status Report proposing a briefing schedule for Plaintiff's renewed motion for class certification. (Status Report 2, ECF No. 107.) The parties also request that the current stay of proceedings remain in place pending resolution of Plaintiff's forthcoming motion. (*Id.*)

In light of the Ninth Circuit's Memorandum and Mandate, as well as the parties' Status Report, the Court **ORDERS** the following briefing schedule for Plaintiff's renewed motion for class certification:

- Deadline to file Renewed Motion for Class Certification: **October 9, 2025**;
- Deadline to file Opposition to Renewed Motion for Class Certification: **November 10, 2025**;
- Deadline to file Reply in Support of Renewed Motion for Class Certification: **November 24, 2025**;
- Hearing on Renewed Motion for Class Certification: **December 22, 2025, at 1:30 p.m.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-02567-ODW (SKx) | Date | September 26, 2025 |
|---|---|---|---|
| Title | *Williene Jackson-Jones v. Epoch Everlasting Play, LLC et al.* | | |

  The stay that is currently in place shall remain in place pending resolution of Plaintiff's forthcoming renewed motion for class certification. Within fourteen days of the Court's order on the renewed motion for class certification, the parties shall file a joint status report proposing briefing schedules for any anticipated motions and proposing trial and pre-trial dates.

  **IT IS SO ORDERED.**

                           :   00

              Initials of Preparer SE