**EXHIBIT 1**

| Item Number and Product Description | Product Webpage |
|---|---|
| CC1406 Striped Cat Family | https://store.calicocritters.com/meet-the-families/CC1406.html |
| CC1407 Sandy Cat Twins | |
| CC1455 Koala Family | https://store.calicocritters.com/meet-the-families/CC1455.html |
| CC1460 Kangaroo Family | https://store.calicocritters.com/meet-the-families/CC1460.html |
| CC1472 Tuxedo Cat Family | https://store.calicocritters.com/meet-the-families/CC1472.html |
| CC1480 Walnut Squirrel Family | https://store.calicocritters.com/meet-the-families/CC1480.html |
| CC1481 Hazelnut Chipmunk Twins | |
| CC1482 Baby Friends Triplets Plush | https://www.amazon.ca/Calico-Critters-CC1482-Friends-Triplets/dp/B00E4LJC5A/ref=cm_cr_arp_d_product_top?ie=UTF8 |
| CC1484 School Friends Set | https://www.amazon.sg/Calico-Critters-CC1484-School-Set/dp/B018ZTAVNS?th=1 |
| CC1485 School Music Set | https://www.redballoontoystore.com/products/school-music-set |
| CC1486 School Lunch Set | https://www.amazon.com/Calico-Critters-School-Set/dp/B0102ACG4A?th=1 |
| CC1489 Mango Monkey Family | https://www.amazon.com/Calico-Critters-CC1489-Monkey-Family/dp/B01AO3KDZY/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 |
| CC1492 Red Panda Family | https://www.redballoontoystore.com/products/red-panda-family |
| CC1507 Wilder Panda Family | https://www.amazon.ca/Calico-Critters-CC1507-Wilder-Family/dp/B001P8GDNY |
| CC1509 Bear Family | https://store.calicocritters.com/meet-the-families/CC1509.html |
| CC1567 Chocolate Rabbit Grandparents | https://store.calicocritters.com/meet-the-families/CC1567.html |
| CC1571 Ellwoods Elephant Twins | |
| CC1642 Hopscotch Rabbit Family | https://www.redballoontoystore.com/products/hopscotch-rabbit-family |
| CC1643 Chocolate Rabbit Twin | |
| CC1693 Silk Cat Family | https://www.thevillagetoystorebrewster.com/buy/intpcc1693/calico-critter-silk-cat-family |
| CC1735 Toy Poodle Family | https://store.calicocritters.com/meet-the-families/CC1735.html |
| CC1737 Toy Poodle Twins | |
| CC1791 Baby Tree House | https://store.calicocritters.com/life-in-calico-village/play-at-the-baby-nursery/CC1791.html |
| CC1792 Baby Castle Playground | https://store.calicocritters.com/life-in-calico-village/play-at-the-baby-nursery/CC1792.html |
| CC1793 Baby Choo Choo Train | https://store.calicocritters.com/life-in-calico-village/play-at-the-baby-nursery/CC1793.html |
| CC1794 Maple Cat Family | https://store.calicocritters.com/meet-the-families/CC1794.html |
| CC1795 Maple Cat Twins | |
| CC1799 Baby Ferris Wheel | https://store.calicocritters.com/life-in-calico-village/play-at-the-baby-nursery/CC1799.html |
| CC1800 Baby Airplane Ride | https://www.walmart.com/ip/Calico-Critters-Baby-Airplane-Ride-Dollhouse-Playset-with-Figure/914394509 |
| CC1802 Marshmallow Mouse Family | https://store.calicocritters.com/meet-the-families/CC1802.html |
| CC1803 Woolly Alpaca Family | https://www.amazon.ca/Calico-Critters-Woolly-Alpaca-Family/dp/B07MBC8H79 |
| CC1804 Splashy Otter Family | https://www.walmart.com/ip/Calico-Critters-Splashy-Otter-Family-Dolls-Dollhouse-Figures-Collectible-Toys-Multi-CC1804/1645343395 |
| CC1806 Marshmallow Mouse Triplets | https://store.calicocritters.com/meet-the-families/CC1806.html |
| CC1832 Baby Shopping Series | https://www.awesometoys.com/product/calico-critters-baby-collectibles-shopping-series/ |
| CC1840 Nursery Friends Set | https://www.amazon.com/Calico-Critters-Nursery-Friends-Set/dp/B07MDZ9YX2?th=1 |
| CC1843 Sweet Raspberry Home | https://store.calicocritters.com/build-a-dream-home/find-your-home/CC1843.html |
