# EXHIBIT 2

FREE STANDARD SHIPPING WITH ORDERS OVER $50

 🛍 0

Search (Keywords,Etc) 🔍

Home / Meet the Families

# Striped Cat Family

Age 3+

 4.9 (43)

Item No. CC1406

  

## $29.99

**Quantity**

| 1 |

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Sandra, father Simon, sister Sabrina, and brother Shane.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Sandra and Simon measure approximately 3 inches tall and brother and sister Sabrina and Shane measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Father, Simon is very athletic and plays all different kinds of sports. He teaches critter children how to swim during the week. Mother, Sandra is a famous artist and loves making beautiful paintings of the sea. Sister, Sabrina likes to be outside and stay active. Brother, Shane likes learning about new places and trying new things.

## Reviews

★★★★★ 4.9 | 43 Reviews

37 out of 37 (100%) reviewers recommend this product

| Search topics and reviews 🔍 | **43** Reviews | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 39 |
| 4 ★ | | 4 |
| 3 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)



Home  /  Meet the Families

# Koala Family

Age 3+

 4.9 (29)                                     Item No. CC1455



**$26.99**

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Sheila, father Bruce, sister Adelaide, and baby sister Julie
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Sheila and Bruce measure approximately 3 inches tall, sister Adelaide measures approximately 2.25 inches tall and baby Julie measures approximately 1.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Mother, Sheila owns her own eco-friendly shop. She sells everything from organic lotions to tote bags made out of 100% recycled paper! She also enjoys being outdoors, tending to her vegetable garden and spending time with her family. Father, Bruce is the leader of the Calico Village Environmental Awareness Society. He is very passionate about conserving the environment for the future. He loves teaching critters how to reduce, reuse, and recycle products. In his free time, he takes his family on fun hiking trips! Sister, Adelaide, better known as "Addie", has taken up her parents' interest in being environmentally conscious. When she grows up, she wants to start her own eco-fashion company and create clothes made completely out of natural fibers. Baby Sister, Julie is very attached to her Mother. She is always giving her piggy-back rides! She loves being outside, so she can look up at the trees and search for birds. She also likes to play in the Adventure Tree House with all of her friends."Baby Sister, Julie is very attached to her Mother. She is always giving her piggy-back rides! She loves being outside, so she can look up at the trees and search for birds. She also likes to play in the Adventure Tree House with all of her friends.

## Reviews

⭐ 4.9  |  29 Reviews

26 out of 26 (100%) reviewers recommend this product

Search topics and reviews 🔍

| 29 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- |

Reviews                                                      Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)



Home / Meet the Families

# Kangaroo Family

Age 3+

 4.9 (15)                    Item No. CC1460

  

## $26.99

**Quantity**            **Available**

1

                        ADD TO BAG

                        ADD TO WISHLIST

## Features

- Includes mother Sandy, father Richie, sister Isabella, and baby sister Katie.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Sandy and Richie measure approximately 3 inches tall, sister Isabella measures approximately 2.25 inches tall and baby sister Katie measures appoximately 1.25 inches.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Mother, Sandy takes care of the family's home. She likes to keep busy cleaning until the house is sparkling clean. She also loves to bake cookies and pies. After dinner, she always serves one of her tasty treats for dessert. Father, Richie is a huge sports fan and works as a sports writer for the Calico Village newspaper. He also enjoys playing golf with his friends and spending time with his family at their Lakeside Lodge. Sister, Isabella is the most popular girl in school. She is a member of several clubs including gymnastics and tennis. She is very nice and polite to every critter she meets, which is why she has so many friends! Baby sister, Katie loves to take a lot of naps and listen to lullabies. When she wakes up, she always wants a lot of hugs from her family. She loves being the center of attention!

## Reviews

⭐ 4.9 | 15 Reviews

13 out of 13 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **15** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Meet the Families

# Tuxedo Cat Family

Age 3+

 4.9 (26)                                Item No. CC1472

## $29.99

**Quantity**                    Available

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Natalie, father Mason, sisters Lily and Rose.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Natalie and Mason measure approximately 3 inches tall and sister Lily and Rose. measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Mother, Natalie is very cheerful and active. She loves teaching ballroom dancing to all of the wonderful critter couples. She is also always keeping up with the latest trends and loves shopping at boutiques on Saturday afternoons. Father, Mason is very giving and kind. He teaches tennis at the Calico Village Youth Center. He is also very close to his family and loves spending time with them. Sister, Lily is a lot like her mother. She loves to shop for pretty dresses and loves to go to school dances! She is also very joyful and likes hanging out with her sister. Sister, Rose is a lot like her father. She is very athletic and especially loves to play tennis. She does very well in sports and has won several awards at school competitions.

## Reviews

4.9 | 26 Reviews

23 out of 23 (100%) reviewers recommend this product

| Search topics and reviews | | 26 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                              Write a review

Rating Snapshot

Select a row below to filter reviews.

5 ★                    24

4 ★                    2



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Walnut Squirrel Family

Age 3+

 4.9 (26)

Item No. CC1480



  

**$29.99**

**Quantity**

| 1 |

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes 4 figures.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures measure approximately 3 inches tall and brother and sister measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Mother is very sociable and friendly. She likes to go to parties with her family and friends. She loves her furry tail and makes sure to keep it looking shiny and fluffy! She is incredibly good at organizing gatherings and makes sure that everyone is invited. Father is an amazing carpenter. He especially likes to make unique and stylish furniture pieces that critters have never seen before. Sometimes his special projects don't turn out that well-he keeps those hidden in his closet! Sister loves to decorate her house. Since her favorite color is yellow, she likes to decorate her room with yellow flowers and ribbons. She even has a yellow photo album where she keeps her most precious pictures of her family and friends. Brother is full of energy and likes to play outside. He especially loves to climb trees. He thinks he's climbed every tree in Calico Village, but no one really knows for sure.

## Reviews

★★★★★ 4.9 | 26 Reviews

24 out of 24 (100%) reviewers recommend this product

| Search topics and reviews | | **26** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                                    23

.ca    Delivering to Balzac T4B 2T    Toys & Games ⌄    Search Amazon.ca    EN ⌄    Hello, sign in    Returns    0
Update location                                                              Account & Lists ⌄    & Orders

All    Best Sellers    Prime ⌄    New Releases    Deals Store    Audible    Home                Save big with Prime Day

**Toys & Games**    Best Sellers    STEM Toys    Action Figures    Building Toys    Dolls    Games    Hobby, Models, & Trains    Learning & Education    Deals

Sponsored

Toys & Games › Dolls & Accessories › Playsets

# Calico Critters CC1482 Baby Friends Triplets Plush

Visit the Calico Critters Store

4.8    3,590 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## About this item

- Fun And Educational
- Performance And Quality Tested
- Great Fun For Children Of All Ages

Report an issue with this product

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Delivering to Balzac T4B 2T – Update location

Add to Wish List

Roll over image to zoom in

Sponsored

---

## Product information

### Technical Details

| | |
|---|---|
| Language: | English |
| Model Number | CC1482 |
| Number of pieces | 1 |
| Assembly Required | No |
| Batteries Required? | No |
| Batteries Included? | No |
| Material type(s) | Silk |
| Remote control included? | No |

### Additional Information

| | |
|---|---|
| Customer Reviews | 4.8    3,590 ratings    4.8 out of 5 stars |
| Best Sellers Rank | #81,213 in Toys & Games (See Top 100 in Toys & Games) #687 in Doll Playsets |
| Date First Available | Sept. 13 2013 |
| Manufacturer | Calico Critters |
| Place of Business | PARSIPPANY, NJ, 07054 US |



| Manufacturer recommended age | 36 months - 16 years |
|---|---|
| Item model number | CC1482 |
| Product Dimensions | 19.69 x 6.99 x 17.15 cm; 45.45 Grams |
| ASIN | B00E4LJC5A |

Feedback

Would you like to **tell us about a lower price?**

## Customers also viewed these products

    

Calico Critters Persian Cat Triplets, Set of 3 Collectible Doll Figures with Cradle Accessory
4,038
$13.99

Calico Critters Veggie Babies, Limited Edition Playset with 3 Collectible Figures and Costume Accessories
217
$37.74
Get it Mar 20 - Apr 2
$4.05 shipping

Calico Critters Red Roof Country Home Gift Set, Cottage
4,741
$174.99
Get it by **Tuesday, Mar 12**
FREE Shipping by Amazon

Calico Critters CC1406 Sandy Cat Family Doll
2,046
$34.10

Calico Critters Hazelnut Chipmunk Family CC1480
8,140
$26.96-$93.33

## Customers who bought this item also bought

  

Calico Critters CC2624 Triple Baby Bunk Beds Set
8,354
$16.99

Calico Critters Bunk Beds
2,746
$33.99
Get it by **Tuesday, Mar 12**
FREE Shipping by Amazon
Only 2 left in stock.

Calico Critters, Country Bathroom Toy Dollhouse Furniture and Accessories Set (CF1748)
4,798
$38.99
Get it Mar 13 - 15
FREE Shipping
Only 6 left in stock.

> **WARNING:**
>
> CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

## Product description

Since its inception in 1967, international playthings, llc has excelled in the delivery of innovative and entertaining products with integrity, superior play value and child developmental qualities to consumers. Over the course of its 40-year existence, ip llc has grown to become one of the largest and most respected suppliers of quality products to the north american specialty industry.

.sg    Deliver to United States    All ▾    Search Amazon.sg    EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 0

All    Best Sellers    Today's Deals    Prime ▾    Gift Ideas    Books    Toys & Games

Get Early Access to Deals    amazon prime

Toys & Games    STEAM store    Shop by Age ▾    Shop by Brand ▾    Shop by Category ▾    Shop Top Toys ▾

Sponsored

## Consider these available items



Sylvanian Families Ka-426 Furniture Sweets Party Set

41

S$12¹⁴



Sylvanian Families Ka-317 Furniture Bunk Bed Set

157

S$9³⁴



Sylvanian Families Family Trip Playground Equipment [Cute

250

S$18³⁵

Toys › Dolls and Accessories › Playsets






**Calico Critters**

...chool ...ay Set,

...ers    1,797

...e

No featured offers available
Learn more

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to United States

Add to Wish List

...ailable.

...e or if this ...stock.

...ol Friends

School Friends Play Set

School Lunch Set

School Music Set

| | |
|---|---|
| **Colour** | Multicolor |
| **Brand** | Calico Critters |
| **Included components** | Calico Critters School Friends Set |
| **Theme** | Animal |
| **Material** | Plastic |

˅ See more

Roll over image to zoom in

**About this item**



The Red Balloon Toy Store



  

 

Calico Critters

# School Music Set

☆☆☆☆☆

## $24.99

Pay in 4 interest-free installments for orders over **$50.00** with Shop Pay  Learn more

SKU: CC1485

| 1 |

🏪 ⓘ View Pickup Availability by Location

⚠️ **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

**Ages: 3+**

This set comes with everything you need to create a school band. Includes Bell Hopscotch Rabbit in her school uniform and 6 musical instruments for Bell and her friends to play! Includes realistically detailed piano, drum, 2 drumsticks, violin, trumpet, flute, xylophone and 2 mallets.

Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. These life-like, award-winning miniatures also inspire imagination and creativity. These adorable toys promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments, critters and accessories.

☆☆☆☆☆

Let us know if you have any questions! 😊

💬 Ask a Question    ⬜ W  Toy Club Rewards

Delivering to Park City 84098
Update location

Industrial & Scientific ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Industrial & Scientific    Janitorial & Facilities    Safety Supplies    Medical Supplies    Food Service    Diagnostic Equipment    Material Handling    Educational Supplies    Sealants and Lubricants

## Consider these alternative items

Sponsored


Calico Critters Lounging Living Room Set, Dollhouse Furniture Set
371
$17.49

Calico Critters Dressing Area Set
93
$34.99


Calico Critters Patty & Paden's Double Stroller
1,684
$19.99

Toys & Games › Dolls & Accessories › Playsets

## Calico Critters School Lunch Set, 3 inches

Visit the Calico Critters Store

4.8    1,847 ratings    |    Search this page

No featured offers available
Learn more

Delivering to Park City 84098 · Update location

Style: **School Lunch Set**

| School Lunch Set | School Music Set |
| 2 options from $38.99 | 1 option from $49.99 |

See All Buying Options

Add to List

- Includes Ava Cuddle Bear in a removable outfit with poseable arms, legs and head that turns
- Over 50 adorably detailed pieces including 2 tables, cookware, utensils, trays and play food to make complete meals and serve 6 friends!
- Accessories are 1:24 scale and are proportional
- Ava Cuddle Bear is approximately 3" tall
- Mix and match with other Calico Critters play sets to create a whole Calico Critters village!

Report an issue with this product or seller

### Similar item with fast delivery



Calico Critters Popcorn Trike, Dollhouse Playset with Figure and Accessories
(90)
$44.99

Roll over image to zoom in

Sponsored

## Top rated similar items

Page 1 of 3


Calico Critters Hopper Kangaroo Family - Set of 4 Collectible Doll Figures for Children Ages 3+
11,301
$19.95
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Hopscotch Rabbit Grandparents - Adorable Figurines to Expand Your Calico Critters Family
9,368
$19.77
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters, Sandy Cat Family, Dolls, Dollhouse Figures, Collectible Toys, Premium, 3 inches
8,359
$21.08
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,272
$24.48
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Living Room Suite
6,797
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+
4,050
$21.17
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon



**Similar items that may ship from close to you**    Page 1 of 4

Similar items that may ship from close to you

Page 1 of 4

     

Calico Critters Lounging Living Room Set, Dollhouse Furniture Set
371
$17.49
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Playful Starter Furniture Set - Toy Dollhouse Furniture and Accessories Set with Collectible Figure…
3,355
$23.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Snow Rabbit Mother's Weekend Travel Set, Dollhouse Playset with Figure and Accessories
65
$21.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Town Tea and Treats Set - Host Delightful Tea Parties for Your Critters
2,183
$7.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Tuxedo Cat Girl's Party Time Playset, Dollhouse Playset with Figure and Accessories
93
$24.16
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters, Town Series, Furniture Sets, Doll House Furniture, Calico Critters Chic Dining Table Set
1,185
$14.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Product Dimensions | 8.5 x 2 x 6.5 inches |
| Item Weight | 6.4 ounces |
| ASIN | B0102ACG4A |
| Item model number | CC1486 |
| Manufacturer recommended age | 36 months - 15 years |
| Best Sellers Rank | #108,088 in Toys & Games (See Top 100 in Toys & Games) #443 in Doll Playsets |
| Customer Reviews | 4.8    1,847 ratings 4.8 out of 5 stars |
| Is Discontinued By Manufacturer | No |
| Release date | January 15, 2021 |
| Manufacturer | International Playthings |

### Feedback

Would you like to tell us about a lower price?

## Product Description

Calico Critters love socializing with friends and eating yummy food at lunch time! Includes Ava Cuddle Bear, cookware, and plenty of beautifully detailed play food. Includes Ava Cuddle Bear in a removable outfit with poseable arms, legs and head that turns. Over 50 adorably detailed pieces including 2 tables, cookware, utensils, trays and play food to make complete meals and serve 6 friends! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. These life-like, award-winning miniatures also inspire imagination and creativity. These adorable toys promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments, critters and accessories.

## Important information

### Safety Information

Small Parts - Choking Hazard. Not for children under 3 years old!

To report an issue with this product or seller, click here.

## Customers who viewed this item also viewed

Page 1 of 6

Delivering to Park City 84098
Update location

Industrial & Scientific ▾

Search Amazon

EN ▾     Hello, sign in
Account & Lists ▾     Returns
& Orders     🛒 0

All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   Prime ▾   New Releases   Customer Service   Music   Today's Deals   Registry   Books     Shop women-owned businesses

Industrial & Scientific   Janitorial & Facilities   Safety Supplies   Medical Supplies   Food Service   Diagnostic Equipment   Material Handling   Educational Supplies   Sealants and Lubricants


Be ready to say thanks in the moment
Shop multipack gift cards ›

### Consider these available items


Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,272
$24⁴⁸


Calico Critters Hopscotch Rabbit Grandparents - Adorable Figurines to Expand Your Calico Critters Family
9,368
$19⁷⁷


Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and Scho…
5,104
$19⁹⁹

Toys & Games › Dolls & Accessories › Playsets








Roll over image to zoom in

## Calico Critters CC1489 Mango Monkey Family Doll Set

Visit the Calico Critters Store

4.9    2,307 ratings | Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Style: **Mango Monkeys Family**

| Fluffy Hamster Family | Mango Monkeys Family |
| - - | - - |

| Red Panda Family |
| - - |

- Includes mother Kemely, father Phil and daughter Leyla.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands.
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Phil and Kemely measure approximately 3 inches tall and daughter Leyla measures approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories.

Report an issue with this product or seller

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Deliver to Park City 84098 -
Update location

Add to List

## Similar items that may deliver to you quickly

Page 1 of 2










Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,272
$24.48
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters, Tuxedo Cat Family, Dolls, Dollhouse Figures, Collectible Toys, Multi, 3 inches
8,359
$22.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Pookie Panda Family - Set of 4 Collectible Doll Figures for Children Ages 3+
11,301
$19.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+
4,050
$21.17
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Hopscotch Rabbit Grandparents - Adorable Figurines to Expand Your Calico Critters Family
9,368
$19.77
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Sylvanian Families Epoch FS-52 ST Mark Certified, Toy for 3 Years and Up, Sylvanian Families, Epoch
38
$29.72
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock - orde…

## Similar items that may ship from close to you



  

   



Calico Critters

# Red Panda Family

☆☆☆☆☆

## $19.99

Pay in 4 interest-free installments for orders over **$50.00** with Shop Pay  Learn more

SKU: CC1492

We have run out of stock for this item.

⚠ **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

**Ages: 3+**

Father, Russell is always very cheerful and happy. He loves going on picnics with his family in the park. Mother, Rufina is an amazing baker and makes the most delicious desserts! Her specialties include strawberry shortcake and chocolate mousse pies. Daughter, Rowena is very active and loves playing sports. She especially likes playing soccer and is on her school's team. Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. These life-like, award-winning miniatures also inspire imagination and creativity. These adorable toys promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments, critters and accessories.

☆☆☆☆☆

| Reviews 0 | Questions 0 |

[ Ask a Question ]   [ Write a Review ]


Let us know if you have any questions! 😊

★★★★★

Toy Club Rewards

.ca    Delivering to Balzac T4B 2T
Update location    Toys & Games ▾    Search Amazon.ca

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Best Sellers    Prime ▾    New Releases    Deals Store    Audible    Home    **Shop Les Produits du Québec**

Toys & Games    Best Sellers    STEM Toys    Action Figures    Building Toys    Dolls    Games    Hobby, Models, & Trains    Learning & Education    Deals

Sponsored

## Customers who viewed this item also viewed



Calico Critters Pookie
Panda Family - Set of 4
Collectible Doll Figures
385
$40⁹⁹



Calico Critters Persian
Cat Family, Set of 4
Collectible Doll Figures
1,894
$23⁹⁸



Calico Critters CC1923
Pickleweeds Hedgehog
Family Plush
8,140
$26⁹⁶

Toys & Games › Stuffed Animals & Plush › Animals



Roll over image to zoom in

Calico Critters
CC1597 Wilder
Panda Family Plush

...itters Store
1,554

...a bear family
...thing
...jointed arms
...eads that
...all, and the
...5" tall
...with other
...figures and

...ue with this

Delivering to Balzac T4B 2T –
Update location

[ See All Buying Options ]

[ Add to Wish List ]

Sponsored

## Product information

### Technical Details

| | |
|---|---|
| Language: | English |

### Additional Information

**WARNING:**

CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

## Product description

Mother Penelope is a nurse at the Calico Critters Children's Hospital tending to broken bones and nasty colds. Father Percival owns his own bamboo fence business. In his free time, he helps his kids Phillip and Priscilla with their next big performance.

## Top Brand: Calico Critters

| Highly Rated | Trending | Low Returns |
|---|---|---|
| 4.7/5 star rating from 100K+ customer ratings | 5K+ orders for this brand in past 3 months | Customers usually keep items from this brand |

## From the manufacturer



### Wilder Panda Bear Family

Mother Penelope is a nurse at the Calico Critters Children's Hospital tending to broken bones and nasty colds. Father Percival owns his own bamboo fence business. In his free time, he helps his kids Phillip and Priscilla with their next big performance.

## Brand in this category on Amazon



Exclusive Designed Siberian Husky Plush Toys

Shop ICE KING BEAR ›



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Bear Family

Age 3+

 5.0 (6)                Item No. CC1509

$29.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Includes mother, father, sister and brother.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures measure approximately 3 inches tall and brother and sister measure approximately 2.25 inches tall.
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Mother, Carol is very polite and sweet to everyone she meets. She often teaches her children good manners. They are always on their best behavior! Father, Arthur is the mayor of Calico Village. He is very thoughtful and is always looking out for everyone's best interest. He does everything he can to make Calico Village the best place to live! Sister, Ava likes to make sure her friends and family are always happy. She likes to help others and gives the greatest advice. She also loves sweets and always has candy in her pockets. Brother, Aidan likes to play sports with his friends after school. When he comes home, he loves to eat a lot of food! His mother always make sure to cook plenty of nutritious and delicious meals.

## Reviews

★★★★★ 5.0 | 6 Reviews

3 out of 3 (100%) reviewers recommend this product

Search topics and reviews

| **6** Reviews | **0** Questions | **0** Answers |

Reviews                                                      Write a review

Rating Snapshot

Select a row below to filter reviews.

5★ ▬▬▬▬▬▬▬▬▬▬ 6

4★ 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

0

Search (Keywords,Etc)

Home / Meet the Families



# Chocolate Rabbit Grandparents

Age 3+

★★★★★  5.0 (37)    Item No. CC1567

  

## $24.99

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Includes grandfather and grandmother.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Grandparent figures and measure approximately 3 inches tall
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Grandfather is the captain of the Seaside Cruiser Houseboat. He loves traveling with his family and friends out on the open water. He also likes teaching his grandchildren how to fish. He often talks to them about his experiences traveling to different places when he was young. Grandmother likes to plan events and have fun parties on the Seaside Cruiser Houseboat. She also enjoys lounging on the sundeck, while drinking lemonade and chatting with her friends. Her husband gave her a pearl necklace for their 30th wedding anniversary that she wears every day.

## Reviews

★★★★★  5.0 | 37 Reviews

32 out of 32 (100%) reviewers recommend this product

Search topics and reviews

| 37 Reviews | 0 Questions | 0 Answers |

**Reviews**                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                                    36

  

      



Calico Critters

# Hopscotch Rabbit Family

★★★★★

## $26.99

Pay in 4 interest-free installments for orders over **$50.00** with **Shop** Pay  Learn more

SKU: CC1642

| 1 |

  View Pickup Availability by Location

⚠ **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

**Ages: 3+**

The Hopscotch family enjoys a very active lifestyle. Mother Heidi is a gym teacher at the Cloverleaf Corners high school and Father Harlin is a sports reporter for the local paper. Brother Skip and Sister Bell play high school soccer and pursue outdoor hobbies such as hiking in the summer and skiing in the winter.

☆☆☆☆☆

💬 Ask a Question    ✏ Write a Review

Reviews 0    Questions 0

Let us know if you have any questions! 😊

★★★★★

Toy Club Rewards

HOME    VISIT US    **SHOP FOR TOYS**    ABOUT US    CONTACT US



ACCOUNT | LOGIN | CHECKOUT
0 PRODUCT, $0.00

Search for Toys        SEARCH

## FUN CATEGORIES

Action Figures
Active Play
Arts & Crafts
Baby
Bathtub Toys
Books
Cars, Trains & Vehicles
Collectibles
Construction
Dolls & Accessories
Dress-Up
Educational Toys
See All Categories

## FUN FOR AGE...

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
Ages 7-8
Ages 8-9
Ages 9-10
Ages 10-11
Ages 11-12
Ages 13 & Over
See All Age Ranges





# Calico critter Silk Cat Family

# intpcc1693

## $28.99                                        Buy Now



 

### Product Specifications

- Brand: **International Playthings**.
- Item Number: intpcc1693.
- Manufacturer Number: CC1693.
- UPC: 020373216938.
- Recommended for ages : 3 to 8.
- Gender: Both.

Mother Holly runs the Cloverleaf Corners Dance Studio with her husband. She teaches ballet and tap to young critters. Father Johnny is an amazing ballroom dancer, and has won several competitions with his wife. Sister Susie loves to go camping and often swims in the nearby lake. Brother Samuel spends most of his time playing tennis with his friends.

Quantity: 1

Add to Cart                    Add To Wishlist

### Fundamentals

### Safety Information

⚠ **WARNING**: CHOKING HAZARD - Small parts. Not for children under 3 years.

They may also like....                                                    -



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Toy Poodle Family

Age 3+

★★★★★    4.9 (36)                    Item No. CC1735



## $29.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Veronica, father Frank, sister Melinda and brother Eric
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Veronica and Frank measure approximately 3 inches tall and brother and sister Eric and Melinda measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Father, Frank is very athletic and enjoys playing sports. He teaches soccer to all the children in Calico Village on the weekends. He is also always well-dressed and even has a large collection of ties to match any outfit. Mother, Veronica is a fantastic baker. She makes the most delicious cakes and is always thinking of new recipes. She likes to invite critters to her home to taste her newest creations. Brother, Eric is very smart and at the top of his class. He also likes to help other students at school if they are having problems understanding a certain subject. He studies hard to make sure he always gets straight A's. Sister, Melinda likes learning how to bake and decorate cakes from her mother. She also likes to have fun tea parties at her home and invite all her friends from school.

## Reviews

★★★★★  4.9  |  36 Reviews

33 out of 33 (100%) reviewers recommend this product

| Search topics and reviews | | 36 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                                    33



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Play at the Baby Nursery

# Baby Tree House

Age 3+

★★★★★    4.9 (35)                                                  Item No. CC1791

 

**$21.99**

**Quantity**                    **Available**

1                                                        ADD TO BAG

                                                         ADD TO WISHLIST

## Features

- Babies can play on the Baby Tree House playset during recess at Nursery School!
- Features Tree House with slide, swing and hammock, table and matching stool.
- Includes 1.75" baby who is posable and dressed in removeable clothing.
- Collect all Calico Critters Nursery Series playsets including Baby Castle Playground, Baby Ferris Wheel, Baby Castle Nursery and more!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years



 

## Description

Babies can play on the Baby Tree House playset during recess at Nursery School! This adorable woodland Nursery playset includes the two story treehouse with slide, swing, hammock and table with stool. Play together with 1.75"" Hazelnut Chipmunk baby Luke, who is poseable and dressed in removeable clothing. Collect the entire Nursery Series collection including Baby Castle Playground, Baby Ferris Wheel, Baby Castle Nursery & More! Box includes Baby Tree House.

## Reviews

★★★★★   4.9  | 35 Reviews

33 out of 33 (100%) reviewers recommend this product

Search topics and reviews

| 35 Reviews | 0 Questions | 0 Answers |
|---|---|---|

Reviews                                                           Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



🔍 Search (Keywords,Etc)

Home / Life in Calico Village / Play at the Baby Nursery



# Baby Castle Playground

Age 3+

⭐⭐⭐⭐⭐ 4.7 (37)

Item No. CC1792

**$13.19**

Quantity
[ 1 ]

Available soon

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters babies love to have recess on the Baby Castle Playground!
- Baby Castle Playground is a fun environment that you can make your own with included decorative stickers.
- Features castle lookout, ladder, slide and sandbox with toys.
- Play together with Nursery Series playsets including Sunshine Nursery Bus, Baby Castle Nursery, Baby Ferris Wheel and more!
- Encourages imaginative role-playing
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Babies loves to enjoy recess and play on the Calico Critters Baby Castle Playground! Design this fun pastel playset in your own way with the included sticker sheet. There are so many ways to play on the playground, including climbing the ladder to the castle lookout, playing on the slide and in the sandbox! Baby Castle Playground stacks on top of the Baby Castle Nursery for more fun! Play together with Nursery Series playsets including Sunshine Nursery Bus, Baby Tree House, Baby Ferris Wheel and more! Box includes Baby Castle Playground.

## Reviews

⭐⭐⭐⭐⭐ 4.7 | 37 Reviews

31 out of 33 (94%) reviewers recommend this product

| Search topics and reviews | 🔍 | 37 Reviews | 0 Questions | 0 Answers |

Reviews                                                          Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Life in Calico Village / Play at the Baby Nursery

# Baby Choo-Choo Train

Age 3+

⭐⭐⭐⭐    4.4 (22)

Item No. CC1793



  

## $21.99

**Quantity**

[ 1 ]

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Baby Choo Choo Train, Dollhouse Playset with Figure
- Babies can play on the Baby Choo Choo Train playset during recess at Nursery School!
- Features Choo Choo train set with oval track, railway station, two train cars, crossing signal and crossing gate.
- Collect all Calico Critters Nursery Series playsets including Baby Treehouse, Baby Ferris Wheel, Baby Castle Nursery and more!
- Encourages imaginative role-playing
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Baby Choo-Choo Train comes as a set with Jason Cuddle Bear Baby figure. This playset is ready for play as a stand-alone product. The two train cars can be pushed along the tracks by hand. One baby figure can fit in each train car. There's also a railroad crossing with a movable gate. For an even bigger play set, use together with Baby Castle Nursery and Baby Castle Playground (all sold separately). Includes: station, railway, train, passenger cart, connector, crossing gate, crossing signal, Bear Baby (8 pieces).

## Reviews

⭐⭐⭐⭐ 4.4 | 22 Reviews

19 out of 21 (90%) reviewers recommend this product

| Search topics and reviews | | 22 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Meet the Families

# Maple Cat Family

Age 3+

★★★★★  4.9 (39)

Item No. CC1794

  

### $29.99

**Quantity**

| 1 |

**Available soon**

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Includes mother Georgina, father Theodore, sister Millie and brother Jasper.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Georgina and Theodore measure approximately 3 inches tall and brother and sister Jasper and Millie measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Mother, Georgina loves to make all kinds of gelato from the fruits that are in season. She even designs new ways to serve it! Everyone is always saying her gelato is delicious. Father, Theodore is very good at giving directions. No matter where the villagers want to go, he knows just how to get there. He has a little notebook where he writes about all kinds of things that he sees when he's out and about. Sister, Millie is good at growing flowers and decorating with them. She likes to talk about her favorite hobby with her family and friends. Because of Millie, the Maple Cat family's house is always full of lovely flowers. Brother, Jasper loves to read. He likes to read in the park and jump into the exciting worlds of his books. Sometimes he concentrates so hard on his books that he forgets where he is! Lately he has started writing stories of his own.

## Reviews

★★★★★  4.9 | 39 Reviews

35 out of 36 (97%) reviewers recommend this product

| Search topics and reviews | 🔍 | **39** Reviews | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                                        37

FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Life in Calico Village / Play at the Baby Nursery

# Baby Ferris Wheel

Age 3+

★★★★★  4.9 (35)

Item No. CC1799

**$21.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters babies love to go 'round and 'round on the Ferris Wheel!
- Baby Ferris Wheel is a fun environment for Calico Critters babies to play on.
- Features manual rotating Ferris Wheel with three gondolas and Milo Toy Poodle baby.
- Play together with Nursery Series playsets including Sunshine Nursery Bus, Baby Castle Nursery, Baby Airplane Ride and more!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Babies loves to play on the Calico Critters Baby Ferris Wheel! This fun pastel playset spins around and around with a manual knob, and includes three gondolas for babies. Set includes Milo Toy Poodle Baby who is poseable and dressed in removeable clothing. Play together with Nursery Series playsets including Baby Castle Nursery, Sunshine Nursery Bus, Baby Airplane Ride and more! Box includes Baby Ferris Wheel.

## Reviews

★★★★★  4.9  |  35 Reviews

32 out of 32 (100%) reviewers recommend this product

Search topics and reviews

| 35 Reviews | 0 Questions | 0 Answers |
|---|---|---|

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

5★ ............................................ 33
4★ ............................................ 2
3★ ............................................ 0

Toys / Dolls & Dollhouses / Dollhouses & Play Sets



Add

$30.79

Calico Critters Nursery Friends, Set of 3 Collectible Doll Figures in Nursery School Outfits

71

3+ day shipping



Add

$29.95

Calico Critters Baby Ropeway Park, Dollhouse Playset

77

3+ day shipping

Calico Critters

**Calico Critters Baby Airplane Ride, Dollhouse Playset with Figure**

(4.0) 5 reviews

**$23.74**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Out of stock | Check nearby | Not available |

♡ Add to list          Add to registry










**At a glance**

| Brand | Calico Critters | Pieces | 1 |
|---|---|---|---|
| Age range | 3 to 7 months | Is powered | N |
| Color | Multicolor | | |







$27.80

Triplets Care Set

★★★★★ 40

$34.95

Calico Critters Sunshine Nursery Bus Toy Vehicle for Dolls

★★★★★ 112

**Now $50.00** $68.35

Polly Pocket Dolls Collector Friends Compact

★★★★★ 250

## About this item

### Product details ⌃

Baby Airplane Ride includes a turning two-plane ride and Maple Cat Baby.Baby Airplane Ride's airplane height can be adjusted. The base of this fun ride is shaped like a cloud, and the top portion of the pole comes with a sun decoration, giving the impression of soaring in the sky above the clouds.Play alongside Baby Ferris Wheel, and create an amusement park for babies with plenty of fun rides (sold separately).Main Unit, Base, Sun, Joint Parts x4, Airplane x2, Maple Cat Baby (a total of 10 pieces)

- Baby Airplane Ride includes a turning two-plane ride and Maple Cat Baby
- Airplane height can be adjusted
- Play alongside Baby Ferris Wheel (sold separately) and create an amusement park for babies with plenty of fun rides
- Encourages imaginative role-playing
- For ages 3 and up

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Calico Critters

**Age Range**
3 to 7 months

**Assembled Product Weight**
0.51 lb

**Contained Battery Type**
1

More details

### Directions ⌃

**Fabric Care Instructions**
wipe clean

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.     Learn more







**Now $40.00** $69.97

Gabby's Dollhouse, Purrfect Dollhouse 2-Foot Tall Playset with Sounds, 15 Pieces

★★★★☆ 1479

Pickup   Delivery   2-day shipping

**Now $35.00** $55.99

Gabby's Dollhouse, Gabby Cat Friend Ship Cruise Ship Toy Vehicle Playset, for Kids age 3 and up

★★★★★ 281

Pickup   Delivery   3+ day shipping

**Now $13.62** $16.73

Gabby's Dollhouse Kitty Fairy Garden Party 18-Piece Playset

★★★★★ 48

Pickup   Delivery   2-day shipping

# 4 out of 5

★★★★☆ (5 reviews)

View all reviews     Write a review

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Meet the Families

# Marshmallow Mouse Family

*Age 3+*



⭐⭐⭐⭐⭐  4.9 (63)                                    Item No. CC1802

  

## $29.99

**Quantity**                          **Available**

[ 1 ]

                                        ADD TO BAG

                                        ADD TO WISHLIST

## Features

    

- Includes mother Bianca, father Bernard, sister Katherine, and brother Christopher.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Bernard and Bianca measure approximately 3 inches tall and brother and sister Katherine and Christopher measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Father, Bernard loves making delicious food, especially cheese. He's very proud of his homemade cheese collection and loves to cook yummy meals for his family and friends. Mother, Bianca is very quick-witted. She keeps everything running smoothly at home, and often has to help Bernard out! She's also good at taking care of her energetic children, and is someone they can rely on. She loves to make food with Bernard, and her original recipes are very popular among the other mothers. Brother, Christopher has a great memory, although he's not so good at math. He's very precise and a hard worker! His one bad habit is that once he starts talking, he can't stop! Sometimes his sister gets annoyed about that, but they always work things out in the end. Sister, Katherine is very good at math but she's a bit forgetful. She's always saying ""Oh, I forgot about that!"" But she's not too worried - her brother remembers everything, so she can always ask him! She's a hard worker too, and likes keeping the triplets happy.

## Reviews

⭐⭐⭐⭐⭐  4.9  |  63 Reviews

55 out of 55 (100%) reviewers recommend this product

Search topics and reviews

| 63 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- |

Reviews                                                          Write a review

.ca    Delivering to Balzac T4B 2T
Update location

Toys & Games    Search Amazon.ca    EN    Hello, sign in
Account & Lists    Returns & Orders    0

All    Best Sellers    Prime    New Releases    Deals Store    Audible    Home

**New deals everyday**

**Toys & Games**    Best Sellers    STEM Toys    Action Figures    Building Toys    Dolls    Games    Hobby, Models, & Trains    Learning & Education    Deals

Sponsored

## Consider these alternative items



Calico Critters CC1406 Sandy Cat Family Doll
2,046
$34^{10}$

Calico Critters Caramel Dog Family, Set of 4 Collectible Doll Figures
472
$48^{54}$



Sylvanian Families - The Village - The Husky Family - 5636 - Family 5
483
$63^{00}$

Toys & Games › Dolls & Accessories › Dolls

**Calico Critters**

...aca

...tters Store
552



...osable
...es
...Father,
...d girl
...ovable fabric

...ue with this

Roll over image to zoom in

Sponsored

Delivering to Balzac T4B 2T –
Update location

See All Buying Options

Add to Wish List

## Product information

### Technical Details

| Model Number | CC1803 |
|---|---|
| Number of pieces | 4 |
| Assembly Required | No |
| Batteries Required? | No |

### Additional Information

| Customer Reviews | 4.9 | 552 ratings |
|---|---|---|
| | 4.9 out of 5 stars | |
| Best Sellers Rank | #203,913 in Toys & Games (See Top 100 in Toys & Games) | |
| | #5,654 in Dolls | |

| | | | |
|---|---|---|---|
| Batteries Included? | No | Date First Available | Jan. 27 2019 |
| Remote control included? | No | Manufacturer | Calico Critters |
| Colour | Multicolor | Place of Business | PARSIPPANY, NJ, 07054 US |
| Manufacturer recommended age | 3 years and up | | |
| Item model number | CC1803 | | |
| Product Dimensions | 20.07 x 5.59 x 17.02 cm; 138.9 Grams | | |
| ASIN | B07MBC8H79 | | |

### Feedback

Would you like to **tell us about a lower price?**

## Related products with free delivery on eligible orders

Page 1 of 5

Sponsored ⓘ

    

| | | | | |
|---|---|---|---|---|
| 4Pcs Emotional Support Vegetable and Fruit Knitted Doll, Mini Funny Positive Corn, ... | EXCEART 7PCS Dollhouse Flower Pots Miniature Green Plant Flower In Pot Fairy For... | DIY Miniature Dollhouse Kit Miniature House Kit 3D Realistic Wooden House Room Craf... | Dollhouse Furniture Set for Kids Toys Miniature Doll House Accessories Pretend Play... | LEGO Ideas Tree 21318, Model Construction Set Plus Year Olds wi... |
| **$22.99** | 10 | 262 | 87 | 3,58 |
| | **$17.79** | **$34.99** | **$28.80** | **$269.99** |
| | | Save $5.00 with coupon | | |

## Products related to this item

Page 1 of 4

Sponsored ⓘ

    

| | | | | |
|---|---|---|---|---|
| Calico Critters Latte Cat Family - Set of 4 Collectible Doll Figures for Ages 3+ | Dollhouse Furniture Set for Kids Toys Miniature Doll House Accessories Pretend Play... | ROBUD Wooden Dollhouse for Kids Girls, Toy Gift for 3 4 5 6 Years Old, with Furniture | Bigjigs Toys Heritage Playset Wooden Doll Furniture Set - Dollhouse Accessories | EXCEART 7PCS Dollhouse Flower Miniature Green F Flower In Pot Fair... |
| 6 | 87 | 596 | 667 | 10 |
| **$73.81** | **$28.80** | **$97.99** | | **$17.79** |

> **WARNING:**
>
> CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

## Product description

Toys / Dolls & Dollhouses / Dolls / All Dolls



♡

+ Add

**Now $4.00** $5.97

Fashion Fidgets Pets Collectible Fidget Pet Doll by WowWee (1 Mystery Doll Included), Ages 5

★★★★☆ 67

3+ day shipping



♡

+ Add

$26.97

Polly Pocket Large Llama Party Compact, Animal Toy w

★★★★★ 78

Pickup    Delivery    2-day shipping

---



Calico Critters

**Calico Critters, Splashy Otter Family, Dolls, Dollhouse Figures, Collectible Toys, Multi (CC1804)**

**$32.48**

Price when purchased online ⓘ

**Out of stock**    Shop similar

**How you'll get this item:**

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

♡ Add to list          🎁 Add to registry

---





‹



♡

🔍

---

**At a glance**

| Brand | Calico Critters | | Manufacturer | Calico Critters |
|---|---|---|---|---|
| Color | Multi | | Model | CC1804 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Marshmallow Mouse Triplets

Age 3+

 4.9 (31)

Item No. CC1806

  

## $10.99

**Quantity**

| 1 |

**Available soon**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes triplet figures Mary, Edward and Elizabeth, and cradle accessory
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Triplets are dressed in removable detailed clothing, and are poseable with heads that rotate
- Triplet figures measure approximately 1.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Girl triplet, Mary is a ball of energy. She's always on the go, and can often be seen laughing with Elizabeth. Boy triplet, Edward is a sleepyhead. While Mary and Elizabeth are often heard laughing, Edward just nods off! Girl triplet, Elizabeth is always in a good mood. Whenever she sees Mary doing something fun, she can't help tag along!

# Reviews

4.9 | 31 Reviews

26 out of 26 (100%) reviewers recommend this product

| Search topics and reviews | | **31** Reviews | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5★ | | 28 |
| 4★ | | 3 |
| 3★ | | 0 |



FREE LOCAL DELIVERY!

*Limited area. other restrictions may apply. Click for details.

🏠 Home › Pretend & Play › Calico Critters › Calico Critters Baby Collectibles Shopping Series

# Calico Critters Baby Collectibles Shopping Series



$4.99

**Manufacturer ID: CC1832**

☹ Out of stock

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

## Similar items

Sponsored

Calico Critters Connor & Kerri's Carriage Ride - Enchanting Adventures Await with This Adorable Doll Playset
1,684
$19.99

Calico Critters Triplets Care Set - Dollhouse Playset with 3 Hopscotch Rabbit Figures & Accessories Included
1,178
$15.99

Calico Critters Persian Cat Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,359
$19.99



3 VIDEOS

Roll over image to zoom in

## Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and School Accessories!

Visit the Calico Critters Store

4.8    5,104 ratings  |  Search this page

$19.99

Get **Fast, Free Shipping** with Amazon Prime

**FREE Returns**

Available at a lower price from other sellers that may not offer free Prime shipping.

**Style: Nursery Friends Set**

| Nursery Friends Set $19.99 | Sunshine Nursery Bus $25.58 |

- Calico Critters babies get ready for nursery school!
- Includes 1.75" Hopscotch Rabbit baby Grace, Hazelnut Chipmunk baby Luke and Persian Cat baby Bonnie who are poseable and dressed in removable clothing and shoes.
- Accessories including three matching school uniforms and accessories including baby bottle, hat and school bag.
- Play together with the Nursery Series playsets including the Baby Castle Nursery and Sunshine Nursery Bus!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.

Report an issue with this product or seller

Sponsored

### prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with **fast, free delivery**

**Delivery**    Pickup

$19.99

Get **Fast, Free Shipping** with Amazon Prime

**FREE Returns**

**FREE delivery Wednesday, March 13** on orders shipped by Amazon over $35

Or fastest One-Day delivery **Tomorrow 10 AM - 3 PM**. Order within **6 hrs 26 mins**

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon.com |
| Sold by | Amazon.com |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**

New & Used (4) from $19.46 FREE Shipping on orders over $35.00 shipped by Amazon.

### Other Sellers on Amazon

**$19.99**    Add to Cart
+ $4.62 shipping
Sold by: TOYSandmore

**$19.99**    Add to Cart
+ $6.01 shipping
Sold by: The Toy Shelf Inc.

## Frequently bought together

 +  + 

Total price: $38.97

**Add all 3 to Cart**

**This item:** Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures...
$19.99

Calico Critters Persian Cat Triplets - Collectible Dollhouse Figures with Cradle Accessory
$8.99

Calico Critters Triple Baby Bunk Beds - Dollhouse Furniture Set for Ages 3+
$9.99

## Goes well with

    

**Calico Critters Comfy Living Room Set – Toy Dollhouse Furniture & Accessories Set for Ages 3+**
6,797
$17.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

**Calico Critters Fashion Playset, Town Girl Series – Sugar Sweet Collection – Unleash Fashion Creativity with This...**
2,012
$21.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

**Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...**
184
$22.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon
Only 18 left in stock - orde...

**Red Roof Country Home Gift Set**
47
$119.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping by Amazon

**Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur...**
167
$27.99
Get it as soon as **Wednesday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

**HOAKWA 10 S Doll Clothes a Accessories Fit 12 Inch Baby D American 14-1**
3
$20.90
Get it as soon as **Mar 13**
FREE Shipping o...

## Products related to this item

Sponsored ⓘ

    

**Calico Critters Latte Cat Family - Set of 4 Collectible Doll Figures for Ages 3+**
6
$24.99

**Calico Critters Triplets Care Set - Dollhouse Playset with 3 Hopscotch Rabbit Figur...**
1,178
$15.99

**Bratz Babyz Yasmin Collectible Fashion Doll with Real Fashions and Pet**
66
$25.91

**12 Pack Fairy Dolls Pretend Playset - 6" Mini Figures Toy Bundle Set with Removable...**
39
$28.95

**Bratz Babyz Cloe Collectible Fashion Doll with Real Fashions and Pet**
73
$12.99

**Bratz Alwayz Cloe Fashion Doll with 10 Accessories and Poster**
171
$24.97

**Gabby's Dollhouse Celebration Party F Playset with Gabby Catnip Toy Figures**
59
$29.99

## Product information

| | |
|---|---|
| Product Dimensions | 5 x 2 x 5.9 inches |
| Item Weight | 0.96 ounces |
| Country of Origin | China |
| ASIN | B07MDZ9YX2 |
| Item model number | CC1840 |
| Manufacturer recommended age | 36 months - 8 years |
| Customer Reviews | 4.8      5,104 ratings
4.8 out of 5 stars |
| Release date | January 15, 2019 |
| Manufacturer | Calico Critters |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to tell us about a lower price?

## Product Description

Hopscotch Rabbit baby Grace, Hazelnut Chipmunk baby Luke and Persian Cat baby Bonnie head to nursery school with the Nursery Friends Set! Set includes 1.75" figures who are poseable and dressed in removable school outfits with matching shoes. Each Critter heads to school with their own accessory including a blue baby bottle, red and yellow hat and pink school bag. Play together with the Nursery Series playsets including the Baby Castle Nursery and Sunshine Nursery Bus! Box includes Nursery Friends Set.

## Important information

### Safety Information

Choking Hazard - Small Parts

To report an issue with this product or seller, click here.

## From the manufacturer



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Build a Dream Home / Find Your Home

# Sweet Raspberry Home

Age 3+

 4.9 (32)                                    Item No. CC1843



  

## $39.99

**Quantity**                          **Available soon**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Make yourself at home in the Sweet Raspberry Home and discover the world of Calico Critters!
- Set includes the one story home with Rabbit baby figure and loft bed with slide.
- This is the first home in the Calico Critters series to include a spacious front porch.
- Combine together with the Red Roof Country Home and Sweet Raspberry Hometo build a three story dollhouse.
- Encourage children's imagination with hours of role play and pretend play fun.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Welcome home, to the Sweet Raspberry Home! This ready to play dollhouse set includes the one story home with front porch, Rabbit baby figure and loft bed with slide. Add more to this home with Calico Critters furniture sets and families. Sweet Raspberry Home can also be connected to the Calico Critters Red Roof Cozy Cottage and Rd Roof Country Home to expand play into a three story dollhouse. Box includes Sweet Raspberry Home.

# Reviews

4.9 | 32 Reviews

26 out of 26 (100%) reviewers recommend this product

Search topics and reviews

| | 32 Reviews | 0 Questions | 0 Answers |

Reviews                                          Write a review

Rating Snapshot

Select a row below to filter reviews.

| 5★ | | 30 |
| 4★ | | 2 |
| 3★ | | 0 |



# Education and Fun
# For the Whole Family!

Search for toys...

Online shopping
coming soon!

**Two Store Locations in Winnipeg:** Johnston Terminal at the Forks    St. Vital Centre

  

HOME    BROWSE ONLINE    ABOUT US    CONTACT US    GIFT CARDS

### Browse Departments

Some of Our Favourites!
Easter
Action Figures and Transformer
Active Play
Animal and Insect Figures
Arts & Crafts
Bathtub Toys
Books
Brain Teasers
Calico Critters
Candy
Clothing and Accessories
Collectibles
Construction
Die Cast Vehicles

**See All Departments**

### Browse Brands

Canadian Art Prints
Cobble Hill Puzzle Company
ThinkFun
Wild Republic
Epoch Everlasting Play
Eurographics
Faber-Castell
LEGO
Melissa & Doug
Playmobil
Ravensburger
Schleich
Schylling
Thames & Kosmos
White Mountain Puzzles

**See All Brands**

### Browse by Age

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
Ages 7-8
Ages 8-9
Ages 9-10
Ages 10-11
Ages 11-12

---

## Shop In–Store to See Our Full Selection

  

## Calico Critters – Baby Party Series

# 24306

### $6.99

Share:

### Product Specifications

- Brand: Calico Critters.
- Item Number: 24306.
- Manufacturer Number: CC1845.
- UPC: 20373318458.
- EAN: 10020373318455.
- ISBN: 20373318458.
- Recommended for ages : 3 to 8.
- Measures approximately: 1.00 x 4.00 x 6.00 inches..
- Weighs approximately: 0.03 pounds.

### Availability

In Stock* at

The Forks Store: In Stock

details

Collect Baby Party Series blind bag collectibles from Calico Critters! This series of collectibles includes 9 styles of posed or poseable baby figures, each with a party accessory. There's even one secret style!

### Safety Information

⚠ **WARNING:** CHOKING HAZARD - Small parts. Not for children under 3 years.

### Product Features

- Assorted Styles, Each Sold Separately

They may also like.... 

| Calico Critters - Midnight Cat Family | Calico Critters - Wilder Panda Bear Family | Calico Critters - Baby Nursery Set | Calico Critters - Bakery Shop Starter Set |
|---|---|---|---|
| | |  |  |
| $39.99 | $34.99 | $33.99 | $39.99 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Persian Cat Family

Age 3+

 5.0 (40)

Item No. CC1865

## $29.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST



 

## Features

- Includes 4 figures including mother Dawn, father Lucas and sisters Lyra and Skye
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Dawn and Lucas measure approximately 3 inches tall and sisters Lyra and Skye measure approximately 2.25 inches tall
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Father Lucas is a dancer who's the talk of the town. He's worried about keeping in shape, so he drinks an original homemade smoothie every morning. He often checks himself out whenever he sees his reflection or in places with mirrors, and he often makes the family late. He likes gossiping about current trends with the ladies around town. Mother, Dawn knows a lot about the constellations, and won't stop talking about them once you get her started. Her children have also started to learn, and they ask her many questions, so she studies star charts at night. Sister Lyre likes tinkering with machines, and is very interested in the piano and other musical instruments that her father dances to. She's currently fascinated by how the elevator in their home works. She's usually quiet, but talks a lot when she's with her twin sister. Sister Skye likes the natural sciences, like studying about weather and minerals, and her dream is to be a researcher someday. Each day she makes note of the sky, and checks the weathervane on their house so she can tell the family her weather forecast. The thing she wants the most right now is a lab coat.

## Reviews

5.0    40 Reviews

36 out of 36 (100%) reviewers recommend this product

Search topics and reviews

| 40 Reviews | 0 Questions | 0 Answers |
|---|---|---|

Reviews

Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Persian Cat Twins

Age 3+

  4.8 (26)

Item No. CC1866

**$10.99**

**Quantity**

1

**Available soon**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes sitting and crawling twin figures Bellamy and Leah Hopscotch Rabbit, and baby blue pushcart vehicle accessory
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Twins are dressed in removable detailed clothing, and are poseable with heads that rotate
- Twin figures measure approximately 1.5 inches tall
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Boy twin, Bellamy loves rides. He plays with ride-on toys more than anyone. Girl twin, Leah likes tracing grooves on buildings and furniture with her hands. Pictures of the town are her favorite.

## Reviews

★★★★★ 4.8 | 26 Reviews

21 out of 23 (91%) reviewers recommend this product

| Search topics and reviews | | 26 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews

Write a review

### Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5 ★ | | 21 |
| 4 ★ | | 4 |
| 3 ★ | | 1 |
| 2 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🛒 0

Search (Keywords,Etc) 🔍

Home  /  Meet the Families

# Persian Cat Triplets

Age 3+

★★★★★  4.9 (39)                                Item No. CC1867

## $10.99

**Quantity**                    **Available soon**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Includes triplet figures Blair, Blake and Briana, and cradle accessory.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Triplets are dressed in removable detailed clothing, and are poseable with heads that rotate.
- Triplet figures measure approximately 1.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Girl triplet, Blair is mischievous and likes to pull on plants and ribbons of her sister's dress. Boy Triplet, Blake loves the smell of mint and the sound of leaves moving in the wind. Girl triplet, Briana grows up the quickest of the three, and was first to roll over while asleep.

## Reviews

★★★★★  4.9  | 39 Reviews

35 out of 35 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **39** Reviews | **0** Questions | **0** Answers |

**Reviews**                                                    **Write a review**

Rating Snapshot
Select a row below to filter reviews.

5 ★ ————————————— 37
4 ★ ——— 2
3 ★  0
2 ★  0



**Select Page**

Home / Girls / Calico Critters / Calico Critters- Twins and Triplets / Calico Critters Blindbag- Baby Camping Series





# Calico Critters Blindbag- Baby Camping Series

## $5.99

Out of stock

SKU: 020373218734 Category: Calico Critters- Twins and Triplets

 

| Description |
| --- |
| Additional information |
| Reviews (0) |

## Description

Collect Baby Camping Series blind bag collectibles from Calico Critters! This fourth series of collectibles includes 9 styles of posed or posable baby figures, each with a camping themed accessory. There's even one secret style! Play together with the Family Trip Series! The contents of the blind bag collectible bags are random and unidentifiable, results are entirely by chance!

- Baby Camping Series is the fourth series of collectible figures from Calico Critters, released Spring 2020
- Each blind bag contains one Calico Critter baby figure and camping themed accessory.
- Collect all 9 styles, including the secret style not featured on the packaging!

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

**amazon live**  The WEEKLY CANNON Top 10 Countdown    Watch now ▸ amazon.com/live

## Similar items

Calico Critters Cuddle Bear Family, Dolls, Dollhouse Figures, Collectible Toys 4 Count
8,272
$29⁹⁹

Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and School Accessories!
5,105
$19⁹⁹

Calico Critters Latte Cat Family - Set of 4 Collectible Doll Figures for Ages 3+
6
$24⁹⁹

Toys & Games › Dolls & Accessories › Dolls

**4 Posable Figures!**    ⚠ WARNING: CHOKING HAZARD - Small parts. Not for children under 3 years.

**Calico Critters®**

*Caramel Dog Family*

3+    EPOCH

### Calico Critters Caramel Dog Family, Dolls, Dollhouse Figures, Collectible Toys ,3 inches

the Calico Critters Store
200+ bought in past month

4,050 ratings | Search this page

-11%  $17.88
Price: $19.99

**Fast, Free Shipping** with Amazon Prime
FREE Returns

Get **$10 off** instantly: Pay **$7.88** upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer Prime shipping.

Style: Caramel Dog Family

| Caramel Dog Family $17.88 | Chocolate Labrador Family - - |
| Husky Family | Toy Poodle Family $19.99 |
| Yellow Labrador Family $18.99 | |

- Includes mother Vivian, father Lance, sister Carly, baby brother Justin
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands.
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Vivian and Lance measure approximately 3 inches tall, sister Carly measures approximately 2.25 inches tall and baby brother Justin measures approximately 1.75 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories.

Report an issue with this product or seller

Sponsored

**✓prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

**Delivery** | Pickup

$17.88

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Thursday, March 14** on orders shipped by Amazon over $35

Or fastest One-Day delivery **Tomorrow 10 AM - 3 PM.** Order within **6 hrs 13 mins**

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    Amazon.com
Sold by    Amazon.com
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Payment    Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]

New & Used (3) from $16⁶⁹ FREE Shipping on orders over $35.00 shipped by Amazon.

Roll over image to zoom in

## Frequently bought together

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. The Dog Family loves spending time outdoors together! Father loves birdwatching. Mother loves hiking. Sister loves going out. Baby loves collecting acorns. Mother and Father figures measure approximately 3" tall. Child figures are approximately 2. 25" tall and babies approximately 1. 75" tall. For children ages 3 and up.

## Important information

### Safety Information

==Choking Hazard - Small Parts. Not for children under 3 years.==

To report an issue with this product or seller, click here.

## From the manufacturer





**Cute Figures**

Soft fur pleasant to touch, sweet facial expressions, and perfectly sized for little hands.



**Wholesome Values**

Each member has a distinctive role in the Calico community, where everyone cares for each other and shares the values of kindness and love.



**Expanding Creativity & Imagination**

Connecting the family's homes and decorating with realistic accessories inspire children to narrate stories and build their own world.



**Growing Community**

The Calico World continuously grows with lovable families and high quality homes for endless play possibilities.



**Role Play**

Children can pose dolls and imitate tons of roles and tasks in their daily life.



**Timeless**

High quality, classic dolls designed to pass down from generation to generation.





FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Build a Dream Home / Decorate with Furniture & Accessories

# Playful Starter Furniture Set

Age 3+

★★★★★  4.9 (42)

Item No. CC1882

  

## $44.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Playful Starter Furniture Set, Dollhouse Furniture Set with Figure and "Working" Appliances
- Includes 3" Rabbit Mother who is poseable and dressed in removable clothing.
- Features furniture and accessories with functional features, including a flushable toilet, sink with running water, refreigator with ice dispenser and more.
- Suitable for adult, child and baby size Calico Critters figures
- Play together with Calico Critters dollhouses and environments. including the Red Roof Cozy Cottage and Red Roof Country Home.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters Playful Starter Furniture Set is a quintessential starter set for any Calico Critters dollhouse. This beautifully detailed and high quality set is ready to play and includes 3" Rabbit Mother, and kitchen and bathroom furniture. Unique to this furniture set are the functional features including a sink with running water, flushable toilet, refrigerator with ice dispenser and more. Box Includes Playful Starter Furntiure Set. Furniture is 1:24 scale.

## Reviews

★★★★★  4.9 | 42 Reviews

30 out of 32 (94%) reviewers recommend this product

Search topics and reviews

| | 42 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★ _____ 38

4★ _____ 3

3★ _____ 1



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

  

Home  /  Explore New Places  /  Plan a Family Trip

# Lakeside Lodge Gift Set

Age 3+

 4.8 (25)

Item No. CC1884

**$59.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Take a family trip to the Lakeside Lodge, a log cabin home for Calico Critters.
- Gift Set includes over 10 pieces of furniture and accessories to furnish the two story lodge, including hammock, dining set with two chairs and brick oven fireplace for roasting marshmallows!
- Includes 1.75" Toy Poodle baby Milo, who is poseable and dressed in removable clothing.
- Connects to the Adventure Treehouse for more fun adventures!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Plan a family trip to the Lakeside Lodge! This log cabin home is a spacious two story home with hammock, rooftop slide, dining set with two chairs and brick oven fireplace for roasting marshmallows! Includes Toy Poodle Baby Milo who is poseable and dressed in removable clothing. The Lakeside Lodge connects to the Adventure Treehouse for more fun for babies and their families! Connect and collect the entire Family Trip Series including Family Campervan, Baby Hedgehog Hideout and Baby Ropeway Park. Box includes Lakeside Lodge Gift Set.

## Reviews

★★★★★ 4.8 | 25 Reviews

22 out of 23 (96%) reviewers recommend this product

| Search topics and reviews | | 25 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews                                                                    Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Plan a Family Trip

# Adventure Tree House Gift Set

Age 3+

★★★★★  4.8 (59)                    Item No. CC1886



## $79.99

**Quantity**                        **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Take a family trip to the Adventure Treehouse, a fun playset for Calico Critters babies.
- Three tier treehouse has so many ways for babies to play including twirling up and down on the rope swing, riding the log down the slide, crawling through the tree stumps and playing in the treetop lookout tower!
- Includes 1.75" Outback Koala baby Adelaide, who is poseable and dressed in removeable clothing.
- Connects to the Lakeside Lodge and Baby Ropeway Park for more fun adventures!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

Take a family trip to the Adventure Treehouse, a fun playset for Calico Critters babies. Three tier treehouse has so many ways for babies to play including twirling up and down on the rope swing, riding the log down the slide, crawling through the tree stumps and playing in the treetop lookout tower! Includes Outback Koala baby Adelaide who is poseable and dressed in removeable clothing. The Adventure Treehouse connects to the Lakeside Lodge for more fun for babies and their families! Connect and collect the entire Family Trip Series including Family Campervan, Baby Hedgehog Hideout and Baby Ropeway Park. Box includes Adventure Treehouse Gift Set.

## Reviews

★★★★★  4.8  |  59 Reviews
51 out of 52 (98%) reviewers recommend this product

| Search topics and reviews | | 59 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews                                                    Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Explore New Places / Plan a Family Trip

# Baby Ropeway Park

Age 3+

★★★★½ 4.5 (34)                                   Item No. CC1887

## $29.99

**Quantity**          Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Babies loves to play at the Baby Ropeway Park!
- Ropeway Park features gondola that moves back and forth by pulling the strings up and down! Watch the windmill spin as the babies travel across!
- Includes 1.75" Rabbit baby, who is poseable and dressed in removeable clothing.
- Connects to the Adventure Treehouse for more fun adventures!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

Take a family trip to a place where babies love to play together! Baby Ropeway Park features gondola that moves back and forth by pulling the strings up and down! Watch the windmill spin as the babies travel across! Set includes 1.75"" Rabbit baby, who is poseable and dressed in removeable clothing.The Baby Ropeway Park connects to the Adventure Treehouse for more fun for babies and their families! Connect and collect the entire Family Trip Series including the Lakeside Lodge, Family Campervan and Baby Hedgehog Hideout. Box includes Baby Ropeway Park.

## Reviews

★★★★½ 4.5 | 34 Reviews

30 out of 31 (97%) reviewers recommend this product

| Search topics and reviews | | 34 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                         Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home  /  Explore New Places  /  Plan a Family Trip

# Baby Hedgehog Hideout

Age 3+

★★★★½  4.6 (32)                                          Item No. CC1888



$24.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Babies can play in the Baby Hedgehog Hideout on their Family Trip!
- Features hideout with entrance gate and slide, stove, table, birhouse mailbox and sleeping bag!
- Includes 1.75" Bilberry who is posable and dressed in removeable clothing.
- Collect all Calico Critters Family Trip playsets including Adventure Treehouse Gift Set, Lakeside Lodge Gift Set and more!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Babies can play in the Baby Hedgehog Hideout playset on their Family Trip! This adorable woodland playset includes the hideout with front gate and slide, stove, table birdhouse mailbox and sleeping bag! Play together with 1.75"" Pickleweeds Hedgehog baby Bilberry, who is poseable and dressed in removeable clothing. Collect the entire Family Trip series including Adventure Treehouse Gift Set, Lakeside Lodge Gift Set and more! Box includes Baby Hedgehog Hideout.

## Reviews

★★★★½  4.6  |  32 Reviews

29 out of 30 (97%) reviewers recommend this product

| Search topics and reviews | | **32** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

Reviews                                                          Write a review

Rating Snapshot

Select a row below to filter reviews.

Home / Kids' Rooms / Kids' Room Decor / Shop All Kids' Decor



$8.95

Schleich 0.7 in Farm World English Cocker Spaniel Toy Plastic Decorative Figurine

★★★★★ 6

3+ day shipping



$11.12

Homemaxs Street Lamp Christmas Lights Miniature Vil Railway Train Pathway Lanternhouse

3+ day shipping

---

Epoch Everlasting Play

### Calico Critters - Blind Bags, Baby Outdoor Series

★★★★★ (5.0) 2 reviews

### $8.52

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Check nearby | 🛍 Delivery Not available |

♡ Add to list          🗎 Add to registry









+ Add



+ Add



+ Add

$11.49

CollectA Wildlife Collection Miniature Figure | Common Zebra

3+ day shipping

$14.99 +$5.99 shipping

Rudolph the Red-Nosed Reindeer Bumble Figure (No Packaging)

★★★★☆ 4

3+ day shipping

$27.98

Calico Critters Hopscotch Rabbit Family, Set of 4 Colle

★★★★★ 13

3+ day shipping

## About this item

### Product details

Collect Baby Outdoor Series blind bag collectibles from Calico Critters! This fifth series of collectibles includes 9 styles of posed or poseable baby figures, each with an outdoor adventure themed accessory. There's even one secret style! Play together with the Family Trip Series! For children ages 3 and up. WARNING: CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

- • Baby Camping Series is the fifth series of collectible figures from Calico Critters, released Fall 2020
- • Each blind bag contains one Calico Critter baby figure and outdoor adventure themed accessory.
- • Collect all 9 styles, including the secret style not featured on the packaging!
- • All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- • Encourages imaginative and pretend play and suitable for children ages 3 and above

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Epoch Everlasting Play

**Assembled Product Weight**
0.03 lb

**Manufacturer Part Number**
CC1890

**Manufacturer**
Epoch Everlasting Play

More details

### Directions

**Fabric Care Instructions**
wipe clean

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

---

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

---



+ Add

$31.61

Excellerations Soft Touch Baby Dinosaurs ? Set of 6

★★★☆☆ 1

3+ day shipping



+ Add

$22.98

MindWare Paint Your Own Mosaic Frog Kit - 4" x 6.5" DIY Stone Figurine - Paint, Bake & Display – Ages 8+

★☆☆☆☆ 1

3+ day shipping



+ Add

$19.48

Rainbow Six Siege Collection Finka Chibi Figurine Series 4

3+ day shipping

## 5 out of 5

★★★★★ (2 reviews)

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

---

★★★★★ Verified Purchase ⓘ                2/23/2021

Chloe

👍 0    👎 0

★★★★★ Verified Purchase ⓘ                11/24/2020

Diana

👍 0    👎 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Baby Windmill Park

Age 3+

★★★★★    4.8 (35)

Item No. CC1900

  

## $24.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters babies love to ride and play at the Windmill Park!
- Baby Windmill Park is a fun environment for Calico Critters babies with so many ways to play.
- Features manual spinning windmill with two gondolas, slide, see saw and Ryan Persian Cat baby.
- Play together with Nursery Series playsets including Sunshine Nursery Bus, Baby Castle Nursery, Baby Balloon Playhouse and more!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Babies loves to ride and play at the Windmill Park! This fun pastel playset features manual rotating Windmill with two gondolas, slide, and see saw. Set includes Ryan Persian Cat Baby who is poseable and dressed in removeable clothing. Set atop of the Baby Castle Nursery for more fun! Play together with Nursery Series playsets including Baby Castle Nursery, Sunshine Nursery Bus, Baby Balloon Playhouse and more! Box includes Baby Windmill Park.

# Reviews

★★★★★  4.8  | 35 Reviews

33 out of 33 (100%) reviewers recommend this product

Search topics and reviews

| 35 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

The Red Balloon Toy Store

  

  



Calico Critters

# Baby Balloon Playhouse

☆☆☆☆☆

## $24.99

Pay in 4 interest-free installments for orders over **$50.00** with **Shop Pay** Learn more

SKU: CC1902

We have run out of stock for this item.

⚠ **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

**Ages: 3+**

Additional figures and sets sold separately. The Baby Balloon Playhouse is a playroom for babies in the shape of a hot air balloon. This playhouse is three stories and includes furniture such as a star piano and airplane bed for taking naps. Ready to play playset includes poseable Tuxedo cat baby dressed in removable clothing. Play together with other playsets from the Nursery Series including the Baby Windmill Park.

**Contents:**

- 6 pieces including three story balloon playhouse with baby pool, baby bed, piano, ladder, watering can and Calico Critters baby figure

☆☆☆☆☆

Let us know if you have any questions! 😊

Ask a Question

Toy Club Rewards



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together



# Triplets Care Set

Age 3+

★★★★★  4.8 (37)                              Item No. CC1906

  

## $26.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST



## Features

- Expand your Rabbit Family with the cradle baby triplets and accessories!
- Triplets Care Set accessories allow you to feed, nap and care for the triplets who have posable heads and are dressed in removable onesies
- Features rocking triple cradle with three blankets, three highchairs and three sets of matching feeding accessories including plates, cups and cutlery
- Expand your collection of triplets figures and play together with the Marshmallow Mouse Triplets and Persian Cat Triplets. Collect more triplet accessories including the Crib with Mobile and Triplets Stroller!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Welcome the Hopscotch Rabbit cradle baby triplets to Calico Village! Set includes 3 posable Hopscotch Rabbit Triplets Phillip, Fauna and Flora who are dressed in removable onesies. Care for the newborn triplets at lunchtime and naptime! This ready to play set features rocking triple cradle with three blankets, three sets of highchairs and three sets of matching feeding accessories including plates, cups and cutlery. Expand your collection of triplets figures and play together with the Marshmallow Mouse Triplets and Persian Cat Triplets. Collect more triplet accessories including the Crib with Mobile and Triplets Stroller! Box includes Triplets Care Set.

## Reviews

★★★★★  4.8  |  37 Reviews

32 out of 33 (97%) reviewers recommend this product

[ Search topics and reviews ]        **37**        **0**        **0**
                                      Reviews     Questions    Answers

Reviews                                                      Write a review

Rating Snapshot

Select a row below to filter reviews.

5 ★                                   32

FREE SHIPPING ON ORDERS OVER $50    LEARN MORE

*Excludes Purchase Orders. U.S. addresses only. Other exclusions may apply.



Contact Us    Common Questions    Catalogs
Quick Order

Home / Games, Puzzles & Toys / Playsets, Figures, & Accessories / Playsets & Figures / Standard Playsets / Calico Critters® / Calico Critters / Calico Critters Figures / Calico Critters Baby Costume Series Blind Bag

# Calico Critters Baby Costume Series Blind Bag

**SKU:** 001507  |  Grade PK-5

ℹ What is this?

**Item no longer available.**

★★★★½ Read 2 Reviews | 1 Question, 1 Answer or Write a Review

**OUR PRICE**

99



## Description

### Publisher's Description of Calico C

Collect Baby Costume Series blind bag collectibles from Calico Cr
each with a costume or accessory. There's even one secret style!

### Category Description for Calico Critters

Meet the Calico Critters of Cloverleaf Corners! These adorable, po
are dressed in detailed fabric "people" clothes. Each family set inc
baby boy. The bottom of the family and twin packages lists each a
accessory sets are available (see details below). ~ Lisa

## Details

## Videos

## Reviews

We use cookies to make your experience better. To comp
cookies. Learn more.

Allow Cookies











Calico Critters

# Hoppin' Easter Set

☆☆☆☆☆

## $15.99

Pay in 4 interest-free installments for orders over **$50.00** with shop Pay Learn more

SKU: CC1911

We have run out of stock for this item.

**Ages: 3+**

⚠️ **WARNING: CHOKING HAZARD** - Small Parts. Not for children under 3 years.

The Hoppin' Easter set includes an Easter-themed Snow Rabbit baby and accessories. Enjoy hiding toys inside the egg for an Easter egg hunt, or place the Snow Rabbit Baby and eggs in the basket for decoration!

Combine with ... enjoy more pretend play (*all sold separately*). This set can also be enjoyed as an Easter ... home! This is a seasonal exclusive product and is suitable for children ages three and up.

Let us know if you have any questions! 😊

Toy Club Rewards

FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home  /  Explore New Places  /  Have Fun at the Amusement Park

# Baby Amusement Park

Age 3+

 5.0 (37)                                    Item No. CC1915

  

## $79.99

**Quantity**                          **Available**

[ 1 ]                                        ADD TO BAG

                                             ADD TO WISHLIST

## Features

- Calico Critters Baby Amusement Park Playset with Figures and Accessories
- Includes 3 poseable twin baby figures who are dressed in removeable clothing including Pookie Panda baby, Persian Cat baby and Rabbit baby
- Amusement park features four main park rides including rotating Ferris Wheel, rocking Pirate Ship, soaring Rocket Launcher and Go-Karts!
- Back of the Amusement Park features display space for up to 30 Calico Critters baby figures
- Play together with playsets and limited edition figures from the Amusement Park Series!
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Amusement Park is the newest series from Calico Critters that brings whimsical design and vibrant fun to Calico Land! Baby Amusement Park Series is a ready to play amusement park playset for baby figures which features mechanical rides for the babies to enjoy! Set includes 3 poseable twin baby figures including Pookie Panda baby, Persian Cat baby and Rabbit baby. Four main amusement park attractions for babies to ride including the rotating Ferris Wheel with three gondolas, rocking Pirate Ship, Rocket Launcher and Go-Karts. Ride the Go-Karts to the back of the amusement park to find a place for babies to spend time while they are not riding rides. Features space for up to 30 Calico Critters babies figures. Play together with amusement park playset and figures including Baby Star Carousel, Royal Carriage, Fairytale Friends and more!

## Reviews

5.0 | 37 Reviews

34 out of 34 (100%) reviewers recommend this product

| Search topics and reviews | | **37** Reviews | **0** Questions | **0** Answers |

**Reviews**                                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★                                        37



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Baby Star Carousel

Age 3+

★★★★★ 4.7 (35)                          Item No. CC1916

  

**$19.99**

**Quantity**                    **Available**

[ 1 ]                          ADD TO BAG

                               ADD TO WISHLIST

## Features

- Calico Critters Baby Star Carousel Playset with Figure Included
- Includes 1.75" poseable Pookie Panda baby figure who is dressed in removeable clothing
- Baby Star Carousel seats up to three baby figures from Calico Critters
- Turn the star at the top of the carousel and watch the base and seats twirl round and round!
- Play together with playsets and limited edition figures from the Amusement Park Series!
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Baby Star Carousel is a fun teacup carousel ride for babies in the newest Amusement Park Series! Set includes 1.75" Pookie Panda baby who is poseable and dressed in removeable clothing. Turn the star at the top of the carousel to watch the babies twirl round and round! Carousel seats up to three baby size figures. Play together with amusement park playset and figures including Baby Amusement Park, Royal Carriage, Fairytale Friends and more!

## Reviews

★★★★★ 4.7 | 35 Reviews

31 out of 32 (97%) reviewers recommend this product

| Search topics and reviews | 🔍 | **35** Reviews | **0** Questions | **0** Answers |

Reviews                                                        Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Spooky Surprise House

Age 3+

★★★★★  4.8 (50)

Item No. CC1917

  

## $19.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Spooky Suprise Seasonal Playset with Figures and Accessories
- Features two story haunted house with elevator, second story balcony and furniture and accessories inclding a sofa and television
- Includes Midnight Cat Baby who is poseableand dressed in removeable clothing, along with flocked ghost figure
- Ghost costume is removeable and compatible with other baby size figures from Calico Critters
- Play together with the Trick or Treat Trio and Halloween Playhouse!
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Spooky Suprise House is a seasonal Halloween set! Set includes the two-story haunted house with ghost elevator and sofa and TV set! Includes Midnight Cat Baby who is poseable and dressed in removeable clothing, along with flocked ghost figure. Ghost costume is removeable and compatible with other baby size figures from Calico Critters.

## Reviews

★★★★★  4.8  |  50 Reviews

44 out of 45 (98%) reviewers recommend this product

Search topics and reviews

| | | |
|---|---|---|
| **50** Reviews | **0** Questions | **0** Answers |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

5★  ▬▬▬▬▬▬▬  43
4★  ▬  5
3★  ▬  2



FREE STANDARD SHIPPING WITH ORDERS OVER $50

## Calico Critters®

🛒 0

Search (Keywords,Etc) 🔍

Home / Explore New Places / Have Fun at the Amusement Park

# Royal Carriage Set

Age 3+

★★★★★ 4.9 (34)

Item No. CC1918

  

**$29.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Royal Carriage Playset with Figure and Accessories
- Includes 1.75" poseable Rabbit baby figure who is dressed in elegant, sparkle dress that is removeable
- Royal Carriage Set is a versatile 2 in 1 vehicle which converts into a Princess' dressing room when you open the carriage!
- Features princess accessories including vanity with two-sided mirror, chaise lounge, ottoman, wand, hairbrush, crown and red slippers!
- Play together with playsets and limited edition figures from the Amusement Park Series!
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Royal Carriage Set is fit for a Princess' day at the Amusement Park! Set includes 1.75" Rabbit baby Grace who is dressed in elegant sparkle dress that is removeable. This 2-in-1 playset is an embellished carriage vehicle which transforms into a dressing room fit for a Princess! Features vanity set with two way rotating mirror, chaise lounge with storage ottoman, hairbrush, wand, crown and red slippers.

## Reviews

★★★★★ 4.9 | 34 Reviews

31 out of 32 (97%) reviewers recommend this product

| Search topics and reviews 🔍 | **34** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | | 31 |
| 4★ | | 2 |
| 3★ | | 1 |

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Shop now

**Consider these available items**    Sponsored

 Calico Critters Veggie Babies, Limited Edition Playset with 3 Collectible Figures and Costume Accessories
221
$27⁹⁹

Calico Critters Billy Goat Family, Set of 4 Collectible Doll Figures
8,272
$20²⁴

 Calico Critters Baby Treats Series Blind Bags, Surprise Set Including Doll Figure and Accessory
2,223
$14⁹³

Toys & Games › Dolls & Accessories › Playsets




Roll over image to zoom in

## Calico Critters Baby Magical Party Series Blind Bags, Surprise Set Including Doll Figure and Accessory

Visit the Calico Critters Store
4.7    2,223 ratings  |  Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Style: **Baby Magical Party Series Blind Bags**

| Baby Fairy Tales Series Blind Bags<br>4 options from $22.23 |
| Baby Fun Hair Series Blind Bags<br>$13.34 |
| Baby Magical Party Series Blind Bags<br>- - |
| Baby Sea Friends Series Blind Bags<br>- - |
| Baby Treats Series Blind Bags<br>$14.93 |

- Baby Magical Party Series is the seventh series of collectible figures from Calico Critters, released Fall 2021
- Each blind bag contains one Calico Critter baby figure and magical accessory.
- Collect all 8 styles, including the secret style not featured on the packaging!
- Play together with baby playsets from Calico Critters
- Play independently or together with Calico Critters dollhouses, furniture and accessories

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Delivering to Park City 84098 - Update location

Add to List

**Products related to this item**    Page 1 of 30
Sponsored









Polly Pocket Dolls and Playset, Travel Toy with Fidget Exterior, Straw-beary Patch ...
47
$16.51


A New Generation Movie Snow Party Countdown Toy for Kids - 25 Surprise Pieces, Incl...
1
$29.99


Glitter Girls – All Asparkle Acres Riding Stable Set – Accessory for 14-inch horses...
884
$45.54


BNUZEIYI 92PCS Doll Clothes and Accessories with Doll Closet for 11.5 Inch Doll - F...
156
$23.99


Mommy & Me Baby Doll Bottles with Disappearing Milk, Realistic Accessories, 5...
3,822
$12.99


Baby Doll Bottle Accessories Toys Baby Doll Magic Bottles Playset Disappearing...
$9.90


84 Pack Doll Accessories ... Closet for 1... Fashion De...
$25.99
Save $3.00 wi...

## Goes well with

Page 1 of 7


Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,272
$24.48
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...
184
$22.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order...


Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Red Roof Country Home Gift Set
47
$119.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon


Sonny Angel Sweets - Original Mini Figure / 1 Sealed Blind Box, Multicolor, SAS65379
96
$20.89
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur...
169
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Kitan Club C... Plastic Toy- Includes 1 o... Collectable I... Fun, Versatil...
$7.99
Get it as soon ... **Mar 14**
FREE Shipping ... $35 shipped b...

### Product information

| | |
|---|---|
| Product Dimensions | 1 x 4 x 6 inches |
| Item Weight | 0.634 ounces |
| ASIN | B0B527J1RT |
| Item model number | CF1919 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #5,451 in Toys & Games (See Top 100 in Toys & Games)<br>#36 in Doll Playsets |
| Customer Reviews | 4.7 2,223 ratings<br>4.7 out of 5 stars |
| Release date | June 23, 2022 |
| Manufacturer | Epoch Everlasting Play |

Feedback

Would you like to **tell us about a lower price?**

### Product Description

Collect Baby Magical Party Series blind bag collectibles from Calico Critters! This seventh series of collectibles includes 8 styles of posed or poseable baby figures, each with a magical accessory. There's even one secret style! Suitable for children ages 3 and up.

## Important information

### Safety Information

Choking Hazard - Small Parts! Not for children under 3 years old.

To report an issue with this product or seller, click here.

## From the manufacturer

### About Us

Calico Critters is a line of miniature animal figures, with homes, furniture and accessories. The animal figures are unique because they are made of a special flocked material that gives them an endearing quality. Calico Critters are sold as families, with Mothers and Fathers, sisters, brothers and babies. The homes and furniture are quite life-like are have incredible detail. The Critters live in the community of Calico Village. All the citizens in Calico Village have hobbies and jobs. The underlying theme is giving, friendship and happiness. Calico Critters are wholesome, never trendy.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Meet the Families

# Hedgehog Family

Age 3+

⭐⭐⭐⭐⭐  4.9 (26)    Item No. CC1923

**$29.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes 4 figures.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures measure approximately 3 inches tall and brother and sister measure approximately 2.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Mother is the lead singer of the family's band called "Sonic Six". She comes up with the lyrics of all the songs they perform at local fairs and shows. Her voice is so beautiful that when she sings, everyone stops talking just to hear her! Heloise also enjoys cooking with ingredients from the forest. She is famous for her mushroom pie! Father runs the Calico Village Post Office and makes sure everyone gets their mail from all their friends and family. He also plays the drums in the family's band, and he loves creating new beats and sounds. He would play the drums all night if Mother Heloise wouldn't remind him to go to bed! Brother loves playing the piano in the family's band. He often composes music with cool riffs and amazing chords. He especially likes playing pop or jazz music. If he isn't playing his piano, you will find him in the great outdoors. Fishing, climbing and running are his favorite pastimes. Sister plays the recorder and tambourine in the family's band. She's a great entertainer and dances around the stage in the middle of their performances. Haley also likes playing outside with her brother and collects the leaves, stones and acorns that she finds in the woods.

## Reviews

⭐⭐⭐⭐⭐  4.9  | 26 Reviews

20 out of 20 (100%) reviewers recommend this product

| Search topics and reviews 🔍 | 26 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|

Reviews                                                          Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Meet the Families

# Midnight Cat Family

Age 3+

★★★★★  4.9 (35)                                          Item No. CC1939

  

## $29.99

**Quantity**                          **Available soon**

[ 1 ]

                                       ADD TO BAG

                                       ADD TO WISHLIST



  

## Features

- Meet the Midnight Cat Family, a family of black flocked cats with thin tails and pink ears and nose. Includes mother Allison, father James, sister Chantelle and baby brother Reggie
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Alison and James measure approximately 3 inches tall, sister Chantelle measures approximately 2.25 inches tall and cradle baby Reggie measures approximately 1.25 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

James the Midnight Cat father is a magician who amazes everyone in the village and town with his exciting shows. He plans his tricks carefully and dresses the part in dapper clothes. James is a child at heart—he dances a jig when he's happy and gives a big shout when he's surprised. Allison the Midnight Cat mother is an amazing fortune teller. Everyone in the village asks her to tell their fortune because they know she always gets it right. She has an air of mystery about her, and sometimes when she's telling a fortune, she'll become so lost in her own world that she forgets where she is! Chantelle the Midnight Cat girl loves to collect all kinds of small things. She's excellent at sports and especially loves basketball, but when she grows up she wants to be a magician like her father. Reggie the Midnight Cat baby is full of curiosity and makes everyone chuckle with the questions he asks.

## Reviews

★★★★★  4.9  |  35 Reviews

29 out of 30 (97%) reviewers recommend this product

| Search topics and reviews | 🔍 | 35 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews                                                          Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Meet the Families

# Pookie Panda Family

Age 3+

★★★★★  4.9 (35)

Item No. CC1940



  

## $29.99

**Quantity**                **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Meet the Pookie Panda Family, a family of black and white flocked Panda bears with round ears. Includes mother Debra, father Walter and baby sister and brother Angela and Tyler
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Debra and Walter measure approximately 3 inches tall and baby sister and brother Angela and Tyler measure approximately 1.75 inches tall.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Walter the Pookie Panda father is the idea man of the village, and he's never without a smile. He's always thinking of wonderful events to plan for the whole village.When the villagers want to throw a party, they know just who to ask! Debra the Pookie Panda mother loves music and is fantastic at writing songs. She's written lots of songs for shops and events in the village. Tyler the Pookie Panda baby is the best dancer at the village nursery—everyone is blown away by his cool moves. He's a very kind boy, and teaches the other babies how to dance too. Angela the Pookie Panda baby loves to sing. She's always singing songs her mother has written!

## Reviews

★★★★★  4.9  |  35 Reviews

33 out of 33 (100%) reviewers recommend this product

| Search topics and reviews | | **35** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                        **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Meet the Families

# Sheep Family

Age 3+

 4.8 (35)

Item No. CC1967

## $29.99

  

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Meet the Sheep Family, a 4 member family of ivory flocked sheep with pointed ears. Includes mother Barbara, father Danny, brother Winton and sister Lona.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Danny and Barbara measure approximately 3 inches tall and brother and sister Winton and Lona measure approximately 2.25 inches tall.
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Mother, Barbara is the real expert on fruit trees of every kind. Her busiest times are late fall and early spring when she is in the orchard all day, pruning and re-shaping all the trees and checking for any problems. When the trees start blooming in the spring, she loves to take long walks along the orchard path every evening. Father, Danny is in charge of the orchards in Calico Village, keeping the grass short and the place tidy. He is very proud of his Calico Red apples and Peachy Perfect peaches. After the day's work is done, he likes to relax on the couch with a glass of freshly-squeezed fruit juice. Sister, Lona is very serious and a little shy. But she's not shy around her baby brother and sisters! She takes very good care of them—she reads them lots of picture books, draws pictures for them and helps them when it's nap time. Brother, Winton is a gentle, calm, laid-back type. He knows a lot and does very well at school. He's great at ballet, but he's shy so he usually only lets Lona see him dancing. He wants to be a ballet dancer when he grows up, so he practices as hard as he can.

## Reviews

★★★★★  4.8  |  35 Reviews

35 out of 35 (100%) reviewers recommend this product

| Search topics and reviews | **35** Reviews | **0** Questions | **0** Answers |
| --- | --- | --- | --- |

Reviews

Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Sheep Twins

Age 3+

 4.9 (36)

Item No. CC1968

**$12.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes 2 twin baby figures including baby brother Sean and baby sister Shona
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Both twins are dressed in removable detailed clothing
- Play together with included pink train themed pushcart
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Sean likes to taste every fruit he finds. His Mother does not mind, as long as he remembers to wash it before eating. He is particularly fond of sweet Asian pears. When there are none on the ground, he asks someone to pick them right off of the tree for him. Shona can spend hours watching birds and butterflies in Father's orchard. She is more interested in flowers than fruit and likes to dream of having her own flower garden when she grows up a bit.

## Reviews

4.9 | 36 Reviews

35 out of 35 (100%) reviewers recommend this product

| Search topics and reviews | **36** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★ — 32
4★ — 4
3★ — 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Meet the Families

# Goat Family

Age 3+

★★★★★  4.8 (37)                                                            Item No. CC1969



**$29.99**

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST





## Features

- Meet the Goat Family, a 4 member family of ivory flocked goat with pointed ears. Includes mother Nancy, father Billy, sister Mandy and baby sister Jenny
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Nancy and Billy measure approximately 3 inches tall, sister Mandy measures 2.25 inches tall and baby sister Jenny measures approximately 1.75 inches tall.
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Mother, Nancy is good at quilting and can make anything from clothes and small items to big items such as curtains. She works as a pharmacist and knows all about herbs and healthy eating. Father, Billy has moved to the Calico Village to take up the job of mail carrier. He makes sure everyone's mail is always delivered on time because he knows how much all the villagers look forward to their letters and parcels. Sister, Mandy loves writing letters. She sends hand-made birthday cards to family and school friends every year. Everyone looks forward to receiving her letters because they are always filled with kind words. Baby Sister, Jenny loves to sing while swinging on the swings. She likes it when her mother pushes her. When she plays on the swings at the nursery, she gets a little upset when she has to let someone else take a turn.

## Reviews

★★★★★  4.8  |  37 Reviews

36 out of 37 (97%) reviewers recommend this product

| Search topics and reviews | | **37** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                                        **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)



  

Home / Life in Calico Village / Visit the Hair Salon

# Pony's Stylish Hair Salon

Age 3+

 5.0 (35)

Item No. CC1971

  

## $99.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Ready to play set includes poseable pony figure Sally who has silky blonde hair and is dressed in removeable clothing.
- Stylish Hair Salon is a two story salon with a reception desk, shampoo station and second floor hair styling station with vanity! Includes 40 accessories for the salon and hair styling!
- Style so many unique hair styles from the included hair stlying booklet! From braids and updos to pigtails, you can change your style and accessorize with clips, ties, claws, headbands, tiaras and more! Includes two colorful hair extensions for use with Pony figures, or other Calico Critters figures with ears.
- Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Hair Styling Set.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable pony figure Sally who has silky, blonde hair and is dressed in removeable clothing. Set features Sally's two story hair styling salon with reception desk, shampoo station and second floor styling station with vanity and so many accessories to play with! There are so many unique hairstyles to try with accessories including clips, ties, headbands, tiaras and more. Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Hair Styling Set.

## Reviews

5.0 | 35 Reviews

34 out of 34 (100%) reviewers recommend this product

| Search topics and reviews | | 35 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home  /  Life in Calico Village  /  Visit the Hair Salon

# Pony's Hair Stylist Set

Age 3+

 4.7 (36)

Item No. CC1972



$34.99

Quantity

1

Available

ADD TO BAG

ADD TO WISHLIST

   

## Features

- Ready to play and includes poseable pony figure Serafina who has silky blonde hair and is dressed in removeable clothing
- Hair Stylist's set includes 16 accessories including hair dryer and straightener, hairpray, clips, headband, cart and more to style hair!
- Serafina is the hair stylist in the village hair salon! She's dyed a purple streak in her long beautiful hair and everyone says it looks wonderful. She keeps all the things she uses to style hair, like her brush and scissors, in a tool belt and she finishes each haircut in a flash! Serafina knows exactly which style will suit each villager best, so when she asks villagers "what'll it be?" they always say "whatever you recommend!"
- Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable pony figure Serafina who has silky, blonde hair and is dressed in removeable clothing. Set features Serafina's hair styling accessories including cart with tray that holds hair dryer, straightener, brushes, scissors, mirror, hair clips and more! Serafina is the hair stylist in the village hair salon! She's dyed a purple streak in her long beautiful hair and everyone says it looks wonderful. She keeps all the things she uses to style hair, like her brush and scissors, in a tool belt and she finishes each haircut in a flash! Serafina knows exactly which style will suit each villager best, so when she asks villagers "what'll it be?" they always say "whatever you recommend!" Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.

## Reviews

4.7 | 36 Reviews

32 out of 33 (97%) reviewers recommend this product

Search topics and reviews

| 36 Reviews | 0 Questions | 0 Answers |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5 ★ | 30 |
| 4 ★ | 4 |
| 3 ★ | 0 |
| 2 ★ | 1 |
| 1 ★ | 1 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home  /  Life in Calico Village  /  Visit the Hair Salon

# Princess Dress Up Set

Age 3+

 4.9 (36)

Item No. CC1973

  

## $31.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Ready to play set includes poseable Persian Cat girl figure dressed in removeable clothing with 11 accessories for dress-up fashion play!
- Accessories include shelf, mannequin, two unique dresses, three earrings, tiara, headband, necklace and purse
- Lyra is getting ready for a party! She has two favorite dresses that are hard to choose from - her yellow dress reminds her of the sun, but her blue dress reminds her of the color of the sky. In the end, she chooses to wear her yellow dress because the pink ribon matches the one on her bag. As a finishing touch, she put on a headband with the same pink color as the ribbon, and now she's ready to party!
- Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Persian Cat Girl figure dressed in removeable clothing, along with 11 accessories for fashion dress-up play! Lyra is getting ready for a party! She has two favorite dresses that are hard to choose from - her yellow dress reminds her of the sun, but her blue dress reminds her of the color of the sky. In the end, she chooses to wear her yellow dress because the pink ribon matches the one on her bag. As a finishing touch, she put on a headband with the same pink color as the ribbon, and now she's ready to party! Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.

## Reviews

 4.9  |  36 Reviews

34 out of 34 (100%) reviewers recommend this product

| Search topics and reviews | | **36** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

Reviews                                                                                    Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home  /  Life in Calico Village  /  Visit the Hair Salon

# Pony Friends Set

Age 3+

 4.9 (37)

Item No. CC1974



   

**$34.99**

Quantity

1

Available

ADD TO BAG

ADD TO WISHLIST

## Features

- Ready to play set includes 2 poseable pony figures with long, silky hair for hair styling and fashion play!
- Includes 13 accessories for hair styling and beauty play including a full length floor mirror, two handbags, tiara, necklace, three hair clips, two hairties and hair brush
- Bella Chestnut Pony and Giselle Silver Pony have come to visit their good friend Sally and brought all their favorite hair accessories with them. Sally went and got her hair accessories too, and now they're all trying them out! Later on, Sally's mother will teach them how to braid their hair.
- Play together with other sets from the Salon series including Pony's Hair Styling Set, Princess Dress Up Set and Pony's Stylish Hair Salon.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes 2 poseable pony figures with long, silky hair and 13 accessories for hair styling and fashion play! Bella Chestnut Pony and Giselle Silver Pony have come to visit their good friend Sally and brought all their favorite hair accessories with them. Sally went and got her hair accessories too, and now they're all trying them out! Later on, Sally's mother will teach them how to braid their hair. Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.

## Reviews

4.9    37 Reviews

30 out of 30 (100%) reviewers recommend this product

| Search topics and reviews | | 37 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews                                                      Write a review

Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5 ★ | 33 |
| 4 ★ | 4 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |

Average Customer Ratings

Overall ★★★★★    4.9



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Party Time Playset -Tuxedo Cat Girl-

Age 3+

★★★★★  5.0 (36)                     Item No. CC1975



## $31.99

**Quantity**                          **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features




- Ready to play set includes poseable Tuxedo Cat girl figure dressed in removable clothing and 27 accessories to throw a fabulous birthday party in Calico Village!
- Party time accessories include a two-tier cake with flower decorations, two cake stands, cart with star shaped balloon, present box, flower box and tea set with teapot, teacups and saucers.
- Today is Lily's birthday, and she planned a big party and invted all of her friends! Before the party, Lily and her friends all went to the hair salon so they could look nice. All the girls are wearing sparkly dresses and they;ve brought her wonderful presents. Now, they're all eating birthday cake and talking happily. Lily wishes it could be her birthday everyday!
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys. _x000D_
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Tuxedo Cat girl figure who is dressed in removeable clothing, along with 27 accessories to throw a fabulous birthday party! Today is Lily's birthday, and she planned a big party and invted all of her friends! Before the party, Lily and her friends all went to the hair salon so they could look nice. All the girls are wearing sparkly dresses and they;ve brought her wonderful presents. Now, they're all eating birthday cake and talking happily. Lily wishes it could be her birthday everyday! Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys.

## Reviews

★★★★★  5.0  | 36 Reviews

35 out of 35 (100%) reviewers recommend this product

[ Search topics and reviews ]                          **36** Reviews          **0** Questions          **0** Answers



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Husky Family

Age 3+

 4.9 (40)

Item No. CC1976



**$29.99**

Quantity                              Available
[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Meet the Husky Family, a family of gray flocked Husky dogs with rounded ears and fluffy tails. Includes mother Avril, father Vincent, and triplets Rae, Drake and Nelly in sled.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Avril and Vincent measure approximately 3 inches tall and triplets measure approximately 1 inch tall.
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Mother, Avril knows how to put her mind to something, and she's very good with her hands. She's an engineer who builds the cars Vincent designs. She has a wonderful workshop, where she carefully builds every car so that it's just right to drive and ride in. Avril doesn't like the cold, so she always wears a soft, warm cape in winter. Father, Vincent is a car designer and he's very good at it. He's always coming up with cool ideas that everyone loves. He even designed sleds and bikes for the children. He's good friends with John Hazelnut Chipmunk, who's an inventor. Girl triplet, Rae is always cheerful and hardly ever cries. Boy triplet, Drake gets scared easily. He feels very nervous when he rides in the front of the sled. Girl triplet, Nelly always on the go. Everything she sees is exciting to her. If there's a noise while she's sleeping, she wakes up right away to see what's going on.

## Reviews

⭐ 4.9 | 40 Reviews

34 out of 35 (97%) reviewers recommend this product

| Search topics and reviews | | 40 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                                 Write a review

Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5 ★ | 36 |
| 4 ★ | 4 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Highbranch Giraffe Family

Age 3+

 4.9 (40)                                    Item No. CC1977



**$34.99**

Quantity                          Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Meet the Highbranch Giraffe Family, a family of yellow and orange spotted, flocked giraffees with long necks and tails. Includes mother Olive , father Egbert and baby sister and brother Brie and Bran with camera and binocular accessories!
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Olive and Egbert measure approximately 3 inches tall and baby sister and brother Brie and Bran measure approximately 1.75 inches tall.
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

---

## Description

Mother, Olive is calm and gentle. She loves cream puffs full of custard, because the custard is yellow like her! Cream puffs are her special snack and she doesn't like to share them, so she keeps them up high where the children can't see them and eats them when the children aren't looking. But the children always see the custard around her mouth and say "Can we have some?". Father, Egbert is a calm, gentle soul. He often forgets how tall he is and bumps his head on things. He likes old things and takes good care of them—he has lots and lots of vintage tools. Baby Sister, Brie loves to look into the distance with the binoculars her father gave her. She loves to sit all the way up on her mother's head so that she can see even further. When her brother, who's a year older than her, takes photos, she puts them in a diary and writes about them. Baby Brother, Bran loves to take photos with the camera his father gave him. He wants to grow up big and tall like his father, so that he can see far off in the distance and take wonderful photos from up high.

## Reviews

★★★★★ 4.9 | 40 Reviews

34 out of 34 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | 40 Reviews | 0 Questions | 0 Answers |

Reviews                                                              Write a review

Rating Snapshot

Select a row below to filter reviews.

5 ★ _____ 36
4 ★ _____ 3
3 ★ _____ 1
2 ★ _____ 0
1 ★ _____ 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Tandem Cycling Set -Husky Sister & Brother-

Age 3+

★★★★★  4.9 (37)

Item No. CC1978

  

## $31.99

Quantity

Available

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Ready to play and includes 2 poseable figures with removeable clothing and pink tandem bicycle.
- Detailed tandem bicycle has real rotating wheels and basket and pullcart for the Husky Twins to ride in!
- Husky brother and sister Hayden and Pauline love to ride their bike through Calico Village! Pauline is full of energy and loves to go as fast as she can, but Hayden prefers to go slower so that he can see all the beautiful flowers and unusual trees along the way.
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys including the Husky Family and Husky Twins.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes 2 poseable figures in removeable clothing, along with tandem bicycle with rotating wheels, basket and pullcart for husky twins. Husky brother and sister Hayden and Pauline love to ride their bike through Calico Village! Pauline is full of energy and loves to go as fast as she can, but Hayden prefers to go slower so that he can see all the beautiful flowers and unusual trees along the way. What do you think they'll see today?

## Reviews

★★★★★  4.9  |  37 Reviews

31 out of 31 (100%) reviewers recommend this product

Search topics and reviews

| 37 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families



# Husky Twins

Age 3+

★★★★★ 4.8 (37)

Item No. CC1979

  

## $12.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes 2 twin baby figures including baby brother Jeremy and baby sister Amber
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Both twins are dressed in removable detailed clothing
- Play together with included yellow train themed pushcart
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Boy twin, Jeremy loves playing outside with his sister Amber. He's a very kind big brother to the little triplets—he often plays peek-a-boo with them and pulls them in their push-along car the way his big brother and sister pull the sled. Girl twin, Amber likes to play with her little brother and sisters with her brother Jeremy. She's great at making funny faces when they play peek-a-boo and have staring contests—the triplet babies always burst out laughing.

## Reviews

★★★★★ 4.8   37 Reviews

33 out of 35 (94%) reviewers recommend this product

| Search topics and reviews | | | 37 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|---|

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | | 31 |
| 4★ | | 5 |
| 3★ | | 1 |
| 2★ | | 0 |
| 1★ | | 0 |

Average Customer Ratings

| Overall | ★★★★★ | 4.8 |
|---|---|---|
| Quality | | 4.9 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# BBQ Picnic Set -Elephant Girl-

Age 3+

 5.0 (40)                                    Item No. CC1980



   

**$34.99**

Quantity                              Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Ready to play set includes poseable Bubblebrook Elephant girl figure who is dressed in removeable clothing
- Detailed BBQ picnic set includes orange BBQ grill with folding legs, picnic table with matching folding chairs, dinnerware and BBQ food including kebabs and corn.
- Miriam has invited all her friends over for a barbecue! She gave some food to each of her friends and said "I hope you enjoy it!". But, when she went to eat her share, she realized that she'd given all the food to her friends. But, not to worry! Aidan cuddle Bear has shared some corn - her favorite!
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Bubblebrook Elephant Girl figure in removeable clothing, along with 19 pieces of BBQ picnic accessories. Miriam has invited all her friends over for a barbecue! She gave some food to each of her friends and said "I hope you enjoy it!". But, when she went to eat her share, she realized that she'd given all the food to her friends. But, not to worry! Aidan cuddle Bear has shared some corn - her favorite! Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys.

## Reviews

★★★★★ 5.0 | 40 Reviews

35 out of 35 (100%) reviewers recommend this product

| Search topics and reviews | | **40** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

Reviews                                                                                    Write a review

FREE STANDARD SHIPPING WITH ORDERS OVER $50



**Calico Critters**®

🛒 0

Search (Keywords,Etc) 🔍

Home / Life in Calico Village / Live & Play Together



# Cycle & Skate Set -Panda Girl-

Age 3+

⭐⭐⭐⭐⭐ (0)

Item No. CC1981

**$31.99**

 

**Quantity**

[ 1 ]

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

  

‹ ›

- Ready to play set includes poseable Pookie Panda Girl figure dressed in removeable clothing with 11 pieces of accessories for cycling and skating!
- Sporting accessories include bicycle with cart and set of roller skates, helmet and backpack, water bottle wth cup and snack tin with two biscuits
- Rosalina loves sports and she's great at entertaining others. Today, she's out on her bike with her baby sister Angela and her friend Grace Hopscotch Rabbit. She promised Dominic Hazelnut Chipmunk that she'd practice roller skating with him in the village square. She's brought some biscuits and water, but the babies have started eating them all! Leave some for Rosalina and Dominic, won't you?
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Pookie Panda Girl figure dressed in removeable clothing, along with 11 pieces of sport accessories for a day outdoors! Rosalina loves sports and she's great at entertaining others. Today, she's out on her bike with her baby sister Angela and her friend Grace Hopscotch Rabbit. She promised Dominic Hazelnut Chipmunk that she'd practice roller skating with him in the village square. She's brought some biscuits and water, but the babies have started eating them all! Leave some for Rosalina and Dominic, won't you? Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys.

## Reviews

Reviews

⭐⭐⭐⭐⭐

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / **Life in Calico Village** / Live & Play Together

# Weekend Travel Set -Snow Rabbit Mother-

Age 3+

★★★★★  4.9 (40)                                    Item No. CC1983

   

## $31.99

| Quantity | | Available |
|---|---|---|
| 1 | | |

ADD TO BAG

ADD TO WISHLIST



  

## Features

- Ready to play set includes poseable Snow Rabbit mother figure dressed in removeable clothing along with 17 accessories for a weekend getaway!
- Accessories include rolling suitcase, tote bag with parasol, neck pillow, camera, hat and sweater, watch and more!
- Emilia loves to travel - when you travel, you get to meet new people and try yummy new foods. Emilia has a big suitcase where she packs everything she needs to have a wonderful trip. Today, she's staying with the Hazelnut Chipmunk family so she can spend time with her friend Savannah. Savannah opened the door as soon as Emilia arrived - she must have heard Emilia's suitcase rolling along!
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys. _x000D_
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Snow Rabbit Mother figure dressed in removeable clothing, along with luggage and accessories for a weekend getaway! Emilia loves to travel - when you travel, you get to meet new people and try yummy new foods. Emilia has a big suitcase where she packs everything she needs to have a wonderful trip. Today, she's staying with the Hazelnut Chipmunk family so she can spend time with her friend Savannah. Savannah opened the door as soon as Emilia arrived - she must have heard Emilia's suitcase rolling along! Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys.

## Reviews

★★★★★  4.9  |  40 Reviews

36 out of 36 (100%) reviewers recommend this product

| Search topics and reviews | **40** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|

Reviews                                                        Write a review

Delivering to Park City 84098
Update location

Toys & Games ▾

Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders    🛒 0

All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   Prime ▾   New Releases   Customer Service   Music   Today's Deals   Registry   Books    Shop women-owned businesses

Toys & Games   Kids Gift Guide   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys   Shop Toy Deals   Create a Gift List

Shop now

## Similar items

Sponsored


Calico Critters Milk Rabbit Family - Set of 4 Collectible Doll Figures for Children Ages 3+
9,367
$19⁹⁹


Barbie Snowboarder Fashion Doll, Winter Sports Theme with Blonde Hair, Jacket, Pants & Snowboard Accessories
494
$33⁸⁰


Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+
4,050
$21¹⁷

Toys & Games › Dolls & Accessories › Playsets










Roll over image to zoom in

## Calico Critters Baby Treats Series Blind Bags, Surprise Set Including Doll Figure and Accessory

Visit the Calico Critters Store

4.7    2,223 ratings   |   Search this page

**1K+ bought in past month**

$14⁹³

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $10 off instantly: Pay $4.93 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Style: **Baby Treats Series Blind Bags**

| Baby Fairy Tales Series Blind Bags |
| 4 options from $22.23 |

| Baby Fun Hair Series Blind Bags |
| $13.34 |

| Baby Magical Party Series Blind Bags |
| - - |

| Baby Sea Friends Series Blind Bags |
| - - |

| **Baby Treats Series Blind Bags** |
| **$14.93** |

- Baby Treats Series is the eighth series of collectible figures from Calico Critters, released Spring 2022
- Each blind bag contains one Calico Critter baby figure and sweet accessory.
- Collect all 8 styles, including the secret style not featured on the packaging!
- Play together with Amusement Park and Nursery series playsets from Calico Critters
- Recommended for girls and boys ages 3 and above

Report an issue with this product or seller

Sponsored

**✔ prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

| Delivery | Pickup |

$14⁹³

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Thursday, March 14** on orders shipped by Amazon over $35

Or fastest Same-Day delivery **Today 10 AM - 3 PM**. Order within 55 mins

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon.com
Sold by   Amazon.com
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Add to List

New (5) from
$14⁹²  FREE Shipping on orders over $35.00 shipped by Amazon.

### Other Sellers on Amazon

$14.92   Add to Cart
FREE Shipping on orders over $35.00 shipped by Amazon.
Sold by: TopShelfDistribution

$14.95   Add to Cart
FREE Shipping on orders over $35.00

## Frequently bought together

## Important information

### Safety Information

<mark>Small Parts - Choking Hazard. Not for children under 3 years old.</mark>

To report an issue with this product or seller; click here.

---

## From the manufacturer

### About Us

Calico Critters is a line of miniature animal figures, with homes, furniture and accessories. The animal figures are unique because they are made of a special flocked material that gives them an endearing quality. They were introduced in Japan in 1985 and are distributed worldwide. Calico Critters are sold as families, with Mothers and Fathers, sisters, brothers and babies. The homes and furniture are quite life-like are have incredible detail. The Critters live in the community of Calico Village. All the citizens in Calico Village have hobbies and jobs. The underlying theme is giving, friendship and happiness. Calico Critters are wholesome, never trendy.

Calico Critter Brand Statement

Calico Critters of Calico Village are timeless, classic toys that delight children and promote wholesome family values. These miniature animals and their life-like environments have inspired the imagination and creativity of countless children all over the world.

---

## Goes well with

    

| Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+ | Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+ | Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse… | Red Roof Country Home Gift Set | Sonny Angel Sweets - Original Mini Figure / 1 Sealed Blind Box, Multicolor, SAS65379 | 5Pc Mini Carpet Minihouse Decoration Accessories Miniature Rugs Mini House Accessory(Send by… |
|---|---|---|---|---|---|
| 8,272 | 6,797 | 184 | 47 | 96 | 31 |
| $24.48 | $17.99 | $22.99 | $119.99 | $20.89 | $12.99 |
| Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 4 left in stock - order… | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

---

## What's in the box

- Marshmallow Mouse baby with Marshmallow Mouse Cake and Cake Plate; Koala baby with Koala Ice Cream; Snow Rabbit baby with Rabbit Waffle and Plate; Bear baby with Bear Doughnut and Basket; Deer baby with Deer Lollipop; Pookie Panda baby with Panda Pancake, Plate and Fork; Striped Cat baby with Cat Muffin and Mug; Secret

---

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

HOME    VISIT US    **SHOP FOR TOYS**    ABOUT US    CONTACT US



ACCOUNT | LOGIN | CHECKOUT
0 PRODUCT, $0.00

Search for Toys    SEARCH

## FUN CATEGORIES

Action Figures
Active Play
Arts & Crafts
Baby
Bathtub Toys
Books
Cars, Trains & Vehicles
Collectibles
Construction
Dolls & Accessories
Dress-Up
Educational Toys
See All Categories

## FUN FOR AGE...

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
Ages 7-8
Ages 8-9
Ages 9-10
Ages 10-11
Ages 11-12
Ages 13 & Over
See All Age Ranges





# Calico Critter Yellow Labrador Family


# intpcc2018

## $28.99                                                      Buy Now





**Product Specifications**

- Brand: [International Playthings](#).
- Item Number: intpcc2018.
- Manufacturer Number: CC2018.
- UPC: 020373220188.
- Recommended for ages : 3 to 8.
- Gender: Both.

Mother Lucy teaches math at the Cloverleaf Corners Elementary School. Father Barker runs his own business as a photographer. Brother Buddy loves camping in the great outdoors. Sister Sadie loves amusement parks and carnivals.

Quantity: 1

Add to Cart                          Add To Wishlist

**Fundamentals**



**Safety Information**

⚠ **WARNING**: CHOKING HAZARD - Small parts. Not for children under 3 years.

They may also like....                                        -



Toys for Kids of All Ages!

**Lucky Duck Toys**

832 W. Lancaster Ave.
Bryn Mawr, PA 19010
Get Directions

Your Cart | Login | Your Account
0 Product, $0.00

**(610) 525 5825**

Home    Shop For Toys!    Wish Lists    About Us    Contact Us    Fundamentals    Shopping FAQ

## Search for a Toy!

Search...

## Shop by DEPARTMENT

New Items!
Staff Favorites!
Fidgets!
Holiday Themed Items
Action Figures
Arts & Crafts
Baby Toys & Gifts
Banks and Safes
Bathtub Toys
**See All Departments...**

## Shop by BRAND

Abacus Brands
ACD Distribution
ACD Toys
Adora
Amahi Ukuleles
Anirollz
Ann Williams Group
Apple Park
Aquabeads
Artisan/Workman Publishing
Asmodee
Aurora World Inc
**See All Brands...**

## Shop by AGE RANGE

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
Ages 7-8
Ages 8-9
Ages 9-10
Ages 10-11
Ages 11-12
**See All Age Ranges...**

## Shop by BY PRICE



# Calico Baby Fun Hair Series
# 20470

**$6.99**                                        Buy Now

Save        Post        Share 0

These Blind Bags, or Mystery Packs, as they are also known, contain a secret Sylvanian baby and a fun hair accessory. There are 8 different babies to collect!

One pack

### Availability

- Currently In Stock

Quantity: 1
Add to Cart                        Add To Wishlist

☐ 🎁 Add Gift Wrapping? (Free)              Gift Wrap Options

**Safety Information**

⚠️ **WARNING:** CHOKING HAZARD - Small parts. Not for children under 3 years.

**Product Specifications**

- Brand: Calico Critters.
- Item Number: 20470.
- Manufacturer Number: cc2024.
- UPC: 0020373220249.
- Recommended for ages : 3 to 8.

They may also like....                                                     -

| Calico Family Picnic Van | Royal Carriage Set | Sunny Picnic Set - Fennec Fox Sister & Baby | Nursery Swing |
|---|---|---|---|
|  |  |  |  |
| $44.99 | $29.99 | $29.99 | $21.99 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

**Shipping Estimate**                                                        -

Local Delivery to Bryn Mawr area (min $50 order): See shipping page for details              $0.00





FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Popcorn Delivery Trike

Age 3+

★★★★★  5.0 (1)                                      Item No. CC2026

  

## $39.99

**Quantity**

1

**Available soon**

ADD TO BAG

ADD TO WISHLIST



  

## Features

- Ready to play set includes poseable Sheep mother figure dressed in removeable clothing along with 20 accessories to make sweet popcorn treats for the children at the Amusement Park!
- Set includes tricycle with rotating wheels, popcorn maker with 6 popcorn kernels, 4 popcorn cups, 2 popcorn buckets, two muffins, and three lollipops! Tunr the knob on the popcorn maker and watch the kernels pop!
- Barbara sell popcorn from a special bike and the children get excited everytime she arrives! The smell of the butter! The sound of the popcorn popping! And it taste so good! The children were looking forward to her tasty treats so much that they start eating it right then and there. Its a good thing the popcorn is in a nice sturdy box, so they can save some for later!
- Play together with other sets from the Amusement Park Series including Baby Amusement Park, Ice Cream Van and more!
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Sheep Mother figure dressed in removeable clothing, along with trike and popcorn to sell at the Amusement park! Barbara sell popcorn from a special bike and the children get excited everytime she arrives! The smell of the butter! The sound of the popcorn popping! And it taste so good! The children were looking forward to her tasty treats so much that they start eating it right then and there. Its a good thing the popcorn is in a nice sturdy box, so they can save some for later! Play together sets from the Amusement Park Series including Ice Cream Van, Baby Amusement Park and more!

## Reviews

★★★★★  5.0  |  1 Review

1 out of 1 (100%) reviewers recommend this product

Search topics and reviews

**1**
Review

**0**
Questions

**0**
Answers

Reviews

Write a review

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

**Toys & Games**    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Sponsored

**Consider these available items**



Calico Critters Royal Princess Set - Doll Playset with 5 Figures and Accessories for Children Ages 3+
839
$29.99

Calico Critters Reindeer Family - Set of 4 Collectible Doll Figures for Ages 3+
8,275
$27.99



Calico Critters Baby Treats Series Blind Bags, Surprise Set Including Doll Figure and Accessory
2,226
$14.93

Toys & Games › Dolls & Accessories › Dolls



Roll over image to zoom in

### Calico Critters Trick or Treat Parade, Limited Edition Seasonal Halloween [Set] with 5 Collectible Figures and [Co]stume Accessories

[Visit] the Calico Critters Store
614 ratings  |  Search this page

**<span style="color:red">Currently unavailable.</span>**
[Cur]rently unavailable.
[We d]on't know when or if this item will be back in stock.

[Set]: Trick or Treat Parade

| Trick or Treat Parade | Trick or Treat Trio |
|---|---|
| - - | - - |

- [Ca]lico Critters Trick or Treat Parade Limited Edition Seasonal [Pl]ayset with Figures and Costume Accessories
- [In]cludes 5 poseable Calico Critters figures in Halloween [c]ostumes with accessories
- [Fi]gure styles include Midnight Cat girl in ghost costume, Toy [P]oodle baby in monster costume, Bubblebrook Elephant baby [in] pumpkin costume, Hopscotch Rabbit baby in witch [co]stume and and Cuddle Bear baby in ghost costume.
- [Co]stumes are removable and compatible with other figures [fr]om Calico Critters
- [P]lay together with the Spooky Surprise House or Halloween Playhouse!

Report an issue with this product or seller

**<span style="color:red">Currently unavailable.</span>**
We don't know when or if this item will be back in stock.
Delivering to Park City 84098 -
Update location

Add to List

Sponsored

## Goes well with

Page 1 of 7



Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as Thursday, Mar 14
FREE Shipping on orders over $35 shipped by Amazon



Calico Critters Fashion Playset, Town Girl Series - Sugar Sweet Collection - Unleash Fashion Creativity with This...
2,013
$21.99
Get it as soon as Thursday, Mar 14
FREE Shipping on orders over $35 shipped by Amazon



Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...
184
$22.99
Get it as soon as Thursday, Mar 14
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order...



Red Roof Country Home Gift Set
47
$119.99
Get it as soon as Thursday, Mar 14
FREE Shipping by Amazon



Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur...
170
$27.99
Get it as soon as Thursday, Mar 14
FREE Shipping on orders over $35 shipped by Amazon



HOAKWA 10 Sets Alive Doll Clothes and Accessories Fits 10-11-12 Inch Baby Dolls, American 14-14.5 Inch...
313
$20.90
Get it as soon as Thursday, Mar 14
FREE Shipping on orders over $35 shipped by Amazon

Sonny Ang[el] Original M[ini] Sealed Bl[ind] Multicolor...
$20.89
Get it as soo[n] Mar 14
FREE Shipp[ing] $35 shipped...

## Similar items that may ship from close to you

Page 1 of 2

       

| Calico Critters Happy Christmas Friends, Limited Edition Seasonal Holiday Set with 4 Collectible Doll Figures… | Calico Critters Royal Princess Set - Doll Playset with 5 Figures and Accessories for Children Ages 3+ | Calico Critters Easter Celebration Set, Limited Edition Doll Playset with 2 Figures and Accessories | Calico Critters Penguin Family - Set of 4 Collectible Doll Figures for Ages 3+ | Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and School… | Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+ | Calico Crit Trike, Doll with Figur Accessori |
|---|---|---|---|---|---|---|
| 55 | 839 | 308 | 11,306 | 5,107 | 4,052 | |
| $29.77 | $29.99 | $25.39 | $24.99 | $19.99 | $21.17 | $44.99 |
| Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soo **Mar 14** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shippi |

## Product information

| | | | Feedback |
|---|---|---|---|
| Product Dimensions | 2.2 x 9.5 x 6.7 inches | | Would you like to **tell us about a lower price?** |
| Item Weight | 5.3 ounces | | |
| ASIN | B09LZ7SVPY | | |
| Item model number | CC2027 | | |
| Manufacturer recommended age | 36 months - 8 years | | |
| Best Sellers Rank | #178,818 in Toys & Games (See Top 100 in Toys & Games) #3,477 in Dolls | | |
| Customer Reviews | 4.9 — 614 ratings 4.9 out of 5 stars | | |
| Release date | May 1, 2022 | | |
| Manufacturer | Epoch Everlasting Play | | |

## Product Description

Trick or Treat Parade is a limited edition seasonal Halloween set which includes 5 posable and costumed Calico Critters figures. Figure styles include Midnight Cat girl in ghost costume, Toy Poodle baby in monster costume, Bubblebrook Elephant baby in pumpkin costume, Hopscotch Rabbit baby in witch costume and and Cuddle Bear baby in ghost costume. The costumes are removeable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Seasonal Sets from Calico Critters including the Spooky Suprise House and Halloween Playhouse!

## Important information

### Safety Information

Small Parts - Choking Hazard. Not for children under 3 years old.

To report an issue with this product or seller, click here.

## From the manufacturer



### About Us

Calico Critters is a line of miniature animal figures, with homes, furniture and accessories. The animal figures are unique because they are made of a special flocked material that gives them an endearing quality. Calico Critters are sold as families, with Mothers and Fathers, sisters, brothers and babies. The homes and furniture are quite life-like are have incredible detail. The Critters live in the community of Calico Village. All the citizens in Calico Village have hobbies and jobs. The underlying theme is giving, friendship and happiness. Calico Critters are wholesome, never trendy.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Meet the Families

# Chocolate Rabbit Family

Age 3+

⭐⭐⭐⭐⭐ 5.0 (15)                    Item No. CC2028



**$26.99**

**Quantity**          **Available**
[ 1 ]

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Set of four figures: father Frasier, mother Teri, girl Freya, and boy Coco. Each figure has chocolate-coloured ear tips.
- The figures' arms, legs and heads can be moved to put them in different poses.
- The clothing can be removed to change figures' outfits.
- Stimulates imaginative role-playing for children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

---

## Description

Set of four figures: father Frasier, mother Teri, girl Freya, and boy Coco. Each figure has chocolate-coloured ear tips. The figures' arms, legs and heads can be moved to put them in different poses. The clothing can be removed to change figures' outfits.

## Reviews

⭐⭐⭐⭐⭐ 5.0 | 15 Reviews

4 out of 4 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **15** Reviews | **0** Questions | **0** Answers |

**Reviews**                                                    **Write a review**

Rating Snapshot
Select a row below to filter reviews.

| 5 ★ | | 15 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)



  

Home / Build a Dream Home / Find Your Home

# Red Roof Cosy Cottage

Age 3+

★★★★★  5.0 (5)                                   Item No. CC2029

  

## $44.99

**Quantity**                **Available soon**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Make yourself at home in the Red Roof Cozy Cottage and discover the exciting world of Calico Critters!
- Set includes two story Red Roof Home with Freya Chocolate Rabbit figure and 15 pieces of furniture and accessories.
- Home features new embellished curtains and mailbox for sending and receiving letters in Calico Village! Use the removable floorboards to create a second story, or expand the first floor.
- Encourage children's imagination and role-playing with hours of pretend play fun.
- Combine together with the Red Roof Country Home and Sweet Raspberry home to build a three story dollhouse and create your own Calico world!
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. The Red Roof Cozy Cottage includes 1 poseable figure dressed in removeable clothing, along with over 15 pieces of furniture and accessories that can decorate the rooms of the home. Included doll figure is Hopscotch Rabbit daughter, Bell who stands 2.25 inches tall, is soft-to-the-touch and has poseable limbs and head. Furniture and accessories include a cozy bed, dining table with chairs and a bench, and stove, sink and kitchen accessories. The home has moveable floor pieces, which allow for multiple configurations for play including adding a second floor, or expanding the first floor. The Red Roof Cozy Cottage is part of the Red Roof Series of homes, which are connectable to create a larger home with more space for furniture, accessories and figures from Calico Critters. Play together with the Sweet Raspberry Home and Red Roof Country Home and build your Calico world. Calico Critters are suitable for children ages 3 and above.

## Reviews

★★★★★ 5.0  |  5 Reviews

1 out of 1 (100%) reviewers recommend this product

[ Search topics and reviews ]

**5** Reviews   **0** Questions   **0** Answers

Reviews                                                    Write a review



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Baby's Toy Box -Snow Rabbit & Panda Babies-

Age 3+

(0)    Item No. CC2053

  

**$29.99**

Quantity    Available

1

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Baby's Toy Box -Snow Rabbit & Panda Babies- is colourful set featuring Snow Rabbit baby and Pookie Panda baby (Crawling).
- Also includes plenty of toys for the babies to play with, including dolls and bowling pins.
- This set includes figures and accessories and can be played with on its own.
- Stimulates imaginative role-playing for children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Baby's Toy Box -Snow Rabbit & Panda Babies- is colourful set featuring Snow Rabbit baby and Pookie Panda baby (Crawling). Also includes plenty of toys for the babies to play with, including dolls and bowling pins. This set includes figures and accessories and can be played with on its own. The bench chair can be opened up and used to store the toys. The building bricks can all fit in the cart, nice and tidy! Introducing Snow Rabbit baby Sophie and Panda baby Roy (crawling). Or combine with houses such as the Red Roof Country Home (sold separately) for even more imaginative playtime!

## Reviews

Reviews

★★★★★

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Meet the Families

# Reindeer Family

Age 3+

 4.7 (6)                                   Item No. CC2058



   

## $34.99

**Quantity**

[ 1 ]

**Available soon**

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Meet the Reindeer Family, a family of brown and beiege flocked Reindeers with antlers! Includes mother Elm, father Jolly, baby brother Luis and baby sister Eve along with pink sled
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Jolly and Elm measure approximately 3 inches tall and baby figures Luis and Eve measure approximately 1.75 inches tall.
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Father Jolly delivers things all around Calico Village. Whether it's presents or food, heavy things or even a lost child or two, no job is too difficult for Jolly! But he's a bit forgetful, so sometimes he delivers things to the wrong place! Mother Elm works together with Jolly on deliveries. She's even stronger than Jolly! She's good at coming up with ideas—when there's a difficult delivery, it's Elm who has the answer! Brother Luis loves Christmas—he wears his Santa hat all year round, and always asks "How many days is it until Christmas?" He wants to help his mum and dad with their work, so he puts things on the sled and pretends it's a delivery van. Sister Eve loves Christmas decorations. She's always saying "Can I put this on one of the trees?" The trees around the Reindeer family's house are full of the oddest decorations.

## Reviews

⭐⭐⭐⭐⭐ 4.7 | 6 Reviews

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **6** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                              **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families



# Reindeer Twins

Age 3+

★★★★★  5.0 (2)

Item No. CC2060

**$12.99**

**Quantity**

1

**Available soon**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes sitting and crawling twin figures Ollie and Ginger Reindeer and purple pushcart vehicle accessory
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Twins are dressed in removable detailed clothing, and are poseable with heads that rotate
- Twin figures measure approximately 1.5 inches tall
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Boy twin Ollie loves shaped biscuits and asks for one every day. When he's choosing a biscuit, he tries each one to see what it tastes like, but they all taste so good that he just can't decide! Girl twin, Ginger loves to wrap presents. Give her a toy or a snack and before you know it, she's put it in a gift bag. She loves it when she gives someone something and they say "thank you", so she'll give anything as a present.

## Reviews

★★★★★  5.0  |  2 Reviews

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | 2 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                          **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★ _____ 2

4★ _____ 0

3★ _____ 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Seasonal Celebrations

# Easter Celebration Set

Age 3+

 4.0 (1)                                    Item No. CC2061

  

## $29.99

| Quantity | Available | |
| --- | --- | --- |
| 1 | | ADD TO BAG |
| | | ADD TO WISHLIST |

## Features

- Seasonal Easter playset from Calico Critters
- Includes exclusive Marguerite Rabbit Sister and Brother who are fully poseable and dressed in removeable seasonal Easter outfits!
- Features springtime and Easter accessories including three pastel easter eggs and candy and baby chick accessories to have an egg hunt!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

Celebrate springtime with this unique, seasonal set from Calico Critters. Includes exclusive Marguerite Rabbit Sister and Brother who are fully poseable and dressed in removeable seasonal Easter outfits! Host your own egg hunt with the included Easter eggs and candy and chick accessories. Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values.

## Reviews

★★★★☆ 4.0 | 1 Review

| Search topics and reviews | | 1 Review | 0 Questions | 0 Answers |
| --- | --- | --- | --- | --- |

**Reviews**                                                                          **Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 0 |
| --- | --- | --- |
| 4 ★ | | 1 |
| 3 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🛍 0

Search (Keywords,Etc) 🔍

 Home / Meet the Families

# Penguin Family

Age 3+

⭐⭐⭐⭐⭐ 4.8 (12)    Item No. CC2062

 

  

### $34.99

**Quantity**    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Meet the Waddle Penguin Family, a family of black and white flocked Penguins with yellow beaks and webbed feet! Includes mother Sapphire, father Ozzie and baby boy Kippie with ice cream wagon accessory!
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Ozzie and Sapphire measure approximately 3 inches tall and baby figure Kippie measures 1.75 inches tall. Play together with the Penguin Babies Ride N Play!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Ozzie the Waddle Penguin father loves to eat! He eats and eats until he's all full up and his belly feels heavy, and then he sits down and falls asleep. Sapphire the Waddle Penguin mother loves dancing on the ice. Her dancing is very graceful and elegant. It takes a lot to upset Kippie the Waddle Penguin baby. He's a slow walker and good at sitting still. But show him an ice cream and he'll waddle over as fast as his feet will carry him!

## Reviews

⭐⭐⭐⭐⭐  4.8  |  12 Reviews

2 out of 3 (67%) reviewers recommend this product

[ Search topics and reviews ]    🔍    **12** Reviews    **0** Questions    **0** Answers

**Reviews**                                                          **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★    ▭    11



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Penguin Babies Ride N Play   Age 3+

 5.0 (3)                                        Item No. CC2063



  

**$19.99**

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Includes standing twin figures Pearl and Rock in coordinated pink and blue outfits with matching googles and blue pushcart vehicle accessory
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Twins are dressed in removable detailed clothing, and are poseable with heads that rotate
- Twin figures measure approximately 1.5 inches tall
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Girl twin Pearl loves to take baths. She even sings into the shower head like it's a microphone! Boy twin Rocky the Waddle Penguin baby loves to climb up high and then jump down. He keeps climbing up too high, and everyone has to rush to stop him from hurting himself.

## Reviews

5.0 | 3 Reviews

2 out of 2 (100%) reviewers recommend this product

| Search topics and reviews | | **3** Reviews | **0** Questions | **0** Answers |
| --- | --- | --- | --- | --- |

Reviews                                                          Write a review

### Rating Snapshot

Select a row below to filter reviews.

| | |
| --- | --- |
| 5 ★ | 3 |
| 4 ★ | 0 |
| 3 ★ | 0 |
| 2 ★ | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔔 0

Search (Keywords,Etc) 🔍

Home / Meet the Families

# Fennec Fox Family

Age 3+

⭐⭐⭐⭐⭐  5.0 (6)                                    Item No. CC2069



**$29.99**

📌 f 🔗 ✕

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Meet the Fennec Fox Family, a family of ivory flocked Fennec Foxes with oversized ears and bushy tails! Includes mother Sharon , father Ronald, baby brother Allie and baby sister Kaya with pink double stroller accessory!
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate.
- Adult figures Sharon and Ronald measure approximately 3 inches tall and baby figures Allie and Kaya measure 1 inch tall. Play together with the Fennec Fox Twins and Sunny Picnic Set to collect all Fennec Fox characters!
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Ronald the Fennec Fox father is a jolly sand artist. Whenever he makes something new, everyone comes to admire it, just like a famous art show. Sharon the Fennec Fox mother is an author and illustrator. When her daughter Jasmine thinks of a story, Sharon turns it into a picture book. Allie the Fennec Fox baby is a mellow, laid-back baby. He loves to sit in his high chair and be fed—he'd eat all day if he could! Kaya the Fennec Fox baby loves looking at the stars, but she's afraid of the dark! She has trouble sleeping, and often wakes up in the night.

## Reviews

⭐⭐⭐⭐⭐  5.0  | 6 Reviews

3 out of 3 (100%) reviewers recommend this product

Search topics and reviews 🔍

| **6** Reviews | **0** Questions | **0** Answers |
| --- | --- | --- |

Reviews                                                    Write a review

Rating Snapshot

Select a row below to filter reviews.

5★                              6



FREE STANDARD SHIPPING WITH ORDERS OVER $50

**Calico Critters®**

🛒 0

Search (Keywords,Etc) 🔍

Home / Meet the Families

# Fennec Fox Twins

Age 3+

 5.0 (2)

Item No. CC2070

$12.99

**Quantity**

| 1 |

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes sitting and crawling twin figures Rocco and Tara and pink pushcart vehicle accessory
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- Twins are dressed in removable detailed clothing, and are poseable with heads that rotate
- Twin figures measure approximately 1.5 inches tall
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

---

## Description

Boy twin Rocco often plays in the sandbox with his big brother Caleb. But every time Randy makes a sand mountain or a sandcastle, his twin sister Tara smashes it! That makes Randy angry. Randy also loves hiding toys in the sand—it's a treasure hunt! Girl twin Tara loves shiny spoons. Whenever the babies play in the sand, she goes and gets a spoon to scoop sand. But her twin brother Randy keeps hiding her spoon in the sand. Tara tries to find it, but she can't. That makes her cry.

## Reviews

⭐ 5.0 | 2 Reviews

| Search topics and reviews | 🔍 |

| **2** Reviews | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5★ | | 2 |
| 4★ | | 0 |
| 3★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / **Life in Calico Village** / Live & Play Together

# Sunny Picnic Set -Fennec Fox Sister & Baby -

Age 3+

⭐⭐⭐⭐⭐ 5.0 (1)    Item No. CC2071

  

## $29.99

**Quantity**    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Ready to play set includes poseable Fennec Fox sister Jasmine and baby boy Caleb who a dressed in removeable clothing
- Includes accessories for an outdoor picnic! Ride the orange tricycle wagon to the park and unpack your picnic accessories including pink and white checkered blanket, picnic basket and food and beverage accessories!
- Collect all Fennec Fox characters from the Fennec Fox Family and Fennec Fox twins sets!
- Recommended for girls and boys ages 3 and above
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable Fennec Fox girl Jasmine and Fennec Fox baby boy Caleb, and all the accessories you need for an outdoor picnic! Features orange tricycle wagon, pink and white checkered picnic blanket, picnic basket and food and beverage accessories! Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys, including the Fennec Fox Family and Fennec Fox Twins.

## Reviews

⭐⭐⭐⭐⭐ 5.0 | 1 Review

[ Search topics and reviews ]    🔍    **1** Review    **0** Questions    **0** Answers

**Reviews**    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★ ▬▬▬▬▬▬▬▬▬▬ 1

4 ★ ▬ 0

FREE SHIPPING ON ORDERS OVER $50    LEARN MORE

*Excludes Purchase Orders. U.S. addresses only. Other exclusions may apply.



<u>Contact Us</u>    <u>Common Questions</u>    <u>Catalogs</u>
<u>Quick Order</u>

<u>Home</u> / <u>Games, Puzzles & Toys</u> / <u>Playsets, Figures, & Accessories</u> / <u>Playsets & Figures</u> / <u>Standard Playsets</u> / <u>Calico Critters®</u> / <u>Calico Critters</u> / <u>Calico Critters Figures</u> / **Calico Critters Baby Fairy Tales Series Blind Bag**

# Calico Critters Baby Fairy Tales Series Blind Bag

**SKU: 041507**  |  Grade PK-5



ⓘ What is this?

**Item no longer available.**

<u>Be the first to write a review</u>

**OUR PRICE**
~~$6.99~~ **$5.95**

Rainbow Savings: $1.04

<u>Add to Wish List</u>

🛡 **Warning**

**Choking Hazard**
- Small parts. Not for children under 3 years.







**Assorted styles, sold individually**



GET HELP



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Baby Mermaid Castle

Age 3+

★★★★★ 5.0 (1)

Item No. CC2073

  

## $99.99

Quantity

| 1 |

Available

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Baby Amusement Park Playset with Figures and Accessories
- Includes 3 poseable baby figures who are dressed in removeable mermaid costumes including Chocolate Rabbit baby, Persian Cat cradle baby and Fennec Fox cradle baby
- Four main attractions for babies to ride including the Dreamy Pirate Ship, rotating Jellyfish Swing with three gondolas, Merry Go Round with Crab, Whale and Dolphin Rides and Submarine and Fish swings!
- Play together with the Baby Sea Friends Series collectibles and Baby Amusement Park!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Calico Critters brings whimsical design and vibrant fun to Calico Land! Baby Mermaid Castle is a ready to play, underwater castle playset for baby figures which features mechanical rides for the babies to enjoy! Set includes 3 poseable baby figures including chocolate Rabbit baby, Persian Cat cradle baby and Fennec Fox baby dressed in removable mermaid outfits! Four main attractions for babies to ride including the Dreamy Pirate Ship, rotating Jellyfish Swing with three gondolas, Merry Go Round with Crab, Whale and Dolphin Rides and Submarine and Fish swings! Connect and play together with the Baby Amusement Park and Calico Land Series.

## Reviews

★★★★★ 5.0 | 1 Review

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | **1**<br>Review | **0**<br>Questions | **0**<br>Answers |

Reviews                                                          Write a review

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 1 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

Average Customer Ratings

Overall   ★★★★★         5.0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Explore New Places / Have Fun at the Amusement Park

# Floating Cloud Rainbow Train   Age 3+

(0)                                                          Item No. CC2074

  

**$34.99**

Quantity                            Available

1

                                              ADD TO BAG

                                              ADD TO WISHLIST



## Features

- Babies love to ride the Floating Cloud Rainbow Train at the Amusement Park!
- Set includes Fennec Fox baby Yulie who is poseable and dressed in removeable clothing
- Smokestack on the Floating Cloud train seats up to three baby critters!
- Rotating wheels move the train forwards and backwards, and use the hitch to connect pushcarts and other accessories from Calico Critters!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Babies love to ride the Floating Cloud Rainbow Train at the Amusement Park! This ready to play set includes Fennec Fox baby Yulie and pastel color Floating Cloud Train! Smokestack on the Floating Cloud train seats up to three baby critters! Rotating wheels move the train forwards and backwards, and use the hitch to connect pushcarts and other accessories from Calico Critters!

## Reviews

Reviews

★★★★★

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50



0

Search (Keywords,Etc)

Home / Meet the Families

# Milk Rabbit Family

Age 3+

★★★★½   4.5 (2)                                    Item No. CC2075

  



### $29.99

**Quantity**                      **Available soon**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features



  

- Set featuring the Milk Rabbit family in lively pink and blue outfits. Includes Milk Rabbit father, mother, boy and girl.
- The figures' arms and legs can be moved to put them in different poses.
- The mother and girl's dresses both have a charming floral pattern.
- Stimulates imaginative role-playing for children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Set featuring the Milk Rabbit family in lively pink and blue outfits. Includes Milk Rabbit father, mother, boy and girl. The figures' arms and legs can be moved to put them in different poses. The mother and girl's dresses both have a charming floral pattern. The fabric clothing can be removed to change their outfits. Introducing the Milk Rabbit father Alex, mother Kate, and their children Rebecca and Oliver. Combine with the Milk Rabbit Baby, Milk Rabbit Twins, or Milk Rabbit Triplets set (all sold separately) for fun with the whole Milk Rabbit family.

## Reviews

★★★★½   4.5   |   2 Reviews

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | **2** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🛒 0

Search (Keywords,Etc) 🔍

Home / **Life in Calico Village** / **Live & Play Together**



# Triplets Baby Bathtime Set

*Age 3+*

 5.0 (1)

Item No. CC2076

$29.99

**Quantity**

| 1 |

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Triplets Baby Bathtime Set features the tiny Milk Rabbit triplets, along with everything they need for a fun-filled bath time!
- Includes a pushcart for the triplets to ride in and plenty of bath toys and accessories.
- Each of the triplets has a different expression.
- Stimulates imaginative role-playing for children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Triplets Baby Bathtime Set features the tiny Milk Rabbit triplets, along with everything they need for a fun-filled bath time! Includes a pushcart for the triplets to ride in and plenty of bath toys and accessories. Each of the triplets has a different expression. Introducing the Milk Rabbit triplets: Isla, Iris and Owen. Combine with the Milk Rabbit Family or Milk Rabbit Twins (all sold separately) for fun with the whole Milk Rabbit family.

## Reviews

⭐⭐⭐⭐⭐ 5.0 | 1 Review

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **1** Review | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 1 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)



Home / Explore New Places / Have Fun at the Amusement Park

# Royal Princess Set

Age 3+

 5.0 (8)

Item No. CC2077



## $39.99

Quantity

1

Available soon

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Royal Princess Set with 5 Figures and Accessories
- Set includes Chocolate Rabbit baby Grace in Unicorn Princess costume, Husky baby Linnea in Ice Princess costume, Cat baby Apricot in Magical Princess costume, Marshmallow Mouse baby Mary in Fairytale Princess costume and Persian Cat baby Bonnie in Butterfly Princess costume!
- Costumes are removable and interchangeable with other baby figures from Calico Critters!
- Play together with the Royal Carriage Set from Calico Critters Amusement Park Series!
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years





## Description

Royal Princess Set is fit for a Princess' day at the Amusement Park! Set includes Chocolate Rabbit baby Grace in Unicorn Princess costume, Husky baby Linnea in Ice Princess costume, Cat baby Apricot in Magical Princess costume, Marshmallow Mouse baby Mary in Fairytale Princess costume and Persian Cat baby Bonnie in Butterfly Princess costume! Costumes are removable and interchangeable with other baby figures from Calico Critters!

## Reviews

5.0 | 8 Reviews

2 out of 2 (100%) reviewers recommend this product

| Search topics and reviews | | 8 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- | --- | --- |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 8 |
| --- | --- | --- |
| 4 ★ | | 0 |
| 3 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🛒 0

Search (Keywords,Etc)



Home / Life in Calico Village / Visit the Hair Salon

# Pony's Vanity Dresser Set

Age 3+

(0)                                                    Item No. CC2078

  

**$44.99**

**Quantity**                          **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Ready to play and includes poseable pony figure Joy who has silky pink hair and is dressed in removeable clothing
- Vanity Dresser Set includes over 20 accessories for glamorous hair styling play! Features unicorn headband, hair clips, comb, perfume and more!
- Vanity Dresser Set Compact opens for play, and closes for storage and travel, so you can take Joy where you go!
- Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes poseable pony figure Joy who has silky, pink hair and is dressed in removeable clothing. Set features Joy's Vanity Dresser with oval mirror, stool seating and over 20 accessories for glamorous hair styling and fashion play! Play together with other sets from the Salon series including Pony Friends Set, Princess Dress Up Set and Pony's Stylish Hair Salon.

## Reviews

Reviews

★★★★★

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Build a Dream Home / Decorate with Furniture & Accessories



# Village Doctor Starter Set

Age 3+

⭐⭐⭐  3.0 (2)                                    Item No. CC2080

  

## $44.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Open a doctor's office with the Village Doctor Starter Set! Play together with the Red Roof Cozy Cottage and Family Picnic Van for many ways to play!
- Includes 3" Persian Cat Mother Dawn who is posable and dressed in removable white doctor's coat and scrubs with stethoscope
- Features hospital bed with mattress, wheelchair, set of crutches, doctor's briefcase and medical cabinet with medicine, bandages and more! Medical cabinet features "working" scan, simply psuh the button to recieve test results!
- Furniture and accessories fit inside the Red Roof Cozy Cottage dollhouse, or inside the Family Picnic Van for ambulance play!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

---

## Description

A doctor's office is opening in Calico Village! Convert the Red Roof Cozy Cottage and Family Picnic Van into a doctor's office and ambulance to tend to the needs of the families of Calico Village! Set includes Persian Cat Mother Dawn in her white doctor's coat and scrubs with stethoscope. Features hospital bed with mattress, wheelchair, set of crutches, doctor's briefcase and medical cabinet with medicine, bandages and more! Medical cabinet features "working" scan, simply psuh the button to recieve test results! Box Includes Village Doctor Starter Set. Furniture is 1:24 scale.

## Reviews

⭐⭐⭐ 3.0 | 2 Reviews

0 out of 1 (0%) reviewers recommend this product

[ Search topics and reviews ]   🔍

| **2** Reviews | **0** Questions | **0** Answers |

**Reviews**                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★ _____ 1



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Seasonal Celebrations

# Happy Christmas Friends

Age 3+

   5.0 (1)                                    Item No. CC2081



$39.99

**Quantity**                          **Available**

[ 1 ]

                                       ADD TO BAG

                                       ADD TO WISHLIST

## Features

- Available for a limited time only.
- Happy Christmas Friends is a set with a Husky Girl and three babies dressed in festive holiday outfits, fun to play and cute to display.
- The Husky Girl wears a Christmas tree dress, and the babies wear a Santa dress, snowman, and gingerbread outfit.
- Stimulates imaginative role-playing for children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Available for a limited time only. Happy Christmas Friends is a set with a Husky Girl and three babies dressed in festive holiday outfits, fun to play and cute to display. The Husky Girl wears a Christmas tree dress, and the babies wear a Santa dress, snowman, and gingerbread outfit. The Husky girl's name is Pauline, Husky baby is Linnea, Polar Bear baby is Yana, and Reindeer baby is Eve. Combine with other furniture and figures (sold separately) for even more fun imaginative playtime!

## Reviews

★★★★★  5.0  |  1 Review

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | **1** Review | **0** Questions | **0** Answers |
|---|---|---|---|---|

Reviews                                                    Write a review

Rating Snapshot

Select a row below to filter reviews.

JOIN B&N PREMIUM MEMBERSHIP TODAY

SEE ALL OFFERS



Easter GIFT COLLECTION    SHOP NOW

Premium Members Get 10% Off and Earn Rewards   Find Out More

# Calico Critters Baby Sea Friends Series Blind Bags, Surprise Set including Doll Figure and Accessory

by Epoch Everlasting Play

☆☆☆☆☆  (0)    Write A Review



♡ Add to Wishlist

**$5.99**

🔳 Learn more

| | |
|---|---|
| **SHIP THIS ITEM**<br>Temporarily Out of Stock Online | Add to Cart |
| **PICK UP IN STORE**<br>Unavailable at **Potomac**. May be available for in store purchase at other stores.<br>Check Availability at Nearby Stores | Unavailable for Pickup |

## Overview

The Baby Sea Friends Series are cute and fun to collect, with a baby figure and ocean-themed accessory and costume in every surprise bag. A total of eight types, including one secret. Enjoy the surprise of finding out what's inside! Each baby figure comes with an ocean-themed accessory and a costume to wear. Combine with the Baby Mermaid Castle (sold separately) for amusement park-themed pretend play.

## You May Also Like



| Calico Critters Baby Fun Hair Series Blind Bags... | Calico Critters Triplets Stroller, Dollhouse... | Calico Critters Marshmallow Mouse... | Calico Critters Grocery Market | Calico Critters Comfy Living Room | Calico Critters Kitchen Island | Calico Critters Red Roof Cozy Cottage | Calico Critt B |
|---|---|---|---|---|---|---|---|
| by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Everlasting Pl... | by Epoch Eve |

Product Details

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our **Cookie Policy**

Manage Preferences    Accept All Cookies



FREE STANDARD SHIPPING WITH ORDERS OVER $50

0

Search (Keywords,Etc)

Home / Build a Dream Home / Find Your Home

# Red Roof Country Home Gift Set-Secret Attic Playroom-

Age 3+

★★★★★  5.0 (2)

Item No. CC2083

$179.99

  

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

  

- This set contains the Red Roof Country Home, furniture in original colours, and the Husky Girl, Husky Baby (crawling) and Chocolate Rabbit Baby (sitting), all in special outfits.
- The attic has a slide-out ladder!
- It is a big house that can be opened up for play and has lamps that light up.
- You can change the layout of the house by removing the rooms and roof. With the attic on top (a secret playroom for the babies!) the house is three storeys high. With so many types of furniture and figures, the fun never ends!
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

This set contains the Red Roof Country Home, furniture in original colours, and the Husky Girl, Husky Baby (crawling) and Chocolate Rabbit Baby (sitting), all in special outfits. The attic has a slide-out ladder! It is a big house that can be opened up for play and has lamps that light up. You can change the layout of the house by removing the rooms and roof. With the attic on top (a secret playroom for the babies!) the house is three storeys high. With so many types of furniture and figures, the fun never ends! Comes with a letterbox and a letter to put in it! Combine with other furniture and figures (sold separately) to act out even more stories.

## Reviews

★★★★★  5.0  |  2 Reviews

Search topics and reviews

| 2 Reviews | 0 Questions | 0 Answers |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

5★                    2



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Chocolate Rabbit Twins

Age 3+

(0)                                                                                    Item No. CC2099

  

## $10.99

Quantity                    Available

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Chocolate Rabbit twins collectable figure
- Three piece set: crawling baby, sitting baby, and a ride-on toy
- Dressed in removable fabric clothing
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

The Chocolate Rabbit Twins set includes the Chocolate Rabbit twins figures (one sitting and one crawling) and a ride-on toy. The figures can be posed by moving the head. Chocolate Rabbit Twins' heads can turn. The sitting Chocolate Rabbit Twin can fit inside the ride-on toy. Put crawling Chocolate Rabbit Twin's hand on the ride-on toy to act out play pushing. The crawling Chocolate Rabbit Twin is a baby boy. He's curious about everything and will crawl absolutely everywhere. The sitting Chocolate Rabbit Twin is a baby girl. She enjoys quietly looking at flowers and butterflies.   Use together with Chocolate Family and Chocolate Rabbit Baby (sold separately) for more delightful fun as a family of seven. Mix and match with other homes, furniture, or figures (sold separately) for imaginative playtime. Or hang out with other Twins with ride-on toys (sold separately) to simulate group outings!

## Reviews

Reviews

★★★★★

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families



# Hedgehog Twins

Age 3+

 5.0 (1)

Item No. CC2105

  

## $10.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Hedgehog twins collectable figure
- Three piece set: crawling baby, sitting baby, and a ride-on toy
- Dressed in removable fabric clothing
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

The Hedgehog Twins set includes the Hedgehog twins figures (one sitting and one crawling) and a ride-on toy. The figures can be posed by moving the head. Hedgehog Twins' heads can turn. The sitting Hedgehog Twin can fit inside the ride-on toy. Put the crawling Hedgehog Twin's hand on the ride-on toy handle to act out play pushing. The sitting Hedgehog Twin is an energetic baby boy who's always trying to lean out of his stroller. He loves the straw hat his mother made for him. The crawling Hedgehog Twin is an ever-cheerful baby girl. She can't stop waving vigorously at other people she meets on her strolls! Use together with Hedgehog Family and Hedgehog Baby (sold separately) for more delightful fun as a family of seven. Mix and match with other homes, furniture, or figures (sold separately) for imaginative playtime. Or hang out with other Twins with ride-on toys (sold separately) to simulate group outings!

## Reviews

★★★★★ 5.0 | 1 Review

Search topics and reviews

| 1 Review | 0 Questions | 0 Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★                                        1



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Meet the Families



# Yellow Labrador Twins

Age 3+

 5.0 (1)

Item No. CC2131

   

## $10.99

**Quantity**

| 1 |

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Yellow Labrador twins collectable figure
- Three piece set: crawling baby, sitting baby, and a ride-on toy
- Dressed in removable fabric clothing
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

The Yellow Labrador Twins set includes the Yellow Labrador twins figures (one sitting and one crawling) and a ride-on toy. The figures can be posed by moving the head. Yellow Labrador Twins' heads can turn. The sitting Yellow Labrador Twin can fit inside the ride-on toy. Put the crawling Yellow Labrador Twin's hand on the ride-on toy handle to act out play pushing. The crawling Yellow Labrador Twin is a baby boy who loves to blow his toy trumpet when Yellow Labrador Girl plays the piano. The sitting Yellow Labrador Twin is a baby girl who looks up to her older sister, Yellow Labrador Girl. She watches her older sister closely and copies what she does. Use together with Yellow Labrador Family and Yellow Labrador Baby (sold separately) for more delightful fun as a family of seven. Mix and match with other homes, furniture, or figures (sold separately) for imaginative playtime. Or hang out with other Twins with ride-on toys (sold separately) to simulate group outings!

## Reviews

⭐⭐⭐⭐⭐ 5.0 | 1 Review

| Search topics and reviews | 🔍 | **1** Review | **0** Questions | **0** Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★                                  1



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Toy Poodle Twins

Age 3+

 5.0 (1)

Item No. CC2144

## $10.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Toy Poodle twins collectable figure
- Three piece set: crawling baby, sitting baby, and a ride-on toy
- Toy Poodle Twins' heads can turn.
- Dressed in removable fabric clothing
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

The Toy Poodle Twins set includes the Toy Poodle twins figures (one sitting and one crawling) and a ride-on toy. The figures can be posed by moving the head. Toy Poodle Twins' heads can turn. The sitting Toy Poodle Twin can fit inside the ride-on toy. Put the crawling Toy Poodle Twin's hand on the ride-on toy handle to act out play pushing. The sitting Toy Poodle Twin is a baby girl who quickly adapts to new places, and is as happy playing with family as newly-met people. The crawling Toy Poodle Twin is a baby boy. He isn't picky with his food and doesn't play pranks, but loves to move around oh so much! Use together with Toy Poodle Family and Toy Poodle Baby (sold separately) for more delightful fun as a family of seven. Mix and match with other homes, furniture, or figures (sold separately) for imaginative playtime. Or hang out with other Twins with ride-on toys (sold separately) to simulate group outings!

## Reviews

⭐ 5.0    1 Review

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | 1 Review | 0 Questions | 0 Answers |
| --- | --- | --- | --- | --- |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

Toys / Dolls & Dollhouses / Dollhouses & Play Sets

**$21.99**

Price when purchased online ⓘ

Add to cart

**How you'll get this item:**

☐ I want shipping & delivery savings with Walmart+

You get 30 days free! Choose a plan at checkout.

| 🚚 Shipping Arrives Mar 18 | 🚗 Pickup Not available | 🚚 Delivery Not available |

Delivery to **Park City, 84098**

✲ Sold and shipped by Walmart.com

◐ Free 90-day returns  Details







## At a glance

| Brand | Calico Critters | | Color | multi |
| Age range | 3 Years & Up | | Pieces | 1 |

## Continue your search on Walmart

🔍 calico critters   🔍 calico critters baby nursery set   🔍 calico critters sophie   🔍 dollhouse accessories   🔍 calico critter clothes   🔍 baby doll change in table   🔍 little critters toys   🔍 calico critters bunnies

🔍 calico critter mansion   🔍 calico critters sea



$32.24

Calico Critters Baby Ropeway Park, Collectible Dollhouse Toy with Sweetpea Rabbit Figure Included

3+ day shipping



**Now $19.01** $21.77

Calico Critters Baby Hedgehog Hideout, Dollhouse Playset with Figure

★★★★☆ 67

3+ day shipping



$39.50

Polly Pocket Sparkle Cove Adventure Island Treasure C Accessories

★★★★★ 52

2-day shipping



$21.93

Calico Critters Fashion Playset Shoe Shop Collection, Dollhouse Playset with Caramel Dog Figure and Fashion Accessories

★★★★★ 78

3+ day shipping



$21.99

Calico Critters Snow Rabbit Mother's Weekend Travel Set, Dollhouse Playset with Figure and Accessories

★★★★★ 80

3+ day shipping



$16.89

Calico Critters Crib with Mobile, Dollhouse Furniture S

★★★★☆ 76

3+ day shipping

## About this item

### Product details

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. Everything you need to take care of Sophie Snowbunny is in this set. Includes Sophie Snowbunny, tub, table, chair, rocking bassinet, bunting, baby clothes, blanket, toys, dishes and more! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values.

- Ready to play playset from Calico Critters
  - Includes Sophie Snowbunny, a poseable twin size rabbit figure measuring 1.25 inches tall
  - Includes 20 accessories to care for Sophie including rocking bassinet, bathtub, table with chairs and dining set, baby clothes, blanket and more

- Mix and match with other Calico Critters play sets to create your own Calico world!
- Encourages imaginative and pretend play and suitable for children ages 3 and above

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Contained Battery Type**
1

**Gender**
Unisex

More details

### Warranty

**Warranty information**
None

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

⚠ **WARNING:** Not Applicable

💬 Report incorrect product information

[card] Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.  Learn more



Now $39.99 $71.99

JoyStone Doll House for Girls, 5-Story 19 Rooms Huge Dollhouse Playset with LED Lights, 2 Dolls, Furnitures, Accessories, DIY Pretend Play Dreamhouse Toys Gifts for Kids, Pink



Now $39.99 $59.99

JoyStone Doll House for Girls, 5-Story 19 Rooms Huge Dollhouse Playset with LED Lights, 2 Dolls, Furnitures, Accessories, DIY Pretend Play Dreamhouse Toys Gifts for Kids, Blue



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Connor and Kerri's New Carriage Ride

Age 3+

★★★★★ 5.0 (9)

Item No. CC2488

   

## $26.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Ready to play and Includes 3 poseable figures with removeable clothing and carriage and accessories.
- Detailed carriage has working wheels, pillow and blanket and fits baby sized figures from Calico Critters. _x000D_
- Mother figure is Shannon Snow-Warren along with two baby figures, boy baby Connor and girl baby Kerri who are posed in crawling and sitting positions
- Play together with figures, furniture, accessories and homes from the Calico Critters line of toys. _x000D_
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. This ready to play set includes 3 poseable figures in removeable clothing, along with carriage and accessories. Twins Connor and Kerri Snow-Warren bounce happily in their carriage as Mother Shannon takes them for a stroll around Calico Village! Play together with other figures, furniture, homes and accesories from the Calico Critters line of toys.

## Reviews

★★★★★ 5.0 | 9 Reviews

9 out of 9 (100%) reviewers recommend this product

| Search topics and reviews | | 9 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- | --- | --- |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | 9 |
| --- | --- |
| 4 ★ | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Patty & Paden's Double Stroller

Age 3+

★★★★★  4.9 (34)

Item No. CC2625

  

## $26.99

Quantity

Available

ADD TO BAG

ADD TO WISHLIST

 

## Features

- Includes mother Penny Guinea Pig, twins Patty and Paden, double stroller with rotating wheels and adjustable canopy cover, baby ring toy and bunny toy. All Critters come with removable detailed clothing. Mix and match with other Calico Critters play sets to create a whole Calico Critters village!
- Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. These life-like, award-winning miniatures also inspire imagination and creativity.
- These adorable toys promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments, critters and accessories.
- Mother Penny Guinea Pig measures approximately 2.5" tall. Twin babies Patty and Paden measure approximately 1.25" tall. Can be used independently or with all Calico Critters figures, houses, shops and vehicles. Please note these products contain small parts and are not intended for children under 3 years of age.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

It's a beautiful day and Penny Guinea Pig can take twins Patty and Paden out for a stroll in the park with this double stroller. These Ready to Play Sets come with everything you need for imaginative pretend play.

## Reviews

★★★★★  4.9  |  34 Reviews

30 out of 31 (97%) reviewers recommend this product

| Search topics and reviews | | 34 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Toys / Dolls & Dollhouses / Dollhouses & Play Sets

Calico Critters

**Calico Critters Apple N Jake's Ride N Play, Dollhouse Playset with Figures and Accessories**

★★★★★ (4.9) 62 reviews

**$33.63**
Price when purchased online ⓘ

Add to cart

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $4.00
☐ 3-Year plan - $5.00

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Mar 19 | Not available | Not available |
| Free | | |

Delivery to  Park City, 84098

🏬 Sold and shipped by **Five Star Ship Today**

★★★★☆ 31 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list                     🎁 Add to registry







**At a glance**

| | | | | |
|---|---|---|---|---|
| Brand | Calico Critters | | Height | 171.45 |
| Age range | 3 Years & Up | | Color | Multicolor |
| Product line | Calico Critters | | Pieces | 1 |

**Continue your search on Walmart**



calico critters   dollhouse accessories   calico critters sweet raspberry home   calico critters birthday   little critters toys   calico critters fox   calico critter mansion   calico critter apple and jake
calico critters dolls   calico critters rabbit









**$19.99**

Calico Critters Cc Mini Deer W Slide

★★★★★ 4

3+ day shipping



**$34.95**

Calico Critters Cuddle Bear Family, Set of 4 Collectible Doll Figures

★★★★★ 20

3+ day shipping



**$32.24**

Calico Critters Baby Ropeway Park, Collectible Dollhou

3+ day shipping

## About this item

### Product details

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. Everything you need for a fun day exploring nature in Calico Village! Includes mother Nikki and Apple Sweetpea Rabbit twin baby, as well as Luke Hazelnut Chipmunk baby who are poseable and dressed in removable clothing. Ride 'N Play set includes a pink tricycle with storage basket and red pushcart for babies to ride in, along with watering can and shovel accessories. Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values.

- Ready to play playset from Calico Critters
- Includes 3' Sweetpea Rabbit mother Nikki and twin size baby Apple and Hazelnut Chipmunk baby Luke, all poseable and dressed in removable clothing
- Includes accessories for a day outside exploring nature including pink tricycle with storage basket, red pushcart and watering can and shovel
- Mix and match with other Calico Critters play sets to create your own Calico world!
- Encourages imaginative and pretend play and suitable for children ages 3 and above

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.31 lb

**Contained Battery Type**
1

More details

### Directions

**Fabric Care Instructions**
wipe clean

### Warranty

**Warranty information**
None

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Go Shopping

# Grand Department Store Gift Set

Age 3+

★★★★★  4.9 (35)

Item No. CC3011



## $169.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Town Series Line of Elegant Playsets, Dolls, Furniture and Accessories
- Includes over 80 pieces of furniture and accessories to fill the Grand Department Store
- Features 3" Hospcotch Rabbit Older Sister Stella who is poseable and dressed in a removeable elegant outfit with matching hat and handbag
- Embellished and innately detailed playset features two levels and four spacious rooms, grand entrance tower with working revolving door and manual elevator
- Grand Department Store can be configured in multiple layouts and connects to other homes and playsets from the Town Series line
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

The Grand Department Store Gift Set is at the heart and center of the Town Series line from Calico Critters. Just a short way from Calico Village, Town is an elegant place where the older sisters from the Village move to work and live. The Grand Department Store Gift Set is an embellished and innately detailed dollhouse featuring two levels and four spacious rooms, grand entrance tower with working revolving door and manual elevator. The Grand Department Store can be configured in multiple layouts, for endless hours of pretend and role play for children. Gift Set includes over 80 pieces of furniture and accessories including 3" poseable Stella Hospcotc Rabbit Figure and four shops including the Boutique Fashion Set, Fashion Showcase, Cosmetics Set and Chocolate Lounge. Collect and connect all playsets and accessories from the Town Series line to build your own Calico World.

## Reviews

★★★★★  4.9  |  35 Reviews

29 out of 29 (100%) reviewers recommend this product

Search topics and reviews

| 35<br>Reviews | 0<br>Questions | 0<br>Answers |
| --- | --- | --- |

Reviews                                                                                     Write a review

Toys / Dolls & Dollhouses / Dollhouses & Play Sets

Calico Critters

**Calico Critters Town Series Designers Studio, Fashion Dollhouse Playset with Figure, Furniture and Accessories**

★★★★★ (5.0) 5 reviews

**$39.93**

Price when purchased online ⓘ

Add to cart

How you'll get this item:

| 🚚 Shipping Arrives Mar 14 Free | 🚗 Pickup Not available | 📦 Delivery Not available |

Delivery to Park City, 84098

🏪 Sold and shipped by **Radar Toys and Collectibles**

★★★★½ 205 seller reviews
View seller information

⊙ Free 30-day returns  Details

♡ Add to list                                    🗓 Add to registry

**More seller options (1)**
Starting from $39.99
Compare all sellers









## At a glance

| Brand | Calico Critters | | Pieces | 1 |
| Age range | 3 Years & Up | | Is powered | N |
| Color | Multicolor | | | |



+ Add

$20.80
Calico Critters Princess Dress Up Set, Dollhouse Playset with Figure and Accessories
★★★★★ 73



+ Add

Now $17.49 $24.99
Calico Critters Fashion Playset Jewels & Gems Collection, Dollhouse Playset with Snow Rabbit Figure and Fashion Accessories
★★★★★ 79



+ Add

Now $21.99 $29.99
Calico Critters Fashion Playset Persian Cat, Dollhouse
★★★★★ 51

3+ day shipping                              3+ day shipping                              3+ day shipping







**$13.99**                                   **$17.43**                                   **$15.20**

Calico Critters Baby Ferris Wheel, Dollhouse Playset with Figure     Gabby's Dollhouse, Travelers Figure Gift Set with a Gabby Doll and 5 Cat Toy Figures     Calico Critters Breakfast Playset, Dollhouse Furniture a...

★★★★★ 84                                     ★★★★★ 100                                    ★★★★★ 84

3+ day shipping                              Pickup   Delivery   3+ day shipping          3+ day shipping

---

**About this item**

Product details                                                                                                      ⌃

The Designer Studio is a perfect starter set for the Calico Critters Town Series. The set includes a room, sofa, table, accessories, and Stella the Hopscotch Rabbit older sister, who works as a dress designer in town. For children ages 3 and up.

Designer Studio

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Specifications                                                                                                       ⌃

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
1.43 lb

**Gender**
Unisex

More details

Directions                                                                                                           ⌃

**Fabric Care Instructions**
wipe clean

Warranty                                                                                                             ⌃

**Warranty information**
N/A

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details

Warnings                                                                                                             ⌃

⚠  **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬  Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.   Learn more



Your Cart | Login | Your Account
0 Product, $0.00

Search for toys...  GO

 

HOME     SHOP ONLINE     BEST SELLERS     ABOUT US     CONTACT US

Active Play     Building Blocks and Kits     Dolls     Dress-Up     Games     See All Departments

## SHOP BY DEPARTMENT

Active & Outdoor Play (68)
Activity and Coloring Books (55)
Arts and Crafts (140)
Baby and Toddler Toys (88)
Bath Toys (18)
Books (307)
Building Blocks and Kits (85)
Calico Critters (12)
Charlie Bears (204)
Dolls and Accessories (3)
Dress-Up (26)
Educational and Teacher's Picks (58)
**See All Departments...**

## SHOP BY BRAND

Charlie Bears
4M Industries
Abacus
Alex
Asmodee
Aurora World Inc
Babalu
Baby Aspen
Baby Paper
Begin Again Toys
BIGJIGS Toys
Blue Orange
**See All Brands...**

## SHOP BY AGE

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
**See All Age Ranges...**

## Calico Critters Dress Up Duo Set

# 210000005306



   

Share: 

**$24.99**   Buy Now

The Dress Up Duo Set is a gorgeous two figure set containing the Hopscotch Rabbit mother and girl in elegant dresses. They wear special satin clothing for going out to town.

Lovely handbags and hats for the two figures are also included. For children ages 3 and up.

### Availability

- Currently In Stock

- [ ] Add Gift Wrapping? (Free)          Gift Wrap Options

Quantity: [ 1 ]

Add to Cart          Add To Wishlist

### Safety Information

⚠️ **WARNING:** CHOKING HAZARD - Small parts. Not for children under 3 years.

### Package Contents

- The Dress Up Duo Set is a gorgeous two figure set containing the Hopscotch Rabbit mother, Heidi and girl, Bell in elegant dresses.
- They wear special satin clothing for going out to town.
- Lovely handbags and hats for the two figures are also included.

### Product Specifications

- Brand: Epoch Everlasting Play.
- Item Number: 210000005306.
- Manufacturer Number: CC3022.
- UPC: 20373230224.
- Recommended for ages : 3 to 8.
- Measures approximately: 5.12 x 1.97 x 5.91 inches..
- Weighs approximately: 0.23 pounds.

They may also like....                                    -

| Calico Critters Highbranch Giraffe Family | Calico Critters Baby Choo-Choo Train | Calico Critters Cute Couple Set | Calico Critters Mr. Lion's Winter Sleigh |

SHOP THE EASTER GIFT COLLECTION

SEE ALL OFFERS

*Easter* GIFT COLLECTION        SHOP NOW

Premium Members Get 10% Off and Earn Rewards   Find Out More

## Calico Critters Violin Concert Set

by Epoch Everlasting Play, LLC

☆☆☆☆☆ (0)   Write A Review



♡ Add to Wishlist

### $19.95

& Learn more

| SHIP THIS ITEM | Add to Cart |
|---|---|
| Temporarily Out of Stock Online | |
| PICK UP IN STORE | Unavailable for Pickup |
| Unavailable at **Potomac**. | |
| Check Availability at Nearby Stores | |

## Related collections and offers

✓ Calico Critters

⚠ WARNING: CHOKING HAZARD - Small parts. Not for Children under 3 yrs.

## Overview

The Violin Concert Set is a figure and accessory set containing the Hopscotch Rabbit girl and a violin. The Hopscotch Rabbit girl has special hands to hold the violin and bow. A violin case and violin holder are also included.

For Ages: 3+

WARNING: CHOKING HAZARD - Small parts. Not for Children under 3 yrs.

## You May Also Like

       

Calico Critters Red Roof Tower Home, 3 Story...
by Epoch Everlasting Pl...
★★★★★

Calico Critters Sky Blue Terrace Gift Set B&N...
by Epoch Everlasting Pl...
☆☆☆☆☆

Calico Critters Pony's Stylish Hair Salon...
by Epoch Everlasting Pl...
★★★★★

Calico Critters Ice Cream Van, Toy Vehicle for Dolls
by Epoch Everlasting Pl...
★★★★★

Calico Critters Pookie Panda Girl's Cycle & Skat...
by Epoch Everlasting Pl...
★★★★★

Calico Critters Bubblebrook Elephant...
by Epoch Everlasting Pl...
★★★★★

Calico Critters Snow Rabbit Mother's Weeken...
by Epoch Everlasting Pl...
★★★★★

Calico Critter Ride - B&N...
by Epoch Ev...

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy    Manage Preferences    Accept All Cookies

START EARNING WITH THE BARNES & NOBLE MASTERCARD®

SEE ALL OFFERS



Easter GIFT COLLECTION                                    SHOP NOW

Premium Members Get 10% Off and Earn Rewards   Find Out More

## Calico Critters Grand Piano Concert Set

by Epoch Everlasting Play, LLC

★★★★★ 5.0 (1)   Write A Review



30% OFF



♡ Add to Wishlist

**$17.46**  ~~$24.95~~  | Save 30%

Learn more

| | |
|---|---|
| **SHIP THIS ITEM** | **ADD TO CART** |
| Qualifies for Free Shipping ⓘ | |
| 🚚 Choose Expedited Shipping at checkout for delivery by **Wednesday, March 13** | **Instant Purchase** |
| **PICK UP IN STORE** | |
| Unavailable at **Potomac**. May be available for in store purchase at other stores. | Unavailable for Pickup |
| Check Availability at Nearby Stores | |

## Related collections and offers

✓ Calico Critters

⚠ WARNING: CHOKING HAZARD - Small parts. Not for Children under 3 yrs.

## Overview

The Grand Piano Concert Set is a figure and accessory set containing Lionel the Lion pianist and a grand piano. The Lion pianist has special hands to touch the keyboard. A stool and score are also included.

For Ages: 3+

WARNING: CHOKING HAZARD - Small parts. Not for Children under 3 yrs.

## You May Also Like



| Calico Critters Dress Up Duo Set | Calico Critters Bubblebrook Elephant Girl's BBQ Picni... | Calico Critters Pookie Panda Girl's Cycle & Skate... | Calico Critters Pony Friends Set, Dollhouse Playset wit... | Calico Critters Popcorn Trike, Dollhouse Playset... | Calico Critters Pony's Hair Stylist Set, Dollhouse... | Calico Critters Snow Rabbit Mother's Weekend Travel... | Calico Critter Cute Couple... |
|---|---|---|---|---|---|---|---|
| by Epoch Everlasting Pla... | by Epoch Everlasting Play | by Epoch Everlasting Play | by Epoch Everlasting Play | by Epoch Everlasting Play | by Epoch Everlasting Play | by Epoch Everlasting Play | by EPOCH E\ |
| ☆☆☆☆☆ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ☆☆☆☆☆ |

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy.     Manage Preferences     Accept All Cookies

Shipping is free within Maine over $99!

 

Customer Appreciation Sale this weekend, 2-16-2/18. Use code WeHeartU24 and save 20% off on everything but LEGO.
Please note: Not all products are available at all locations; please call to confirm availability. For local pickup please allow up to 3 days for fulfillment.

Home / Calico Critters / Town Girl Stella Hopscot Calico – CC3026

 

✕



## Town Girl Stella Hopscot Calico – CC3026

$12.99

Out of stock

SKU  002374

CATEGORIES  CALICO CRITTERS, EASTER GIFTS

## Additional Information

Stella, the Hopscotch Rabbit older sister works in town and designs beautiful dresses. She knows that everyone loves flowers and birthstones, so she uses those in her designs so that every customer can find a dress that suits them perfectly. She always thinks "I want everyone to feel pretty and enjoy wearing my dresses." Her dresses are sold in the dress shop at the department store and everybody loves them.

FREE SHIPPING ON ORDERS OVER $50** LEARN MORE

*Excludes Purchase Orders. **U.S. addresses only. Other exclusions may apply.



Contact Us     Common Questions     Catalogs
Quick Order

Home / Games, Puzzles & Toys / Playsets, Figures, & Accessories / Playsets & Figures / Standard Playsets / Calico Critters® / Town Series (Calico Critters) /

**Lulu Silk Cat (Calico Critters Town Girl Series)**

# Lulu Silk Cat (Calico Critters Town Girl Series)

**SKU:** 036315 | Grade PK-5



ⓘ What is this?

**Item no longer available.**

Be the first to write a review

**OUR PRICE**

~~$14.99~~ **$13.25**

Rainbow Savings: $1.74

Add to Wish List

🛡 **Warning**

**Choking Hazard**
- Small parts. Not for children under 3 years.
















Calico Critters

# Town Girl Series - Laura Toy Poodle

☆☆☆☆☆

## $14.99

Pay in 4 interest-free installments for orders over **$50.00** with Shop Pay  Learn more

SKU: CC3028



1

🏪 ℹ️ View Pickup Availability by Location

⚠️ **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

**Ages: 3+**

Town Girl Series - Laura Toy Poodle - is a figure and accessory set. Laura, the Toy Poodle older sister, who works as a chocolatier in town. She has elegant eyes, and wears a fashionable pink dress. A handbag is also included.

- New Calico Critters Town series
- One figure and accessory set: the Toy Poodle older sister, a chocolatier
- Dressed in elegant satin clothing with lovely handbag
- Encourages imaginative role-playing

☆☆☆☆☆

| 💬 Ask a Question | ✎ Write a Review |

**Reviews** 0        Questions 0

★★★★★
Be the first to review this item

Back to the top

Search    Contact Us    Return Policy    Shipping Policy    Terms of Service    Privacy Policy    Discount Restrictions
Apply for a Job    Accessibility



Copyright © 2024 The Red Balloon Toy Store

FREE STANDARD SHIPPING WITH ORDERS OVER $50





Search (Keywords,Etc)



Home  /  Meet the Families

# Cute Couple Set

Age 3+

★★★★★  5.0 (1)                                    Item No. CC3036

  

## $24.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Town Series Cute Couple Set includes two poseable figures with bouquet of roses accessory.
- Includes two poseable 3.4 inch figures and three pieces of accessories
- Stella Hopscotch Rabbit wears a one-of-a-kind white, gold and navy lace dress with matching headband, and holds hands with her boyfriend, William Cinnamon Rabbit who is dressed in a special red Tuxedo outfit. Stella holds a bouquet of red roses that William gave to her!
- Play together with other sets from Calico Critters Town Series including CC3041 Elegant Town Manor, Stella's home.
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. The Town Series Cute Couple Set includes two poseable 3.5 inch figures, including Stella Hopscotch Rabbit and her boyfriend, William Cinnamon Rabbit. In this set, the figures are wearing one-of-a-kind outfits, including a white, blue and gold lace dress with matching headband for her and a red tuxedo for him. This set is unique in that the figures are able to hold hands, and also able to hold the included bouquet of red roses. Play together with other items from the Calico Critters Town Series including CC3041 Elegant Town Manor, Stella's elaborate two-story home.

## Reviews

★★★★★  5.0  |  1 Review

[ Search topics and reviews ]    🔍        **1**          **0**          **0**
                                          Review      Questions     Answers

**Reviews**                                              **Write a review**

Rating Snapshot
Select a row below to filter reviews.

5 ★ _____ 1
4 ★ _____ 0



FREE STANDARD SHIPPING WITH ORDERS OVER $50



🔍 Search (Keywords,Etc)



**Home** / **Meet the Families**

# Town Girl Series - Marshmallow Mouse -

Age 3+

⭐⭐⭐⭐⭐  5.0 (2)                                    Item No. CC3038

  

## $14.99

**Quantity**                    **Available soon**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Town Series Collectible Doll Figure, Stephanie Marshmallow Mouse, is poseable and wears a fashionable dress styled with a purse.
- Includes 3.4 inch poseable figure with mint green checkered dress and pink and yellow purse accessory
- The incredibly knowledgeable Stephanie works as a furniture designer in the Town Series. She comes up with all kinds of ideas and creates amazing furniture and interior designs. You'll learn so many new things from talking to her, which is why CC3026 Stella Hopscotch Rabbit often comes to her for advice. They often get lost in conversation, and talk deep into the night.
- Town Series is the elegant, sophisticated line of playsets from Calico Critters, centered around CC3011 Grand Department Store
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. Town Series is the elegant, sophisticated line of playsets from Calico Critters, centered around CC3011 Grand Department Store. Stephanie Marshmallow Mouse is a poseable figure from the Town Series, who is styled in a removable mint green checkered dress with pink and yellow purse accessory. The incredibly knowledgeable Stephanie works as a furniture designer in the Town Series.

## Reviews

⭐⭐⭐⭐⭐  5.0 | 2 Reviews

[ Search topics and reviews ]    🔍

| 2 Reviews | 1 Question | 0 Answers |
|---|---|---|

**Reviews**                                      **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)



Home  /  Build a Dream Home  /  Find Your Home

# Elegant Town Manor Gift Set   Age 3+

★★★★★  5.0 (2)                                    Item No. CC3042



## $119.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Town Series Elegant Town Manor Gift Set is ready to play and includes the two-story home, poseable Stella Hopscotch Rabbit collectible figure, and furniture and accessories
- Includes 46 pieces of furniture and accessories including removable spiral staircase, chandelier, and bedroom and dining furniture
- Built Dimensions:
- Detachable roof allows for connectability with other Town Series items, and more specifically CC013 Designer's Studio to create a three story home for CC3026 Stella Hopscotch Rabbit
- Recommended for girls and boys ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. The Town Series Elegant Town Manor Gift Set includes the two story house with high ceilings, Stella Hopscotch Rabbit collectible figure and 46 pieces of furniture and accessories. The Town Manor is a beautiful engraved lavender playset with balcony, chandelier and removeable spiral staircase. Connect to CC3013 Designer's Studio (sold separately) to create a three-story home for Stella Hopscotch Rabbit, who is wearing a unique multicolor lace dress with matching headband and pink purse in this set. Decorate Stella's second floor bedroom with the furniture including the bed, mattress, pillow and quilt. On the first floor, arrange the dining set for afternoon tea with the included table and two chairs, teapot with lid, teacups and saucers, dessert stand with lid, plates and chocolates! Connectable with other homes and playsets from the Town Series line, including CC3011 Grand Department Store, CC3033 Blooming Flower Shop and CC3014 Creamy Gelato Shop.

## Reviews

★★★★★  5.0    2 Reviews

| Search topics and reviews | | **2** Reviews | **0** Questions | **0** Answers |
| --- | --- | --- | --- | --- |

**Reviews**                                                                 **Write a review**

Rating Snapshot

Select a row below to filter reviews.










Calico Critters

# Fashion Boutique

☆☆☆☆☆

## $59.99

Pay in 4 interest-free installments of **$14.99** with shop Pay  Learn more

SKU: CC3048

1

 View Pickup Availability by Location

 **Warning:** Choking Hazard - Small Parts. Not for children under 3 years.

 **Ages: 3+**

Toy Club Rewards



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Fashion Play Set Town Girl Series - Persian Cat-

Age 3+

★★★★★  4.9 (14)                               Item No. CC3049



## $29.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

  

## Features

- Play dress up with the Fashion Playset featuring Persian Cat Older Sister from the Calico Critters Town Series!
- Mix and match stylish clothing and accessories to create unique outfits for Persian Cat Older sister to wear!
- Includes 11 pieces including table with mannequin to display fashion and accessory items
- Ready to play playset includes 3 inch Persian Cat Older Sister who is poseable and dressed in removable clothing
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Play dress up with the Fashion Playset featuring Persian Cat Older Sister, Alicia! Mix and match the fashion accessories to create unique outfits for her to wear. Ready to play playset includes 3 inch Persian Cat Older sister Alicia who is poseable and dressed in removable clothing. Set includes 11 pieces including a display table with mannequin to display all of her fashions and accessories! Play together with other Fashion playsets and items from Calico Critters Town Series.

## Reviews

★★★★★  4.9  |  14 Reviews

13 out of 13 (100%) reviewers recommend this product

Search topics and reviews

| 14 | 0 | 0 |
| Reviews | Questions | Answers |

Reviews                                                    Write a review

Rating Snapshot

Select a row below to filter reviews.

5★                                                    13



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Fashion Play Set Town Girl Series - Tuxedo Cat-

Age 3+

★★★★★ 4.8 (16)

Item No. CC3050

**$29.99**

Quantity          Available

ADD TO BAG

ADD TO WISHLIST

## Features

- Play dress up with the Fashion Playset featuring Tuxedo Cat Older Sister from the Calico Critters Town Series!
- Mix and match stylish clothing and accessories to create unique outfits for Tuxedo Cat Older sister to wear!
- Includes 11 pieces including shelf storage to display bags and accessories
- Ready to play playset includes 3 inch Tuxedo Cat Older Sister who is poseable and dressed in removeable clothing
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Play dress up with the Fashion Playset featuring Tuxedo Cat Older Sister, Felicia! Mix and match the fashion accessories to create unique outfits for her to wear. Ready to play playset includes 3 inch Tuxedo Cat Older sister Felicia who is poseable and dressed in removeable clothing. Set includes 11 pieces including a shelf to display all of her fashions and accessories! Play together with other Fashion playsets and items from Calico Critters Town Series.

## Reviews

★★★★★ 4.8 | 16 Reviews

12 out of 13 (92%) reviewers recommend this product

Search topics and reviews

| | 16 Reviews | 0 Questions | 0 Answers |

Reviews                                                    Write a review

Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | | 14 |
| 4★ | | 1 |
| 3★ | | 1 |
| 2★ | | 0 |
| 1★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Fashion Play Set -Sugar Sweet Collection-

Age 3+



★★★★★ 4.9 (45)                                            Item No. CC3051

  

**$29.99**

| Quantity | Available |
|---|---|
| 1 | |

ADD TO BAG

ADD TO WISHLIST

## Features

- Play dress up with the Fashion Playset Sugar Sweet Collection featuring Marshmallow Mouse Older Sister from the Calico Critters Town Series!
- Mix and match stylish clothing and accessories to create unique outfits for Marshmallow Mouse Older sister to wear!
- Includes 11 pieces including table with mannequin to display fashion and accessory items
- Ready to play playset includes 3 inch Marshmallow Mouse Older Sister who is poseable and dressed in removeable clothing
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Play dress up with the Fashion Playset Sugar Sweet Collection featuring Marshmallow Mouse Older Sister. Mix and match the fashion accessories to create unique outfits for her to wear. Ready to play playset includes 3 inch Marshmallow Mouse Older sister who is poseable and dressed in removeable clothing. Set includes 12 pieces including a clothing rack to display all of her fashions and accessories! Play together with other Fashion playsets and items from Calico Critters Town Series.

## Reviews

★★★★★ 4.9 | 45 Reviews

44 out of 44 (100%) reviewers recommend this product

| Search topics and reviews | | 45 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                                                            Write a review

Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | | 41 |
| 4★ | | 4 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Life in Calico Village / Live & Play Together

# Fashion Play Set -Shoe Shop Collection-

Age 3+

★★★★★  4.9 (36)

Item No. CC3052

## $29.99

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Play dress up with the Fashion Playset Shoe Shop Collection featuring Caramel Dog Older Sister from the Calico Critters Town Series!
- Mix and match stylish clothing and accessories to create unique outfits for Caramel Dog Older sister to wear!
- Includes 11 pieces including shelf storage to display shoes, bags and accessories
- Ready to play playset includes 3 inch Caramel Dog Older Sister who is poseable and dressed in removeable clothing
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years





## Description

Play dress up with the Fashion Playset Shoe Shop Collection featuring Caramel Dog Older Sister, Melanie! Mix and match the fashion accessories to create unique outfits for her to wear. Ready to play playset includes 3 inch Caramel Dog Older sister Melanie who is poseable and dressed in removeable clothing. Set includes 11 pieces including a shelf to display all of her fashions and accessories! Play together with other Fashion playsets and items from Calico Critters Town Series.

## Reviews

★★★★★  4.9 | 36 Reviews

31 out of 31 (100%) reviewers recommend this product

Search topics and reviews

| 36 Reviews | 0 Questions | 0 Answers |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                                    32



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / **Life in Calico Village** / **Live & Play Together**

# Fashion Play Set -Jewels & Gems Collection-

*Age 3+*

 4.7 (39)          Item No. CC3053



## $29.99

**Quantity**                    **Available**

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Play dress up with the Fashion Playset Jewels & Gems Collection featuring Snow Rabbit Older Sister from the Calico Critters Town Series!
- Mix and match stylish clothing and accessories to create unique outfits for Snow Rabbit Older sister to wear!
- Includes 13 pieces including display case for jewel and gem accessories, handbag, pair of heels, blouse and skirt.
- Ready to play playset includes 3 inch Snow Rabbit Older Sister who is poseable and dressed in removable clothing
- Suitable for ages three years and above
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

Play dress up with the Fashion Playset Jewels & Gems Collection featuring Snow Rabbit Older Sister! Mix and match the fashion accessories to create unique outfits for her to wear. Ready to play playset includes 3 inch Snow Rabbit Older sister who is poseable and dressed in removeable clothing. Set includes 13 pieces including a display case, handbag, pair of heels, blouse and skirt and jewel and gems to accessorize with! Play together with other Fashion playsets and items from Calico Critters Town Series.

## Reviews

⭐⭐⭐⭐⭐ 4.7 | 39 Reviews

36 out of 36 (100%) reviewers recommend this product

Search topics and reviews

| 39 Reviews | 0 Questions | 0 Answers |

**Reviews**                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                              32



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Limited Edition

# Nursery Chocolate Rabbit Baby Key Chain

Age 3+

★★★★½   4.7 (15)                          Item No. CC4001

## $12.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST



## Features

- Calico Critters Rabbit Baby Keychain, Limited Edition Web Exclusive
- Features Rabbit baby wearing red and white checkered nursery uniform with blue hat
- Rabbit Baby has posable head that rotates
- Clips to keyrings for wearability on backpacks, purses and bags!
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Now Calico Critters can be taken with you, wherever you go! This limited edition, web exclusive keychain features Rabbit Baby, who has a posable heads and is dressed in a red and white checkered nursery school uniform with blue cap! Keychain attaches around keyrings for wearability on purses, backpacks, bags and more!

## Reviews

★★★★★  4.7  |  15 Reviews

3 out of 3 (100%) reviewers recommend this product

| Search topics and reviews | | 15 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5 ★ ▬▬▬▬▬▬▬  13
4 ★ ▬                1



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Baby Trio (Mascot)

Age 3+

★★★★★    4.9 (9)                                                    Item No. CC4002

  

## $34.99

**Quantity**                    **Available**

| 1 |

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Baby Trio Mascot, Limited Edition Web Exclusive Playset with 3 Collectible Figures and Costume Accessories
- Includes 3 poseable Calico Critters baby figures and three costumes
- Baby figure styles are the Yellow Labrador Baby dressed as a yellow chick, Hazelnut Chipmunk baby dressed as a pink rabbit and Cuddle bear dressed as a brown bear!
- Costumes are removeable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Baby Trio Mascot is a limited edition, web exclusive set which includes a trio of poseable costumed Calico Critters baby figures dressed in costumes! Baby figure styles are the Yellow Labrador Baby dressed as a yellow chick, Hazelnut Chipmunk baby dressed as a pink rabbit and Cuddle bear dressed as a brown bear! The costumes are removeable and compatible with other baby size figures from Calico Critters.

## Reviews

★★★★★  4.9  |  9 Reviews

2 out of 2 (100%) reviewers recommend this product

| Search topics and reviews | | **9** Reviews | **0** Questions | **0** Answers |

**Reviews**                                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

| 5★ | | 8 |
| 4★ | | 1 |
| 3★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Baby Trio (Fruits)

Age 3+

 4.6 (10)                                    Item No. CC4003



## $34.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Baby Trio Fruits, Limited Edition Web Exclusive Playset with 3 Collectible Figures and Costume Accessories
- Includes 3 poseable Calico Critters baby figures and three fruity costumes
- Baby figure styles are the Hazelnut Chipmunk baby in grapes costume, Hopscotch Rabbit Baby in strawberry costume and Cuddle Bear Baby in orange costume.
- Costumes are removable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Baby Trio Fruits is a limited edition, web exclusive set which includes a trio of poseable costumed Calico Critters baby figures in cute fruit costumes! Baby figure styles are the Hazelnut Chipmunk baby in grapes costume, Hopscotch Rabbit Baby in strawberry costume and Cuddle Bear Baby in orange costume. The costumes are removable and compatible with other baby size figures from Calico Critters.

## Reviews

⭐⭐⭐⭐⭐ 4.6  |  10 Reviews

2 out of 2 (100%) reviewers recommend this product

| Search topics and reviews | | 10 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                                    **Write a review**

Rating Snapshot

Select a row below to filter reviews.

5★                9
4★                0
3★                0



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Baby Bride & Groom

Age 3+

 5.0 (12)

Item No. CC4004

**$16.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Calico Critters Baby Bride and Groom, Limited Edition Web Exclusive Playset with 2 Collectible Figures
- Includes 2 poseable Calico Critters baby figures dressed in celebratory wedding garments
- Baby figure styles include the Hopscotch Rabbit Baby Girl in white wedding dress and Hopscotch Rabbit Baby Boy in the blue tuxedo suit.
- Outfits are removable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Baby Bride and Groom is a limited edition, web exclusive celebratory set for weddings and couples! Baby figure styles include the Hopscotch Rabbit Baby Girl in white wedding dress and Hopscotch Rabbit Baby Boy in the blue tuxedo suit. The celebratory outfits are removable and compatible with other baby size figures from Calico Critters. Collect together with the Sky blue Wedding Chapel to celebrate a wedding in Calico Village!

## Reviews

5.0 | 12 Reviews

2 out of 2 (100%) reviewers recommend this product

| Search topics and reviews | | **12** Reviews | **0** Questions | **0** Answers |
| --- | --- | --- | --- | --- |

**Reviews**

**Write a review**

Rating Snapshot

Select a row below to filter reviews.

| | |
| --- | --- |
| 5★ | 12 |
| 4★ | 0 |
| 3★ | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Snuggly Sloth Family

Age 3+

★★★★★ 5.0 (34)

Item No. CC4006



   

**$34.99**

Quantity

| 1 |

Available

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Candice, father Clint and twins Natasha and Nathan
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures candice and Clint measure approximately 3 inches tall and twins Natasha and Nathan measure approximately 1.75 inches tall
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

 

## Description

Clint the Snuggly Sloth father is happy with a slow pace in life. He's great at fixing things. He never rushes—when something is broken, he takes the time to mend it properly so it won't break again. The villagers know that nobody will do a better job than Clint! Candice the Snuggly Sloth mother has a very big heart. Little things never bother Candice. Even when the twins get into mischief or spill their food, she's still as happy as can be. But when something really matters, she knows how to put her foot down! Natasha, the Snuggly Sloth twin sister, loves cuddles. She's always going to her mother and father for a hug. Apples are her favorite food in the world—when she sees one, nothing can keep her away! Nathan, the Snuggly Sloth twin brother, is the nimblest member of the family. Put him on a chair or the sofa, look away for one moment and when you look back he'll be somewhere completely different.

## Reviews

★★★★★ 5.0 | 34 Reviews

11 out of 12 (92%) reviewers recommend this product

| Search topics and reviews | 🔍 | **34** Reviews | **0** Questions | **0** Answers |

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

| 5★ | | 34 |
| 4★ | | 0 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

**Home** / **Limited Edition**

# Mole Family

Age 3+

⭐⭐⭐⭐⭐  4.9 (41)                                    Item No. CC4007



**$24.99**

Quantity                          Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes 4 figures including mother, father, brother and baby.
- Calico Critters families include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- This set reintroduces the Mole Family Father, Mother, Boy, and Baby that were sold when Calico Critters was first released.
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

The Mole Family is a set of figures with calm, gentle expressions. They are wearing charming brightly-coloured vests. Mole Father is really good at digging with a shovel, and was unrivalled in the Calico Village digging competition. This set reintroduces the Mole Family Father, Mother, Boy, and Baby that were sold when Calico Critters was first released. Combine with houses and furniture for fun pretend play (sold separately).

## Reviews

⭐⭐⭐⭐⭐  4.9 | **41 Reviews**

12 out of 13 (92%) reviewers recommend this product

| Search topics and reviews | | **41** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                   **Write a review**

Rating Snapshot
Select a row below to filter reviews.

| 5 ★ | | 39 |
|---|---|---|
| 4 ★ | | 1 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 1 |

Average Customer Ratings

| Overall | ⭐⭐⭐⭐⭐ | 4.9 |
|---|---|---|
| Quality | | 4.7 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition



# Raincoat Babies

Age 3+

★★★★★  4.9 (27)                                    Item No. CC4008

**$44.99**

Quantity                          Available soon

[ 1 ]

                                  ADD TO BAG

                                  ADD TO WISHLIST

## Features

- Calico Critters Raincoat Babies, Limited Edition Web Exclusive Playset with 7 Collectible Figures and Rain Accessories
- Includes 7 poseable Calico Critters baby figures
- Baby figure styles include the Hopscotch Rabbit Baby, Buckley Deer Baby, Maple Cat Baby, Toy Poodle Baby, Outback Koala Baby, Sweetpea Rabbit Baby and Marshmallow Mouse Baby.
- Outfits are removeable and compatible with other baby size figures from Calico Critters
- Play together with the Amusement Park Series!
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Raincoat Babies is a limited edition, web exclusive set which includes seven poseable Calico Critters baby figures in rian gear! Baby figure styles include the Hopscotch Rabbit Baby, Buckley Deer Baby, Maple Cat Baby, Toy Poodle Baby, Outback Koala Baby, Sweetpea Rabbit Baby and Marshmallow Mouse Baby. All the babies are dressed in raincoats and shoes that together form all the colors of the rainbow! The outfits are removeable and compatible with other baby size figures from Calico Critters.

## Reviews

★★★★★  4.9    27 Reviews

6 out of 7 (86%) reviewers recommend this product

| Search topics and reviews | | 27 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                      Write a review

Rating Snapshot

Select a row below to filter reviews.

5★ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  26
4★ _____  0
3★ _____  0
2★ _____  0
1★ _____  1

Average Customer Ratings

Overall   ★★★★★       4.9

Quality   ▬▬▬▬▬       4.7

FREE STANDARD SHIPPING WITH ORDERS OVER $50

**Calico Critters**®

🔔 0

Search (Keywords,Etc) 🔍

Home / Limited Edition

# Baby Duo - Flowery Garden Friends

Age 3+

★★★★★   5.0 (1)                                    Item No. CC4013



**$24.99**

Quantity                    Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Calico Critters Baby Duo - Flowery Garden Friends, Limited Edition Playset with 2 Collectible Figures and Costume Accessories
- Includes 2 poseable Calico Critters baby figures dressed in two garden themed costumes, second runners up of the Baby Costume Contest!
- Baby figure styles include Toy Poodle Baby in butterfly Costume and Fennec Fox Baby in Violet Flower Costume!
- Costumes are removeable and compatible with other baby size figures from Calico Critters
- Play together with the Amusement Park Series and other collectible sets from Calico Critters!
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Baby Duo - Flowery Garden Friends is a limited edition set which includes two poseable costumed Calico Critters baby figures, second runners up of the Baby Costume Contest. Baby figure styles include Toy Poodle Baby in butterfly Costume and Fennec Fox Baby in Violet Flower Costume! The costumes are removeable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Sets including Baby Duo - Undersea Friends and Baby Duo - Ice Cream Sundaes!

## Reviews

★★★★★  5.0  |  1 Review

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **1**<br>Review | **0**<br>Questions | **0**<br>Answers |
|---|---|---|---|---|

**Reviews**                                                                **Write a review**

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home  /  Limited Edition



## Colourful Baby Unicorns

Age 3+

★★★★½  4.5 (10)                                         Item No. CC4015



**$24.99**

Quantity                        Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

### Features

- Calico Critters Colorful Baby Unicorns, Limited Edition Playset with 2 Collectible Figures and Costume Accessories
- Includes 2 poseable Calico Critters baby figures dressed in two colorful unicorn costumes!
- Baby figure styles include Toy Poodle Baby in White Unicorn Costume and Silk Cat Baby in Pink Unicorn Costume!
- Costumes are removeable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Colorful Baby Unicorns is a limited edition set which includes two poseable costumed Calico Critters baby figures. Baby figure styles include Toy Poodle Baby in White Unicorn Costume and Silk Cat Baby in Pink Unicorn Costume! The costumes are removeable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Sets from Calico Critters!

## Reviews

★★★★½  4.5 | 10 Reviews

3 out of 3 (100%) reviewers recommend this product

| Search topics and reviews | | 10 Reviews | 0 Questions | 0 Answers |
| --- | --- | --- | --- | --- |

Reviews                                                                    Write a review

Rating Snapshot
Select a row below to filter reviews.

| | | |
| --- | --- | --- |
| 5★ | | 8 |
| 4★ | | 1 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 1 |

Average Customer Ratings

| | | |
| --- | --- | --- |
| Overall | ★★★★½ | 4.5 |
| Quality | | 5.0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Limited Edition

# Shiba Dog Family

Age 3+

★★★★★ 4.7 (26) 

Item No. CC4016

$44.99

Quantity
[ 1 ]

Available

ADD TO BAG

ADD TO WISHLIST

## Features

- Includes mother Anna, father Kent and siblings Eight, Nana, Maru and Momo
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures Anna and Kent measure approximately 3 inches tall, siblings Eight and Nana measure approximately 2.25 inches tall and twins Maru and Momo measure approximately 1.75 inches tall
- Play independently or together with Calico Critters dollhouses, furniture and accessories
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Introducing the Shiba Dog Family! These canine cuties are well known for their black and brown fur and their big, round eyebrow markings. The Shiba Dog parents, Kent and Anna, spend hours silently working away in their garden. With flowers and trees at every turn, and a lush green lawn, all that work is really paying off! As for the four children, they love to run around in the garden, or just lay down on the grass and bask in the sunshine. The eldest's name is Eight, followed by his sister Nana, and the baby twins, Maru and Momo. The Shiba Dog family are as close as can be. Whether they're eating, taking a nap, studying or playing, they all love to spend time in the garden together.

## Reviews

★★★★★ 4.7 | 26 Reviews

3 out of 3 (100%) reviewers recommend this product

Search topics and reviews

| | 26 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

5 ★ _____ 22
4 ★ _____ 1
3 ★ _____ 2
2 ★ _____ 0
1 ★ _____ 1

Average Customer Ratings

Overall ★★★★★  4.7



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Handsome Brothers Set

Age 3+

★★★★★  5.0 (6)

Item No. CC4021

  

## $39.99

| Quantity | Available |
|---|---|
| 1 | |

ADD TO BAG

ADD TO WISHLIST

## Features

- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

New Calico Critters are ready to paint the town red! Introducing the older brothers from the Persian Cat, Striped Cat and Labrador families. Fredy the Persian Cat older brother is a serious type who loves to think about the world. He makes sure he reads a book or writes an essay every day. His favourite thing is a brooch his little sisters gave him for his birthday. Fredy is a tutor—when children find something difficult to learn at school, he helps them after school and they understand it right away. Victor the Striped Cat older brother is very prim and proper and hates losing, but he can be a bit clumsy sometimes. He spends a lot of time at the town café with the other older brothers. He loves coffee and is studying to be a barista. Liam the Yellow Labrador older brother is as well-spoken as a prince, and has a kind word for everyone. He plays the cello so well that all the people in the town love to listen it. He likes things that smell nice, so he makes perfume and cologne and sells them in town.

## Reviews

★★★★★  5.0  | 6 Reviews

1 out of 1 (100%) reviewers recommend this product

| Search topics and reviews | | 6 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews                                                                                          Write a review

Rating Snapshot

Select a row below to filter reviews.



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Limited Edition

# Winter Carolers

Age 3+

★★★★☆  4.3 (18)                                         Item No. CC4022



## $44.99

**Quantity**          **Available**

1

ADD TO BAG

ADD TO WISHLIST

## Features

- Choking Hazard - Small Parts. Not for children under 3 years

  

---

## Description

The Persian Cat sisters Skye and Layla are setting out for an enchanting night of carol singing, joined by their baby siblings in adorable angel outfits. The snow-covered Christmas tree can be decorated with the golden ornaments included.

## Reviews

★★★★☆ 4.3 | 18 Reviews

6 out of 8 (75%) reviewers recommend this product

| Search topics and reviews | | **18** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

**Reviews**                                                         **Write a review**

Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5 ★ | | 15 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc) 🔍





 

Home / Limited Edition

# French Bulldog Family

Age 3+

⭐⭐⭐⭐⭐  5.0 (28)                                    Item No. CC4023



## $49.99

**Quantity**                    **Available**

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

- Set of the French Bulldog father, mother, boy, girl and two babies. There's something so charming about their big ears and noses!
- The bright colours of the clothes show what a cheerful, happy family they are.
- The heads, arms and legs are all posable.
- Choking Hazard - Small Parts. Not for children under 3 years

---

## Description

Set of the French Bulldog father, mother, boy, girl and two babies. There's something so charming about their big ears and noses! The bright colours of the clothes show what a cheerful, happy family they are. The heads, arms and legs are all posable.

## Reviews

⭐⭐⭐⭐⭐ 5.0 | 28 Reviews

14 out of 14 (100%) reviewers recommend this product

| Search topics and reviews | 🔍 | **28** Reviews | **0** Questions | **0** Answers |
|---|---|---|---|---|

Reviews                                                          Write a review

### Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | | 28 |
|---|---|---|
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔔 0

Search (Keywords,Etc)                                                                              🔍

Home / Limited Edition

# Ice Castle Amusement Park    Age 3+

(0)                                                                 Item No. CC4024

## $99.99

**Quantity**                    Available

1

ADD TO BAG

ADD TO WISHLIST

## Features

- An Ice Castle version of the popular Baby Amusement Park in our Amusement Land series.
- The castle is milky white like snow and ice, and the rides sparkle. Includes 3 Penguin babies in party outfits.
- Combine it with the Frosted Carriage Ride (sold separately) to create an exciting scene!
- Choking Hazard - Small Parts. Not for children under 3 years



## Description

An Ice Castle version of the popular Baby Amusement Park in our Amusement Land series. The castle is milky white like snow and ice, and the rides sparkle. Includes 3 Penguin babies in party outfits. Combine it with the Frosted Carriage Ride (sold separately) to create an exciting scene!

## Reviews

Reviews

★★★★★

Be the first to review this product

## You May Also Like



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)

Home / Meet the Families

# Husky Family Pack

Age 3+

 5.0 (4)

Item No. CC4500



  

**$59.99**

| Quantity | Available |
|---|---|
| 1 | ADD TO BAG |
| | ADD TO WISHLIST |

## Features

- Collect all 7 Husky Family Members with this Bundle Pack!
- Meet the Huskies, a family of gray flocked Husky dogs with rounded ears and fluffy tails.
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

Set Includes CC1976 Husky Family, CC1979 Husky Twins and CC1978 Tandem Cycling Set



HOME

N...
C...



**Item New Calico Critters Seaside Cruiser Houseboat includes Bell Hopscotch CF1564 NIB (image 1/5)**
Image 1 of 5

EPOCH Calico Critters Seaside Cruiser Houseboat CF1654 New For ages 3+ Includes Bell Hopscotch! This Critter is included. Set sail for an exciting adventure! Create your own Seaside Area! Includes over 50 pieces! Enjoy yummy seafood! Swim around the private island! Time to get clean! Splash into the water! Catch a big fish! Not for use in water. Some minor box wear, Critters sold separately

(https://facebook.com/sharer/sharer.php?u=https://www.worthpoint.com/worthopedia/calico-critters-seaside-cruiser-3781469576)



**FLAG ITEM FOR CONTENT OR COPYRIGHT**
(https://twitter.com/intent/tweet?text=New+Calico+Critters+Seaside+Cruiser+Houseboat+includes+Bell+Hopscotch+CF1564+NIB&url=https://www.worthpoint.com/worthopedia/calico-critters-seaside-cruiser-3781469576)

(https://www.tumblr.com/widgets/share/tool?posttype=link&title=New+Calico+Critters+Seaside+Cruiser+Houseboat+includes+Bell+Hopscotch+CF1564+NIB&caption=New+Calico+Critters+Seaside+Cruiser+Houseboat+includes+Bell+Hopscotch+CF1564+NIB&content=https://www.worthpoint.com/worthopedia/calico-critters-seaside-cruiser-3781469576&canonicalUrl=https://www.worthpoint.com/worthopedia/calico-critters-

Ship to 84098          Salt Lake City Sugar House

   

What can we help you find?

Target / Toys / Dolls & Dollhouses / Dollhouses



Shop all Calico Critters

## Calico Critters Hillcrest Home Gift Set, Dollhouse Playset with Figures, Furniture and Accessories

★★★★★ 1 ⌄

**$99.99**

When purchased online ⓘ

Ship to 84098     Edit location

**Get it by Mon, Mar 18**

Ships free with RedCard or $35 orders - Exclusions Apply.

This item isn't sold in stores

| Qty 1 ⌄ | Add to cart |

 **Sold and shipped by**
Epoch Everlasting Play     ›

Report this item

⚠ WARNING: choking hazard - small parts. Not for children under 3 yrs.

 **Create or manage registry**     Sign in

 **Save 5% every day**
With RedCard     

 **Pay over time**
With Affirm on orders over $100     



FREE STANDARD SHIPPING WITH ORDERS OVER $50

Search (Keywords,Etc)



Home / Build a Dream Home / Find Your Home

# Red Roof Tower Home

Age 3+

 4.9 (37)                                                    Item No. CF1842

  

## $109.99

Quantity                                 Available
[ 1 ]                                                        ADD TO BAG

                                                             ADD TO WISHLIST

## Features

- A three story house with elevator.
- Turn the weather vane to move the elevator up and down. The doors will automatically open and close when it stops on each floor.
- Includes poseable Persian Cat girl figure, and three pieces of furniture.
- Stimulates imaginative role-playing by children.
- Suitable for ages three years and above.
- Choking Hazard - Small Parts. Not for children under 3 years

   

## Description

Red Roof Tower Home is a three-story house with a pointed roof and an elevator. It comes with Persian Cat Girl and assorted furniture, so you can play with this set right away. Red Roof Tower Home lets you turn the weather vane to move the elevator up and down. The doors will automatically open and close when it reaches each floor. The Red Roof Tower Home set comes with Persian Cat Girl, a table and chairs. Combine with Red Roof Cozy Cottage, Red Roof Country Home or Sweet Raspberry Home (sold separately) to create a huge house. Or use with other figures and furniture for even more fun (sold separately). Main Unit, Three Floors, Fence x2, Weather Vane, Weather Vane Support Beam, Pointed Roof, Persian Cat Girl, Table, Chair x2 (a total of 11 pieces).

## Reviews

★★★★★ 4.9 | 37 Reviews

34 out of 34 (100%) reviewers recommend this product

| Search topics and reviews | | 37 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

**Reviews**                                                                    Write a review

Rating Snapshot
Select a row below to filter reviews.

| | |
|---|---|
| 5 ★ | 33 |
| 4 ★ | 4 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |



FREE STANDARD SHIPPING WITH ORDERS OVER $50



🔍 Search (Keywords,Etc)



Home / Build a Dream Home / Find Your Home

# Red Roof Grand Mansion Gift Set

Age 3+

★★★★½  4.6 (5)          Item No. CF1872

  

## $209.99

Quantity                    Available

[ 1 ]

ADD TO BAG

ADD TO WISHLIST

## Features

  

- Calico Critters Red Roof Grand Mansion Gift Set, Dollhouse Playset with 3 Figures, Furniture, Vehicle and Accessories
- This ultimate gift set features Red Roof Cozy Cottage, Red Roof Country Home and lots of extras!
- Features 6 spacious rooms with kitchen and dining room furniture, single bed, desk, piano and Family Seven-Seater Van
- Gift set includes Hopscotch Rabbit Mother, Father and Daughter who are poseable and dressed in removeable clothing.
- Encourages imaginative and pretend play for children ages 3 and above
- Choking Hazard - Small Parts. Not for children under 3 years

## Description

The Red Roof Grand Mansion Gift Set includes the Cozy Cottage, Red Roof Country Home, Family Seven Seater Van, figures and more! Our biggest gift set yet! Cozy Cottage includes over 10 pieces of furniture and accessories that can decorate the rooms of the cottage. Furniture and accessories are beautifully detailed and include a cozy bed, dining table with chairs and a bench, and stove, sink and kitchen setup. The home has moveable floor pieces, which allow for multiple configurations for play including adding a second floor, or expanding the first floor. The Red Roof Cozy Cottage is part of the Red Roof Series of homes, which are connectable to create a larger home with more space for furniture, accessories and figures from Calico Critters. Play together with the Sweet Raspberry Home (sold separately) and Red Roof Country Home and build your Calico world. The Red Roof Country Home is the Hopscotch Rabbit Family's beautiful home. House lights up 3 lamps, each of which can be turned on and off. The home can be opened for play at 90-degrees, 180-degrees, and any angle in-between. Home also closes for more play options and easy storage. A second floor room and the roof piece are removable. Stack the rooms to create 3 levels. This navy Family Seven Seater Van can hold up to 7 collectible figures including parent, child and baby figures. Seating includes two front bucket seats, two detachable bench seats and three baby car seats with safety straps. Equipped with real rotating tires and doors that open and close. Load the trunk with supplies and accessories, hitch to the Caravan Family Camper (sold separately) and you're off on a family trip through the abundant beauty of nature. This gift set also includes Hopscotch Rabbit Mother, Father and Daughter who are dressed in removeable clothing, are soft-to-the-touch and have poseable limbs and head. Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 years and above.

## Reviews

★★★★★  4.6 | 5 Reviews

Delivering to Park City 84098
Update location

Toys & Games  |  Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Toys & Games  ›  Dolls & Accessories  ›  Dollhouses

Sponsored



Roll over image to zoom in

### Calico Critters Sky Blue Terrace Gift Set, Dollhouse Playset with Figures, Furniture and Accessories

Visit the Calico Critters Store

5.0  ★  18 ratings  |  Search this page

50+ bought in past month

**-22%** $69**99**

List Price: $89.99 ⓘ

FREE Returns

Get $10 off instantly: Pay $59.99 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

- Sky Blue Terrace Gift set is a three-story home where the Bubblebrook Elephant mother and daughter live and play
- Gift Set features over 25 pieces including three floors with moveable floorboards and ladders and baby nursery furniture and accessories including bunk bed, play table with chairs, toys and more!
- Ready to play with two figures including 3" Bubblebrook Elephant mother and 1.75" Bubblebrook Elephant twin size girl. Figures have poseable heads and limbs and are dressed in removeable clothing.
- Play together with other homes, vehicles and playsets from Calico Critters.
- Encourages imaginative and pretend play and suitable for children ages 3 and above

Report an issue with this product or seller

Sponsored

---

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

**Delivery** | Pickup

Buy new:
$69**99**

FREE Returns

FREE delivery **Thursday, March 14**

Or fastest delivery **Wednesday, March 13**. Order within **3 hrs 45 mins**

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   Amazon.com
Sold by       Amazon.com
Returns       Eligible for Return, Refund or Replacement within 30 days of receipt
Payment       Secure transaction

☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$61**67**
FREE delivery: **Thursday, March 14**
Ships from: Amazon
Sold by: Amazon Warehouse

[ Add to List ]

New & Used (3) from $61**67** & **FREE Shipping**.

**Other Sellers on Amazon**
$89.99        [ Add to Cart ]
& **FREE Shipping**
Sold by: Walter's Toy Box LLC

---

## Frequently bought together

  +    +  

Total price: $109.93

[ Add all 3 to Cart ]

**This item:** Calico Critters Sky Blue Terrace Gift Set, Dollhouse Playset with Figur…
$69**99**

Calico Critters Outback Koala Family - Set of 4 Collectible Doll Figures for Children Age…
$19**85**

Calico Critters Milk Rabbit Family - Set of 4 Collectible Doll Figures for Children Age…
$19**99**

## Goes well with

     

Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,275
$24.48
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Fashion Playset, Town Girl Series - Sugar Sweet Collection - Unleash Fashion Creativity with This...
2,013
$21.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...
184
$22.99
Get it as soon as **Friday, Mar 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - orde...

Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur...
170
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Odo Toile Shar Doll Acce
$7.9
Get i
FREE

## Similar items that may ship from close to you

   

Calico Critters Elegant Town Manor Gift Set Medium
310
$69.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon

Calico Critters Red Roof Tower Home, 3 Story Dollhouse Playset with Figure, Furniture and Accessories
145
$80.98
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon

Calico Critters Lakeside Lodge Gift Set, Collectible Dollhouse with Figures, Furniture and Accessories, Pink...
1,406
$51.41
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon

Calico Critters Lounging Living Room Set, Dollhouse Furniture Set
371
$17.49
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Calico Critters Town Tea and Treats Set - Host Delightful Tea Parties for Your Critters
2,184
$7.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Product Dimensions | 16.1 x 9.8 x 13 inches |
| Item Weight | 4.89 pounds |
| Country of Origin | China |
| ASIN | B08QHHGFQ4 |
| Item model number | CF1905 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #77,774 in Toys & Games (See Top 100 in Toys & Games) #172 in Dollhouses (Toys & Games) |
| Customer Reviews | 5.0    18 ratings 5.0 out of 5 stars |
| Release date | July 1, 2022 |
| Manufacturer | Epoch Everlasting Play |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to tell us about a lower price?

## Product Description

The Sky Blue Terrace Gift set dollhouse playset is a three floor home with a balcony to look out over Calico Village! The three-story home has moveable floorboards and ladders to create several unique home layouts. This set includes over 25 pieces to fill the home including two poseable Calico Critters figures, BubbleBrook Elephant mother and twin-size girl. Furniture and accessories for twin size girl nursery include bunk beds, play table with chairs, toys and more!

## Important information

### Safety Information

Small Parts - Choking Hazard! Not for children under 3 years old.

Delivering to Park City 84098
Update location

Toys & Games ▾     Search Amazon

EN ▾     Hello, sign in     Returns     0
Account & Lists ▾     & Orders

All     Medical Care ▾     Groceries ▾     Best Sellers     Amazon Basics     Prime ▾     New Releases     Customer Service     Music     Today's Deals     Registry     Shop women-owned businesses

Toys & Games     Kids Gift Guide     Shop Toys by Character     Shop Best Selling Toys     Shop Newly Released Toys     Shop Amazon Exclusive Toys     Shop Toy Deals     Create a Gift List

## Customers who viewed this item also viewed
Sponsored


Calico Critters Happy Christmas Friends, Limited Edition Seasonal Holiday Set with 4 Collectible Doll
55
$29.77


Calico Critters Reindeer Family - Set of 4 Collectible Doll Figures for Ages 3+
8,275
$27.99


Calico Critters Reindeer Twins, Set of 2 Collectible Doll Figures
1,326
$9.99

Toys & Games › Toy Figures & Playsets › Playsets





Roll over image to zoom in

### Calico Critters Mr. Lion's Winter Sleigh, Limited Edition Seasonal Holiday Set with 2 Collectible Doll Figures and Accessories

Visit the Calico Critters Store
4.8     415 ratings | Search this page

- Includes over 20 pieces of gifts including toys to bring holiday joy to the families of Calico Village
- Figure styles include Lionel Lion in Santa costume and Lion baby in red and green elf costume
- Costumes are removable and compatible with other adult and baby size figures from Calico Critters
- Encourages imaginative and pretend play for children ages 3 and above

Report an issue with this product or seller

### Similar item with fast delivery


Calico Critters Popcorn Trike, Dollhouse Playset with Figure and Accessories
(90)
$44.99

No featured offers available
Learn more

Delivering to Park City 84098 -
Update location

See All Buying Options

Add to List

Sponsored

## Products related to this item
Sponsored ⓘ

Page 1 of 63


Class Collections Lion Cheetah and Tiger Families Animal Figure 5 inch Children's T...
183
$24.16


SweetAce 32Pcs Dog Toys for Kids Pretend Play Dog Figures Playset Toddlers Toy Inte...
17
$20.99
Save 8% with coupon


Bluey's Deluxe Play & Go Playset with 2.5-3 inch Figures
1,329
$28.49

SweetAce 43Pcs Cat Toys for Kids Pretend Play Cat Figures Playset Toddler Toy Inter...
25
$21.59


TQQFUN Pet Pretend Educational Play Toys, 32 PCS Dog Figures Playset, Realistic Det...
603
$20.99
Save 5% with coupon


SIENON 12PCS Dog and Cat Figurines Realistic Plastic Pet Puppy Kitten Animal Figure...
6
$12.89

**Featured items you may like**

Page 1 of 5

     

| Amazon Basics Wooden Shape Sorter and Rainbow Stacker, Classic Sorting Toy for Babies, Toddlers, Children Age… 1,491 | Calico Critters Happy Christmas Friends, Limited Edition Seasonal Holiday Set with 4 Collectible Doll Figures… 55 | Calico Critters Reindeer Family - Set of 4 Collectible Doll Figures for Ages 3+ 8,275 | Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+ 4,052 | Calico Critters Easter Celebration Set, Limited Edition Doll Playset with 2 Figures and Accessories 308 | Calico Critters Highbranch Giraffe Family - Set of 4 Collectible Doll Figures for Children Ages 3+ 11,306 |
|---|---|---|---|---|---|
| $19.00 | $29.77 | $27.99 | $21.17 | $25.39 | $19.99 |
| Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| ✅ Climate Pledge Friendly | | | | | |

## Product information

| | |
|---|---|
| Product Dimensions | 3.5 x 8.75 x 6 inches |
| Item Weight | 7 ounces |
| ASIN | B08V487DJJ |
| Item model number | CF1920 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #235,798 in Toys & Games (See Top 100 in Toys & Games) #3,286 in Play Figure Playsets |
| Customer Reviews | 4.8    415 ratings 4.8 out of 5 stars |
| Release date | May 1, 2021 |
| Manufacturer | Epoch Everlasting Play LLC |

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

Mr. Lion's Winter Sleigh is a limited edition seasonal set which includes the holiday themed sleigh, two poseable figures in holiday outfits and toy and gift accessories! Figure styles include Lionel Lion in Santa costume and Lion baby in red and green elf costume, who deliver special gifts during the holiday to spread joy in Calico Village. The costumes are removeable and compatible with other adult and baby sized figures from Calico Critters. Collect other limited edition seasonal sets from Calico Critters including Trick or Treat Trio and Spooky Suprise House! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 years and above.

## Important information

### Safety Information

Choking Hazard! Small Parts - Not For Children Under 3 Years Old

To report an issue with this product or seller, **click here.**

## From the manufacturer



**ABOUT US**

Toys / Dolls & Dollhouses / Dollhouses & Playsets / Dollhouse Furniture & Accessories







Options

+2 options

$9.81
Options from $9.81 – $10.76

Buytra 1:12 Dollhouse Miniature Wall Clock Miniaturas Home Decor Accessories Toy

★★★★★ 1

3+ day shipping

+ Add

$8.31

3psc/Set Metal Garden Spade Rake Tools For Dolls House Miniatures Accessories

★★☆☆☆ 2

3+ day shipping

Options

$8.63
Options from $8.63 – $14.85

Skindy Decorative Realistic Dollhouse Mini Ornament \

3+ day shipping



Calico Critters

### Calico Critters #CF1930 Trick or Treat Trio NEW!

**$24.99**
Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🏢 Delivery Not available |
|---|---|---|

♡ Add to list          🎁 Add to registry







+ Add



+ Add

SALE: UP TO 50% OFF BOOKS, TOYS, GIFTS & MORE

SEE ALL OFFERS



Premium Members Get 10% Off and Earn Rewards   Find Out More

## Calico Critters Log Cabin Gift Set, Dollhouse Playset with 4 Collectible Figures, Furniture and Accessories

by Epoch Everlasting Play

☆☆☆☆☆  (0)   Write A Review



♡ Add to Wishlist

### $79.99

& Learn more

| SHIP THIS ITEM | ADD TO CART |
|---|---|
| Qualifies for Free Shipping ⓘ | |
| 🚚 Choose Expedited Shipping at checkout for delivery by **Wednesday, March 13** | Instant Purchase |
| **PICK UP IN STORE** | |
| Check Availability at Nearby Stores | Unavailable for Pickup |

⚠ WARNING: Choking Hazard; Small Parts. Not for children under 3 years old.

## Overview

Vacation at the Log Cabin! This log cabin home is a spacious home with a lofted attic and sundeck with hot tub. 4 Sunny Rabbits can decorate the Cabin for summer with sofa and stovetop, all included! The Log Cabin connects to the Adventure Treehouse with a slide into the lofted attic, for more fun for children and babies!

WARNING: Choking Hazard; Small Parts. Not for children under 3 years old.

## You May Also Like



Calico Critters Playful Starter Furniture Set...
by Epoch Everlasting Play
★★★★★

Calico Critters Bubblebrook Elephant Girl's BBQ Picni...
by Epoch Everlasting Play
★★★★★

Calico Critters Grand Department Store Gift Set
by Epoch Everlasting Pla...
☆☆☆☆☆

Calico Critters Creamy Gelato Shop
by Epoch Everlasting Pla...
☆☆☆☆☆

Calico Critters Family Picnic Van, Toy Vehicle for Dolls...
by Epoch Everlasting Pla...
★★★★★

Calico Critters Dress Up Set (Purple & Pink)
by Epoch Everlasting Pla...
☆☆☆☆☆

Calico Critters Adventure Treehouse Gift Set...
by Epoch Everlasting Pla...
★★★★★

Calico Critters ... Roo...
by Epoch Eve...
☆☆☆

Product Details

Barnes & Noble uses cookies to offer you a better experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

Manage Preferences    Accept All Cookies

Toys / Dolls & Dollhouses / Dollhouses & Playsets / Doll Playsets

Calico Critters

**Calico Critters - CF3024 | Town Series: Cello Concert Set**

★★★★★ (5.0) | 1 review

Out of stock

🔒 Pickup **not available** at HEARTLAND, MISSISSAUGA,ON







## About this item

### Product details

The Cello Concert Set is a figure and accessory set containing the Silk Cat girl and cello. The Silk Cat girl has special hands to hold the cello and bow. A stool, sheet music, and music stand are also included.

• ....Calico Critters

ⓘ **We strive to show you product information that is as accurate as possible.** However, manufacturers, suppliers, third party Marketplace sellers, and others provide the product information you see here and we do not separately verify it.
See our disclaimer for more information.



+ Add

$39.97

Bitzee, Interactive Toy Digital Pet and Case with 15 Animals Inside, Virtual Electronic Pets React to Touch, Kids Toys for Girls and Boys

★★★★☆ 64

Pickup   1-day shipping



+ Add

$39.97

Bitzee Interactive Digital Pet and Case , Virtual Electronic Pet, with 15 Animals, Ages 5+

★★★★☆ 694

Pickup   Delivery   1-day shipping

Exclusive




+ Add

$25

Barbie Doll (11.5 in Blonde) & Purple Convertible Car, 3

★★★★☆ 122

Pickup   Delivery   1-day shipping



+ Add

Exclusive



+ Add

Easter picks




+ Add

Ship to 84098          Salt Lake City Sugar House



Meet the new ⊙circle™                                    ✕

Three new ways to save the most in store, online & to your door. Coming 4/7. **Learn more**

Target / Toys / Dolls & Dollhouses / Doll Playsets



Shop all Calico Critters

**Calico Critters Persian Cat Fashion Playset**

★★★★★ 30 ⌄

**$21.99**

When purchased online ⓘ

**Ship to 84098**    Edit location

Get it by Tue, Mar 19

Ships free with RedCard or $35 orders -
Exclusions Apply.

This item isn't sold in stores

| Qty 1 ⌄ | Add to cart |
|---|---|

⚠ **WARNING: choking hazard - small parts. Not for children under 3 yrs.**

 Create or manage registry          Sign in

 **Save 5% every day**                       ⓘ
With RedCard

 **Pay over time**                            ⓘ
With Affirm on orders over $100

Ship to 84098          Salt Lake City Sugar House



What can we help you find?

 

**Meet the new ⊙ circle™**          ✕

Three new ways to save the most in store, online & to your door. Coming 4/7. **Learn more**

Target / Toys / Dolls & Dollhouses / Doll Playsets



Shop all Calico Critters

## Calico Critters Hopscotch Grandparents

★★★★★ 101 ⌄

**$19.79**

When purchased online ⓘ

**Ship to 84098**    Edit location

**Get it by Tue, Mar 19**

Ships free with RedCard or $35 orders - Exclusions Apply.

This item isn't sold in stores

| Qty 1 ⌄ | Add to cart |
|---|---|

⚠ WARNING: choking hazard - small parts. Not for children under 3 yrs.

 Create or manage registry          Sign in

 **Save 5% every day**          ⓘ
With RedCard

 **Pay over time**          ⓘ
With Affirm on orders over $100



Toys / Dolls & Dollhouses / Fashion Dolls / Fashion Dolls



Add

$17.99

Calico Critters Baby Choo Choo Train, Dollhouse Playset with Figure

★★★★☆ 60

3+ day shipping



Add

$18.99

BarbieÂ® Loves the Ocean Doll & Playset

★★★★★ 1

2-day shipping



Add

Now $11.58  $14.99

Calico Critters Baby Star Carousel, Dollhouse Playset w

★★★★☆ 74

3+ day shipping

Calico Critters

### Calico Critters Ellwoods Elephant Family, Set of 4 Collectible Doll Figures

★★★★★ (4.8) 12 reviews

## $24.99

Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:



| Shipping | Pickup | Delivery |
|---|---|---|
| Out of stock | Not available | Not available |

♡ Add to list          🔖 Add to registry









## At a glance

| Brand | Calico Critters |
|---|---|
| Age range | 3 Years & Up |
| Product line | Calico Critters |

| Height | 171.45 |
|---|---|
| Color | Multicolor |
| Pieces | 1 |



$21.93

Calico Critters Fashion Playset Shoe Shop Collection, Dollhouse Playset with Caramel Dog Figure and Fashion Accessories

★★★★★ 78



$19.99 +$5.99 shipping

Shopkins Secret Bag Tag Delish Donut Stop with Donatina Micro Playset

3+ day shipping

$17.80

Calico Critters Triple Baby Bunk Beds, Dollhouse Furnit

★★★★★ 98

## About this item

### Product details

Mother, Ella is a famous children's book author. She has written several books, all of which are inspired by her children. Her latest book is about a little girl who aspires to travel the world when she is older so she can see all the best attractions. In her spare time, Ella also enjoys knitting and sewing outfits for her family. Father, Edwin is a doctor specializing in children's medicine. He is incredibly smart and always makes sure his patients are 100% healthy. He likes to spend a lot of his time with his family in the park playing games and having picnics. Edwin also enjoys reading books and he looks forward to reading his children bedtime stories every night. Brother, Elliot enjoys playing football and soccer. He is a great athlete and excels in every sport he tries. You will always find his family cheering him on at all his competitions. He also likes to swim and play in the river with his sister. They compete to see who can jump into the water and make the biggest splash! Sister, Eliza loves to compete in beauty pageants and wants to be a super famous model. She loves taking pictures and she is always camera ready! She enjoys dressing up in beautiful outfits and having everyone's attention. She always talks about how she will travel the world one day and go to all the best beaches!

Calico Critters Ellwoods Elephant Family Horse, Pony & Animal Dolls

- Family of 4 poseable children's figures
- Calico Critters Ellwoods Elephant Family includes mother Ella, father Edwin, brother Elliot and sister Eliza
- Each doll is wearing adorable clothes
- Part of a wider line of toys that you can expand (each available separately)
- Made from flocked plastic
- Lovely gift idea
- Age range: 3 years and up
- WARNING: CHOKING HAZARD - Small parts. Not for children under 3 yrs

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
1.1 lb

**Contained Battery Type**
1

More details

### Directions

**Fabric Care Instructions**
wipe clean

### Warranty

**Warranty information**
N/A

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

# 4.8 out of 5

★★★★★ (12 reviews)

  Write a review

| | |
|---|---|
| 5 stars | 9 |
| 4 stars | 3 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

Shipping is free within Maine over $99!



ISLAND TREASURE
TOYS

Customer Appreciation Sale this weekend, 2-16-2/18. Use code WeHeartU24 and save 20% off on everything but LEGO.
Please note: Not all products are available at all locations; please call to confirm availability. For local pickup please allow up to 3 days for fulfillment.

Home / Calico Critters / Sweetpea Rabbit Family – CC1545

✕

### Sweetpea Rabbit Family – CC1545

$30.99

- Includes 4 figures.
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures measure approximately 3 inches tall and brother and sister measure approximately 2.25 inches tall.
- Encourages imaginative and pretend play and suitable for children ages 3 and above

- Choking Hazard – Small Parts. Not for children under 3 years

Out of stock

**SKU**  108162

**CATEGORY**  CALICO CRITTERS

Additional Information

Toys / Outdoor Toys / Kids Playhouses / Playhouses & Furniture



$27.80

Triplets Care Set

★★★★★ 40

3+ day shipping



$21.99

Calico Critters Fashion Playset Sugar Sweet Collection, Dollhouse Playset with Marshmallow Mouse Figure and Fashion Accessories

★★★★★ 95

3+ day shipping



$17.99

Calico Critters Baby Choo Choo Train, Dollhouse Plays-

★★★★☆ 60

3+ day shipping

Calico Critters

**Gingerbread Playhouse**

**$21.84**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

♡ Add to list                                    ⊡ Add to registry







**At a glance**

| Brand | Calico Critters | | Color | Multicolor |
|---|---|---|---|---|
| Age range | 3 to 8 years | | | |



$19.99

My Little Pony Mini World Magic Compact Creation Bridlewood Forest Playset, Izzy Moonbow



Now $37.49 $54.99

Calico Critters Baby Amusement Park, Dollhouse Playset with 3 Collectible Doll Figures



$25.57

Calico Critters Easter Celebration Set, Limited Edition



$46.20

Calico Critters Sweet Raspberry Home, Dollhouse Playset with Figure and Furniture

★★★★★ 107

3+ day shipping



$26.19

Calico Critters Comfy Living Room Set, Dollhouse Furn...

★★★★★ 106

3+ day shipping

## About this item

### Product details

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys. The Gingerbread Playhouse is a limited edition seasonal set which includes the winter themed playhouse and one poseable baby figure with santa costume and sleigh. Baby figure style is the Marshmallow Mouse baby. The costume is removable and compatible with other baby size figures from Calico Critters. Collect other limited edition seasonal sets from Calico Critters including CC1847 Halloween Playhouse.

Calico Critters Gingerbread Playhouse is a limited edition playset that is ready to play and includes the winter themed playhouse and one poseable baby figure with santa outfit and sleigh. Includes 3 pieces total. Collect other limited edition seasonal sets from Calico Critters including CC1847 Halloween Playhouse. Recommended for girls and boys ages 3 and above.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 to 8 years

**Assembled Product Weight**
0.62 lb

**Contained Battery Type**
1

More details

### Directions

**Fabric Care Instructions**
spot clean

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

Toys / Outdoor Toys / Kids Playhouses / Playhouses & Furniture





+ Add

+ Add

$24.48

Calico Critters Family Picnic Van, Toy Vehicle for Dolls with Picnic Accessories

★★★★★ 53

3+ day shipping

$16.60

Gabby's Dollhouse, Baby Box Craft-A-Riffic Room Play

★★★★☆ 425

2-day shipping



Calico Critters

## Calico Critters - Halloween Playhouse

★★★★★ (5.0) 3 reviews

**$23.99**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🚚 Delivery Not available |
|---|---|---|

♡ Add to list          🗂 Add to registry









## At a glance

| Brand | Calico Critters | | Color | Multicolor |
|---|---|---|---|---|
| Age range | 3 to 12 Years | | | |



Add

Now **$15.79** ~~$19.99~~

Calico Critters Flower Gifts Playset

★★★★★ 4



Add

Now **$37.49** ~~$54.99~~

Calico Critters Baby Amusement Park, Dollhouse Plays

★★★★★ 89



Add

$18.97

My Sweet Love Blue Clues & You Baby Doll Play Set, Light Skin Tone, 8 Pieces

★★★★☆ 246

3+ day shipping



Add

$149.99

PLAYMOBIL Modern House Doll Playset

★★★★★ 22

3+ day shipping



Add

$29.99

Kuukuu Harajuku G's Purse Playset

★★★★☆ 26

3+ day shipping

## About this item

### Product details

Calico Critters miniature dollhouses, playsets and figures are timeless and classic high-quality toys! The Halloween Playhouse is a limited edition seasonal set which includes the themed playhouse and two poseable baby figures with costumes and accessories. The included baby figures are the Hopscotch Rabbit Baby Girl and Hazelnut Chipmunk Baby Boy. The ghost and witch costumes are removable and compatible with other baby size figures from Calico Critters. Recommended for ages 3 and up. WARNING: CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

- Calico Critters Halloween Playhouse is a limited edition playset that comes ready to play
- Includes 6 pieces total including the playhouse, two poseable baby figures, two costumes and accessories
- Recommended for ages 3 and above

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer.

### Specifications

**Brand**
Calico Critters

**Age Range**
3 to 12 Years

**Assembled Product Weight**
0.51 lb

**Contained Battery Type**
1

More details

### Directions

**Fabric Care Instructions**
spot clean

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.    Learn more

# 5 out of 5

5 stars                    3
4 stars                    0
3 stars                    0

Toys / Toys for Girls and Boys

Calico Critters

**Calico Critters Flower Gifts Playset**

★★★★★ (5.0) 4 reviews

**Now $15.79** ~~$19.99~~ ⓘ
You save **$4.20**
Price when purchased online ⓘ

Add to cart

**How you'll get this item:**

☐ I want shipping & delivery savings with Walmart✦
You get 30 days free! Choose a plan at checkout.

| 🚚 Shipping Arrives Mar 12 | 🚗 Pickup Not available | 📦 Delivery Not available |

Delivery to Park City, 84098

🛍 Sold by **LowPriceFastShipping** | ✓ Pro Seller ⓘ
Fulfilled by Walmart

★★★★½  390 seller reviews
View seller information

🔵 Free 90-day returns  Details

♡ Add to list                          🎁 Add to registry

**More seller options (1)**
Starting from $22.77
Compare all sellers







♡
🔍



›

**At a glance**

| Brand | Calico Critters | | Color | Multicolor |
| Age range | 3 to 12 Years | | | |


♡
➕ Add


♡
➕ Add


♡
➕ Add

$14.95

LOL Surprise Pets Ball- Series 4-2A - Toys for Girls Ages 4 5 6

★★★★½ 47

2-day shipping

$18.90

Enchantimals Snowtastic Sled Doll Playset, 8 Pieces

2-day shipping

Now $3.00 $4.97

Honey Bee Acres Babies 1.75", One Surprise Doll & Acc

★★★★☆ 100

3+ day shipping



+ Add

$9.94

Honey Bee Acres Purringtons Cat Family, 4 Miniature Doll Figures, Children Ages 3

★★★★½ 130

2-day shipping



+ Add

$18.27

Calico Critters Marshmallow Mouse Triplets

★★★★★ 89

3+ day shipping

## About this item

### Product details                                                                                              ⌃

**Product Description**

Flower Gifts Playset includes Sweetpea Rabbit Older Sister, characterised by her elegant expression, and a gorgeous bouquet of flowers. She wears sparkling accessories and a lovely, stylish dress perfect for the town.Flower Gifts Playset's flower bouquet can be held by figures, allowing for various scenarios to unfold in the town.

Sweetpea Rabbit Older Sister works together with Maple Cat Older Sister as a florist. Skilled in flower arranging, she works to ensure her arrangements perfectly suit her customers.Create a lively town by playing together with the Grand Department Store, Delicous Restaurant, Blooming Flower Shop and Ride Along Tram, etc. (sold separately).

Play together with the Sweetpea Rabbit Family, Sweetpea Rabbit Baby and Sweetpea Rabbit Twins to create a wonderful family story (sold separately).

Calico Critters Town Series Flower Gifts Playsets is ready to play and includes 3.4 inch poseable Sweetpea Rabbit figure and accessories. Includes poseable figure and three accessories including bouquet of tulips and box of roses with lid. Play together with other Town Series playsets including CC3044 Floral Garden Set and CC3033 Blooming Flower Shop. Recommended for girls and boys ages 3 and above.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                               ⌃

**Brand**
Calico Critters

**Age Range**
3 to 12 Years

**Assembled Product Weight**
0.22 lb

**Gender**
Unisex

More details

### Directions                                                                                                  ⌃

**Fabric Care Instructions**
spot clean

### Warranty                                                                                                    ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

More details

### Warnings                                                                                                    ⌃

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

## Newsletter

Sign up for our mailing list. You'll be the first to hear about our newest products and biggest deals!

Your email

Subscribe

✕ Subscribe & Save

Search...

KobeeJapan Museum Store

Close

Language
English

Country/region
United States (USD $)

Login / Signup

My account                    0

0
Cart

REWARDS





🔍  Roll over image to zoom in Click on image to zoom



Calico Critters BEAGLE TWINS CC2006 Sylanian Families International Playthings

INTERNATIONAL PLAYTHINGS



Your Account  |  🛒 Your Cart ▸

0 Product, $0.00

Search for Toys                    GO

Home    Browse Online    About Us    Search    Contact Us    FUNdamentals    Help

Home ▸ Browse Online ▸ Pretend ▸ Tanner & Tallulah's Nursery Fun Time

Welcome to The Toyworks in Sebastopol, CA. At this time, we are displaying a few of our products for you to view online, but our website is not setup for online purchasing.

If you would like to make a purchase, please call 707-829-2003 or stop by our store. Remember, we can have it gift wrapped and ready for pick up ! Thank you.

## Tanner & Tallulah's Nursery Fun Time

Best in the West

The Toyworks selected Toy Retailer of the Year 2004 for the entire Western United States



### Store Hours

STORE HOURS:

n - Sat: 10am - 6pm

n: 10am - 5pm

ctions





Toyworks TakeOut
Just Call Us. We'll help you select the perfect toy & we'll have it wrapped and ready for you to pick-up.

ALWAYS FREE GIFT WRAP
(more info)

◄  [thumbnail] [thumbnail] [thumbnail]  ►





© 2024 Specialty Toys Network. © 2024 The Toyworks or its affiliates. All Rights Reserved.
Conditions of Use  |  Privacy Policy  |  Security  |  Joining STN  |  Contact Us

...Toys By Category

Featured Products
Action Figures
Active Play
Bathtub Toys
Baby
Arts & Crafts
Books, Movies & Videos
Cars, Trains & Vehicles
Collectibles
Construction
Dolls & Accessories
Dress up
Educational Toys
Electronics
Environmentally Friendly
Everyday accessories
Furniture & Decor
Games
Musical Toys
Outdoor Toys
Party Supplies
Pretend
Push, Pull & Ride
Puzzles & Brain Teasers
Science & Nature
Toddler Toys
Travel Toys

...Toys By Age

Ages 0-1
Ages 1-2
Ages 2-3
Ages 3-4
Ages 4-5
Ages 5-6
Ages 6-7
Ages 7-8
Ages 8-9
Ages 9-10
Ages 10-11
Ages 11-12
Ages 13 & Over

...Toys By Brand

Select      Search

SPRING IS AROUND THE CORNER SALE! ALL TEDDY BEARS 20–40%!



(https://teddybearsandfriends.com/wp-content/uploads/2014/09/IMG_7893-scaled.jpg)

## Sylvanian Families / Calico Critters – The Dalmatian Dog Twins – Baby Brother Mark & Baby Sister Speckles – MIB

€25.00

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie settings    ACCEPT

Add to cart

Toys / Dolls & Dollhouses / Dollhouses & Play Sets







Now $42.88 ~~$55.07~~

Bankers Box Kids at Play: Treats 'N' Eats Colorable Playhouse

★★★★★ 32

3+ day shipping

$49.99

Fuzzikins Craft Cottontail Cottage: Design Your Own Bunny Friends With Pop-Up Playhouse

★★★★☆ 1

3+ day shipping

$61.95

Playskool Weebles My Smart House

★★★★★ 16

3+ day shipping

---

Calico Critters

**Calico Critters Carry and Play House**

**$29.95**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

♡ Add to list          🎁 Add to registry















$44.53

Pharmtec My Very Own Castle Cardboard Playhouse

3+ day shipping

$37.85

My Very Own House Grocery with Washable Markers Playhouse

3+ day shipping

$44.53

My Very Own House Hide and Seek with Washable Mar

3+ day shipping







Add

Add

Add

$34.99

Calico Critters Living Room Suite

★★★★★ 17

2-day shipping

Now $14.84 $16.94

Calico Critters Triple Baby Bunk Beds, Dollhouse Furniture Set

★★★★★ 98

3+ day shipping

Now $26.93 $31.00

Calico Critters Yellow Labrador Family, Set of 4 Collect

★★★★☆ 70

2-day shipping

## About this item

### Product details ⌃

For the Calico Critter Fan on the go! This charming Carry Case is perfect for toting along Calico Critter families and their accessories. Young fans can transport this beautifully illustrated case to a friend's house, on a trip or simply set it up at home for hours of decorating and fun! The Calico Critter Carry Case is designed with two cozy rooms and three handy drawers to store Calico families, furniture and accessories. It features sturdy door latch and built-in handle. Floor folds out for additional play space. Nursery room and family rooms are illustrated along with door details of bathroom, kitchen and stairs. Peek-a-boo window lets you see in and Critters see out!

Calico Critters Carry and Play House:

- Carry Case is perfect for toting along Calico Critter families and their accessories
- Carry Case is designed with 2 cozy rooms and 3 handy drawers to store Calico families, furniture and accessories
- Floor folds out for additional play space
- Mix and match with other Calico Critter figures, environments and accessories

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Calico Critters

**Gender**
Unisex

**Manufacturer**
International Playthings, LLC

**Manufacturer Part Number**
CC9900

More details

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more







Add

Add

Add

Now $62.99 $99.99

Kids Bed Tent Play Tent Portable Playhouse Twin Sleeping with Carry Bag Blue

Now $62.99 $109.00

Costway Kids Bed Tent Play Tent Portable Playhouse Twin Sleeping w/Carry Bag Blue

Now $89.99 $99.99

 WorthPoint
DISCOVER. VALUE. PRESERVE.



HOME (/)  ›  PRICE GUIDE (/WORTHOPEDIA/)  ›  TOYS, DOLLS, GAMES & PUZZLES (/WORTHOPEDIA/CATEGORY/TOYS-DOLLS-GAMES-PUZZLES/)

# CAMRYN'S COUNTRY BOUTIQUE SET - CALICO CRITTERS #CC1963

(https://thumbs.worthpoint.com/zoom/images 1_53b342559cc5ad60d5730c6f8159e917.jpg)



## PRICING & HISTORY

| SOLD FOR | |
|---|---|
| SOLD DATE | |
| SOURCE | eBay |

START FREE TRIAL (/PRODUCT/INDEX?RETURNPAGE=%2FWORTHOPEDIA%2FCAMRYNS-COUNTRY-BOUTIQUE-SET-CA

or Sign In (/app/login/auth?parentUrl=%2Fworthopedia%2Fcamryns-country-boutique-set-calico-523339125) to see what it's worth.

This is a brand new Calico Critters - Camryn's Country Boutique Set (Item #CC1963). Filled with beautiful clothes and accessories, Camryn's boutique is a must visit for all your stylish Critter girls! Set includes: Camryn Caramel Cat, Full length lilting, clothes rack, 3 clothes hangers, 3 dresses, purse & 3 magazines. Calico Critters are fully poseable and are made using a unique soft-flocking process which gives their "fur" a smooth velvety texture. All are dressed in colorful quality outfits designed for each individual character. Built around the traditional values of family, friends and community, Calico Critters encourage little girls to use their imagination and share their own experiences as they play. What's more, they are a great collectible. A great addition for any Calico Critter fan, and makes a wonderful gift! Payments must be received within 7 calendar days of auction close. We process auctions, purchases and ship Monday through Friday ( excluding holidays) Shipment can be expected within 24 hours of PayPal payment confirmation (Monday - Friday). Defective items may be returned within 14 days of auction close. Buyer must request from seller Return Merchandise Authorization prior to returning any item. All items are checked for defects prior to shipment. However, we may not be able to identify all defects.
READ MORE

(https://facebook.com/sharer/sharer.php?u=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125)

ebay    Items in the Price Guide are obtained exclusively from licensors and partners
FLAG ITEM FOR CONTENT OR COPYRIGHT
(https://twitter.com/intent/tweet?text=Camryn%27s+Country+Boutique+Set+-+Calico+Critters+%23CC1963&url=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125)

(https://www.tumblr.com/widgets/share/tool?posttype=link&title=Camryn%27s+Country+Boutique+Set+-+Calico+Critters+%23CC1963&caption=Camryn%27s+Country+Boutique+Set+-+Calico+Critters+%23CC1963&content=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125&canonicalUrl=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125&shareSource=tumblr_share_button)

## SIMILAR ITEMS

(mailto:?subject=Camryn%27s+Country+Boutique+Set+-+Calico+Critters+%23CC1963&body=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125)

(https://pinterest.com/pin/create/button/?url=https://www.worthpoint.com/worthopedia/camryns-country-boutique-set-calico-523339125&media=https://thumbs.worthpoint.com/zoom/images/1/0114/17/camryns-country-boutique-set-calico_1_53b342559cc5ad60d5730c6f8159e917.jpg&description=Camryn%27s+Country+Boutique+Set+-+Calico+Critters+%23CC1963)



Toys › Dolls and Accessories › Playsets

### Calico Critters
### Fisher Cat Family

...ers

96

...e

...vailable.
...en or if this
...n stock.

| | |
|---|---|
| Brand | Calico Critters |
| Theme | ...nimal |
| Colour | ...atural |
| Cartoon character | Calico Critters |
| Assembly required | No |
| Manufacturer | 36.0 |
| Minimum Age (MONTHS) | |
| Batteries required? | No |
| Item weight | 159 Grams |
| Number of pieces | 4 |
| Size | One Size |

^ See less

#### About this item

- Fun and educational
- Performance and quality tested
- Great fun for children of all ages

Report an issue with this product

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to United States

Add to Wish List

Sponsored

 WorthPoint
DISCOVER. VALUE. PRESERVE.

HOME (/) › PRICE GUIDE (/WORTHOPEDIA/) › TOYS, DOLLS, GAMES & PUZZLES (/WORTHOPEDIA/CATEGORY/TOYS-DOLLS-GAMES-PUZZLES)

# CALICO CRITTERS THE PIGGLYWINK FAMILY NEW IN BOX RARE RETIRED

  

(https://thumbs.worthpoint.com/zoom/images1/1/0613/08/calico-critters-pigglywink-family-box_1_d42b68a7bdd29e9308714bc06c2bc361.jpg)
(https://thumbs.worthpoint.com/zoom/images2/1/0613/08/calico-critters-pigglywink-family-box_1_d42b68a7bdd29e9308714bc06c2bc361.jpg)
(https://thumbs.worthpoint.com/zoom/images3/1/0613/08/calico-critters-pigglywink-family-box_1_d42b68a7bdd29e9...

   

## PRICING & HISTORY

| SOLD FOR | |
| --- | --- |
| SOLD DATE | |
| SOURCE | eBay |

START FREE TRIAL (/PRODUCT/INDEX?RETURNPAGE=%2FWORTHOPEDIA%2FCALICO-CRITTERS-PIGGLYWINK-FAMILY
or Sign In (/app/login/auth?parentUrl=%2Fworthopedia%2Fcalico-critters-pigglywink-family-box-455251852) to see what it's worth.

calico critters rare and retired the pigglywink pig family new in box!!!Thanks for looking!!!!Posted with eBay Mobile Posted with eBay Mobile

(https://facebook.com/sharer/sharer.php?u=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852)

Items in the Price Guide are obtained exclusively from licensors and partners solely for our members' research needs.

FLAG ITEM FOR CONTENT OR COPYRIGHT

(https://twitter.com/intent/tweet?text=CALICO+CRITTERS+THE+PIGGLYWINK+FAMILY+NEW+IN+BOX+RARE+RETIRED&url=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852)

(https://www.tumblr.com/widgets/share/tool?posttype=link&title=CALICO+CRITTERS+THE+PIGGLYWINK+FAMILY+NEW+IN+BOX+RARE+RETIRED&caption=CALICO+CRITTERS+THE+PIGGLYWINK+FAMILY+NEW+IN+BOX+RARE+RETIRED&content=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852&canonicalUrl=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852&shareSource=tumblr_share_button)

## SIMILAR ITEMS

(mailto:?subject=CALICO+CRITTERS+THE+PIGGLYWINK+FAMILY+NEW+IN+BOX+RARE+RETIRED&body=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852)

(https://pinterest.com/pin/create/button/?url=https://www.worthpoint.com/worthopedia/calico-critters-pigglywink-family-box-455251852&media=https://thumbs.worthpoint.com/zoom/images1/1/0613/08/calico-critters-pigglywink-family-box_1_d42b68a7bdd29e9308714bc06c2bc361.jpg&description=CALICO+CRITTERS+THE+PIGGLYWINK+FAMILY+NEW+IN+BOX+RARE+RETIRED)

GROUPON

Categories ▾      🔍 Search Groupon      📍 Salt Lake City      🛒  🔔 ⁴  Sign In ▾

⊞ Get the Groupon App   ♡ My Wishlist   Sell On Groupon   Help   Sign Up

Goods › Toys › Dolls & Action Figures › Action Figures (76)

## Similar deals to this expired deal

1 of 3  ‹ ›


**Unicorn Pop-it Purse Mini Bubble Fidget Handbag for K...**
4.8 ★★★★★ 6 Ratings
~~$14.99~~ **$2.99**
50+ viewed today


**Funko Pop! 2 Pack The Goonies: Chunk & Sloth #10...**
~~$49.99~~ **$24.99**
70+ viewed today


**Zummy Airplane Toy Plane Ejection Glider Launcher Fo...**
4.4 ★★★★½ 9 Ratings
~~$39.99~~ **$13.49**
10+ viewed today


**Spider Gloves Man Kids Web Shooter Toy and Wrist Laun...**
4.0 ★★★★☆ 10 Ratings
~~$39.99~~ **$14.99**
10+ viewed today

View all similar deals

# Calico Critters Deluxe Baby's Nursery Set
Sold by Level Up Trade



🏷 Limited Time
🚚 Free Shipping

  

Not Yet Available

[ See Similar Deals ]

**Share This Deal**
✉ f 🐦 📌   Like 0

## Highlights
- Interest/Theme: Toys
- Materials/Fabric: Hard Plastic
- Recommended For Ages: 3 Years up

## Product Details
**Calico Critters Deluxe Baby's Nursery Set**

More than 20 detailed accessories including crib with rail and 2 drawers, mattress, over-crib mobile, pillow, dresser with clothes bar, 2 hangers and 4 drawers, high chair with seat cushions, sliding board, rug, 2 outfits, toys, books and more!

Mix and match with other Calico Critters play sets to create a whole Calico Critters village!

The Deluxe Baby's Nursery Set is an essential furniture set for any Calico Critters home. It includes more than 20 ...ries including crib with rail and 2 drawers, mattress, over-crib mobile, pillow, dresser with clothes ...nd 4 drawers, high chair with seat cushions, sliding board, rug, 2 outfits, toys, books and more!

Set includes crib with rail and 2 drawers, mattress, mobile, pillow, dresser with clothes bar, 2 hangers and 4

Get 20% Off ✕






**Rare find**

## $69.90

Calico Critters Margaret and Halley's Dress Shop RARE NEW

**LittleAtticVintage**

★ 4.9  397 reviews



Arrives soon! Get it by Mar 12-20 if you order today

Pay in 4 installments of $17.47. **Klarna.** Learn more

Add to cart

### Item details

- ⏰
  Vintage from the 1980s

Calico Critters Margaret and Halley's Dress Shop RARE NEW

Brand New, never removed from the Box.

### Shipping and return policies

- 📅
  Order today to get by Mar 12-20
- 



Gift Cards ✉

  🛒 0



From our family to yours

Read our story →

*Home* > *MINI CARRY CASE CALICO CRITTERS\**



   

   

## MINI CARRY CASE CALICO CRITTERS*

$11.99    ♡

☆☆☆☆☆    Write a review

11 in stock

1    +
     −

🅿 **CURBSIDE PICKUP AVAILABLE**
or home delivery on in-town orders*

**DETAILS**

**Recommended for ages 3 to 8 years**

The Calico Critters® **Mini Carry Case** features a clear, house-shaped carrying case with handle and includes an adorable Critter baby inside with an accessory.

Leave the critter and accessory in the case and use as-is for decoration, or take them out to play with! There are several assorted styles of Calico Critter babies, and each is available separately. Examples include Hopscotch Rabbit baby with a high chair, Yellow Labrador baby with a slide, and Tuxedo Cat baby with a see-saw.

Babies have an adjustable head, allowing for various poses. Clothing is removable. Can be used independently or with all Calico Critters® figures, accessories and houses for even more imaginative play possibilities!

🔍 Find your NEW favorite toy!

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist        My eBay

 

    Shop by category

[ Search for anything ]    | All Categories ▾ |    **Search**

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals

Share    Add to Watchlist





 

Have one to sell? Sell now

## Sylvanian Families Calico Critters Ballet Recital 20

**Tokyo goods shop** (500)
99.3% positive    Seller's other items    Contact seller

## US $203.00

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

Condition:    **Used**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

**Breathe easy.** Returns accepted.

**People are checking this out.** 7 have added this to their watchlist.

Shipping:    **Free** Expedited Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Japan, Japan



Hi! Sign in or register     Daily Deals     Brand Outlet     Gift Cards     Help & Contact                    Sell     Watchlist     My eBay

**ebay**     Shop by category      [ Search for anything ]     [ All Categories ▾ ]     [ Search ]

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals          Share   Add to Watchlist

🏷️ **$5 FLAT RATE SHIPPING**  See all eligible items and terms

LAST ITEM AVAILABLE



     

Have one to sell?  Sell now

## Sylvanian Families Calico Critters FURBANKS SQUIRREL TWINS #CC1593

 Kalico Kim's Corner (1443)
100% positive   Seller's other items   Contact seller

### US $19.98

Condition:   New

Quantity:   [ 1 ]   **Last One** / 1 sold

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

**People want this.** 16 people are watching this.

Shipping:   **US $5.35** Standard Shipping.  See details
Located in: Norman, Oklahoma, United States

Delivery:   Estimated between **Thu, Mar 14** and **Sat, Mar 16** to 84111 

Returns:   Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 17, 2023 06:12:09 PST   View all revisions

eBay item number: 284272077321

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...  Read more |
| Country/Region of Manufacture | Japan |
| Custom Bundle | No |
| Material | Plastic |
| Scale | 1:12 |
| Color | NA |
| Country | Japan |
| Features | Vintage |
| MPN | 4104 |





**Low in stock, only 8 left**

## $24.90

Calico Critters Caramel Cat Twins CC2012 RARE NEW

**LittleAtticVintage**

★ 4.9 <u>397 reviews</u>

✓

Arrives soon! Get it by <u>Mar 12-20</u> if you order today

Add to cart

## Item details

- ⏰
  Vintage from the 1980s

Calico Critters Caramel Cat Twins CC2012 RARE NEW

Brand New, never removed from the Box.

## Shipping and return policies

- 📅
  Order today to get by <u>Mar 12-20</u>

- 🚚



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

 

Shop by category

Search for anything    | All Categories ▾ |    **Search**

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals

Share    Add to Watchlist







Have one to sell? Sell now

## Sylvanian Families Calico Critters The Sugar Bear Twins

**The Tama Boutique** (3073)
100% positive    Seller's other items    Contact seller

## US $39.99

Condition:  **New**

Buy It Now

Add to cart

♡ Add to watchlist

**Breathe easy.** Returns accepted.

Shipping:        US $6.70 Standard Shipping. See details
                 Located in: Alameda, California, United States

Delivery:        Estimated between **Wed, Mar 13** and **Sat, Mar 16** to 84111 ⓘ

Returns:         30 days returns. Seller pays for return shipping. See details

Payments:

Special financing available. See terms and apply now



Toys / Dolls & Dollhouses / Dollhouses & Play Sets





+ Add

Now $7.97  $11.99

Gabby's Dollhouse Kitty Narwhal's Carnival Room with Toy Figure

★★★★½ 48

Pickup    Delivery    3+ day shipping

+ Add

$27.90

Calico Critters Persian Cat Twins, Set of 2 Collectible D

★★★★★ 54

2-day shipping

---

Calico Critters

**Calico Critters Buckley Deer Family**

★★★★★ (5.0) 6 reviews

**$24.90** $24.90/in

Price when purchased online ⓘ

Out of stock    Shop similar

**How you'll get this item:**

| Shipping Out of stock | Pickup Not available | Delivery Not available |
|---|---|---|

♡ Add to list          📋 Add to registry









**At a glance**

| | | | |
|---|---|---|---|
| Brand | Calico Critters | Height | 171.45 |
| Age range | 3 Years & Up | Color | Multicolor |
| Product line | Calico Critters | Batteries req | N |



**Add**

$44.99

Calico Critters Family Seven Seater Toy Vehicle for Dolls

★★★★☆ 85

2-day shipping



**Add**

$21.93

Calico Critters Fashion Playset Shoe Shop Collection, Dolls and Fashion Accessories

★★★★★ 78



**Add**

Now $8.00 ~~$9.86~~

My Little Pony: a New Generation, Movie Crystal Adventure Sunny, Starscout

★★★★☆ 54

2-day shipping



**Add**

$30.66

Calico Critters Baby Windmill Park, Dollhouse Playset with Figure

★★★★★ 77

3+ day shipping



**Add**

$49.88

LOL Surprise OMG House of Surprises Lil Arcade Plays Surprises – Great Gift for Kids Age 4

★★★★★ 21

3+ day shipping

## About this item

**Product details**

Your child will enjoy the fun of playing with this Calico Critters Buckley Deer Family. It comes with figures that have arms, legs and heads that turn. These Little Critters toys come with Mother Tabitha that is a famous artist in Cloverleaf Corners and even has her own art studio. It also has Father Devin that enjoys bowling with his friends. This deer toy set has baby brother Oscar that likes to color and make mini clay cars. Last is Sister Fawna that loves painting pictures of flowers and playing the piano. They can be easily mixed and matched with other compatible characters, environments and pieces.

CC1457 Buckley Deer Family

- · BUCKLEY DEER FAMILY: Mother Tabitha is a famous artist in Cloverleaf Corners, and even has her own Art Studio. Father Devin runs the Cloverleaf Corners Art Studio with his wife and enjoys bowling with his friends. Baby brother Oscar likes to color and make mini clay cars. Sister Fawna loves painting pictures of flowers and playing the piano.
- · SET INCLUDES: Includes mother Tabitha, father Devin, baby Oscar, and sister Fawna. They all come with removable detailed clothing, have jointed arms and legs, and heads that turn. Mix and match with other Calico Critters play sets to create a whole Calico Critters village!
- · TIMELESS CALICO CRITTERS: Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. These life-like, award-winning miniatures also inspire imagination and creativity.
- · EDUCATIONAL PLAY: These adorable toys promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments, critters and accessories.
- · PRODUCT SPECIFICATIONS: Tabitha and Devin Buckley Deer measure approximately 3" tall. Fawna Buckley Deer is approximately 2.25" tall. Baby Oscar Buckley Deer is approximately 1.25" tall. Can be used independently or with all Calico Critters houses. Please note these products contain small parts and are not intended for children under 3 years of age.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

**Specifications**

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.45 lb

**Gender**
Unisex

More details

**Warnings**

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

Toys / Dolls & Dollhouses / Dolls / All Dolls



+ Add

Now $18.99 $22.99

Lissi 15" Baby Doll Set W/ Extra Clothes & Accessories

⭐⭐⭐⭐½ 64

3+ day shipping



+ Add

Now $4.00 $5.97

Fashion Fidgets Pets Collectible Fidget Pet Doll by Wo...

⭐⭐⭐⭐ 67

3+ day shipping

Calico Critters

## Calico Critters Tuxedo Cat Triplets, Set of 3 Collectible Doll Figures

⭐⭐⭐⭐⭐ (4.9) 16 reviews

**$17.14**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

|  Shipping Out of stock |  Pickup Check nearby |  Delivery Not available |

♡ Add to list    🎁 Add to registry



## At a glance

| | | | |
|---|---|---|---|
| Brand | Calico Critters | Dimensions | 1.70 x 4.00 x 5.70 Inches |
| Age range | 3 Years & Up | Width | 4 in |
| Product line | Calico Critters | Material | Plastic |



Options

+2

$10.86
Options from $10.86 – $11.39

aturustex Cute Princess Toy Cute Baby Doll/Mermaid/Cat with Lighted Basket

3+ day shipping



+ Add

$19.99  +$12.99 shipping

Adora Bathtime Baby Doll Tot with Owl Robe, 8.5-inch

★★★★★ 3



+ Add

Now $13.00  $19.97

Fidgie Friends Dandelion Wishes, Butterfly-Winged Fas

★★★★☆ 111



+ Add

Now $24.48  $20.69

Calico Critters Hazelnut Chipmunk Family, Set of 4 Collectible Doll Figures

★★★★★ 61

3+ day shipping



+ Add

$15.54

Disney Zombies 3 A-spen Fashion Doll with Blue Hair, Alien Outfit, and Accessories

★★★★★ 2

3+ day shipping



+ Add

$14.97

Vibe Girls Mia Ocean Vibe Including 50 Stickers and Vi

★★★★★ 29

2-day shipping

## About this item

### Product details ⌃

Meet the Tuxedo Cat triplets; Peppermint, Midnight and Angelica. Peppermint is very sweet and likes making new friends everywhere she goes. Midnight can sleep for hours at a time. When he wakes up, he is full of energy and loves to play tag. Angelica enjoys playing quietly with her toys and dolls. She is also very curious and likes to ask her mother questions about anything and everything.

- • Tuxedo Cat Triplets - Peppermint, Midnight and Angelica
- • Poseable with jointed arms and legs and heads that turn
- • Made of Plastic and Flocked Fur
- • For boy or girl ages 3 and up

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Age Range**
3 Years & Up

**Brand**
Calico Critters

**Product Line**
Calico Critters

**Assembled Product Weight**
0.1 lb

More details

### Directions ⌃

**Fabric Care Instructions**
wipe clean

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## 4.9 out of 5

| | |
|---|---|
| 5 stars | 15 |
| 4 stars | 1 |

ebay    Shop by category

All Categories    Search    Advanced

eBay > ... > Dolls & Bears > Dollhouse Miniatures > Dollhouse Dolls & Animals



        

## Calico Critters Melissa and Melody Bath Time Set CC1448

★★★★★ 5.0 1 product rating

srwhmg (60)
100% positive feedback

| | |
|---|---|
| Price: | **$55.99** |
| Returns: | No returns, but backed by eBay Money back guarantee. |
| Condition: | New |

Adorable Calico Critters Sylvanian Families. Sunshine Bears.

Buy It Now

Add to cart

View all details

Toys / Dolls & Dollhouses / Dolls / All Dolls



$14.99

Lissi 16" Soft Baby Feeding Doll Playset

★★★★☆ 11

3+ day shipping



$14.50

Calico Critters Hedgehog Twins, Set of 2 Collectible D...

★★★★★ 1

3+ day shipping

Calico Critters

**Calico Critters Chocolate Labrador Triplets**

★★★★★ (5.0) 2 reviews

**$19.99**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

♡ Add to list          🎁 Add to registry









**At a glance**

| | | | | |
|---|---|---|---|---|
| Brand | Calico Critters | | Product line | Calico Critters |
| Age range | 3 Years & Up | | Dimensions | 8.00 x 8.00 x 6.00 Inches |
| Character | None | | Width | 8.0" |







Add

Options

Add

**$18.99**
Little Sweeties 8" Baby Doll with Pets, by Little Darlings
★★★★★ 6

**Now $7.39** $14.97
Baby Alive Soft 'n Cute Doll, Brown Hair, Soft First Baby Doll Toy, Kids 18 Months and up
★★★★☆ 47

**Now $17.85** $19.99
LOL Surprise Earth Love Grow Grrrl Doll with 7 Surprises, Edition Doll, Collectible Doll, Paper Packaging
★★★★☆ 134

## About this item

### Product details ⌃

Meet the Chocolate Lab Triplets! Dylan is energetic and loves to jump around all day. Helena loves to sing. Her family wakes up to her singing a new song each morning. Piper Jane is always smiling and happy. She is very fun to be around and she always tries to make you laugh. For children ages 3 and up.

Calico Critters Chocolate Labrador Triplets

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Age Range**
3 Years & Up

**Brand**
Calico Critters

**Product Line**
Calico Critters

**Assembled Product Weight**
0.6 lbs

More details

### Warranty ⌃

**Warranty information**
N/A

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

💳 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

## 5 out of 5

★★★★★ (2 reviews)

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

---

★★★★★                                              12/26/2018

**Good buy!**

These are cute figurines to go with the Calico set.

chelle36

👍 0    👎 0

---

★★★★★                                              2/20/2019

**Adorable toy set for young girls**

Such a sweet toy set. Have given this to girls ages 3-7 and they loved it. Each dog has a name too! Get it with the triplet bunk beds and you have a winner.

JS

👍 0    👎 0

---

View all reviews

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

ebay    Shop by category

[Search for anything]    [All Categories ▾]    [Search]

Back to home page    Collectibles & Art    >    Dolls & Bears    >    Dollhouse Miniatures    >    Dollhouse Dolls & Animals        Share    Add to Watchlist

## Sylvanian Families Chihuahua Twins

 **KUM'S JAPAN** (6784)
98.2% positive    Seller's other items    Contact seller

### US $43.42
or Best Offer

Condition:  New

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

**Breathe easy.** Returns accepted.

| | |
|---|---|
| Shipping: | US $26.90 Expedited Shipping from outside US. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Japan, Japan |
| Delivery: | Estimated between **Fri, Mar 15** and **Tue, Mar 26** to 84111 ⓘ |
| | Includes **10 business days** handling time after receipt of cleared payment. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | |

Have one to sell? Sell now

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  315163626725

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Epoch / Epochsha |
| Country | Japan |
| Type | NA |
| Franchise | NA |
| Animal Type | NA |

Toys / Dolls & Dollhouses / Dollhouses & Play Sets







$84.95

Barbie Sweet Orchard Farm Playset with Barn, Horse, 10 Farm Animals & 15 Accessories, Moving Pieces

★★★★★ 424

3+ day shipping

$39.93

Calico Critters Town Series Designers Studio, Fashion Dollhouse Playset with Figure, Furniture and Accessories

★★★★★ 5

3+ day shipping

$14.97

Calico Critters Yellow Labrador Twins, Set of 2 collectib

★★★★★ 1

3+ day shipping

Calico Critters

### Calico Critters Luxury Townhome Gift Set

★★★★½ (4.5)    37 reviews

**$299.95**

$20/mo with affirm Learn how

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping<br>Out of stock | 🚗 Pickup<br>Check nearby | 🛍️ Delivery<br>Not available |
|---|---|---|

♡ Add to list    ⊞ Add to registry















### At a glance

| Brand | Calico Critters | | Pieces | 50 |
|---|---|---|---|---|
| Age range | 4 Years & Up | | Batteries req | Y |
| Color | Multicolor | | | |







**Now $21.99** ~~$32.95~~

Calico Critters Husky Brother & Sister's Tandem Cycling Set, Dollhouse Playset with Figures and Accessories

★★★★★ 81

3+ day shipping

**Now $17.49** ~~$24.99~~

Calico Critters Fashion Playset Jewels & Gems Collection, Dollhouse Playset with Snow Rabbit Figure and Fashion Accessories

★★★★★ 79

3+ day shipping

**$15.20**

Calico Critters Breakfast Playset, Dollhouse Furniture a

★★★★★ 84

3+ day shipping

## About this item

### Product details

The Townhome Gift Set features the Luxury Townhome and over 50 additional accessories, including two posable Critters, Bed Set, Hutch Desk Set, Dining Set, Oven with Cooking Pan and Kitchen Cart Set! The home opens and closes for lots of decorating and pretend play fun. The moveable staircase and extra floor area can be used to create larger rooms. Lights turn on and off in this spacious four-room Townhome and the room divider can be moved to create a fifth room. Requires two "AA" batteries (not included).

CC2066 Luxury Townhome Gift Set

- · EVERYTHING YOU NEED to play right away! More than 50 pieces.
- · LOTS OF ACCESSORIES-set includes 2 Critters, 5 room townhome with working lights, indoor and outdoor balconies with rails, working doors, outdoor patio floor, dining set, piano and bench, desk, kitchen stove, pan, cart with appliances and much more.
- · TIMELESS CALICO CRITTERS-Calico Critters of Cloverleaf Corner are timeless, classic toys that promote wholesome family values. These life-like, award-winning miniatures inspire imagination and creativity.
- · EDUCATIONAL PLAY-these adorable playsets promote healthy cognitive development through pretend play. Acting out storylines will exercise narrative and critical thinking processes, while fine motor skills and dexterity improve as little ones manipulate the fun environments.
- · PRODUCT SPECIFICATIONS-The Luxury Townhome Gift Set measures 8? by 25.5? by 13.8?. Can be used independently or with all Calico Critters houses. Please note these products contain small parts and are not intended for children under 3 years of age.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
4 Years & Up

**Assembled Product Weight**
8.6 lbs

**Battery Size**
AA

More details

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
proposition 65 reasons:WARNING: This product can expose you to chemicals which are known to the State of California to cause cancer or birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov/.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more







**$19.99**

Littlest Pet Shop, Collector Set, Farm Besties Theme - Gen 7, Pets #56-#60, Authentic LPS Bobble Head Figure, Collectible Imagination Toy Animal, Kidults, Girls, Boys, Kids, Tweens Ages 4+

★★★★★ 19

2-day shipping

**$69.99**

Littlest Pet Shop, 18 Pets Collector Set, Pet Surprise Display - Gen 7, Pets #1 - #18, Authentic LPS Bobble Head Figure, Collectible Imagination Toy Animal, Kidults, Girls, Boys, Kids, Tweens Ages 4+

★★★★★ 19

2-day shipping

**$59.99**

JoyStone Dream Dollhouse with Lights, 4-Story 12 Rooms Huge Doll House with 4 Dolls Toy Figures, Fully Furnished Pretend Playhouse Gifts for Girls Ages 3+, Pink

★★★★★ 1

2-day shipping

## 4.5 out of 5
★★★★☆ (37 reviews)

| | |
|---|---|
| 5 stars | 26 |
| 4 stars | 8 |
| 3 stars | 0 |
| 2 stars | 1 |

Toys / Dolls & Dollhouses / Collectible Dolls / Calico Critters



$16.46

New Wall Ideas Boys Animal S For S Elephant S 12x30"

3+ day shipping



$14.89

Gerich Cartoon Animals Removable Wall Decal Stickers Kids Rooms Fawn Fox Raccoon Wall Stickers Decals

3+ day shipping



Now $4.98 $6.59 +$4.99 shipping

PRINxy Monkey Owl Forest Tree Wall Decals,Children's Murals,White,

3+ day shipping

Calico Critters

**Calico Critters Border Collie Family Set**

**$24.95**

Price when purchased online ⓘ

**Out of stock**     Shop similar

How you'll get this item:

| 🚚 Shipping<br>Out of stock | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |
|---|---|---|

♡ Add to list                    🏛 Add to registry











+ Add



+ Add



Toys And Games  >  Dress Up And Pretend Play





OMR                    View ↗



Customer support
We're available 24/7 to help you!

Live chat          Email

Toys / Dolls & Dollhouses / Dolls / All Dolls



$18.99
uiuoutoy Super Mario Toadsworth Plush Toy Doll 10" Figure

3+ day shipping

Generic

**Calico Critters - Outdoor Sports Fun**
★★★★★ (5.0) 5 reviews

**Now $17.81** ~~$26.99~~
You save $9.18
Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:

| Shipping Out of stock | Pickup Not available | Delivery Not available |
|---|---|---|

♡ Add to list      🎁 Add to registry





**At a glance**

| Brand | Generic | | Dimensions | 5.13 x 6.00 x 2.25 Inches |
|---|---|---|---|---|
| Age range | 2 - 4 Years | | Width | 6.0" |
| Product line | Calico Critters | | Batteries req | N |









Now $23.99 $32.99
LOL Surprise OMG Fashion Show Hair Edition Lady Braids 10 Inch Fashion Doll, Ages 4 & up
★★★★★ 330

$22.40
Bratz® Original Fashion Doll Kumi™ with 2 Outfits and Poster, Assembled 12 inch
★★★★★ 232

$10.53
PVC Lucky Troll Doll Leprocauns Toppers Decor
3+ day shipping







Now $15.99 $24.99
Calico Critters Pickleweeds Hedgehog Family, Set of 4 Collectible Doll Figures
★★★★★ 75
3+ day shipping

Now $17.00 $24.94
Monster High Twyla Fashion Doll and Accessories, Creepover Party Set with Pet
★★★★★ 181
2-day shipping

Now $35.24 $47.00
Glitter Babyz January Snowflake Baby (Blue) with 3 Ma...
4 5
★★★★☆ 49
3+ day shipping

## About this item

### Product details

Calico Critters - outdoor sports fun

Discontinued by Vendor

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Age Range**
2 - 4 Years

**Brand**
Generic

**Product Line**
Calico Critters

**Manufacturer**
International Playthings

More details

### Warranty

**Warranty length**
No Warranty

**Warranty information**
Discontinued by Vendor

### Warnings

⚠️ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

⚠️ **WARNING:** "⚠ WARNING: This product can expose you to some chemicals, which is known to the State of California to cause For more information, go to www.P65Warnings.ca.gov."

💬 Report incorrect product information

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒



Shop by category    🔍 Search for anything    | All Categories ▾ |    Search

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals    Share    Add to Watchlist



### Calico Critters Winter Sports Fun

 heloise-store (51)
100% positive    Seller's other items    Contact seller

## US $50.00

Condition: New

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

Shipping:     US $5.93 Standard Shipping. See details
Located in: Vacaville, California, United States

Delivery:     Estimated between **Wed, Mar 13** and **Sat, Mar 16** to 84111 ⓘ

Returns:      Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 315068118128

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...  Read more |
| Brand | Calico Critters |
| Type | Mixed Set |

## Item description from the seller

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact       Sell    Watchlist    My eBay

**ebay**    Shop by category

Search for anything       All Categories       Search

Back to home page    Toys & Hobbies  >  Preschool Toys & Pretend P...  >  Other Preschool & Pretend ...          Share    Add to Watchlist

1 WATCHED IN THE LAST 24 HOURS

CALICO CRITTERS Epoch Sylvanian Family
4pc Beaver Cloverleaf Family Retired New

   onest_9506 (214)
91.7% positive    Seller's other items    Contact seller

**US $79.99**

Condition:  New

    Buy It Now

    Add to cart

    ♡ Add to watchlist

**People want this.** 13 people are watching this.

Shipping:     US $22.00 Standard Shipping. See details
              Located in: Rochester, New Hampshire, United
              States

Delivery:     Estimated between **Thu, Mar 14** and **Tue, Mar 19** to
              84111 ⓘ

Returns:      Seller does not accept returns. See details

Payments:

              Special financing available. See terms and apply
              now

              Earn up to 5x points when you use your
              eBay Mastercard®. Learn more

**Shop with confidence**

Ⓢ   **eBay Money Back Guarantee**
     Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

About this item | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.

Last updated on Nov 09, 2023 07:20:01 PST  View all revisions        eBay item number:  203708389036

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Calico Critters |
| Recommended Age Range | 3+ |
| Character Family | Beaver |
| UPC | Does not apply |

## Item description from the seller



FREE STANDARD SHIPPING WITH ORDERS OVER $50



Search (Keywords,Etc)

Home / Explore New Places / Plan a Family Trip

## Lakeside Lodge Gift Set

Age 3+

  4.8 (25)

Item No. CC1884

  

**$59.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Take a family trip to the Lakeside Lodge, a log cabin home for Calico Critters.
- Gift Set includes over 10 pieces of furniture and accessories to furnish the two story lodge, including hammock, dining set with two chairs and brick oven fireplace for roasting marshmallows!
- Includes 1.75" Toy Poodle baby Milo, who is poseable and dressed in removable clothing.
- Connects to the Adventure Treehouse for more fun adventures!
- Encourages imaginative and pretend play and suitable for children ages 3 and above.
- Choking Hazard - Small Parts. Not for children under 3 years

  

## Description

Plan a family trip to the Lakeside Lodge! This log cabin home is a spacious two story home with hammock, rooftop slide, dining set with two chairs and brick oven fireplace for roasting marshmallows! Includes Toy Poodle Baby Milo who is poseable and dressed in removable clothing. The Lakeside Lodge connects to the Adventure Treehouse for more fun for babies and their families! Connect and collect the entire Family Trip Series including Family Campervan, Baby Hedgehog Hideout and Baby Ropeway Park. Box includes Lakeside Lodge Gift Set.

## Reviews

⭐⭐⭐⭐⭐  4.8  |  25 Reviews

22 out of 23 (96%) reviewers recommend this product

| Search topics and reviews | | 25 Reviews | 0 Questions | 0 Answers |
|---|---|---|---|---|

Reviews

Write a review

Rating Snapshot

Select a row below to filter reviews.

Toys / Toys for All







Add

Add

Add

**$21.99**

Calico Critters Fashion Playset Sugar Sweet Collection, Dollhouse Playset with Marshmallow Mouse Figure and Fashion Accessories

★★★★★ 95

3+ day shipping

**$30.73**

Calico Critters Nursery Friends, Set of 3 Collectible Doll Figures in Nursery School Outfits

★★★★★ 71

3+ day shipping

**$16.30**

Gabby's Dollhouse, Baby Box Craft-A-Riffic Room Play

★★★★½ 425

2-day shipping

---

Calico Critters

### Calico Critters Country Nurse Set

**$30.13**

Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:

| 🚚 Shipping<br>Out of stock | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |

♡ Add to list                    🎁 Add to registry

---





















Add

Add

Add

Delivering to Park City 84098
Update location

Industrial & Scientific ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    🛒 0

Sign in
New customer? Start here.

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    ...op women-owned businesses

Industrial & Scientific    Janitorial & Facilities    Safety Supplies    Medical Supplies    Food Service    Diagnostic Equipment    Material Handling    Educational    ...ricants

## Customers who viewed this item also viewed

Sponsored



Calico Critters Highbranch Giraffe Family - Set of 4 Collectible Doll Figures for Children Ages 3+
11,306
$19.99



Calico Critters Maple Cat Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,361
$29.95



Calico Critters Caramel Dog Family, Dolls, Dollhouse Figures, Collectible Toys, 3 inches
4,052
$19.99

Toys & Games › Dolls & Accessories › Dolls



Roll over image to zoom in

### Calico Critters Cuddle Bear Family, Dolls, Dollhouse Figures, Collectible Toys 4 Count

Visit the Calico Critters Store
4.9    8,275 ratings    | Search this page
100+ bought in past month

$30.48

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Available at a lower price from other sellers that may not offer free Prime shipping.

Style: **Cuddle Bear Family**

| Buckley Deer Family | Cuddle Bear Family |
| Fennec Fox Family | Goat Family |
| Hazelnut Chipmunk Family | Marshmallow Mouse Family |
| Pickleweeds Hedgehog Family | Reindeer Family |
| Sheep Family | |

- Cuddle Bear posable collectible figures
- 4 piece set: Father, Mother, Brother and Sister
- Dressed in removable fabric clothing
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above

Report an issue with this product or seller

Sponsored

### Prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

**Delivery**    Pickup

$30.48

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Thursday, March 14** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, March 12.** Order within 6 hrs 33 mins

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon.com
Sold by    Amazon.com
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Frequently bought together

 +  + 

Total price: $49.42

Add all 3 to Cart

**This item:** Calico Critters Cuddle Bear Family, Dolls, Dollhouse Figures, Collectible Toys 4 Count
$30.48

Calico Critters Marshmallow Mouse Triplets - Adorable Set of 3 Baby Mice with Removable...
$9.95

Calico Critters Persian Cat Triplets - Collectible Dollhouse Figures with Cradle Accessory
$8.99

New (5) from $29.99 & FREE Shipping

### Other Sellers on Amazon

$29.99    Add to Cart
& FREE Shipping
Sold by: Walter's Toy Box LLC

$29.95    Add to Cart
+ $2.32 shipping
Sold by: Marco's Emporium

**Based on your recent shopping trends**

Based on your recent shopping trends


Calico CrittersToy Poodle Family, 3 inches
4,052
$19.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Maple Cat Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,361
$29.95
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Patty & Paden's Double Stroller
1,684
$19.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Triple Baby Bunk Beds - Dollhouse Furniture Set for Ages 3+
8,602
$9.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Baby Tree House - A Fun and Imaginative Playset for Your Critters
1,162
$11.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

## Top rated similar items


Calico Critters Hopper Kangaroo Family - Set of 4 Collectible Doll Figures for Children Ages 3+
11,306
$19.95
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters, Sandy Cat Family, Dolls, Dollhouse Figures, Collectible Toys, Premium, 3 inches
8,361
$21.08
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Hopscotch Rabbit Grandparents - Adorable Figurines to Expand Your Calico Critters Family
9,369
$19.77
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Living Room Suite
6,797
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+
4,052
$21.17
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Country Bathroom Set - Toy Dollhouse Furniture and Accessories Set for Ages 3+
4,706
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Product Dimensions | 7.5 x 2.75 x 6.75 inches |
| Item Weight | 5.3 ounces |
| Country of Origin | China |
| ASIN | B00NY6F4MQ |
| Item model number | CC1509 |
| Manufacturer recommended age | 36 months - 15 years |
| Best Sellers Rank | #2,851 in Toys & Games (See Top 100 in Toys & Games) #70 in Dolls |
| Customer Reviews | 4.9    8,275 ratings  4.9 out of 5 stars |
| Is Discontinued By Manufacturer | No |
| Release date | February 1, 2018 |
| Manufacturer | International Playthings |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to tell us about a lower price?

## Product Description

Mother, Carol is very polite and sweet to everyone she meets. She often teaches her children good manners. They are always on their best behavior! Father, Arthur is the mayor of Calico Village. He is very thoughtful and is always looking out for everyone's best interest. He does everything he can to make Calico Village the best place to live! Sister, Ava likes to make sure her friends and family are always happy. She likes to help others and gives the greatest advice. She also loves sweets and always has candy in her pockets. Brother, Aidan likes to play sports with his friends after school. When he comes home, he loves to eat a lot of food! His mother always make sure to cook plenty of nutritious and delicious meals. For children ages 3 and up.

## Important information

### Safety Information

Choking Hazard - Small Parts

To report an issue with this product or seller, click here.

Delivering to Park City 84098
Update location

Industrial & Scientific    Search Amazon

EN    Hello, sign in    Returns    0
Account & Lists    & Orders

All    Medical Care    Groceries    Best Sellers    Amazon Basics    Prime    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Industrial & Scientific    Janitorial & Facilities    Safety Supplies    Medical Supplies    Food Service    Diagnostic Equipment    Material Handling    Educational Supplies    Sealants and Lubricants

## Consider these available items
Sponsored

 MEGA Barbie Car Building Toys Playset, Dream Camper Adventure With 580 Pieces, 4 Micro-Dolls and…
509
$45.25

 Little Tikes Style Station
74
$99.00

 Polly Pocket Hoppin' Hangout
2,521
$36.23

Toys & Games › Dolls & Accessories › Playsets







Roll over image to zoom in

### Calico Critters CC1454 Chocolate Labrador Family Doll Set

Visit the Calico Critters Store

4.9    4,052 ratings    |    Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Style: **Chocolate Labrador Family**

| Caramel Dog Family $19.99 | Chocolate Labrador Family -- |
| Husky Family $21.17 | Toy Poodle Family $19.99 |
| Yellow Labrador Family $18.99 | |

- Includes father Bruno, mother Sienna, sister Ruby, and brother Charlie.
- All come with removable detailed clothing, have jointed arms and legs, and heads that turn
- Bruno and Sienna Chocolate Labrador measure approximately 3" tall. Ruby and Charlie Chocolate Labrador are approximately 2.25" tall
- Can be used independently or with all Calico Critters houses
- Mix and match with other Calico Critters play sets to create a whole Calico Critters village!

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Delivering to Park City 84098 - Update location

Add to List



## Based on your recent shopping trends

 Calico Critters Children's Bedroom Set, Paper, Multicolor
1,867
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

 Calico Critters Country Tree School Playset - Collectible Dollhouse Toy - Cultivate Curiosity & Playful Learning, Multi
2,351
$54.99
FREE Shipping

 Calico Critters Adventure Treehouse Gift Set, Collectible Dollhouse, Figure and Accessories
521
$54.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon
Only 6 left in stock - order…

 Calico Critters Fashion Playset, Town Girl Series - Sugar Sweet Collection - Unleash Fashion Creativity with This…
2,013
$21.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

 Calico Critters Large House with Carport Gift Set, Dollhouse Playset with Collectible Figure, Vehicle, Furniture and…
69
$159.60
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon

 Calico Critters Red Roof Grand Mansion Gift Set, Dollhouse Playset with 3 Figures, Furniture, Vehicle and Accessories
217
$201.75
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon

.sg

Deliver to
United States

All ▾     Search Amazon.sg

EN ▾     Hello, sign in
Account & Lists ▾     Returns
& Orders     0

All     Best Sellers     Today's Deals     Prime ▾     Gift Ideas     Books     Gift Cards ▾     Free International Delivery     amazon prime

Toys & Games     STEAM store     Shop by Age ▾     Shop by Brand ▾     Shop by Category ▾     Shop Top Toys ▾

Get $5 off or $5 Gift Card with $100 spend     Promo code: MCAMZ5
*T&Cs apply

Toys › Dolls and Accessories › Playsets










Roll over image to zoom in

## Calico Critters Country Dentist Set Playset

ers     3 ratings
e

Material     Plastic

Item
dimensions     22.9 x 5.7 x 17.8
LxWxH     centimetres

Cartoon
character     Calico Critters

Item
weight     0.34 Pounds

**Currently unavailable.**
We don't know when or if this
item will be back in stock.
Deliver to United States

Add to Wish List

vailable.
en or if this
n stock.

, Medium
o Critters
e, Religious,
sy,
een

### About this item

- New for 2015!!
- Critters love to visit Dentist Richard to keep their teeth clean and healty!
- This "Ready To Play Set" includes everything you need for hours of creative and imaginitive play!
- Includes Bunny Richard in his dentist uniform, reclining dental chair, swiveling stool, surgical mask & much more!
- For ages 3 and up

Report an issue with this product

Hi! <u>Sign in</u> or <u>register</u>    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist        My eBay

 

  Shop by category

| Search for anything | All Categories ▾ | **Search** |

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals

Share   Add to Watchlist





 

Have one to sell? <u>Sell now</u>

## Epoch Sylvanian Families Calico Critters Bear Twins ku-69

JPanime (23558)
99.5% positive   Seller's other items   Contact seller

### US $15.00

Condition:  **New**

Quantity:  [ 1 ]   **7 available / 2 sold**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to watchlist** ]

**Breathe easy.** Returns accepted.

**People are checking this out.** 8 have added this to their watchlist.

Shipping:   US $8.00 Standard Shipping. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: kanagawa, Japan



Welcome to The Toy Maven



Home / All products /

# Calico Critters Country Doctor Gift set

CALICO CRITTERS

$89.00

Pay in 4 interest-free installments of **$22.25** with shop💳 Learn more

Quantity

| − | 1 | + |

Add to cart

Buy with

More payment options

✅ Pickup available at Preston Hollow
Usually ready in 24 hours

View store information

Share    

Shoppers also like these items:

Toys / Dolls & Dollhouses / Dollhouses & Play Sets





+ Add

+ Add

$18.99

Little Sweeties 8" Baby Doll with Pets, by Little Darlings

★★★★ 6

3+ day shipping

Now $39.50 $46.11

Calico Critters Royal Princess Set, Dollhouse Playset w

★★★★ 15

3+ day shipping



Calico Critters

**Calico Critters Fluffy Hamster Family, ages 3 & up**

★★★★★ (5.0) 2 reviews

**$18.95**

Price when purchased online ⓘ

**Out of stock**     Shop similar

How you'll get this item:


Shipping
Out of stock


Pickup
Not available


Delivery
Not available

♡ Add to list

🎁 Add to registry



**At a glance**

| | | | |
|---|---|---|---|
| Brand | Calico Critters | Width | 6.0" |
| Age range | 3 Years & Up | Material | Plastic |
| Dimensions | 9.00 x 6.00 x 5.00 Inches | Color | Multicolor |





**$35.07**

Calico Critters Tuxedo Cat Family Doll Playset, 4 Pieces

★★★★★ 30

**Now $13.00** $19.97

Fidgie Friends Dandelion Wishes, Butterfly-Winged Fashion Doll with Fidget Toy Features, Age 6

★★★★☆ 111

**$32.49**

Calico Critters Highbranch Giraffe Family, Set of 4 Col

★★★★★ 86

## About this item

**Product details** ︿

Father Harry drives all the children to the nursery in the double-decker school bus. He is a very safe driver and enjoys making the children laugh with his funny jokes. Mother Hilda is a teacher in the Forest Nursery. She is also a fantastic play writer and dance instructor. Critters come from all over Calico Village to see her amazing plays! Daughter Jane would like to be a writer when she grows up and loves creating stories. All her friends especially like her fairytale stories about princes and princesses!

International Playthings Calico Critters Fluffy Hamster Family:

- Family of 4 posable hamster figures
- Made from plastic and flocking
- Age range: 3 years and up
- WARNING: CHOKING HAZARD ? Small parts ? Not for children under 3 yrs

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ︿

**Age Range**
3 Years & Up

**Brand**
Calico Critters

**Assembled Product Weight**
0.25 lbs

**Manufacturer**
Epoch Everlasting Play, LLC

More details

**Warranty** ︿

**Warranty information**
N/A

**Warnings** ︿

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

💬 Report incorrect product information

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

# 5 out of 5

★★★★★ (2 reviews)

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

★★★★★                                                           12/21/2017

So little & cute!!

Charlee

👍 0    👎 0

★★★★★                                                           2/21/2019

aljlksi

👍 0    👎 0

Toys / Toys for Girls / All Toys for Girls



$16.89

Calico Critters Crib with Mobile, Dollhouse Furniture Set with "Working" Features

★★★★☆ 76

3+ day shipping



Now $37.49 $54.99

Calico Critters Baby Amusement Park, Dollhouse Playset with 3 Collectible Doll Figures

★★★★★ 82

3+ day shipping



$30.95

Pookie Panda Family

★★★★★ 38

3+ day shipping

---

Calico Critters

**Calico Critters Seaside Ice Cream Shop**

**$75.00**

Price when purchased online ⓘ

**Out of stock**    Shop similar

---

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

♡ Add to list                              🎁 Add to registry

---











**At a glance**

| Brand | Calico Critters | Color | Clear |
|---|---|---|---|
| Age range | 3 Years & Up | Pieces | 1 |



 Add

**$21.99**

Calico Critters Sophie's Love 'n Care, Dollhouse Playset with Figure and Accessories



Add

**$26.42**

Calico Critters Triplets Care Set, Dollhouse Playset with 3 Figures and Accessories



Add

**$34.77**

Calico Critters Grocery Market



Add

**Now $26.88** $31.99

Hatchimals CollEGGtibles Transforming Rainbow-cation Camper Toy Car

★★★★☆ 99

3+ day shipping



Add

**$21.95**

Cry Babies Magic Tears Winged House Surprise Collectable Doll

★★★★☆ 99

2-day shipping



Add

**$74.99**

LOL Surprise Mall of Surprises™ with 50 Surprises Inclu...
Great Gift for Kids Ages 4

★★★★★ 45

2-day shipping

## About this item

### Product details

Your kids will have a fun time playing shopkeeper with the International Playthings Calico Critters Seaside Ice Cream Shop. It features over 30 individual pieces, including Sandra Sandy Cat behind the counter. This Calico Critters ice cream shop also includes a spinning ice cream scoops hideaway, cones, bowls, spoons, table, chairs and a rocking bench. Railings, steps and decorative trim add lovely style to the place. The set is made of durable plastic and measures 10.5" x 7.5" x 10.75". Calico Critters Sandy Cat can scoop out a variety of yummy ice cream flavors for any visiting critter friends who enter the shop. Due to the inclusion of several small parts, this toy set recommended for children ages 3 and up.

International Playthings Calico Critters Seaside Ice Cream Shop:

- Calico Critters ice cream shop contains over 30 pieces including Sandra Sandy Cat, spinning ice cream scoops hideaway, counter with ice cream in a variety of yummy flavors, cones, bowls, spoons, table, chairs and rocking bench
- Shop measures 10.5" x 7.5" x 10.75"
- Made from plastic
- Age range: 3 years and up
- WARNING: CHOKING HAZARD - small parts - not for children under 3 years
- Mix and match with other critters, environments and accessories (sold separately)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
2.3 lbs

**Gender**
Male, Female

More details

### Warranty

**Warranty information**
N/A

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

💬 Report incorrect product information

Toys / Toys for Girls and Boys







+ Add

$9.94

Honey Bee Acres The Barksters Dog Family, 4 Miniature Doll Figures, Children Ages 3

59

2-day shipping

+ Add

$44.99

Calico Critters Popcorn Trike, Dollhouse Playset with Figure and Accessories

42

3+ day shipping

+ Add

$11.99

Calico Critters Microwave Cabinet, Dollhouse Furnitur

13

3+ day shipping

---

Calico Critters

**Calico Critters - Seaside Treasure Set**

(5.0) 1 review

**$24.99**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| Shipping Out of stock | Pickup Not available | Delivery Not available |

♡ Add to list    🎁 Add to registry









**At a glance**

| | | | |
|---|---|---|---|
| Brand | Calico Critters | Color | Multi |
| Age range | 3 - 6 Years | | |



$11.95

Polly Pocket Pet Connects Blue Bear Micro Playset

★★★★★ 1



$34.99

Calico Critters : Fashion Playset Shoe Shop Collection

★★★★★ 14



$13.99

Calico Critters Baby Ferris Wheel, Dollhouse Playset w

★★★★★ 84

## About this item

### Product details

Epoch Everlasting Play - Calico Critters Seaside Treasure Set - Join Lily Tuxedo Cat on an exciting snorkeling adventure! Includes Lily Tuxedo Cat in bikini, 2 swimming fins, goggles, snorkel, treasure chest, seashell, pearl, tiara, clown fish on corals, and moorish idol fish on corals. Suitable for ages 3 years old and up. WARNING: CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

- International Playthings - Calico Critters Seaside Treasure Set
- Mix and match with other Calico Critters environments and accessories

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 - 6 Years

**Assembled Product Weight**
0.1 lb

**Contained Battery Type**
1

More details

### Warranty

**Warranty information**
N/A

### Warnings

⚠️ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**

proposition 65 reasons:PROP 65 WARNING: This product can expose you to some kind of chemicals, which is known to the State of California to cause cancer For more information, go to www.P65Warnings.ca.gov

⚠️ **WARNING:** none

💬 Report incorrect product information

[card] **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more



Now $16.99 $19.99

Syncfun Bug Catcher Nature Exploration Set - Includes Habitat Bucket, Critter Box, Butterfly Net and Exploration Hat Bug Catching Kids 3+

2-day shipping



$10.99

Syncfun Bug Catcher Kit for Kids, Light Up Critter Habitat Box for Indoor Outdoor Insect Collecting, Gift for Boys & Girls

2-day shipping



$14.99

Nature Bound Critter Cage With Activity Booklet

★★★★☆ 11

2-day shipping

## 5 out of 5

★★★★★ (1 review)


View all reviews    Write a review

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in    Returns    🛒 0
Account & Lists ▾    & Orders

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

## Customers who viewed this item also viewed
Sponsored


Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy
184
$22.99


Calico Critters Pony's Vanity Dresser Set, Dollhouse Playset with Figure and Accessories
152
$38.39


Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,275
$24.48




Roll over image to zoom in

### Calico Critters Ice Skating Friends
Visit the Calico Critters Store
4.8    120 ratings  |  Search this page

$19.99

- Includes 2 ice skaters; Bell Hopscotch Rabbit & Susie Silk Cat in fluffy dresses
- Critters have jointed arms and legs, heads that turn and removable detailed clothing and skates
- Bell Hopscotch Rabbit and Susie Silk Cat measure approximately 2.25" tall
- Can be used independently or with all Calico Critters houses
- Mix and match with other Calico Critters play sets to create a whole Calico Critters village!

Report an issue with this product or seller

Sponsored

$19.99

$6.29 delivery March 15 - 18.
Details

Or fastest delivery March 12 - 15. Details

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    The Toy Shelf Inc.
Sold by    The Toy Shelf Inc.
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt
Payment    Secure transaction

Add to List

## Frequently bought together

    +    

Total price: $47.98

Add both to Cart

These items are shipped from and sold by different sellers.    Show details

New & Used (2) from
$19.99 + $6.29 shipping

**This item:** Calico Critters Ice Skating Friends
$19.99

Calico Critters Reindeer Family - Set of 4 Collectible Doll Figures for Ages 3+
$27.99

## Products related to this item
Page 1 of 13

Sponsored ⓘ

Toys / Toys for Girls and Boys



$34.99

My Little Pony: Mini World Magic Mare Stream Doll Playset, 60 Pieces

32

3+ day shipping



Now $13.62 $16.73

Gabby's Dollhouse Kitty Fairy Garden Party 18-Piece Playset

48

Pickup    Delivery    2-day shipping



$17.99

Calico Critters Baby Choo Choo Train, Dollhouse Plays...

60

3+ day shipping

---



Calico Critters

**Calico Critters Ballerina Friends Rebecca Sweetpea Rabbit and Nora Persian Cat**

(4.5) 2 reviews

**$27.93**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| Shipping<br>Out of stock | Pickup<br>Not available | Delivery<br>Not available |
| --- | --- | --- |

♡ Add to list                    🖩 Add to registry









+ Add



+ Add

**Now $27.95** ~~$31.95~~

Calico Critters Pookie Panda Girl's Cycle & Skate Set, Dollhouse Playset with Figure and Accessories

★★★★½ 35

3+ day shipping

$16.88

My Little Pony: Sunny Starscout Ribbon Hairstyles Doll

★★★★★ 62

2-day shipping







$39.97

Calico Critters : Fashion Playset Town Girl Series Tuxedo Ca

★★★★★ 12

3+ day shipping

$34.99

Honey Bee Acres Buzz General Store 8" Tall, 56 Pieces, Ages 3 and Up, No Assembly

★★★★½ 20

2-day shipping

$16.97

My Sweet Love 12.5 inch Play with Me Play Set, 16 Piece

★★★★½ 74

2-day shipping

## About this item

### Product details

Join ballerinas Rebecca Sweetpea Rabbit and Nora Persian Cat as they practice for their ballet recital. Place the ballerina stands in the Ballet Theater (sold separately), turn the handle, and watch the ballerinas twirl! Pose them in different ballet positions for a show-stopping performance!

**Calico Critters Ballerina Friends Rebecca Sweetpea Rabbit and Nora Persian Cat:**

- Age Range: 3 years and up
- Place the ballerina stands in the Ballet Theater (sold separately), turn the handle and watch the ballerinas twirl
- Pose them in different ballet positions for a show-stopping performance
- WARNING: CHOKING HAZARD - Small parts

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>.

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Gender**
Unisex

**Manufacturer**
International Playthings

<u>More details</u>

### Warranty

**Warranty information**
N/A

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

⚠ **WARNING:** false

💬 <u>Report incorrect product information</u>

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

# 4.5 out of 5

★★★★½ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 0 |

Toys / Dolls & Dollhouses / Dollhouses & Play Sets



Now $80.77 ~~$119.99~~

Hape City Fire Station Dollhouse Wooden Playset, Lights & Sounds, 13 Pieces

★★★★☆ 8

3+ day shipping



$14.97

Little Live Pets - Mama Surprise Minis. Feed and Nurture a Lil' Bunny Inside their Hutch, Ages 5

★★★★☆ 44

3+ day shipping



$34.77

Calico Critters Grocery Market

★★★★☆ 89

3+ day shipping

Calico Critters

## Calico Critters Ballet Theater with Bell Hopscotch Rabbit

$97.93

Price when purchased online ⓘ

**Out of stock**     Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

♡ Add to list                    🎁 Add to registry










## At a glance

| Brand | Calico Critters | Color | Brown |
|---|---|---|---|
| Age range | 3 Years & Up | Is powered | Y |




$24.97

Gabby's Dollhouse, Mermaid-lantis On-The-Go Playset



Now $15.52 $37.49

Disney's Wish Rosas Castle Playset, Dollhouse with 2 Posable Mini Dolls, Star Figure & 20



$24.48

Calico Critters Family Picnic Van, Toy Vehicle for Dolls

## About this item

### Product details

Prima ballerina Bell Hopscotch Rabbit is getting ready to take center stage! She is practicing her ballet routines for a show-stopping performance in the Ballet Theater. She loves to twirl around and show off her dance moves!

Calico Critters Ballet Theater with Bell Hopscotch Rabbit:

- Age Range: 3 years and up
- She is practicing her ballet routines for a show-stopping performance in the Ballet Theater
- Theater plays 2 songs — Swan Lake (Act 1, No. 9, Finale) and The Nutcracker (March)
- Requires 3 AA batteries that are not included
- WARNING: CHOKING HAZARD - Small parts

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Battery Size**
AA

**Gender**
Female

More details

### Warranty

**Warranty information**
N/A

### Warnings

⚠️ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
small_parts

⚠️ **WARNING:** false

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more



Now $9.97 $14.97

Hopscotch Lane Soft Bodied Floppy Doll, Harley, Ages 0+ Months

★★★★★ 23

Pickup    Delivery    2-day shipping




Now $9.97 $14.97

Hopscotch Lane Soft Bodied Floppy Doll, Jade, Ages 0+ Months

★★★★★ 23

Pickup    Delivery    2-day shipping



Now $9.97 $14.97

Hopscotch Lane Soft Bodied Doll, Rosy, Ages 0+ Months

★★★★★ 22

2-day shipping

☆☆☆☆☆ (0 reviews)

Write a review

Toys / Toys for Girls and Boys



Add

$21.99

Calico Critters Fashion Playset Sugar Sweet Collection, Dollhouse Playset with Marshmallow Mouse Figure and Fashion Accessories

95

3+ day shipping



Add

Now $19.01 $21.77

Calico Critters Baby Hedgehog Hideout, Dollhouse Playset with Figure

67

3+ day shipping



$25.39

Calico Critters Easter Celebration Set, Limited Edition and Accessories

3

3+ day shipping

Calico Critters

**Calico Critters Doughnut Store**

(5.0) 1 review

**$33.88**

Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🛍️ Delivery Not available |

♡ Add to list          🎁 Add to registry











## At a glance

| Brand | Calico Critters | | Color | Multicolor |
| Age range | 3 Years & Up | | | |







**$44.99**

Calico Critters Popcorn Trike, Dollhouse Playset with Figure and Accessories

★★★★★ 47

**Now $31.99** $39.99

Calico Critters Ice Cream Van, Toy Vehicle for Dolls

★★★★★ 41

**$19.99**

Calico Critters Patty N Paden's Double Stroller, Dollho

★★★★★ 79

## About this item

### Product details ⌃

Carol Cuddle Bear is baking a variety of sweet treats at the Calico Critters Doughnut Store. Here, one can find delicious pretend muffins, cinnamon twists, tea and more. This dollhouse store comes with a fancy display case to set out all of the tasty goods. There's also some boxes for orders, a table and utensils. This dollhouse playset is recommended for kids ages 3 years and up. It makes a thoughtful gift idea for a birthday, holiday or just about any other occasion.

Calico Critters Doughnut Store:

- Dollhouse store comes with several fun accessories
- All pieces are nicely detailed
- Comes with a bear figurine, doughnuts, muffins, tea and other items
- For children ages 3 years and up
- Helps to spark imaginative play
- Nice gift idea for a loved one on just about any occasion

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.9 lbs

**Gender**
Unisex

More details

### Warranty ⌃

**Warranty information**
N/A

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**

proposition 65 reasons:PROP 65 WARNING: This product can expose you to some kind of chemicals, which is known to the State of California to cause cancer For more information, go to www.P65Warnings.ca.gov

💬 Report incorrect product information

Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk.    Learn more

# 5 out of 5

★★★★★ [1 reviews]

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

★★★★★                                                                11/12/2018

Bonita

👍 0    👎 0

View all reviews



Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

 amazon live    The WEEKLY CANNON Top 10 Countdown    Watch now ▶ amazon.com/live

## Similar items


Calico Critters Country Tree School Playset - Collectible Dollhouse Toy - Cultivate Curiosity & Playful
2,351
$54.99


Calico Critters Dress Up Set (Lavender & Aqua),,
$14.99


Calico Critters Village Doctor Starter Set, Dollhouse Playset with Figure and Accessories
78
$34.99

Toys & Games › Dolls & Accessories › Playsets








Roll over image to zoom in

### Calico Critters Dressing Area Set

Visit the Calico Critters Store
4.5 ⭐⭐⭐⭐½    93 ratings    |    Search this page

$34.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $10 off instantly: Pay $24.99 upon approval for the Amazon Store Card.

- Set includes Bell Hopscotch Rabbit, 2 fancy dresses, clothing rack, 2 hangers, decorative stickers and a full-length mirror
- All accessories are 1:24 scale and are proportional
- Bell Hopscotch Rabbit is approximately 2.25" tall
- Can be used independently or with all Calico Critters accessories
- Mix and match with other Calico Critters play sets to create a whole Calico Critters village!

Report an issue with this product or seller

### Similar item with fast delivery


Calico Critters Royal Princess Set - Doll Playset with 5 Figures and Accessories for Children Ages 3+
(839)
$29.99

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

**Delivery**    Pickup

$34.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Monday, March 18** on orders shipped by Amazon over $35

Delivering to Park City 84098 - Update location

Only 5 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    TnsDeals
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

## Frequently bought together

 +   +

Total price: $62.97

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Calico Critters Dressing Area Set
$34.99

Calico Critters Dress Up Set (Light Blue & Yellow)
$17.99

Calico Critters Triple Baby Bunk Beds - Dollhouse Furniture Set for Ages 3+
$9.99

## Goes well with

Toys / Dolls & Dollhouses / Dollhouses & Play Sets



$11.98

Shopkins Secret Locket Pizza Paradise Micro Playset

★★★★★ 3

3+ day shipping



$34.77

Calico Critters Grocery Market

★★★★☆ 89

3+ day shipping

Calico Critters

**Calico Critters Pizza Delivery Set**

★★★★★ (5.0) 2 reviews

**$25.71**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| Shipping Out of stock | Pickup Check nearby | Delivery Not available |
|---|---|---|

♡ Add to list          ▤ Add to registry













**At a glance**

| Brand | Calico Critters | Is powered | N |
|---|---|---|---|
| Age range | 3 to 3 Years | | |



$24.16

Calico Critters Tuxedo Cat Girl's Party Time Playset, Dollhouse Playset with Figure and Accessories

★★★★★ 77

$16.30

Gabby's Dollhouse, Baby Box Craft-A-Riffic Room Play

★★★★½ 43%

## About this item

### Product details

Harold Pickleweeds Hedgehog is riding his motor scooter to deliver delicious pizza straight to Critters' homes! Set includes motor scooter, 5 different types of pizza, 2 pizza boxes, pizza cuter and signboard. Great fun for children 3 and up. Includes Harold Pickleweeds Hedgehog and his pizza delivery scooter! WARNING: CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

- INCLUDED – your purchase includes Harold Pickleweeds in uniform, pizza delivery scooter with open and close storage compartment, 5 different types of sliced pizza, 2 pizza boxes, cutter and more
- ADORABLE ACCESSORIES – all accessories are 1:24 scale and are proportional. They're also charmingly detailed and a super cute addition to your child's calico critters collection
- ? Set includes Harold, motor scooter, 5 different types of pizza, 2 pizza boxes, pizza cuter and signboard ? Encourages imaginative role playing ? For children ages 3 and up.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
Calico Critters

**Age Range**
3 to 3 Years

**Assembled Product Weight**
0.35 lb

**Contained Battery Type**
1

More details

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.     Learn more

## 5 out of 5

★★★★★ (2 reviews)

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

---

★★★★★                                                    1/8/2020

**LOVE**

Absolutely adorable character and appropriate accessories. Had a little trouble putting together the pizza boxes but otherwise we love it and my daughter has been enjoying taking pizzas around to her other calico houses.

JamieLynn

👍 0    👎 0

---

★★★★★                                                    7/16/2019

Annie

👍 0    👎 0

---

View all reviews

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Toys / Toys for Girls and Boys







$38.45

Melissa & Doug Feeding and Grooming Pet Care Play Set

★★★★½ 21

3+ day shipping

Now $21.99 $32.95

Calico Critters Husky Brother & Sister's Tandem Cycling Set, Dollhouse Playset with Figures and Accessories

★★★★★ 81

3+ day shipping

Now $15.79 $19.99

Calico Critters Flower Gifts Playset

★★★★★ 4

2-day shipping

---

Calico Critters

### Calico Critters Brick Oven Bakery with Heloise Pickleweeds Hedgehog

**$124.99**

$12/mo with affirm) Learn how
Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping | 🚗 Pickup | 🛍 Delivery |
|---|---|---|
| Out of stock | Not available | Not available |

♡ Add to list    🗐 Add to registry







### At a glance

| | | | |
|---|---|---|---|
| Brand | Calico Critters | Color | Multicolor |
| Age range | 3 Years & Up | | |



**$34.95**

Calico Critters Sunshine Nursery Bus Toy Vehicle for Dolls

★★★★★ 112



**$18.17**

Calico Critters Marshmallow Mouse Triplets

★★★★★ 89



**Now $11.58** $14.99

Calico Critters Baby Star Carousel, Dollhouse Playset w

★★★★½ 74



**Now $8.00** $9.86

My Little Pony: a New Generation, Movie Crystal Adventure Sunny, Starscout

★★★★½ 54

2-day shipping



**$30.66**

Calico Critters Baby Windmill Park, Dollhouse Playset with Figure

★★★★★ 77

3+ day shipping



**$24.97**

Disney Junior T.O.T.S. Surprise Babies Nursery Care Set, Ages 3 Up, Gifts and Presents

★★★★★ 26

2-day shipping

## About this item

### Product details ⌃

Critters love to treat themselves to freshly baked goods and tasty sandwiches from the Brick Oven Bakery. Features Heloise Pickleweeds Hedgehog, brick oven, bread, sandwiches, pastries, cake, pie, bread counter, cart, cash register & more! For children ages 3 and up.

Calico Critters Brick Oven Bakery with Heloise Pickleweeds Hedgehog

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Gender**
Unisex

**Manufacturer**
Epoch Everlasting Play, LLC

More details

### Warranty ⌃

**Warranty information**
N/A

### Warnings ⌃

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

☆☆☆☆☆ (0 reviews)

Write a review

Food / Baking / Baking Ingredients / Frosting, Toppings & Decorations / Baking Decorations



$31.16

Calico Critters - CF1887 | Baby Ropeway Park

★★★★½ 34

3+ day shipping



Now $17.49 $24.99

Calico Critters Fashion Playset Jewels & Gems Collection, Dollhouse Playset with Snow Rabbit Figure and Fashion Accessories

★★★★★ 79

3+ day shipping



$19.99

Calico Critters Cc Mini Deer W Slide

★★★★★ 4

3+ day shipping

Calico Critters

**Calico Critters Cake Decorating Set**

★★★★★ (5.0) 2 reviews

**$22.99**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping<br>Out of stock | 🚗 Pickup<br>Not available | 🚚 Delivery<br>Not available |
|---|---|---|

♡ Add to list    🗒 Add to registry








## At a glance

| Brand | Calico Critters | | Color | Multicolor |
|---|---|---|---|---|
| Age range | 3 Years & Up | | | |



$16.30

Gabby's Dollhouse, Baby Box Craft-A-Riffic Room Playset with Cat Figure



Now $21.99 $29.99

Calico Critters Fashion Playset Persian Cat, Dollhouse Playset with Figure and Fashion Accessories



$26.42

Calico Critters Triplets Care Set, Dollhouse Playset wit



$22.49

Calico Critters Town Series Tea and Treats Set, Fashion Dollhouse Furniture and Accessories

★★★★☆ 13

3+ day shipping



$29.87

Calico Critters Kitchen Playset, Dollhouse Furniture and Accessories

★★★★☆ 90

3+ day shipping



Now $14.84 $16.96

Calico Critters Triple Baby Bunk Beds, Dollhouse Furnit

★★★★★ 98

3+ day shipping

## About this item

### Product details

Melinda enjoys decorating cakes with fresh fruit and sweet chocolate at the village cake shop. Set includes Melinda toy Poodle, chocolate cake, strawberries, cake toppers, baking pan, server "knife" and doilies! For children ages 3 and up.

Calico Critters Cake Decorating Set

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Calico Critters

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.2 lbs

**Gender**
Unisex

More details

### Warranty

**Warranty information**
N/A

### Warnings

⚠️ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Warning Text**
proposition 65 reasons:PROP 65 WARNING: This product can expose you to some kind of chemicals, which is known to the State of California to cause cancer For more information, go to www.P65Warnings.ca.gov

💬 Report incorrect product information

 Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

# 5 out of 5

★★★★★ (2 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |



**Select Page**

Home / Girls / Calico Critters / Calico Critters- Houses and Vehicles / Calico Critters- Village Cake Shop



  

# Calico Critters- Village Cake Shop

## $69.99

Out of stock

SKU: 020373217393 Category: Calico Critters-
Houses and Vehicles

| Description |
|---|
| Additional information |
| Reviews (0) |

## Description

A charming cake shop with a delicious display window, a pretty-in-pink triangular roof and the Toy Poodle shopkeeper from Calico Critters. And cake. Lots of cake! Help Veronica Cakebread whip up a real treat with this sweet set, which includes all of the equipment you need to get baking, including a piping bag, tongs and a whisk for mixing. From 11 varieties of cake to a choice of pretty gift boxes, this set comes with 90 pieces guaranteed to make your Calico Critter's tummies rumble. You'll even have the chance to decorate your own cakes, using the strawberries and decorations from the set. The icing on the cake? There's even a story book included for you to read at bedtime.

# Related products

Toys / Arts & Crafts for Kids / Kids Craft Kits



$104.95

BLOXELS Build Your Own Video Games - Studio Set - 400 Pieces

★★★☆☆ 1

3+ day shipping



$26.15

Memories Board

3+ day shipping



$60.99

Educational Insights Playfoam Build-a-Snowman Toy, Se
Girls, Ages 3, 4, 5

3+ day shipping

Calico Critters

**Calico Critters - Town Girl Series - Miranda Maple Cat**

★★★★★ (5.0) 4 reviews

**$12.99**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🛍️ Delivery Not available |
| --- | --- | --- |

♡ Add to list                    🎁 Add to registry





<  >





+ Add



+ Add

$16.99

Calico Critters Town Series Silk Cat, Collectible Doll Figure with Fashion Accessories

★★★☆☆ 3

3+ day shipping

$12.99

Calico Critters Town Series Marshmallow Mouse, Colle

★★★★★ 4

3+ day shipping



$17.98

Pom-POM Kitties: Make Your Own Cute Cats (Other)

★★★★★ 8

3+ day shipping



Now $9.97 $14.99

Made By Me Create Your Own Bead Pets, Boys and Girls, Child, Ages 6+

★★★★½ 122

2-day shipping



Now $3.47 $11.75

Crayola Scribble Scrubbie 1 Ct Ocean Pets, Ocean Toys Child

★★★★½ 124

Pickup    Delivery

## About this item

### Product details

Calico Critters miniature Dollhouses, playsets and figures are timeless and classic high-quality toys! Town Series is the elegant, sophisticated line of playsets from Calico Critters, centered around CC3011 Grand Department Store. Miranda Maple Cat is a poseable figure from the Town Series, who is styled in a removable multicolor floral dress with pink and brown purse accessory. As the owner of CC3033 Blooming Flower Shop(sold separately), Miranda is always followed by a gentle floral fragrance. She fills the town with greenery and flowers. Her gentle smile and chatter is known to brighten up the days of those who come to her shop. Recommended for ages 3 and up. WARNING: CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

• Includes 3.4 inch poseable figure with a multicolor floral dress and pink and brown purse accessory• Miranda Maple Cat is part of the Town Series which is the elegant, sophisticated line of playsets from Calico Critters, centered around CC3011 Grand Department Store• Recommended for ages 3 and above

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
N/A

**Brand**
Calico Critters

**Age Range**
3 to 12 Years

**Assembled Product Weight**
0.12 lb

More details

### Directions

**Fabric Care Instructions**
spot clean

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

💬  Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.   Learn more

# 5 out of 5

★★★★★ (4 reviews)

View all reviews    Write a review

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

ebay    Shop by category    [Search for anything]    [All Categories ▾]    [Search]

Back to home page    Collectibles & Art  ›  Dolls & Bears  ›  Dollhouse Miniatures  ›  Dollhouse Dolls & Animals            Share

This listing sold on Mon, Dec 18 at 9:32 AM.



    

Have one to sell? Sell now

### Sylvanian Families Calico Critters Baby Celebration Marching Band - NIB

 theperfecttoy-4u (1080)
99.5% positive  |  Seller's other items  |  Contact seller

## US $59.99

| | |
|---|---|
| Condition: | **New** |
| Shipping: | **US $9.99** Standard Shipping. See details<br>Located in: Troy, North Carolina, United States |
| Delivery: | Estimated between **Thu, Mar 14** and **Mon, Mar 18** to 84111 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | |

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

---

| About this item | Shipping, returns, and payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.                    eBay item number:  185875743051

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...<br>Read more |
| Antique | No |
| Doll Hair Color | Black, Brown |
| Character | Sylvanian Families |
| Color | Beige |
| Movie/TV Show Title | Sylvanian Families |
| Material | Plastic, Resin |
| Year Manufactured | 2020 |
| Set Includes | Family |
| Age Level | 3+ |
| Franchise | Sylvanian Families |
| Vintage | No |
| Brand | Sylvanian Families |
| Doll Gender | Female, Male |
| Type | Doll |
| Doll Age Group | Adult, Baby, Toddler, Child, Teen |
| Original/Licensed Reproduction | Original |
| Style | Asian/Oriental |
| Features | Sylvanian Families |
| Time Period Manufactured | 2020-Now |

nail parts character

Download the AliExpress app

Other/ JA /
JPY

welcome
Sign in/Register

Sylvanian Shop Store

98.5% positive feedback    |    2228 followers    + follow

store home    merchandise ⌄    feedback



**7,537** 円  9,421 yen  -20%

**Syvanian family playhouse toys, animal dolls, miniature rabbit family**

1 item sold

Shipping address

**Delivery** ›
free shipping
Scheduled to be delivered arou
March 21-25

**service** ›
buyer protection

**quantity**
−  1  +
29 pieces available

buy now

add to cart

⟳ share

# Related items



advertisement

Montessori Wooden …
**4,574** yen
Extra 5% off with coins

Sysyvanian Family Ani…
35 pieces sold
**4,959** yen
Extra 4% off with coins
free shipping

SYL Vanian-Animal Fig…
6 pieces sold
**4,665** yen
Extra 4% off with coins
free shipping

Sysyvanian Family Ani…
18 pieces sold
**4,479** yen
Extra 4% off with coins
free shipping

Original Sylvanian fa…
3 pieces sold
**7,161** yen
Extra 2% off with coins
free shipping

sylanvanian family do…
7 pieces sold
**9,847** yen
free shipping

Action Figure Toys for…
3 pieces sold
**2,987** yen
free shipping

Original Sysyvanian F…
**8,848** yen
Extra 2% off with coins
free shipping

Sysyvanian Family Ani…
13 pieces sold
**2,660** yen
Extra 2% off with coins
free shipping

Sysyvanian Family Ani…
6 pieces sold
**2,227** yen
Extra 2% off with coins
free shipping

Sysyvanian family clot…
**2,438** yen
Extra 2% off with coins
free shipping

Furnished syvanian d…
11 pieces sold
**1,408** yen  2,206 yen
Extra 5% off wi…
free shipping

概要    明細書    お客様のレビュー    こちらもお好きかも知れません

overview                                    Report the product



## Specification

| material | plastic | Brand name | EPOCH |
|---|---|---|---|
| origin | Cn (origin) | Recommended age | 14 + y |



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

**ebay**    Shop by category    [Search for anything]    All Categories    [Search]

Back to home page  >  Collectibles & Art  >  Dolls & Bears  >  Dollhouse Miniatures  >  Dollhouse Dolls & Animals        Share    Add to Watchlist

## US* LIMITED EDITION Sea Breeze RABBIT Family Calico Critters Sylvanian Families

 gerrygirl-2015 (2985)
99.8% positive    Seller's other items    Contact seller

### US $74.00
or Best Offer

Condition: New

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

Shipping:    US $5.50 Standard Shipping. See details
Located in: Riverside, California, United States

Delivery:    Estimated between **Wed, Mar 13** and **Fri, Mar 15** to 84111 ⓘ

Returns:    Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?    Sell now

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.                                                    eBay item number: 325845633823

Last updated on Mar 07, 2024 01:05:54 PST  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Unit of Sale | Single Unit |
| Antique | No |
| Doll Hair Color | Gray |
| Doll Height | 3.75" Adults |
| Movie/TV Show Title | Calico Critters |
| MPN | CF5508 |
| Year Manufactured | 2020 |
| Vintage | No |
| Doll Gender | Female, Male |
| Limited Edition | Yes |
| Original/Licensed Reproduction | Original |
| Style | Cottage |

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN ▾    Hello, sign in    Returns    0
Account & Lists ▾    & Orders

All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   Prime ▾   New Releases   Customer Service   Music   Today's Deals   Registry   Books    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

## Consider these available items

Sponsored


Calico Critters Sky Blue Terrace Gift Set, Dollhouse Playset with Figures, Furniture and Accessories
18
$69⁹⁹


Calico Critters Town Series Delicious Restaurant, Fashion Dollhouse Playset, 36 months to 96 months, Furniture…
584
$49⁹⁹

‹ Back to results


Create unique home layouts
Accessories and other Critters not sold here

Roll over image to zoom in

## Calico Critters Deluxe Celebration Home Premium Set, Collectible Dollhouse, 35th Anniversary, Limited Edition (Amazon Exclusive)

Visit the Calico Critters Store
4.8    162 ratings    |    Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- The Deluxe Celebration Home Premium Set is a ready to play dollhouse playset from Calico Critters.
- The main feature of this home is the elevator which can transport figures from the bottom floor to the top floor by turning the weathervane.
- Includes 129 pieces including Persian Cat sisters Lyra and Skye with exclusive outfits along with furniture and accessories.
- Limited Edition Set released in 2020.
- Suitable for ages three years and above.

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Delivering to Park City 84098 -
Update location

Add to List

## Goes well with

Page 1 of 9


Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,275
$24.48
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Calico Critters Fashion Playset, Town Girl Series - Sugar Sweet Collection - Unleash Fashion Creativity with This…
2,013
$21.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse…
184
$22.99
Get it as soon as **Friday, Mar 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - orde…


Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur…
170
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


Odoria 1/12 Miniature Toilet Paper Rolls and Shampoo Perfume Dollhouse Bathroom Accessories
189
$7.99
Get it Mar 25 - Apr 8
FREE Shipping

## Products related to this item

Page 1 of 36

Sponsored ⓘ







| MITCIEN Dollhouse Kit Playset Little Critters Bunny Dolls for Girls with Swimming P... | MITCIEN Dollhouse Playset, DIY Pretend Portable Caravan Camper Bus Toy Kit... | Beverly Hills Doll Collection Sweet Lil Family Friends Figures - New Addition Set o... | Sweet Li'l Family Dollhouse People Set of 9 Action Figure Set - Grandpa, Grandma, M... | OOOK Wooden Dollhouse for Kids, Doll House with Simulated Luxury Furniture Set,... | Costzon Wooden Dollhouse, 3-Story Semi-Open Dollhouse with Rich Simulated Rooms... |
|---|---|---|---|---|---|
| 276 | 543 | 1,466 | 6,627 | 74 | 547 |
| $52.99 | $41.99 | $45.99 | $52.99 | $89.99 | $74.99 |
| | | | | Save 10% with coupon | |

## Product information

| | | | |
|---|---|---|---|
| Product Dimensions | 25.98 x 10.24 x 18.5 inches | | **Feedback** |
| Item Weight | 10.47 pounds | | Would you like to **tell us about a lower price?** |
| ASIN | B087F5XRZV | | |
| Item model number | CF5504 | | |
| Manufacturer recommended age | 36 months - 8 years | | |
| Best Sellers Rank | #515,852 in Toys & Games (See Top 100 in Toys & Games) #1,018 in Dollhouses (Toys & Games) | | |
| Customer Reviews | 4.8 ⭐ 162 ratings 4.8 out of 5 stars | | |
| Release date | October 1, 2020 | | |
| Manufacturer | Epoch Everlasting Play, LLC | | |

## Product Description

The Deluxe Celebration Home Premium Set is a spacious, ready-to-play three story dollhouse playset from Calico Critters, in an exclusive pastel aesthetic. The main feature of the home is a real working elevator, which can transport figures from the bottom floor to the third floor by turning the weathervane. The Deluxe Celebration Home Premium Set is a limited edition set released in 2020 and contains 129 pieces to design a beautiful home for Calico Critters. This set is ready to play with 2 collectible Persian Cat sister figures in beautiful navy and yellow dresses. This set also includes exclusive furniture and accessories including beautiful bedroom, living room and kitchen sets, piano, vanity sets, potted plants and more! For children ages 3 and up.

## Important information

### Safety Information

<mark>Choking Hazard - Small Parts. Not for children under 3 years old.</mark>

To report an issue with this product or seller, **click here**.

## From the manufacturer











☰     Search for anything

Sign in





This shop is taking a short break. Want to know when they return? Sign up for Updates





**$22.00**

Calico Critters Darling Ducklings Baby Carriage with Duckling Triplets NIB

**CLASSICTOYSANDDOLLS**

★ 5.0   10.1k reviews

## Item details

- ⏰
  Vintage



Delivering to Park City 84098
Update location

Toys & Games ⌄    Search Amazon

EN ⌄    Hello, sign in
Account & Lists ⌄    Returns
& Orders    0

All    Medical Care ⌄    Groceries ⌄    Best Sellers    Amazon Basics    Prime ⌄    New Releases    Customer Service    Music    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Sponsored

## Customers who viewed this item also viewed



Calico Critters Penguin Family -
Set of 4 Collectible Doll Figures
for Ages 3+
11,306
$24.99

Toys & Games › Dolls & Accessories › Playsets



# Calico Critters Fairytale Friends, Limited Edition Playset with 7 Collectible Figures and Costume Accessories

Visit the Calico Critters Store

4.7    85 ratings

| Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- Calico Critters Fairytale Friends Limited Edition Playset with Figures and Costume Accessories
- Includes 3 poseable Calico Critters baby figures and three garden themed costumes
- Baby figure styles are the Beaver baby in eggplant costume, Marshmallow Mouse baby in the tomato costume and Sweetpea Rabbit baby in yellow pepper costume
- Costumes are removeable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play for children ages 3 and above

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Park City 84098 -
Update location

Add to List

## Goes well with

Page 1 of 10











Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,275

$24.48

Get it as soon as **Thursday, Mar 14**

FREE Shipping on orders over $35 shipped by Amazon

Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse…
184

$22.99

Get it as soon as **Friday, Mar 15**

FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - orde…

Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797

$17.99

Get it as soon as **Thursday, Mar 14**

FREE Shipping on orders over $35 shipped by Amazon

Red Roof Country Home Gift Set
47

$119.99

Get it as soon as **Thursday, Mar 14**

FREE Shipping by Amazon

Sonny Angel Sweets - Original Mini Figure / 1 Sealed Blind Box, Multicolor, SAS65379
96

$20.89

Get it as soon as **Thursday, Mar 14**

FREE Shipping on orders over $35 shipped by Amazon

## Products related to this item

Page 1 of 25

Sponsored











Barbie Airplane Playset, Dreamplane with 15+ Accessories Including Puppy, Snack Car…
16,736

$75.00

Lovely Family Dollhouse Dolls Set of 8 Wooden Figures, Kids Girls Happy Playset Cha…
227

$13.99

My Little Pony Friendship Castle Playset Including Twilight Sparkle and Pinkie Pie …
2,391

$39.15

Baby Doll Bottle Accessories Toys Baby Doll Magic Bottles Playset Disappearing…

$9.90

Little Dolls Set with Mini Princess for Girls Toys for Girls Age 3 4 5 6 Gift for G…
3

$19.99

## Product information

| | |
|---|---|
| Product Dimensions | 1.75 x 11 x 4 inches |
| Item Weight | 4.2 ounces |
| ASIN | B08V4KW6GF |
| Item model number | CF1931 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #447,635 in Toys & Games (See Top 100 in Toys & Games) #1,511 in Doll Playsets |
| Customer Reviews | 4.7    85 ratings 4.7 out of 5 stars |
| Release date | May 1, 2021 |
| Manufacturer | Epoch Everlasting Play LLC |

### Feedback

Would you like to tell us about a lower price?

## Product Description

Fairytale Friends is a limited edition set which includes a septet of poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles include the Bubblebrook Elephant baby in green, Raccoon baby in yellow, Outback Koala baby in orange, Cream Cat baby in pink, Buckley Deer baby in purple, Acorn Mouse baby in blue and Brown Rabbit baby in Red. The costumes are removable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Veggie Babies, Ice Cream Cuties, Costume Cuties and more have a costumed parade! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 years and above.

## Important information

**Safety Information**

Choking Hazard! Small Parts - Not For Children Under 3 Years Old

To report an issue with this product or seller, click here.

## From the manufacturer



## ABOUT US

Calico Critters is a line of miniature animal figures, with homes, furniture and accessories. The animal figures are unique because they are made of a special flocked material that gives them an endearing quality. They were introduced in Japan in 1985 and are distributed worldwide. Calico Critters are sold as families, with Mothers and Fathers, sisters, brothers and babies. The homes and furniture are quite life-like are have incredible detail. The Critters live in the community of Calico Village. All the citizens in Calico Village have hobbies and jobs. The underlying theme is giving, friendship and happiness. Calico Critters are wholesome, never trendy.

## Featured items you may like

      

| | | | | | |
|---|---|---|---|---|---|
| Amazon Basics Wooden Shape Sorter and Rainbow Stacker, Classic Sorting Toy for Babies, Toddlers, Children Age… | Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and School… | Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+ | Calico Critters Highbranch Giraffe Family - Set of 4 Collectible Doll Figures for Children Ages 3+ | Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+ | Calico Critters Bab Treats Series Blind Surprise Set Inclu Doll Figure and Accessory |
| 1,491 | 5,107 | 8,275 | 11,306 | 4,052 | 2,226 |
| $19.00 | $19.99 | $24.48 | $19.99 | $21.17 | $14.93 |
| Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thursday, Mar 14** | Get it as soon as **Thur Mar 14** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on ord $35 shipped by Amaz |

🌿 Climate Pledge Friendly

## What's in the box

- 7 collectible figures

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

EN Hello, sign in
Account & Lists

Returns
& Orders

0

Sign in

New customer? Start here.

Delivering to Park City 84098
Update location

Toys & Games

Search Amazon

All   Medical Care   Groceries   Best Sellers   Amazon Basics   Prime   New Releases   Customer Service   Music   Today's Deals   Shop women-owned businesses

Toys & Games   Kids Gift Guide   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys   Shop Toy Deals

## Customers who viewed this item also viewed

Sponsored



Calico Critters Nursery Friends Set - Collectible Doll Playset with 3 Poseable Figures, Outfits, and Scho...
5,107
$19.99



Calico Critters Royal Princess Set - Doll Playset with 5 Figures and Accessories for Children Ages 3+
839
$29.99



Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Do...
184
$22.99

Toys & Games › Dolls & Accessories › Playsets



Roll over image to zoom in

## Calico Critters Veggie Babies, Limited Edition Playset with 3 Collectible Figures and Costume Accessories

Visit the Calico Critters Store

4.9    222 ratings   |   Search this page

$27.99

Get $10 off instantly: Pay $17.99 upon approval for the Amazon Store Card.

- Calico Critters Veggie Babies Limited Edition Playset with Figures and Costume Accessories
- Includes 3 poseable Calico Critters baby figures and three garden themed costumes
- Baby figure styles are the Beaver baby in eggplant costume, Marshmallow Mouse baby in the tomato costume and Sweetpea Rabbit baby in yellow pepper costume
- Costumes are removable and compatible with other baby size figures from Calico Critters
- Encourages imaginative and pretend play for children ages 3 and above

Report an issue with this product or seller

Sponsored

$27.99

FREE delivery **Monday, March 18**. Details

Delivering to Park City 84098 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Toy IQ
Sold by      Toy IQ
Returns      Eligible for Return, Refund or Replacement within 30 days of receipt
Payment      Secure transaction

Add to List

## Frequently bought together

 +  + 

Total price: $72.91

Add all 3 to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** Calico Critters Veggie Babies, Limited Edition Playset with 3 Collectible Figures and...
$27.99

Calico Critters Baby Treats Series Blind Bags, Surprise Set Including Doll Figure and Accessory
$14.93

Calico Critters Royal Princess Set - Doll Playset with 5 Figures and Accessories for Children Ages 3+
$29.99

## Products related to this item

Sponsored


**Barbie Airplane Playset, Dreamplane with 15+ Accessories Including Puppy, Snack Car...**
16,736
$75.00


**Dolls Organizer Case, Small Toys Collectible Storage for Girls/Boys/Kids, Hold...**
19
$22.99


**Lovely Family Dollhouse Dolls Set of 8 Wooden Figures, Kids Girls Happy Playset Cha...**
227
$13.99


**Baby Doll Bottle Accessories Toys Baby Doll Magic Bottles Playset Disappearing...**
$9.90


**Barbie Skipper Babysitters Inc. Crawling and Playtime Playset with Bobbling Baby Do...**
4,911
$19.95


**Dollhouse Furniture Set for Kids Toys Miniature Doll House Accessories Pretend Play...**
167
$16.99


**Playtime by Eimmi Inch Doll Furniture Couch and Coffee T with Living Room...**
2,619
$56.99

## Goes well with


**Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+**
8,275
$24.48
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


**Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...**
184
$22.99
Get it as soon as **Friday, Mar 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - orde...


**Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+**
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


**Red Roof Country Home Gift Set**
47
$119.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon


**Sonny Angel Sweets - Original Mini Figure / 1 Sealed Blind Box, Multicolor, SAS65379**
96
$20.89
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon


**Display case for Figures with Light Adjustable Display Stand Clear Acrylic Display Box with Door Dust and Moistur...**
170
$27.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Product Dimensions | 1.75 x 4.75 x 4 inches |
| Item Weight | 2.12 ounces |
| ASIN | B08V4P55J3 |
| Item model number | CF1933 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #117,141 in Toys & Games (See Top 100 in Toys & Games) #490 in Doll Playsets |
| Customer Reviews | 4.9 / 222 ratings / 4.9 out of 5 stars |
| Release date | May 1, 2021 |
| Manufacturer | Epoch Everlasting Play LLC |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Product Description

Veggie Babies is a limited edition set which includes a trio of poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles are the Beaver baby in eggplant costume, Marshmallow Mouse baby in the tomato costume and Sweetpea Rabbit baby in yellow pepper costume. The costumes are removeable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Fairytale Friends, Ice Cream Cuties, Costume Cuties and more have a costumed parade! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 years and above.

## Important information

### Safety Information

Choking Hazard! Small Parts - Not For Children Under 3 Years Old

To report an issue with this product or seller, click here.

## From the manufacturer

Toys / Shop Toys by Age / Toys for Kids 2 to 4 Years / Toys for 3 year olds



$15.44

Pregnant Mom Doll Set, Early Educational Family Doll Plastic For Children For Daily Playing

3+ day shipping



+ Add

Now $14.99 $17.69

Kidoozie Just Imagine Doll Care Playset, Baby Doll Accessories, Ages 3

3+ day shipping



+ Add

$39.68

Calico Critters Midnight Cat Family, Set of 4 Collectibl

★★★★★ 76

3+ day shipping

---

541726

Calico Critters Costume Cuties (Bunny & Puppy), Limited Edition Playset with 2 Collectible Figures and Costume Accessories

$18.18

Price when purchased online

Out of stock    Shop similar

How you'll get this item:

| Shipping Out of stock | Pickup Not available | Delivery Not available |
|---|---|---|

♡ Add to list                    🎁 Add to registry







## At a glance

| Brand | 541726 | Color | multi |
|---|---|---|---|
| Age range | 3 Years & Up | Pieces | 1 |



$43.99

Barbie Puppy Picnic Multi-Color Party Playset with Dolls, Pets, Accessories and Decorations



$29.99

Littlest Pet Shop Blythe Sightseeing Cute in London - Includes Doll, 2 Pets, Doll Stand & other Accessories



$16.99

Hasbro Baby Alive Littles Squad Maya Doll
★★★★★ 1



$24.97

Disney Junior T.O.T.S. Surprise Babies Nursery Care Set, 18 pieces, Officially Licensed Kids Toys for Ages 3 Up, Gifts and Presents
★★★★★ 26

2-day shipping



Now $25.50 $28.89

Cry Babies Magic Tears Tutti Frutti Doll House - Ages 3 years
★★★★☆ 31

2-day shipping



$30.66

Calico Critters Baby Windmill Park, Dollhouse Playset v
★★★★★ 77

3+ day shipping

## About this item

**Product details**

Costume Cuties Bunny & Puppy is a limited edition set which includes two poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles are the Fluffy Hamster Baby in blue bunny costume and Tuxedo Cat baby in the brown puppy costume. The bunny and puppy costumes are removable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Fairytale Friends, Ice Cream Cuties, Veggies Babies and more and have a costumed parade! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children aged 3 and up.

- Calico Critters Costume Cuties Limited Edition Playset with Figures and Costume Accessories
- Includes 2 poseable Calico Critters baby figures and two themed costumes
- Baby figure styles are the Fluffy Hamster Baby in blue bunny costume and Tuxedo Cat baby in the brown puppy costume

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Brand**
541726

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.09 lb

**Contained Battery Type**
1

More details

**Warnings**

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

⚠ **WARNING:** Not Applicable

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk. Learn more

★★★★★ (0 reviews)

Write a review

This item doesn't have any reviews yet.

Toys / Shop Toys by Age / Toys for Kids 2 to 4 Years / Toys for 3 year olds



+ Add

$20.98

Calico Critters Penguin Babies Ride 'N Play, Set of 2 Collectible Doll Figures with Pushcart Accessory

★★★★★ 5

3+ day shipping



+ Add

Now $14.99 $17.69

Kidoozie Just Imagine Doll Care Playset, Baby Doll Accessories, Ages 3

3+ day shipping



+ Add

$26.77

PLAYMOBIL Dressing Room Action Figure Set, 86 Piec

★★★★★

3+ day shipping

---

541726

**Calico Critters Costume Cuties (Kitty & Cub), Limited Edition Playset with 2 Collectible Figures and Costume Accessories**

**$16.49**

Price when purchased online ⓘ

**Out of stock**    Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🛍️ Delivery Not available |
|---|---|---|

♡ Add to list          🎁 Add to registry







>

---

**At a glance**

| | | | |
|---|---|---|---|
| Brand | 541726 | Pieces | 1 |
| Age range | 3 Years & Up | Batteries req | N |
| Color | multi | | |



$13.51

Mattel Polly Pocket Mini World of Pets Plastic Multicolored

★★★★☆ 24



$25.00

Real Littles Shopkins Disney Backpack Doll Accessories

★★★☆☆ 36



$46.20

Calico Critters Sweet Raspberry Home, Dollhouse Playset with Figure and Furniture

★★★★★ 107

3+ day shipping



$21.20

Calico Critters Toy Poodle Family, Set of 4 Collectible Doll Figures

★★★★★ 77

3+ day shipping



$37.43

Calico Critters Tuxedo Cat Family

3+ day shipping

## About this item

### Product details

Costume Cuties Kitty & Cub is a limited edition set which includes two poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles are the Sea Otter Baby in white kitten costume and Sandy Cat baby in the yellow bear cub costume. The kitten and cub costumes are removeable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Fairytale Friends, Ice Cream Cuties, Veggies Babies and more and have a costumed parade! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 and up.

- Calico Critters Costume Cuties Limited Edition Playset with Figures and Costume Accessories
- Includes 2 poseable Calico Critters baby figures and two themed costumes
- Baby figure styles are the Sea Otter Baby in white kitten costume and Sandy Cat baby in the yellow bear cub costume

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
541726

**Age Range**
3 Years & Up

**Assembled Product Weight**
0.09 lb

**Contained Battery Type**
1

More details

### Warnings

⚠ **CHOKING HAZARD - Children Under 3**
This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

⚠ **WARNING:** Not Applicable

💬 Report incorrect product information

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

Toys / Shop Toys by Age / Toys for Kids 2 to 4 Years / Toys for 3 year olds



$13.99

Calico Critters Baby Ferris Wheel, Dollhouse Playset with Figure

★★★★★ 84

3+ day shipping



$21.99

Calico Critters Fashion Playset Sugar Sweet Collection, Dollhouse Playset with Marshmallow Mouse Figure and Fashion Accessories

★★★★★ 95

3+ day shipping



Now $13.02 $19.97

Gabby's Dollhouse, Gabby Girl On-The-Go Pretend Pla

★★★★☆ 44

3+ day shipping

---

Calico Critters

**Calico Critters Costume Cuties (Bunny & Birdie), Limited Edition Playset With 2 Collectible Figures And Costume Accessories**

**$16.87**

Price when purchased online ⓘ

**Out of stock**   Shop similar

How you'll get this item:

| 🚚 Shipping Out of stock | 🚗 Pickup Not available | 🏬 Delivery Not available |
| --- | --- | --- |

♡ Add to list                              🎁 Add to registry







**At a glance**

| Brand | Calico Critters | Pieces | 1 |
| --- | --- | --- | --- |
| Color | multi | | |



Add

$34.99

Calico Critters : Fashion Playset Shoe Shop Collection

Now $19.01 ~~$21.77~~

Calico Critters Baby Hedgehog Hideout, Dollhouse Pla



Add

Now $37.49 ~~$54.99~~

Calico Critters Baby Amusement Park, Dollhouse Playset with 3 Collectible Doll Figures

★★★★★ 82

3+ day shipping

## About this item

**Product details**

Costume Cuties Bunny & Birdie is a limited edition set which includes two poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles are the Chiffon Dog Baby in white bunny costume and Toy Poodle baby in the blue bird costume. The bunny and bird costumes are removable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Fairytale Friends, Ice Cream Cuties, Veggies Babies and more and have a costumed parade! Calico Critters is a unique and adorable range of distinctive animal characters with charming and beautifully detailed homes, furniture and accessories. They live, work and play in an idyllic and wonderful place called Calico Village. These timeless, classic toys promote wholesome family values. Suitable for children ages 3 and up.

- Calico Critters Costume Cuties Limited Edition Playset with Figures and Costume Accessories
- Includes 2 poseable Calico Critters baby figures and two themed costumes
- Baby figure styles are the Chiffon Dog Baby in white bunny costume and Toy Poodle baby in the blue bird costume

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

**Specifications**

**Brand**
Calico Critters

**Assembled Product Weight**
0.09 lb

**Contained Battery Type**
1

**Gender**
Unisex

<u>More details</u>

**Warnings**

⚠ **CHOKING HAZARD - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

⚠ **WARNING:** Not Applicable

💬 <u>Report incorrect product information</u>

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more

JOIN B&N PREMIUM MEMBERSHIP TODAY

SEE ALL OFFERS

*Easter* GIFT COLLECTION     SHOP NOW

Premium Members Get 10% Off and Earn Rewards   Find Out More

## Calico Critters Ice Cream Cuties, Limited Edition Playset with 3 Collectible Figures and Costume Accessories

by Epoch Everlasting Play

☆ ☆ ☆ ☆ ☆    (0)    Write A Review



♡ Add to Wishlist

---

## $16.99

Learn more

| SHIP THIS ITEM | |
|---|---|
| Temporarily Out of Stock Online | Add to Cart |

| PICK UP IN STORE | |
|---|---|
| Unavailable at **Potomac**. | Unavailable for Pickup |
| Check Availability at Nearby Stores | |

---

⚠ WARNING: Choking Hazard; Small Parts. Not for children under 3 years old.

---

## Overview

Ice Cream Cuties is a limited edition set which includes a trio of poseable costumed Calico Critters baby figures from the Amusement Park Series. Baby figure styles are the Caramel Dog baby in blue ice cream costume, Sheep baby in the pink ice cream costume and Polar Bear baby in yellow ice cream costume. The costumes are removable and compatible with other baby size figures from Calico Critters. Collect all Limited Edition Amusement Park Series sets including Fairytale Friends, , Veggies Babies, Costume Cuties and more and have a costumed parade!

For Ages: 3+
WARNING: Choking Hazard; Small Parts. Not for children under 3 years old.

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our **Cookie Policy**

Manage Preferences     Accept All Cookies



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

Shop by category

Search for anything          All Categories          Search

Back to home page    Collectibles & Art    >    Dolls & Bears    >    Dollhouse Miniatures    >    Dollhouse Dolls & Animals          Share    Add to Watchlist



  

Have one to sell? Sell now

## Sylvanian Families Calico Critters Baby Rainbow Ninja Costume Trio

 The Tama Boutique (3073)
100% positive    Seller's other items
Contact seller

### US $24.99

Condition:  New

Quantity:    1     2 available / 10 sold

Buy It Now

Add to cart

♡ Add to watchlist

**Breathe easy.** Returns accepted.

**People want this.** 44 people are watching this.

Shipping:    US $6.70 Standard Shipping. See details
Located in: Alameda, California, United States

Delivery:    Estimated between **Wed, Mar 13** and **Sat, Mar 16** to 84111 ⓘ

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist        My eBay    

Shop by category

Search for anything    | All Categories ⌄ |    **Search**

Back to home page | Collectibles & Art › Dolls & Bears › Dollhouse Miniatures › Dollhouse Dolls & Animals

Share    Add to Watchlist





 

Have one to sell? Sell now

## Sylvanian Families Calico Critters Meerkat Spotter Family

 **The Tama Boutique** (3073)
**100% positive**  **Seller's other items**  **Contact seller**

### US $39.50

Condition:  **New**

Quantity:  | 1 |    **2 available** / **71 sold**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

**This one's trending.** 71 have already sold.

**Breathe easy.** Returns accepted.

Shipping:    **US $6.70** Standard Shipping. See details
Located in: Alameda, California, United States

Delivery:    Estimated between **Wed, Mar 13** and **Sat, Mar 16** to 84111 

Returns:    30 days returns. Seller pays for return shipping. See details

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

EN    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   Prime ▾   New Releases   Customer Service   Music    Shop women-owned businesses

Toys & Games   Kids Gift Guide   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys   Shop Toy Deals   Create a Gift List

Sponsored

## Customers who viewed this item also viewed



Calico Critters Town Tea and Treats Set - Host Delightful Tea Parties for Your Critters
2,184
$7⁹⁹



Sylvanian Families Epoch FS-52 ST Mark Certified, Toy for 3 Years and Up, Sylvanian
38
$29⁷²



Calico Critters, Tuxedo Cat Family, Dollhouse Figures, Collectible Toys, Multi,
8,361
$22⁹⁹

Toys & Games › Dolls & Accessories › Dolls



Roll over image to zoom in

# Calico Critters Friesian Cow Family, Limited Edition Set of 4 Collectible Doll Figures

Visit the Calico Critters Store

4.8    197 ratings

| Search this page

**Currently unavailable.**

We don't know when or if this item will be back in stock.

- Calico Critters Friesian Cow Family, Limited Edition 4 Member Collectible Family Set
- Calico Critters families, twins and triplets include flocked figures that are soft to the touch and perfectly miniature for little hands
- All come with removable detailed clothing, and are poseable with jointed arms and legs, and heads that rotate
- Adult figures measure approximately 3 inches tall and children are approximately 2.25" tall.
- SMALL PARTS - Suitable for children ages 3 years old and above

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Park City 84098 - Update location

Add to List

## Goes well with

Page 1 of 10

Safety Information

Choking Hazard! Small Parts - Not for children under 3 years old.

To report an issue with this product or seller, click here.

# From the manufacturer

### About Us

Calico Critters is a line of miniature animal figures, with homes, furniture and accessories. The animal figures are unique because they are made of a special flocked material that gives them an endearing quality. They were introduced in Japan in 1985 and are distributed worldwide. Calico Critters are sold as families, with Mothers and Fathers, sisters, brothers and babies. The homes and furniture are quite life-like are have incredible detail. The Critters live in the community of Calico Village. All the citizens in Calico Village have hobbies and jobs. The underlying theme is giving, friendship and happiness. Calico Critters are wholesome, never trendy.

### Calico Critter Brand Statement

Calico Critters of Calico Village are timeless, classic toys that delight children and promote wholesome family values. These miniature animals and their life-like environments have inspired the imagination and creativity of countless children all over the world.

## Similar items that may ship from close to you



**Calico Critters Sheep Family, Set of 4 Collectible Doll Figures**
8,275
$24.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

**Calico Critters Town Tea and Treats Set - Host Delightful Tea Parties for Your Critters**
2,184
$7.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon



**Sylvanian Families Epoch FS-52 ST Mark Certified, Toy for 3 Years and Up, Sylvanian Families, Epoch**
38
$29.72
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock - orde…



**Calico Critters, Tuxedo Cat Family, Dolls, Dollhouse Figures, Collectible Toys, Multi, 3 inches**
8,361
$22.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

**Calico Critters Husky Family - Set of 5 Collectible Doll Figures for Ages 3+**
4,052
$21.17
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon



**Calico Critters Roy Princess Set - Doll Playset with 5 Figu and Accessories fo Children Ages 3+**
839
$29.99
Get it as soon as **Thu Mar 14**
FREE Shipping on ord $35 shipped by Amaz

## What's in the box
- 4 collectible figures

## Products related to this item

Sponsored ⓘ



FREE STANDARD SHIPPING WITH ORDERS OVER $50

🔍 Search (Keywords,Etc)

Home / Life in Calico Village / Learn at the Country Tree School

# Country Tree School

Age 3+

 4.5 (17)

Item No. CC2924

**$69.99**

**Quantity**

1

**Available**

ADD TO BAG

ADD TO WISHLIST

## Features

- Children love to learn, study and make new friends at the Calico Critters Country Tree School
- Set features over 30 pieces including schoolhouse with spacious classroom and tree tunk tower with observatory, desks, chairs, books and more
- Play together with other school themed vehicles and playsets from Calico Critters.
- Encourages imaginative and pretend play and suitable for children ages 3 and above
- These timeless, classic toys promote wholesome family values.
- Choking Hazard - Small Parts. Not for children under 3 years

---

  

## Description

All the children of Calico Village gather at the Country Tree School to learning, play and make new friends from Calico Village! The Country Tree School is a one room schoolhouse with a tree trunk tower with obeservatory. This set includes over 30 pieces to complete the classroom including desks, chairs, books and more! Play together with other school themed sets from Calico Critters, or connect to the Red Roof homes for and expanded plays space.

## Reviews

⭐⭐⭐⭐ 4.5 | 17 Reviews

14 out of 15 (93%) reviewers recommend this product

| Search topics and reviews | 🔍 | **17** Reviews | **0** Questions | **0** Answers |

Reviews                                                            Write a review

Rating Snapshot

Select a row below to filter reviews.

5★ ▬▬▬▬▬▬▬▬  12
4★ ▬▬▬  4
3★ ▬  0

EN ▾      Hello, sign in
Account & Lists ▾      Returns
& Orders      0

Delivering to Park City 84098
Update location

Toys & Games ▾    Search Amazon

All    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    Prime ▾    New Releases    Customer Service    Music    Today's Deals    Registry    Books    Shop women-owned businesses

Toys & Games    Kids Gift Guide    Shop Toys by Character    Shop Best Selling Toys    Shop Newly Released Toys    Shop Amazon Exclusive Toys    Shop Toy Deals    Create a Gift List

Customers who viewed this item also viewed    Sponsored

 Calico Critters Sky Blue Terrace Gift Set, Dollhouse Playset with Figures, Furniture and Accessories
18
$69.99

 Calico Critters Red Roof Grand Mansion Gift Set, Dollhouse Playset with 3 Figures, Furniture, Vehicle an…
217
$201.75

 Calico Critters Red Roof Tower Home, 3 Story Dollhouse Playset with Figure, Furniture and Accessories
145
$80.98

Toys & Games › Dolls & Accessories › Playsets











Roll over image to zoom in

## Calico Critters Large House with Carport Gift Set, Dollhouse Playset with Collectible Figure, Vehicle, Furniture and Accessories - Amazon Exclusive!

Visit the Calico Critters Store

4.7          69 ratings  |  Search this page

$159.60

FREE Returns

Get $50 off instantly: Pay $109.60 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

- Calico Critters Large House with Carport Gift Set, Dollhouse Playset with Collectible Figure, Vehicle, Furniture and Accessories
- Gift Set includes forest green cruising car vehicle with seating for 5 and exclusive furniture sets including dining room table with four chairs and high chair, refrigerator with food and beverage and hutch with stove and sink.
- Ready to play with included collectible Snow Rabbit figure who has poseable head and limbs and is dressed in removeable clothing.
- Stimulates imaginative role-playing by children
- Suitable for ages three years and above

Report an issue with this product or seller

Sponsored

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime
Try Prime and start saving today with fast, free delivery

Buy new:
$159.60

FREE Returns

FREE delivery Thursday, March 14. Order within 5 hrs 39 mins

Delivering to Park City 84098 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon.com
Sold by    Amazon.com
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Save with Used - Very Good
$127.34

FREE delivery: Thursday, March 14

Ships from: Amazon
Sold by: Amazon Warehouse

## Frequently bought together

 +  + 

Total price: $195.58

Add all 3 to Cart

**This item:** Calico Critters Large House with Carport Gift Set, Dollhouse Playset with Collecti…
$159.60

Calico Critters Country Bathroom Set - Toy Dollhouse Furniture and Accessories Set for Ages 3+
$17.99

Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for…
$17.99

Add to List

New & Used (7) from $127.34 & FREE Shipping.

## Goes well with

Page 1 of 9



Calico Critters Comfy Living Room Set - Toy Dollhouse Furniture & Accessories Set for Ages 3+
6,797
$17.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon



Calico Critters Walnut Squirrel Family - Set of 4 Collectible Doll Figures for Children Ages 3+
8,275
$24.48
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon



Red Roof Country Home Gift Set
47
$119.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping by Amazon



Sylvanian Family Seasonal Duck Mitsugo Sanpo Set, C-63 ST Mark Certified, For Ages 3 and Up, Toy Dollhouse...
184
$22.99
Get it as soon as **Friday, Mar 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - orde...



5Pc Mini Carpet Minihouse Decoration Accessories Miniature Rugs Mini House Accessory(Send by...
31
$12.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

Littlest Pet Shop, Collector Set, Beach Besties Theme - Gen 7, Pets #61 to #65, Authentic LPS Bobble...
32
$19.99
Get it as soon as **Thursday, Mar 14**
FREE Shipping on orders over $35 shipped by Amazon

## Products related to this item

Sponsored ⓘ

Page 1 of 67



Sunny Days Entertainment Honey Bee Acres Buzzby Farmhouse – 49...
169
$79.75



TAKIHON Dollhouse Furniture Set,Dollhouse Bathroom/Kitchen/Fridge/Washing Machine L...
228
$22.99



MITCIEN Dollhouse Kit Playset Little Critters Bunny Dolls for Girls with Swimming P...
276
$52.99



Dollhouse Toy House with Accessories and Furniture, Kids Dollhouses for Girls...
206
$33.99
Save 10% with coupon



Dollhouse Furniture Set for Kids Toys Miniature Doll House Accessories Pretend Play...
167
$16.99



Barbie Airplane Playset, Dreamplane with 15+ Accessories Including Puppy, Snack Car...
16,736
$75.00

## Product information

| | |
|---|---|
| Product Dimensions | 30.2 x 7.9 x 13.8 inches |
| Item Weight | 10.13 pounds |
| Country of Origin | China |
| ASIN | B09S1FCNSF |
| Item model number | CC2034 |
| Manufacturer recommended age | 36 months - 10 years |
| Best Sellers Rank | #106,706 in Toys & Games (See Top 100 in Toys & Games) #448 in Doll Playsets |
| Customer Reviews | 4.7 69 ratings 4.7 out of 5 stars |
| Release date | July 1, 2022 |
| Manufacturer | Epoch Everlasting Play |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to tell us about a lower price?

## Product Description

Large House with Carport Gift Set is a limited edition, never before released dollhouse from Calico Critters! Set features a two story home with a unique blue roof, first floor carport and second floor patio. Gift Set includes forest green cruising car vehicle with seating for 5 and exclusive furniture sets including dining room table with four chairs and high chair, refrigerator with food and beverage and hutch with stove and sink. Ready to play with included collectible Snow Rabbit mother figure who has poseable head and limbs and is dressed in removeable clothing.

## Important information

### Safety Information

Small Parts - Choking Hazard! Not for children under 3 years old.

To report an issue with this product or seller, click here.

## From the manufacturer

### About Us