| CC1845 Baby Party Series | https://kiteandkaboodle.com/buy/24306/calico-critters-baby-party-series |
| CC1865 Persian Cat Family | https://store.calicocritters.com/meet-the-families/CC1865.html |
| CC1866 Persian Cat Twins | https://store.calicocritters.com/meet-the-families/CC1866.html |

| | |
|---|---|
| Blue | refers to products found directly on Calico Critters Shop website. |
| Green | refers to products identified by Defendants that are not on the Calico Critters website but were located on other websites with the language "Choking Hazard-Small Parts. Not for children under 3" for the subject products. |
| Red | refers to products that were included in the March 2023 product recall. |

| Item Number and Product Description | Product Webpage |
|---|---|
| CC1867 Persian Cat Triplets | https://store.calicocritters.com/meet-the-families/CC1867.html |
| CC1873 Baby Camping Series | https://tetontoys.com/product/calico-critters-blindbag-baby-camping-series/ |
| CC1880 Caramel Dog Family | https://www.amazon.com/Calico-Critters-Caramel-Dollhouse-Collectible/dp/B0843GZF2Z?th=1 |
| CC1882 Playful Starter Furniture Set | https://store.calicocritters.com/build-a-dream-home/decorate-with-furniture-and-accessories/CC1882.html |
| CC1884 Lakeside Lodge Gift Set | https://store.calicocritters.com/explore-new-places/plan-a-family-trip/CC1884.html |
| CC1886 Adventure Tree House Gift Set | https://store.calicocritters.com/explore-new-places/plan-a-family-trip/CC1886.html |
| CC1887 Baby Ropeway Park | https://store.calicocritters.com/explore-new-places/plan-a-family-trip/CC1887.html |
| CC1888 Baby Hedgehog Hideout | https://store.calicocritters.com/explore-new-places/plan-a-family-trip/CC1888.html |
| CC1890 Baby Outdoor Series | https://www.walmart.com/ip/Calico-Critters-Blind-Bags-Baby-Outdoor-Series/276922016 |
| CC1900 Baby Windmill Park | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC1900.html |
| CC1902 Baby Balloon Playhouse | https://www.redballoontoystore.com/products/baby-balloon-playhouse |
| CC1906 Triplets Care Set | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1906.html |
| CC1907 Baby Costume Series | https://www.rainbowresource.com/001507.html |
| CC1911 Hoppin' Easter Set | https://www.redballoontoystore.com/products/hoppin-easter-set-4 |
| CC1915 Baby Amusement Park | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC1915.html |
| CC1916 Baby Star Carousel | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC1916.html |
| CC1917 Spooky Surprise House | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC1917.html |
| CC1918 Royal Carriage Set | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC1918.html |
| CC1919 Baby Magical Party Series | https://www.amazon.com/Calico-Critters-Surprise-Including-Accessory/dp/B0B527J1RT?th=1 |
| CC1923 Hedgehog Family | https://store.calicocritters.com/meet-the-families/CC1923.html |
| CC1924 Hedgehog Twins | |
| CC1939 Midnight Cat Family | https://store.calicocritters.com/meet-the-families/CC1939.html |
| CC1940 Pookie Panda Family | https://store.calicocritters.com/meet-the-families/CC1940.html |
| CC1967 Sheep Family | https://store.calicocritters.com/meet-the-families/CC1967.html |
| CC1968 Sheep Twins | https://store.calicocritters.com/meet-the-families/CC1968.html |
| CC1969 Goat Family | https://store.calicocritters.com/meet-the-families/CC1969.html |
| CC1971 Pony's Stylish Hair Salon | https://store.calicocritters.com/life-in-calico-village/visit-the-hair-salon/CC1971.html |
| CC1972 Pony's Hair Stylist Set | https://store.calicocritters.com/life-in-calico-village/visit-the-hair-salon/CC1972.html |
| CC1973 Princess Dress Up Set | https://store.calicocritters.com/life-in-calico-village/visit-the-hair-salon/CC1973.html |
| CC1974 Pony Friends Set | https://store.calicocritters.com/life-in-calico-village/visit-the-hair-salon/CC1974.html |
| CC1975 Party Time Playset Tuxedo Cat Girl | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1975.html |
| CC1976 Husky Family | https://store.calicocritters.com/meet-the-families/CC1976.html |
| CC1977 Highbranch Giraffe Family | https://store.calicocritters.com/meet-the-families/CC1977.html |
| CC1978 Tandem Cycling Set | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1978.html |

| Item Number and Product Description | Product Webpage |
|---|---|
| CC1979 Husky Twins | https://store.calicocritters.com/meet-the-families/CC1979.html |
| CC1980 BBQ Picnic Set Elephant Girl | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1980.html |
| CC1981 Cycle and Skate Set Panda Girl | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1981.html |
| CC1983 Weekend Travel Set Snow Rabbit Mother | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC1983.html |
| CC1984 Baby Treats Series | https://www.amazon.com/Calico-Critters-Surprise-Including-Accessory/dp/B09LZ7V6CQ?th=1 |
| CC2018 Yellow Labrador Family | https://www.thevillagetoystorebrewster.com/buy/intpcc2018/calico-critter-yellow-labrador-family |
| CC2019 Yellow Labrador Twins | |
| CC2024 Baby Fun Hair Series | https://luckyducktoys.com/buy/20470/calico-baby-fun-hair-series |
| CC2026 Popcorn Delivery Trike | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC2026.html |
| CC2027 Trick or Treat Parade | https://www.amazon.com/Calico-Critters-Halloween-Collectible-Accessories/dp/B09LZ7SVPY?th=1 |
| CC2028 Chocolate Rabbit Family | https://store.calicocritters.com/meet-the-families/CC2028.html |
| CC2029 Red Roof Cozy Cottage | https://store.calicocritters.com/build-a-dream-home/find-your-home/CC2029.html |
| CC2053 Baby's Toy Box Snow Rabbit & Panda Babies | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC2053.html |
| CC2058 Reindeer Family | https://store.calicocritters.com/meet-the-families/CC2058.html |
| CC2060 Reindeer Twins | https://store.calicocritters.com/meet-the-families/CC2060.html |
| CC2061 Easter Celebration Set | https://store.calicocritters.com/seasonal-celebrations/CC2061.html |
| CC2062 Penguin Family | https://store.calicocritters.com/meet-the-families/CC2062.html |
| CC2063 Penguin Babies Ride N Play | https://store.calicocritters.com/meet-the-families/CC2063.html |
| CC2067 Adventure Treehouse Gift | |
| CC2069 Fennec Fox Family | https://store.calicocritters.com/meet-the-families/CC2069.html |
| CC2070 Fennec Fox Twins | https://store.calicocritters.com/meet-the-families/CC2070.html |
| CC2071 Sunny Picnic Set Fennec Fox Sister & Baby | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC2071.html |
| CC2072 Baby Fairy Tale Series | https://www.rainbowresource.com/041507.html |
| CC2073 Baby Mermaid Castle | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC2073.html |
| CC2074 Floating Cloud Rainbow Train | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC2074.html |
| CC2075 Milk Rabbit Family | https://store.calicocritters.com/meet-the-families/CC2075.html |
| CC2076 Triplets Baby Bath Time | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC2076.html |
| CC2077 Royal Princess Set | https://store.calicocritters.com/explore-new-places/have-fun-at-the-amusement-park/CC2077.html |
| CC2078 Pony's Vanity Dresser Set | https://store.calicocritters.com/life-in-calico-village/visit-the-hair-salon/CC2078.html |
| CC2080 Village Doctor Starter Set | https://store.calicocritters.com/build-a-dream-home/decorate-with-furniture-and-accessories/CC2080.html |
| CC2081 Happy Christmas Friends | https://store.calicocritters.com/seasonal-celebrations/CC2081.html |
| CC2082 Baby Seashore Friends Set | https://www.barnesandnoble.com/w/calico-critters-baby-sea-friends-series-blind-bags-surprise-set-including-doll-figure-and-accessory-epoch-everlasting-play/1143075770 |
| CC2083 Red Roof Country Home Gift Set-Secret Attic Playroom | https://store.calicocritters.com/build-a-dream-home/find-your-home/CC2083.html |
| CC2099 Chocolate Rabbit Twin | https://store.calicocritters.com/meet-the-families/CC2099.html |
| CC2105 Hedgehog Twins | https://store.calicocritters.com/meet-the-families/CC2105.html |

| Item Number and Product Description | Product Webpage |
|---|---|
| CC2131 Yellow Labrador Twins | https://store.calicocritters.com/meet-the-families/CC2131.html |
| CC2144 Toy Poodle Twins | https://store.calicocritters.com/meet-the-families/CC2144.html |
| CC2149 Sophie's Love N Care | https://www.walmart.com/ip/Calico-Critters-Sophie-s-Love-n-Care-Dollhouse-Playset-with-Figure-and-Accessories/2699921856 |
| CC2488 Connor and Kerri's New Carriage Ride | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC2488.html |
| CC2537 Sophie's Love N Care | |
| CC2625 Patty N Paden Double Stroller | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC2625.html |
| CC2771 Apple and Jake Ride N Play | https://www.walmart.com/ip/Calico-Critters-Apple-N-Jake-s-Ride-N-Play-Dollhouse-Playset-with-Figures-and-Accessories/47905558 |
| CC3011 Grand Department Store Gift Set | https://store.calicocritters.com/life-in-calico-village/go-shopping/CC3011.html |
| CC3013 Designer Studio | https://www.walmart.com/ip/Calico-Critters-Town-Series-Designers-Studio-Fashion-Dollhouse-Playset-with-Figure-Furniture-and-Accessories/916190988 |
| CC3022 Dress Up Duo Set | https://www.blueturtletoystore.com/buy/210000005306/calico-critters-dress-up-duo-set |
| CC3023 Violin Concert Set | https://www.barnesandnoble.com/w/calico-critters-violin-concert-set-epoch-everlasting-play-llc/1129367605 |
| CC3025 Grand Piano Concert Set | https://www.barnesandnoble.com/w/calico-critters-grand-piano-concert-set-epoch-everlasting-play-llc/1129367610 |
| CC3026 Town Girl Stella Hopscotch | https://www.islandtreasuretoys.com/product/town-girl-stella-hopscot-calico/?v=40f9d8362b89 |
| CC3027 Town Girl Lulu Silk Cat | https://www.rainbowresource.com/036315.html |
| CC3028 Town Girl Laura Toy Poodle | https://www.redballoontoystore.com/products/town-girl-series-laura-toy-poodle |
| CC3036 Cute Couple Set | https://store.calicocritters.com/meet-the-families/CC3036.html |
| CC3038 Town Girl Series Marshmallow Mouse | https://store.calicocritters.com/meet-the-families/CC3038.html |
| CC3042 Elegant Town Manor Gift Set | https://store.calicocritters.com/build-a-dream-home/find-your-home/CC3042.html |
| CC3048 Fashion Boutique | https://www.redballoontoystore.com/products/fashion-boutique |
| CC3049 Fashion Play Set Persian Cat | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC3049.html |
| CC3050 Fashion Play Set Tuxedo Cat | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC3050.html |
| CC3051 Fashion Play Set Sugar Sweet Collection | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC3051.html |
| CC3052 Fashion Play Set Shoe Collection | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC3052.html |
| CC3053 Fashion Play Set Jewels Gems Collection | https://store.calicocritters.com/life-in-calico-village/live-and-play-together/CC3053.html |
| CC4001 Nursery Chocolate Rabbit Baby Key Chain | https://store.calicocritters.com/limited-edition/CC4001.html |
| CC4002 Baby Trio Mascot | https://store.calicocritters.com/limited-edition/CC4002.html |
| CC4003 Baby Trio Fruits | https://store.calicocritters.com/limited-edition/CC4003.html |
| CC4004 Baby Bride and Groom | https://store.calicocritters.com/limited-edition/CC4004.html |
| CC4006 Snuggly Sloth Family | https://store.calicocritters.com/limited-edition/CC4006.html |
| CC4007 Mole Family | https://store.calicocritters.com/limited-edition/CC4007.html |
| CC4008 Raincoat Babies | https://store.calicocritters.com/limited-edition/CC4008.html |
| CC4013 Baby Duo Flowery Garden Friends | https://store.calicocritters.com/limited-edition/CC4013.html |
| CC4015 Colorful Baby Unicorn | https://store.calicocritters.com/limited-edition/CC4015.html |
| CC4016 Shiba Dog Family | https://store.calicocritters.com/limited-edition/CC4016.html |
| CC4021 Handsome Brothers Set | https://store.calicocritters.com/limited-edition/CC4021.html |
| CC4022 Winter Carolers | https://store.calicocritters.com/limited-edition/CC4022.html |
| CC4023 French Bulldog Family | https://store.calicocritters.com/limited-edition/CC4023.html |
| CC4024 Ice Castle Amusement Park | https://store.calicocritters.com/limited-edition/CC4024.html |

| Item Number and Product Description | Product Webpage |
|---|---|
| CC4500 Calico Husky Family Pack | https://store.calicocritters.com/meet-the-families/CC4500.html |
| CF1564 Seaside Cruiser | https://www.worthpoint.com/worthopedia/calico-critters-seaside-cruiser-3781469576 |
| CF1825 Hillcrest Home Gift Set | https://www.target.com/p/calico-critters-hillcrest-home-gift-set-dollhouse-playset-with-figures-furniture-and-accessories/-/A-89155239 |
| CF1842 Red Roof Tower Home | https://store.calicocritters.com/build-a-dream-home/find-your-home/CF1842.html |
| CF1872 Red Roof Grand Mansion Gift Set | https://store.calicocritters.com/build-a-dream-home/find-your-home/CF1872.html |
| CF1905 Sky Blue Terrace Gift Set | https://www.amazon.com/Calico-Critters-Dollhouse-Furniture-Accessories/dp/B08QHHGFQ4 |
| CF1920 Mr. Lion's Winter Sleigh | https://www.amazon.com/Calico-Critters-Seasonal-Collectible-Accessories/dp/B08V487DJJ |
| CF1930 Trick or Treat Trio | https://www.walmart.com/ip/Calico-Critters-CF1930-Trick-or-Treat-Trio-NEW/293039315 |
| CF1945 Log Cabin Gift Set | https://www.barnesandnoble.com/w/calico-critters-log-cabin-gift-set-dollhouse-playset-with-4-collectible-figures-furniture-and-accessories-epoch-everlasting-play/1141638568 |
| CF3024 Cello Concert Set | https://www.walmart.ca/en/ip/Calico-Critters-CF3024-Town-Series-Cello-Concert-Set/PRD62PLR7HPL9SY |
| 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 Calico Critters Persian Cat Fashion Playset | https://www.target.com/p/calico-critters-persian-cat-fashion-playset/-/A-84721377#lnk=sametab |
| 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 Calico Critters Wilder Panda Twins | |
| 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 Calico Critters Hopscotch Grandparents | https://www.target.com/p/calico-critters-hopscotch-grandparents/-/A-51372471 |
| 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 Calico Critters Fluffy Hamster Twins | |
| 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 Calico Critters Ellwoods Elephant Family | https://www.walmart.com/ip/Calico-Critters-Ellwoods-Elephant-Family-Set-of-4-Collectible-Doll-Figures/51571566 |
| 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 Calico Critters Sweetpea Rabbit Family Playset | https://www.islandtreasuretoys.com/product/sweetpea-rabbit-family-cc1545/?v=40f9d8362b89 |
| 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 Gingerbread Playhouse | https://www.walmart.com/ip/Gingerbread-Playhouse/311524654 |
| 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 Halloween Playhouse | https://www.walmart.com/ip/Calico-Critters-Halloween-Playhouse/401173225 |
| 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 Flower Gifts Playset | https://www.walmart.com/ip/Calico-Critters-Town-Series-Flower-Gifts-Playset-Dollhouse-Playset-with-Figure-and-Accessories/441395289 |
| B00004U322 Calico Critters Beagle Dog Twins | https://store.kobeejapan.net/products/1010823 |
| B000096M5G Calico Tanner & Tallulah's Nursery Fun Time Sleep N Play | https://www.amazon.co.jp/-/en/CC2261/dp/B000096M5G |
| B000096M5L Calico Critters: Dalmatian Dog Twins | https://teddybearsandfriends.com/product/sylvanian-families-calico-critters-the-dalmatian-dog-twins-baby-brother-mark-baby-sister-speckles-mib/ |
| B00009VE0D Calico Critters Carry and Play House | https://www.walmart.com/ip/Calico-Critters-Carry-and-Play-House/37463097 |
| B000227NAG Calico Critters Camryn's Country Boutique | https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125 |
| B000227NAQ Calico Critters Fisher Cat Family | https://www.amazon.sg/Calico-Critters-Fisher-Cat-Family/dp/B000227NAQ |
| B0007ORYA8 Calico Critters Pigglywink Pig Family | https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852 |
| B0007ORYBC Calico Critters Deluxe Baby's Nursery Set | https://www.groupon.com/deals/gg-mp-calico-critters-deluxe-baby-s-nursery-set |
| B0007ORYC6 Calico Critters Margaret and Halley's Dress Shop | https://www.etsy.com/listing/1335141803/calico-critters-margaret-and-halleys |
| B000F4I30U Calico Critters in Mini Carrying Case | https://www.thetoystoreonline.com/mini-carry-case-calico-critter.html |
| B001P8H3II Calico Critters Britney Bunny Ballet Recital | https://www.ebay.com/itm/145257067926 |
| B001P8TMMI Calico Critters Furbanks Squirrel Twins | https://www.ebay.com/itm/284272077321 |
| B002QB7WPW Calico Critters Caramel Cat Twins | https://www.etsy.com/listing/1261060732/calico-critters-caramel-cat-twins-cc2012 |
| B002QBDISW Calico Critters Sugar Bear Twins | https://www.ebay.com/itm/193554005510 |
| B0045WTDAC Calico Critters Seaside Camping Set | https://birdinhand.com/products/calico-critters-seaside-camping-set |

| Item Number and Product Description | Product Webpage |
|---|---|
| B005OZZEI4 Calico Critters Buckley Deer Family | https://www.walmart.com/ip/Calico-Critters-Buckley-Deer-Family/37463130 |
| B005P04FVK Calico Critters Tuxedo Cat Triplets | https://www.walmart.com/ip/Calico-Critters-Tuxedo-Cat-Triplets-Set-of-3-Collectible-Doll-Figures/51571577 |
| B009AWBLDO Calico Critters Melissa and Melody Bath Time Set | https://www.ebay.com/p/710171091 |
| B009AWEAZU Calico Critters Chocolate Labrador Triplets | https://www.walmart.com/ip/Calico-Critters-Chocolate-Labrador-Triplets/37514251 |
| B009AWRJL2 Calico Critters Chihuahua Twins Set | https://www.ebay.com/itm/315163626725?chn=ps&_trkparms=ispr%3D1&amdata=enc%3A1s70fuD2cRNiBQ_DEwvpgeA65&norover=1&mkevt=1&mkrid=711-117182-37290-0&mkcid=2&mkscid=101&itemid=315163626725&targetid=1585159290171&device=c&mktype=pla&googleloc=9007527&poi=&campaignid=19894961968&mkgroupid=148855406073&rlsatarget=pla-1585159290171&abcId=9307911&merchantid=138167839&gad_source=1&gclid=EAIaIQobChMIytS607TohAMVuS2tBh3wRQ6fEAkYByABEgIi2fD_BwE |
| B009XJTQ7M Calico Critters Luxury Townhome Gift Set | https://www.walmart.com/ip/Calico-Critters-Luxury-Townhome-Gift-Set/47905559 |
| B087DWS19D Calico Critters Border Collie Family Set | https://www.walmart.com/ip/Calico-Critters-Border-Collie-Family-Set/102106130 |
| B00AMEILGE Calico Critters Border Collie Twins Set | https://www.desertcart.com.om/products/14027056-calico-critters-border-collie-twins-set |
| B00E4LJC6O Calico Critters Outdoor Sports Fun | https://www.walmart.com/ip/Calico-Critters-Outdoor-Sports-Fun/40719095 |
| B00ENQ1Z4M Calico Critters Winter Sports Fun Playset | https://www.ebay.com/itm/315068118128?chn=ps&mkevt=1&mkcid=28 |
| B00HEYGR4S Calico Critters Woodbrook Beaver Family Playset | https://www.ebay.com/itm/203708389036 |
| B00KE2C8DQ Calico Critters Lakeside Lodge Gift Set | https://store.calicocritters.com/explore-new-places/plan-a-family-trip/CC1884.html |
| B00NY64BYS Calico Critters Country Nurse Set Playset | https://www.walmart.com/ip/Calico-Critters-Country-Nurse-Set/425551856 |
| B00NY6F4MQ Calico Critters Cuddle Bear Family | https://www.amazon.com/Calico-Critters-35297-Forest-Families/dp/B00NY6F4MQ?th=1 |
| CC1454 Calico Critters Chocolate Labrador Family Doll Set | https://www.amazon.com/Calico-Critters-CC1454-Chocolate-Labrador/dp/B00NY6ICAC/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 |
| B00NY6OU76 Calico Critters Country Dentist Set Playset | https://www.amazon.sg/Calico-Critters-Country-Dentist-Playset/dp/B00NY6OU76 |
| B00NY6TPXA Calico Critters Cuddle Bear Twins Doll | https://www.ebay.com/itm/154357482459 |
| B00NY6YGPM Calico Critters Country Doctor Playset | https://thetoymaven.com/products/calico-critters-country-doctor-gift-set |
| B0102AC69K Calico Critters Fluffy Hamster Family | https://www.walmart.com/ip/Calico-Critters-Fluffy-Hamster-Family-ages-3-up/51571593 |
| B01AO2LCXW Calico Critters Seaside Ice Cream Shop | https://www.walmart.com/ip/Calico-Critters-Seaside-Ice-Cream-Shop/51571597 |
| B01AYEY354 Calico Critters Seaside Treasure Set | https://www.walmart.com/ip/Calico-Critters-Seaside-Treasure-Set/51571601 |
| B01KIGDW64 Calico Critters Ice Skating Friends | https://www.amazon.com/Calico-Critters-Ice-Skating-Friends/dp/B01KIGDW64 |
| B01KIGHOLI Calico Critters Ballerina Friends | https://www.walmart.com/ip/Calico-Critters-Ballerina-Friends-Rebecca-Sweetpea-Rabbit-and-Nora-Persian-Cat/55093560 |
| B01L7F9MJG Calico Critters Ballet Theater | https://www.walmart.com/ip/Calico-Critters-Ballet-Theater-with-Bell-Hopscotch-Rabbit/55093565 |
| B01L7FC9B4 Calico Critters Doughnut Store | https://www.walmart.com/ip/Calico-Critters-Doughnut-Store/55093561 |
| B01L7FEEEE Calico Critters Dressing Area Set | https://www.amazon.com/Calico-Critters-Dressing-Area-Set/dp/B01L7FEEEE |
| B01L8VY320 Calico Critters Pizza Delivery Set | https://www.walmart.com/ip/Calico-Critters-Pizza-Delivery-Set/55093556 |
| B01L8VY32U Calico Critters Brick Oven Bakery | https://www.walmart.com/ip/Calico-Critters-Brick-Oven-Bakery-with-Heloise-Pickleweeds-Hedgehog/55093555 |
| B071HWHGZ9 Calico Critters Cake Decorating Set | https://www.walmart.com/ip/Calico-Critters-Cake-Decorating-Set/56162884 |
| B071VTPH1V Calico Critters Village Cake Shop | https://tetontoys.com/product/calico-critters-village-cake-shop/ |

| Item Number and Product Description | Product Webpage |
|---|---|
| B07Q4R9R7Q Calico Critters Town Girl Series - Miranda Maple Cat | https://www.walmart.com/ip/Calico-Critters-Town-Girl-Series-Miranda-Maple-Cat/673717841 |
| B087DSKJ8M Calico Critters Baby Celebration Marching Band Set | https://www.ebay.com/itm/185875743051 |
| B087DXGL5P Calico Critters Marguerite Rabbit Family Dolls | https://ja.aliexpress.com/item/1005006136488716.html?src=google&aff_fcid=4c931ed0ad0b4f46aa0e68c0c8b485c1-1710032632049-08686-UneMJZVf&aff_fsk=UneMJZVf&aff_platform=aaf&sk=UneMJZVf&aff_trace_key=4c931ed0ad0b4f46aa0e68c0c8b485c1-1710032632049-08686-UneMJZVf&terminal_id=c940a35767a1490aadef4f7404632fd5&afSmartRedirect=y |
| B087F168HC Calico Critters Sea Breeze Rabbit Family Dolls | https://www.ebay.com/itm/325845633823?chn=ps&_trkparms=ispr%3D1&amdata=enc%3A1jHYCQ_VfRQC5IefeSx7xDQ79&norover=1&mkevt=1&mkrid=711-117182-37290-0&mkcid=2&mkscid=101&itemid=325845633823&targetid=1585159290651&device=c&mktype=pla&googleloc=9007527&poi=&campaignid=19894961968&mkgroupid=148855406073&rlsatarget=pla-1585159290651&abcId=9307911&merchantid=6296724&gad_source=1&gclid=EAIaIQobChMI8YH708DohAMVtjbUAR0ZXQgEEAQYAiABEgIRgPD_BwE |
| B087F5XRZV Calico Critters Deluxe Celebration Home Premium Set (Amazon Exclusive) | https://www.amazon.com/Calico-Critters-Celebration-Collectible-Anniversary/dp/B087F5XRZV?ref_=ast_sto_dp |
| B08TTQ7546 Calico Critters Darling Ducklings Baby Carriage | https://www.etsy.com/listing/1252326467/calico-critters-darling-ducklings-baby?show_sold_out_detail=1&ref=nla_listing_details |
| B08V4KW6GF Calico Critters Fairytale Friends | https://us.amazon.com/Calico-Critters-Fairytale-Collectible-Accessories/dp/B08V4KW6GF |
| B08V4P55J3 Calico Critters Veggie Babies | https://www.amazon.com/Calico-Critters-Limited-Collectible-Accessories/dp/B08V4P55J3 |
| B08V4YWX9D Calico Critters Costume Cuties - Bunny & Puppy | https://www.walmart.com/ip/Calico-Critters-Costume-Cuties-Bunny-Puppy-Limited-Edition-Playset-with-2-Collectible-Figures-and-Costume-Accessories/564331904 |
| B08V51L8B3 Calico Critters Costume Cuties - Kitty & Cub | https://www.walmart.com/ip/Calico-Critters-Costume-Cuties-Kitty-Cub-Limited-Edition-Playset-with-2-Collectible-Figures-and-Costume-Accessories/742426744 |
| B08V56XD35 Calico Critters Costume Cuties - Bunny & Birdie | https://www.walmart.com/ip/Calico-Critters-Costume-Cuties-Bunny-Birdie-Limited-Edition-Playset-With-2-Collectible-Figures-And-Costume-Accessories/250554032 |
| B08V57HL71 Calico Critters Ice Cream Cuties | https://www.barnesandnoble.com/w/calico-critters-ice-cream-cuties-limited-edition-playset-with-3-collectible-figures-and-costume-accessories-epoch-everlasting-play/1139117068 |
| B08VM2877X Calico Critters Baby Ninja Trio | https://www.ebay.com/itm/194314518331 |
| B08VM5M156 Calico Critters Meerkat Family | https://www.ebay.com/itm/194604159262?chn=ps&norover=1&mkevt=1&mkrid=711-117182-37290-0&mkcid=2&mkscid=101&itemid=194604159262&targetid=1493661231071&device=c&mktype=pla&googleloc=9007527&poi=&campaignid=19851828444&mkgroupid=145880009014&rlsatarget=pla-1493661231071&abcId=9307249&merchantid=5308807265&gad_source=1&gclid=EAIaIQobChMIp42A7sLohAMVZW5_AB1CDAtXEAYYASABEgI-UvD_BwE |
| B08VM9Q1TP Calico Critters Friesian Cow Family | https://us.amazon.com/Calico-Critters-Friesian-Limited-Collectible/dp/B08VM9Q1TP |
| B09S1FC8HF Calico Critters Country Tree School Gift Set | https://store.calicocritters.com/life-in-calico-village/learn-at-the-country-tree-school/CC2924.html |
| B09S1FCNSF Calico Critters Large House with Carport Gift Set | https://www.amazon.com/Calico-Critters-Dollhouse-Collectible-Accessories/dp/B09S1FCNSF |