# EXHIBIT 3



Catalog    Skytop Fairy Castle



New Products          Featured Products          All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | HOUSES & FURNITURE |
| TOWN SERIES | SEASONAL ITEMS | | PONY SALON SERIES |

## Skytop Fairy Castle

New     CALICO LAND AMUSEMENT SERIES









## Product Description

A sky and flower-themed amusement park. Includes a Flower Fairy and the Chocolate Rabbit baby in a fairy costume. Lots of fun rides, including a Fairy Castle, Flower Sky Ride and Blossom Fountain! Comes with a fairy stand to make the Flower Fairy "fly"! There's a café area with a table and chair in the Fairy Castle, and any child figure can sit in the Leaf Boat. The Flower Fairy and Chocolate Rabbit baby are wearing a cute earring.

## Box Contents

Chocolate Rabbit Baby, Flower Fairy, butterfly earring, flower earring, Fairy Castle, lily of the valley, connecting part, rainbow, ivy, secret door, base, parasol, ivy (large), ivy (medium), ivy (small), gondola (pink), gondola (orange), gondola (blue), Floral Lift, waterfall A, waterfall B, fountain A, fountain B, droplet (large) x 3, droplet (small) x 3, flower cup (pink), flower cup (yellow), Leaf Boat, table, chair, lily x 2, camellia x 2, gerbera x 2, fairy stand A, fairy stand B, fairy stand C

| Item Code : | CC2219 |
|---|---|

## Story



### Welcome to the Fairy Castle!

There was a wonderful new place in Calico Land. It was a Fairy Castle! There were all kinds of magical places and all kinds of fun to be had. "We can be fairies!" said the babies. They got dressed up in beautiful costumes with wings and set off, full of excitement about what they might see and do. . . . . .

More

**Related Product**





New

Hamburger Stand



New

Flowering Princesses Set



BABY AMUSEMENT PARK



Baby Mermaid Castle



Floating Cloud Rainbow Train



New

Baby Mermaid Shop



  

Catalog 2024

Top of Page

Catalog 2024

© EPOCH

Change Region



Catalog    Floral Fantasy Skyship



New Products          Featured Products          All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

**Floral Fantasy Skyship**

New    CALICO LAND AMUSEMENT SERIES



    



## Product Description

A set containing a skyship with lots of fun features and the Latte Cat baby in a cute fairy costume. The wings of the skyship flap up and down as it moves. Child and baby figures can sit in the skyship. The skyship can be placed on its stand and used as an ornament. It looks like it's really flying!

## Box Contents

Latte Cat Baby, skyship, flag, stand

| Item Code : | CC2221 |
| --- | --- |

## Related Product

       

Flowering Princesses Set    Popcorn Delivery Trike    Daydream Parade Playset    Fantastical Fairytale Friends Set    Baby Mermaid Castle    Floating Cloud Rainbow Train    SPO



 Catalog 2024

Top of Page

  


Change Region





Catalog    Daydream Parade Playset

New Products    Featured Products    All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

## Daydream Parade Playset

New    CALICO LAND AMUSEMENT SERIES















## Product Description

A set containing a moon float, steam train, baby skyship and the Latte Cat cradled baby. Connect the steam train and moon float and have a parade! The steam train bobs up and down as it moves. The moon sways, and the skyship where cradled baby figures can sit sways with it! The skyship can be detached from the moon and played with separately. The Latte Cat cradled baby is wearing an outfit with a shooting star motif to match this set. Lots of baby and cradled baby figures can sit in the moon float and steam train.

## Box Contents

Latte Cat Cradled Baby, moon float, steam train, baby skyship

| Item Code : | CC2222 |
| --- | --- |

## Related Product









Baby Windmill Park    Hamburger Stand    Baby Mermaid Shop    Baby Mermaid Castle    Skytop Fairy Castle    Popcorn Delivery Trike    Flowe

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH


Change Region



Catalog    Baby Dream Amusement Park

New Products    Featured Products    All Products

CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES

HOUSES & FURNITURE

PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES

TOWN SERIES | SEASONAL ITEMS

## Baby Dream Amusement Park

New    CALICO LAND AMUSEMENT SERIES











## Product Description

This fun dream-like amusement park comes complete with a castle featuring a clock and a variety of exciting attractions. It comes with the Chocolate Rabbit baby dressed in a princess dress. Each attraction can be enjoyed by the babies and cradled babies. The hands on the clock can be moved. The Ferris wheel can be spun around. The unicorn-themed Viking ship can be swayed together with the waves. The horse-drawn carriage souring through the sky can be moved from left to right. The steam train can be driven up and down. The skyship can carry a cradled baby.

## Box Contents

Main unit, Base (large), Base (small), Castle, Flag (large), Flag (small) x2, Gondola (purple), Gondola (blue), Gondola (yellow), Viking ship, Wave, Carriage, Steam train, Skyship,Chocolate Rabbit Baby, Tiara

| Item Code : | CC2265 |
|---|---|

### Related Product









BABY AMUSEMENT PARK

Daydream Parade Playset

Floral Fantasy Skyship

Skytop Fairy Castle

Popcorn Delivery Trike

Baby Windmill Park

Baby

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH


Change Region



Catalog     Fantastical Fairytale Friends Set

New Products          Featured Products          All Products

| | | | |
|---|---|---|---|
| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

**Fantastical Fairytale Friends Set**

New     CALICO LAND AMUSEMENT SERIES















## Product Description

This set features four baby figures dressed in costumes full of fantastical wonder. The babies are dressed in a prince, witch, Pegasus and dragon costume. It includes accessories such as a crown and a hat to suit each baby.

## Box Contents

Biscuit Bear Baby, Latte Cat Baby, Persian Cat Cradled Baby, Husky Cradled Baby, Crown, Sceptre, Witch hat with rose detail, Pegasus costume (head, body), Dragon costume (head, body)

| Item Code : | CC2270 |
|---|---|

## Related Product



Baby Windmill Park


Baby Balloon Playhouse


Floating Cloud Rainbow Train


New
Baby Dream Amusement Park


New
Floral Fantasy Skyship


New
Flowering Princesses Set


New
Ic

○ ○ ○ ○ ○ ○ ○ ○ ○

 **Catalog 2024**

Top of Page

  

 **Catalog 2024**

© EPOCH


Change Region



Catalog    Flowering Princesses Set



New Products          Featured Products          All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

## Flowering Princesses Set

New    CALICO LAND AMUSEMENT SERIES











## Product Description

There are four figures, including the Chocolate Rabbit girl and Persian Cat girl, all wearing dresses with real-looking flowers. Each figure comes with accessories that are perfect for her dress. Each figure comes with accessories that are perfect for her dress.

## Box Contents

Chocolate Rabbit Girl, Persian Cat Girl, Husky Cradled Baby, Deer Cradled Baby, tiara, ribbon, tiara (small), earring

| Item Code : | CC2217 |
| --- | --- |

## Related Product




BABY AMUSEMENT PARK



New

Daydream Parade Playset



Floating Cloud Rainbow Train



New

Baby Dream Amusement Park



New

Fantastical Fairytale Friends Set



New

Hamburger Stand



Baby

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH


Change Region





Catalog    Dip Dip Donuts Wagon

**Dip Dip Donuts Wagon**

New Products

Featured Products

All Products

CALICO    BLIND    FAMILY FIGURES
LAND    BAG    TRIP
AMUSEMENT              HOUSES
SERIES                  &
                       FURNITURE

PLAYSETS    ACCESSORY    SUNNY    PONY
&    SETS    NURSERY    SALON
VEHICLES              SERIES    SERIES

TOWN    SEASONAL
SERIES    ITEMS













New Products          Featured Products          All Products

CALICO LAND
BLIND BAG
AMUSEMENT SERIES
FAMILY TRIP
FIGURES
HOUSES & FURNITURE
PLAYSETS & VEHICLES
ACCESSORY SETS
SUNNY NURSERY SERIES
PONY SALON SERIES
TOWN SERIES
SEASONAL ITEMS

## Product Description

Everyone in the village recognises the
topping parts. Along with the colorful
motif. The donut wagon can be switch
the fryer to the donut wagon and driv

## Box Contents

Deer Mother (owner), main unit, shelf, fryer, parasol, donut box, lid, plate x 2, tongs, chair x 2, table, sun visor, donut x 18, topping x 6, hot milk x 2

| Item Code : | CC2216 |
|---|---|

## Related Product


Family Picnic Van

New

Village Cake Shop Starter Set


Baby Tree House


Sunshine Nursery Bus


Family Seven Seater


Baby Castle Playground


Bat

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

Change Region



**Calico Critters®**

Catalog    Village Cake Shop Starter Se

**Village Cake Shop Starter**

New Products          Featured Products          All Products

CALICO   BLIND   FAMILY   FIGURES
LAND     BAG     TRIP
AMUSEMENT         HOUSES
SERIES            &
                  FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
&        SETS    NURSERY SALON
VEHICLES          SERIES  SERIES

TOWN     SEASONAL
SERIES   ITEMS









New Products      Featured Products      All Products

CALICO LAND   BLIND BAG AMUSEMENT SERIES   FAMILY TRIP   FIGURES   HOUSES & FURNITURE

PLAYSETS & VEHICLES   ACCESSORY SETS   SUNNY NURSERY SERIES   PONY SALON SERIES

TOWN SERIES   SEASONAL ITEMS

## Product Description

Enjoy playing pretend with this cake s
them with cream and toppings to mak
display table. Cakes can be picked up
figures (sold separately).

## Box Contents

Sign, cooking table, drawer x 2, oven, display case, shelf, display table, signboard, decoration x 2, oven tray with round cake pan, oven tray with mini cake pans, handle, mixer, bowl, icing bag, takeout box, tray, tongs, cake stand, headband, apron, sponge cake (plain) x 2, sponge cake (strawberry), mini sponge cake (plain) x 2, mini sponge cake (strawberry) x 2, double layer cream, cream (chocolate), cream (peach), mini cream (strawberry), mini cream (chocolate), mini cream (raspberry), orange jelly, shortcake, chocolate cake, cheesecake, grape tart, stick cake (berry), stick cake (orange), cake pick, chocolate topping, chocolate plate (bear), chocolate plate (lop-eared rabbit), cream topping (mint), cream topping (cat), cream topping (rabbit)

| Item Code : | CC2215 |
|---|---|

## Related Product


Family Seven Seater


Family Cruising Car


Sunshine Nursery Bus


Baby Tree House


Baby Choo-Choo Train


Family Picnic Van


Ca


○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

🇺🇸 Change Region



Catalog   Bath Time Bubble Siblings

**Bath Time Bubble Siblings**

New Products          Featured Products          All Products

CALICO BLIND     FAMILY FIGURES
LAND   BAG      TRIP
AMUSEMENT       HOUSES
SERIES          &
                FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
&      SETS   NURSERY SALON
VEHICLES       SERIES SERIES

TOWN   SEASONAL
SERIES ITEMS











New Products | Featured Products | All Products

CALICO LAND
BLIND BAG
AMUSEMENT SERIES
FAMILY TRIP
FIGURES
HOUSES & FURNITURE
PLAYSETS & VEHICLES
ACCESSORY SETS
SUNNY NURSERY SERIES
PONY SALON SERIES
TOWN SERIES
SEASONAL ITEMS

## Product Description

Bathtime is fun with this set that inclu...
standing shower, bath toys and shower...
Marshmallow Mouse figures. The soa...
wearing outfits made from soft towelli...

## Box Contents

Marshmallow Mouse Boy, Marshmallow Mouse Cradled Baby, baby bath, floor standing shower, soap, bottle (pink), bottle (blue), bath toy (large), bath toy (small), shower cap (large), shower cap (small), bubbles (large), bubbles (small), rack

| Item Code : | CC2213 |
|---|---|

## Related Product



Sleepy Dream Siblings


Connor & Kerri's Carriage Ride


BBQ Picnic Set - Elephant Girl-


Sea Otter Sisters- Splashy Snorkel Set-


Patty and Paden's Double Stroller Set


Party Time Playset - Tuxedo Cat Girl-


Dee...


Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

🇺🇸 Change Region



Catalog    Sleepy Dream Siblings

**Sleepy Dream Siblings**

New Products          Featured Products          All Products

CALICO BLIND     FAMILY FIGURES
LAND     BAG     TRIP
AMUSEMENT          HOUSES
SERIES          &
          FURNITURE

PLAYSETS  ACCESSORY  SUNNY  PONY
&     SETS     NURSERY  SALON
VEHICLES          SERIES  SERIES

TOWN     SEASONAL
SERIES     ITEMS
















New Products          Featured Products          All Products

CALICO BLIND    FAMILY FIGURES
LAND    BAG    TRIP    HOUSES
AMUSEMENT                &
SERIES                FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
&       SETS    NURSERY SALON
VEHICLES        SERIES  SERIES

TOWN    SEASONAL
SERIES  ITEMS

## Product Description

Bedtime is fun with this set that includes the cradled baby to sleep.The Chocol with night caps.The puppet can be pla

## Box Contents

Chocolate Rabbit Girl, Chocolate Rabbit Cradled Baby, baby gym, mobile, puppet, stuffed toy, picture book

| Item Code : | CC2214 |
|---|---|

## Related Product



Bath Time Bubble Siblings


Tandem Cycling Set - Husky Sister & Brother-


Connor & Kerri's Carriage Ride


Sunny Picnic Set - Fennec Fox Sister & Baby –


Cycle & Skate Set - Panda Girl-


Deer Babies -Floral Swing Set-


Week Snow


Catalog 2024

Top of Page

  


Catalog 2024

© EPOCH

Change Region



**Calico Critters**

Catalog    Sea Otter Sisters-Splashy Sn

**Sea Otter Sisters-Splashy**

New Products    Featured Products    All Products

CALICO LAND    BLIND BAG    FAMILY FIGURES
AMUSEMENT SERIES    FAMILY TRIP    HOUSES & FURNITURE

PLAYSETS & VEHICLES    ACCESSORY SETS    BABY NURSERY SERIES    PONY SALON SERIES

TOWN SERIES    SEASONAL ITEMS











New Products          Featured Products                All Products

CALICO   BLIND     FAMILY   FIGURES
LAND     BAG       TRIP
AMUSEMENT                  HOUSES
SERIES                     &
                          FURNITURE

PLAYSETS  ACCESSORY  BUNNY   PONY
&         SETS       NURSERY SALON
VEHICLES             SERIES  SERIES

TOWN     SEASONAL
SERIES   ITEMS

## Product Description

The Sea Otter family are adorable rou...
net and more, there are lots of ways f...
skirt can be taken off to turn her dress...

## Box Contents

Sea Otter Girl, Sea Otter Baby, snorkel, goggles, baby boat, bucket, fishing net, conch, crab, scallop, fish

| Item Code : | CC2212 |
|---|---|

## Related Product

       

Connor & Kerri's        Deer Babies -Floral      Weekend Travel Set -     Triplets Baby Bathtime    Penguin Babies Ride      Bath Time Bubble         Cycl
Carriage Ride           Swing Set-               Snow Rabbit Mother-      Set                      'n Play                  Siblings



○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  





New Products · Featured Products · All Products

Catalog · Deer Babies -Floral Swing Se

**Deer Babies -Floral Swing**

CALICO BLIND FAMILY FIGURES
LAND BAG TRIP
AMUSEMENT HOUSES
SERIES &
FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
& SETS NURSERY SALON
VEHICLES SERIES SERIES

TOWN SEASONAL
SERIES ITEMS













New Products    Featured Products    All Products

CALICO
LAND

BLIND
BAG
AMUSEMENT
SERIES

FAMILY
TRIP

FIGURES

HOUSES
&
FURNITURE

PLAYSETS
&
VEHICLES

ACCESSORY
SETS

SUNNY
NURSERY
SERIES

PONY
SALON
SERIES

TOWN
SERIES

SEASONAL
ITEMS

## Product Description

The Deer family have adorable big ea
can sit in the swing by the water or in
is cocoa-coloured with petal-patterned
water on it.

## Box Contents

Deer Baby, Deer Cradled Baby (dressed in mint green), Deer Cradled Baby (dressed in yellow), main unit, ivy swing, leaf, ear decoration (white), ear decoration (purple), ear decoration (pink)

| Item Code : | CC2209 |
| --- | --- |

## Related Product

      

Sleepy Dream Siblings    Triplets Care Set    Tandem Cycling Set - Husky Sister & Brother-    Cycle & Skate Set - Panda Girl-    Sophie's Love 'n Care    Penguin Babies Ride 'n Play    Party Tw

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

Change Region



**Calico Critters**

Catalog    Deer Twins

**Deer Twins**

New Products        Featured Products        All Products

CALICO  BLIND      FAMILY  FIGURES
LAND    BAG        TRIP
AMUSEMENT          HOUSES
SERIES             &
                   FURNITURE

PLAYSETS  ACCESSORY  SUNNY   PONY
&         SETS       NURSERY SALON
VEHICLES            SERIES  SERIES

TOWN    SEASONAL
SERIES  ITEMS









New Products    Featured Products    All Products

| CALICO LAND | BLIND BAG | FAMILY TRIP | FIGURES |
|---|---|---|---|
| AMUSEMENT SERIES | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

## Product Description

The Deer family have adorable big ea...
The pushcar can be connected with th...

## Box Contents

Deer Twin (sitting), Deer Twin (crawlin...

| Item Code : | CC2208 |
|---|---|

## Related Product









Calico Critters® Chocolate Rabbit Family

Kangaroo Family

Tuxedo Cat Family

Styles May Vary

Persian Cat Twins

Highbranch Giraffe Family

Penguin Babies Ride 'n Play

Pe...

 **Catalog 2024**

Top of Page

  

**Catalog 2024**

© EPOCH

🇺🇸 Change Region



Catalog   Blooming Baby Friends Series

New Products          Featured Products          All Products

CALICO  BLIND   FAMILY  FIGURES
LAND    BAG     TRIP
AMUSEM.NT              HOUSES
SERIES                &
                      FURNITURE

PLAYSETS  ACCESSORY  SUNNY  PONY
&         SETS       NURSERY SALON
VEHICLES             SERIES  SERIES

TOWN    SEASONAL
SERIES  ITEMS

## Blooming Baby Friends Series

New     BLIND BAG









## Product Description

A cute, collectible series of baby figures with flower garden-themed accessories that are both fun to collect and play with.A total of eight types, including one Secret.Open it up and see which one you get!Each set includes an accessory or costume for the baby.

## Box Contents

Latte Cat Baby with a flower umbrella, Gray Cat Baby with a magical watering can, Husky Cradled Baby with a mushroom hat, Splashy Otter Cradled Baby in a tree, Deer Baby with a tulip wand, Fennec Cradled Baby on a cloud with a large stemmed flower, Flora Rabbit Cradled Baby swaying on a stick above a cloud, Secret item

| Item Code : | CC2218 |
|---|---|

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

 Change Region



New Products     Featured Products     All Products

CALICO LAND AMUSEMENT SERIES  BLIND BAG  FAMILY TRIP  FIGURES  HOUSES & FURNITURE

PLAYSETS & VEHICLES  ACCESSORY SETS  SUNNY NURSERY SERIES  PONY SALON SERIES

TOWN SERIES  SEASONAL ITEMS



Catalog   Sea Otter Family

**Sea Otter Family**









New Products          Featured Products          All Products

CALICO BLIND    FAMILY FIGURES
LAND   BAG    TRIP
AMUSEMENT            HOUSES
SERIES              &
                    FURNITURE

PLAYSETS   ACCESSORY   BUNNY   PONY
&          SETS        NURSERY SALON
VEHICLES              SERIES   SERIES

TOWN    SEASONAL
SERIES  ITEMS

## Product Description

The Sea Otter family are adorable rou...
shell motif, with a pram and a shoulde...
are holding their favourite shells.

## Box Contents

Sea Otter Father, Sea Otter Mother, Sea Otter Cradled Baby (dressed in green), Sea Otter Cradled Baby (dressed in pink), shell shoulder bag, shell pram

| Item Code : | CC2211 |
|---|---|

## Related Product









Kangaroo Family   Calico Critters®   Hedgehog Twins   Marshmallow Mouse   Fennec Fox Family   Persian Cat Twins
                  Chocolate Rabbit   (NEW)            Triplets
                  Grandparents

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

🇺🇸 Change Region



New Products    Featured Products    All Products



Catalog   Easter Egg Hutch

**Easter Egg Hutch**

CALICO   BLIND   FAMILY  FIGURES
LAND   BAG   TRIP
AMUSEMENT   HOUSES
SERIES   &
   FURNITURE

PLAYSETS  ACCESSORY  SUNNY  PONY
&   SETS   NURSERY  SALON
VEHICLES   SERIES   SERIES

TOWN   SEASONAL
SERIES   ITEMS









New Products    Featured Products    All Products

CALICO  BLIND  FAMILY  FIGURES
LAND   BAG    TRIP
AMUSEMENT                HOUSES
SERIES                   &
                         FURNITURE

PLAYSETS  ACCESSORY  SUNNY  PONY
&         SETS       NURSERY  SALON
VEHICLES             SERIES  SERIES

TOWN    SEASONAL
SERIES  ITEMS

## Product Description

A seasonal product. This set includes
places like the chimney and under the
Marguerite Rabbit baby is wearing a d

## Box Contents

Marguerite Rabbit Baby, main unit, rabbit-shaped Easter egg (pink), rabbit-shaped Easter egg (purple), basket, tablecloth, sofa

| Item Code : | CC2210 |
|---|---|

## Related Product



Happy Christmas Friends



Easter Celebration Set



SPOOKY SURPRISE HOUSE

---

 **Catalog 2024**

Top of Page

---

  

**Catalog 2024**

© EPOCH

Change Region




Catalog    Deer Family

New Products                 Featured Products                 All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| --- | --- | --- | --- |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | BUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

**Deer Family**

New    FIGURES











## Product Description

The Deer family have adorable big ears. This set contains the Deer family in matching floral outfits. This set includes the father, mother, girl and cradled baby with a sling. The figures have different colours and ear patterns! You can put the cradled baby in the flower bucket sling. The father and cradled baby are cocoa-coloured with petal-patterned ears, while the mother and girl are caramel-coloured with flower ear decorations. The grown-ups can carry the cradled baby in the flower bucket sling.

## Box Contents

Deer Father, Deer Mother, Deer Girl, Deer Cradled Baby, flower bucket sling

| Item Code : | CC2207 |
|---|---|

## Related Product










| Yellow Labrador Twins (NEW) | Husky Twins | Striped Cat Family | Hedgehog Family | Highbranch Giraffe Family | Reindeer Family | Sea... |

○ ○ ○ ○ ○ ○ ○ ○

  **Catalog 2024**

Top of Page

  

**Catalog 2024**

© EPOCH


Change Region



**Calico Critters**

Catalog    Hamburger Stand

**Hamburger Stand**

New Products          Featured Products          All Products

CALICO BLIND    FAMILY FIGURES
LAND   BAG     TRIP
AMUSEMENT        HOUSES
SERIES          &
              FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
&      SETS   NURSERY SALON
VEHICLES        SERIES SERIES

TOWN   SEASONAL
SERIES ITEMS









New Products          Featured Products          All Products

CALICO   BLIND   FAMILY   FIGURES
LAND     BAG     TRIP
AMUSEMENT                HOUSES
SERIES                   &
                         FURNITURE

PLAYSET   ACCESSORY   SUNNY   PONY
&         SETS        NURSERY SALON
VEHICLES             SERIES  SERIES

TOWN     SEASONAL
SERIES   ITEMS

## Product Description

The Hamburger Stand set contains a various items such as a hamburger st Comes with over 30 accessories inclu mode. The hamburger stand can be a all the villagers. He is wearing a spec

## Box Contents

Roof, chairs x 4, table, counter, poles x 2, delivery bike, storage box, menu board, register, hamburger (rabbit), hamburger (cat), hamburger (bear), hamburger (bitten), bun (top), bun (bottom), lettuce, tomato, patty, skewer, hot chips x 4, hot chips container x 3, hot chips holder, drink (L) x 2, drink (S) x 2, ketchup, salt, spatula, fryer, metal tray, tray x 4, take-away box, sun visor, Latte Cat father.

| Item Code : | CC2174 |
| --- | --- |

## Related Product


Popcorn Delivery Trike


New
Baby Mermaid Shop


New
Floral Fantasy Skyship


Baby Star Carousel


New
Flowering Princesses Set


New
Daydream Parade Playset


BABY

○ ○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

🇺🇸 Change Region



**Calico Critters**

New Products · Featured Products · All Products

Catalog  ·  Exciting Exploration Set -Latt

### Exciting Exploration Set -I

CALICO LAND · BLIND BAG · FAMILY TRIP · FIGURES

AMUSEMENT SERIES · · · HOUSES & FURNITURE

PLAYSETS & VEHICLES · ACCESSORY SETS · SUNNY NURSERY SERIES · PONY SALON SERIES

TOWN SERIES · SEASONAL ITEMS









New Products        Featured Products        All Products

CALICO  BLIND   FAMILY  FIGURES
LAND    BAG     TRIP
AMUSEME-NT              HOUSES
SERIES                 &
                       FURNITURE

PLAYSETS ACCESSORY SUNNY  PONY
&        SETS      NURSERY SALON
VEHICLES          SERIES  SERIES

TOWN    SEASONAL
SERIES  ITEMS

## Product Description

The Exciting Exploration Set -Latte Ca
lantern and binoculars.The Latte Cat
and wear the rucksack.The Latte Cat

## Box Contents

Lantern, rucksack, adventurer's hat, binoculars, map, Latte Cat Boy, Latte Cat Baby

| Item Code : | CC2179 |
|---|---|

## Related Product








New

Secret Forest Falls    Adventure Tree House    Caravan Family    Lakeside Lodge Gift    Secret Forest Falls    Adventure Tree House
                       Gift Set                Camper            Set                                           Gift Set

○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

Change Region



**Calico Critters®**

Catalog    Seal Family

**Seal Family**

CALICO BLIND    FAMILY FIGURES
LAND    BAG    TRIP
AMUSEMENT        HOUSES
SERIES        &
        FURNITURE

PLAYSETS ACCESSORY SUNNY PONY
&    SETS    NURSERY SALON
VEHICLES        SERIES SERIES

TOWN    SEASONAL
SERIES    ITEMS









New Products          Featured Products          All Products

CALICO BLIND    FAMILY FIGURES
LAND      BAG     TRIP
AMUSEMENT             HOUSES
SERIES                &
                     FURNITURE

PLAYSETS  ACCESSORY SUNNY  PONY
&        SETS     NURSERY SALON
VEHICLES          SERIES  SERIES

TOWN   SEASONAL
SERIES  ITEMS

## Product Description

The Seal Family have cute, round fea
and babies, along with pool accessori

## Box Contents

Seal Father, Seal Mother, Seal Baby,

| Item Code : | CC2176 |
|---|---|

---

## Related Product


Reindeer Twins


Midnight Cat Family

New

Flora Rabbit Twins


Sheep Twins


Kangaroo Family


Toy Poodle Family


Pooki

⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ ⬤

 Catalog 2024

Top of Page





Catalog    Blossom Gardening Set -Flora Rabbit Sister & Brother-

New Products                Featured Products                All Products

CALICO      BLIND     FAMILY    FIGURES
LAND        BAG       TRIP
AMUSEMENT                                 HOUSES
SERIES                                    &
                                         FURNITURE

PLAYSETS  ACCESSORY  BUNNY     PONY
&         SETS       NURSERY   SALON
VEHICLES            SERIES     SERIES

TOWN      SEASONAL
SERIES    ITEMS

## Blossom Gardening Set -Flora Rabbit Sister & Brother-

New    FIGURES    ACCESSORY SETS









## Product Description

*The Blossom Gardening Set -Flora Rabbit Sister & Brother- contains the Flora Rabbit girl and boy and a variety of gardening accessories. The two characters have adorable droopy ears and love flowers.

*Comes with tulips, other flowers and accessories such as a shovel and watering can to tend to them.

*The flowers on the figures' ears can be swapped.

*Any of the four flowers can be put on the boy and girl's ears.

*The flowers can be put in the yellow planter.

*The Flora Rabbit family members are wearing matching checkered outfits in a cool blue colour.

*Alice the Flora Rabbit girl loves nothing more than to look at the grown-ups' book with pictures of the different flowers that grow in the village. She can often be seen out somewhere with her friend Hayden the Husky boy, with the flower book in her hand. She's normally the slow-talking type, but the words tumble out of her mouth when she's talking about flowers.

Lennon the Flora Rabbit boy is laid-back and a little clumsy. He loves gardening so much that he'll even water pots that have no seeds in them yet!

*Combine with the Flora Rabbit Family, Flora Rabbit Twins and Sunny Castle Nursery (sold separately) to collect the whole family for even more fun.

*The accessories on the figures' ears can be swapped with those in the Flora Rabbit Family and Sunny Castle Nursery (sold separately).

## Box Contents

Flora Rabbit Girl, Flora Rabbit Boy, flower (blue), flower (pink), tulip (large), tulip (medium), tulip (small), stem (large), stem (medium), stem (small), plate, shovel, gardening fork, watering can, planter (blue), planter (yellow), flower (purple) x 2, leaves

| Item Code : | CC2159 |
|---|---|

## Story



### A Conversation with the Flowers

The Flora Rabbit family was a gentle family who loved flowers. Nolan, the Flora Rabbit father, was always looking after his flowers and herbs in the garden."Another beautiful day!" he said to them. "Say, herbs, would you mind if I take some of your leaves? I'd like to make some delicious herbal tea." Nolan was so good at growing things that it was as if he really could talk to them. Alice, the Flora Rabbit girl, loved nothing more than reading books about plants. . . . .

*More*

---

## Related Product



Hedgehog Twins (NEW)


Weekend Travel Set - Snow Rabbit Mother-


Striped Cat Family

New

Blossom Gardening Set -Flora Rabbit Sister & Brother-


Goat Family


Sheep Family


Party
Tw



 **Catalog 2024**

Top of Page

  

**Catalog 2024**

© EPOCH

 Change Region



New Products · Featured Products · All Products

Catalog    Flora Rabbit Twins

**Flora Rabbit Twins**

CALICO LAND AMUSEMENT SERIES · BLIND BAG · FAMILY TRIP · FIGURES · HOUSES & FURNITURE

PLAYSETS & VEHICLES · ACCESSORY SETS · SUNNY NURSERY SERIES · PONY SALON SERIES

TOWN SERIES · SEASONAL ITEMS











New Products    Featured Products    All Products

CALICO BLIND    FAMILY FIGURES
LAND    BAG    TRIP
AMUSEMENT    HOUSES
SERIES    &
FURNITURE

PLAYSET    ACCESSORY    SUNNY    PONY
&    SETS    NURSERY    SALON
VEHICLES    SERIES    SERIES

TOWN    SEASONAL
SERIES    ITEMS

## Product Description

*A figure set of Flora Rabbit twins with
The figures' heads can be moved.
*Both of the Flora Rabbit twins (Sitting
*The push-carts of all the twin sets ca
*The sitting baby girl's name is Viola,

*Combine with the Flora Rabbit Famil
Rabbit family!
*The included pushchair can be attached to other pushcarts. Combine together for even more fun imaginative playtime!

## Box Contents

Flora Rabbit twin (Sitting), Flora Rabbit twin (Crawling), Pushcart (Pink Car)

| Item Code : | CC2160 |
| --- | --- |

## Story



### The Crayon Seeds

Runo and Viola, the Flora Rabbit twin babies, loved to draw. The things they loved most of all were the crayons their mother and father had given them. They drew and drew with those crayons. Before long, they had drawn with them so much that their favorite ones were too small to draw with anymore! Oh, bother! One day, when Runo and Viola went outside, they saw their big brother Lennon working on some flowerbeds. "I'm planting some seeds," said Lennon. "If I take good care of them, these little seeds will grow into flowers! Would you two like to plant some seeds, too?" "Yes, please!" replied Runo and Viola. They carefully planted some seeds, smiling happily at each other. . . . .

More

## Related Product

      

Persian Cat Twins                    Fe

New Products

Featured Products

All Products

CALICO
LAND

BLIND
BAG

FAMILY
TRIP

FIGURES

AMUSEMENT
SERIES

HOUSES
&
FURNITURE

PLAYSETS
&
VEHICLES

ACCESSORY
SETS

SUNNY
NURSERY
SERIES

PONY
SALON
SERIES

[PDF] Catalog 2024

Top of Page

---

Catalog 2024

© EPOCH

Change Region



Catalog    Latte Cat Family

New Products          Featured Products          All Products

CALICO      BLIND      FAMILY      FIGURES
LAND        BAG        TRIP
AMUSEMENT                          HOUSES
SERIES                             &
                                   FURNITURE

PLAYSETS    ACCESSORY  BUNNY       PONY
&           SETS       NURSERY     SALON
VEHICLES               SERIES      SERIES

TOWN        SEASONAL
SERIES      ITEMS

**Latte Cat Family**

New    FIGURES











## Product Description

*The Latte Cat Family have soft colours and rounded patterns. This set contains the father, mother, girl, baby and various accessories.

*Accessories include drinks, a waffle and a shopping bag.

*The figures can hold the drinks and shopping bag.

*The mother, father and girl are wearing colourful checkered outfits in different colours.

*Matteo the Latte Cat father loves shopping with Daniela. Whenever they look at clothes, Matteo is always suggesting new things for her to try on and offering to buy them for her.

Whenever Daniela the Latte Cat mother goes shopping, she always stops for a cup of tea…and spends more time drinking it than she did shopping! She enjoys having lunch with her friends too.

Monica the Latte Cat girl loves to eat. She always wants to try new foods.

Pino the Latte Cat baby loves playing shopping games. He'll set up his own pretend shop and welcome all his customers with a cheerful smile.

*Combine with the Exciting Exploration Set -Latte Cat Brother & Baby- (sold separately) to collect the whole family for even more fun.

## Box Contents

Latte Cat Father, Latte Cat Mother, Latte Cat Girl, Latte Cat Baby, cup x 2, shopping bag, waffle, plate

| Item Code : | CC2161 |
|---|---|

## Story



**The Surprise Shopping Trip**

The Latte Cat family loved to look their best. "I love your outfits!" the villagers would say when they saw the Latte Cat family walking down the cobblestone paths between the shops at the market. Matteo, the Latte Cat father, loved shopping. Whenever the family went shopping, Matteo would point out new clothes. "That would look wonderful on you," he would say to one of the others. "Would you like to try it on?" And he was right every time. On the way home, Matteo would carry all the bags, beaming with pride. One day, Daniela, the Latte Cat mother, noticed something as she looked through the family's shopping bags at home.....

More

---

## Related Product








New

| Husky Family | Sea Otter Family | Sheep Twins | Penguin Family | Goat Family | Milk Rabbit Family | TOY |



Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

Change Region



New Products          Featured Products          All Products

Catalog    Nursery Friends -Rainy Day D

**Nursery Friends -Rainy Da**

CALICO   BLIND    FAMILY   FIGURES
LAND     BAG      TRIP
AMUSEMENT                  HOUSES
SERIES                     &
                           FURNITURE

PLAYSETS  ACCESSORY  SUNNY   PONY
&         SETS       NURSERY SALON
VEHICLES            SERIES  SERIES

TOWN     SEASONAL
SERIES   ITEMS











New Products          Featured Products          All Products

CALICO BLIND    FAMILY FIGURES
LAND    BAG    TRIP
AMUSEMENT
SERIES

PLAYSETS ACCESSORY SUNNY PONY
&    SETS    NURSERY SALON
VEHICLES    SERIES SERIES

TOWN    SEASONAL
SERIES    ITEMS

## Product Description

*The Nursery Friends -Rainy Day Duo
*This set comes with cute umbrellas,
*The babies are wearing raincoats wit
*The babies can also wear the wellies
*The Marshmallow Mouse baby is Alt

*Combine with Sunny Castle Nursery,
*Combine with baby and cradled baby figures (sold separately) for even more fun, imaginative playtime.

## Box Contents

Pookie Panda Baby, Marshmallow Mouse Baby, umbrella (panda), umbrella (heart), wellies (purple), wellies (pink), puddle

| Item Code : | CC2171 |
|---|---|

## Related Product

 
New
Rainbow Fun Nursery Bus

 
New
Nursery Swing


New
Sunny Castle Nursery


New
Nursery Friends -Walk Along Duo-


New
Nursery Friends -Sleepover Party Trio-


New
Nursery Friends -Pool Fun Trio-


New
Nurs

○ ○ ○ ○ ○ ○ ○

 Catalog 2024

Top of Page

  

Catalog 2024

© EPOCH

Change Region



Catalog    Nursery Friends -Sleepover Party Trio-

New Products          Featured Products          All Products

| | | | |
|---|---|---|---|
| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | SUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

## Nursery Friends -Sleepover Party Trio-

New    SUNNY NURSERY SERIES









## Product Description

*The Nursery Friends -Sleepover Party Trio- set is the perfect addition to any nursery playset! Contains three babies.
*Create fun scenes of the babies stargazing while on a sleepover party. The babies can use the telescope and constellation book for stargazing.

*The babies are wearing cute pyjamas with star patterns and nightcaps.
*The babies can hold the lantern.
*The Midnight Cat baby is Gloria, the Sheep baby is Emma, and the Milk Rabbit cradled baby is Iris.

*Combine with Sunny Castle Nursery, Rainbow Fun Nursery Bus, Nursery Swing, Nursery Sandbox & Pool and Flora Rabbit Family (sold separately) for even more fun.
*Combine with baby and cradled baby figures (sold separately) for even more fun, imaginative playtime!

## Box Contents

Midnight Cat Baby, Sheep Baby, Milk Rabbit Cradled Baby, telescope, constellation book, star shaped clock, lantern

| Item Code : | CC2173 |
|---|---|

## Related Product

New 

Nursery Friends -Pool Fun Trio-

New 

Nursery Friends -Walk Along Duo-

New 

Nursery Swing

New 

Nursery Friends - Rainy Day Duo-

New 

Nursery Sandbox & Pool

New 

Rainbow Fun Nursery Bus

New 

Sunn



 **Catalog 2024**

Top of Page

  

Catalog 2024

© EPOCH

🇺🇸 Change Region



Catalog    Nursery Friends -Pool Fun Trio-



New Products                    Featured Products                    All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| PLAYSETS & VEHICLES | ACCESSORY SETS | SUNNY NURSERY SERIES | HOUSES & FURNITURE |
| TOWN SERIES | SEASONAL ITEMS | | PONY SALON SERIES |

**Nursery Friends -Pool Fun Trio-**

New        SUNNY NURSERY SERIES









## Product Description

*The Nursery Friends -Pool Fun Trio- set is the perfect addition to any nursery playset! Contains three babies.
*The inflatable dolphin and pool toys provide lots of fun in the pool. Cradled babies can ride the inflatable dolphin.
*The babies are wearing cute swimming costumes with wave patterns and shell buttons.
*The babies can hold the pool toys and wear the goggles.
*The Fennec Fox baby is Yulie, the Walnut Squirrel baby is Ambrose and the Splashy Otter cradled baby is Nicola.

*Combine with Sunny Castle Nursery, Rainbow Fun Nursery Bus, Nursery Swing, Nursery Sandbox & Pool and Flora Rabbit Family (sold separately) for even more fun.
*Combine with baby and cradled baby figures (sold separately) for even more fun, imaginative playtime!

## Box Contents

Fennec Fox Baby, Walnut Squirrel Baby, Splashy Otter Cradled Baby, inflatable dolphin, goggles (pink), goggles (green), pool toy (pink), pool toy (yellow)

| Item Code : | CC2172 |
|---|---|

## Related Product


Nursery Friends - Sleepover Party Trio-


Nursery Friends -Walk Along Duo-


Nursery Sandbox & Pool


Sunny Castle Nursery


Rainbow Fun Nursery Bus


Nursery Swing


Nur Ra



 **Catalog 2024**

Top of Page

  

**Catalog 2024**

© EPOCH

 Change Region

**Calico Critters®**



Catalog    Nursery Friends -Walk Along Duo-

New Products    Featured Products    All Products

| CALICO LAND AMUSEMENT SERIES | BLIND BAG | FAMILY TRIP | FIGURES |
| | | | HOUSES & FURNITURE |
| PLAYSETS & VEHICLES | ACCESSORY SETS | SUNNY NURSERY SERIES | PONY SALON SERIES |
| TOWN SERIES | SEASONAL ITEMS | | |

### Nursery Friends -Walk Along Duo-

New    SUNNY NURSERY SERIES



                



## Product Description

*The Nursery Friends –Walk Along Duo- set contains two babies who are ready to go to the nursery—the perfect addition to any nursery playset.

*This set contains accessories such as a rucksack, hat and water bottle—everything the babies need for the walk to the nursery.
*The babies are wearing cute, colourful clothes.
*The babies can wear and hold the rucksack, tote bag, water bottle and hat.
*The crayons and sketchbook can be put in the rucksack or tote bag.
*The Chocolate Rabbit baby is Crème and the Persian Cat baby is Ryan.

*Combine with Sunny Castle Nursery, Rainbow Fun Nursery Bus, Nursery Swing, Nursery Sandbox & Pool and Flora Rabbit Family (sold separately) for even more fun.
*Combine with baby and cradled baby figures (sold separately) for even more fun imaginative playtime!

## Box Contents

Chocolate Rabbit Baby, Persian Cat Baby, rucksack, bag, hat, water bottle, sketchbook, crayons, cover

| Item Code : | CC2170 |
|---|---|

## Related Product


Nursery Friends -Sleepover Party Trio-


Rainbow Fun Nursery Bus


Sunny Castle Nursery


Nursery Swing


Nursery Friends -Pool Fun Trio-


Nursery Friends - Rainy Day Duo-


Nurs



  Catalog 2024

Top of Page

  

© EPOCH

Change Region



**Calico Critters**

Catalog    Flora Rabbit Family

**Flora Rabbit Family**

New Products    Featured Products    All Products

CALICO LAND    BLIND BAG    FAMILY TRIP    FIGURES
AMUSEMENT SERIES

HOUSES & FURNITURE

PLAYSETS & VEHICLES    ACCESSORY SETS    BUNNY NURSERY SERIES    PONY SALON SERIES

TOWN SERIES    SEASONAL ITEMS









New Products    Featured Products    All Products

CALICO LAND    BLIND BAG    FAMILY TRIP    FIGURES
AMUSEMENT SERIES    HOUSES & FURNITURE
PLAYSETS & VEHICLES    ACCESSORY SETS    SUNNY NURSERY SERIES    PONY SALON SERIES
TOWN SERIES    SEASONAL ITEMS

### Product Description

*The Flora Rabbit Family have adoral
*The flower and clover on the figures'
*You can put the three babies in the b
*The flower on the mother's ear and t
*The Flora Rabbit family members are
*Nolan the Flora Rabbit father is a ge

Aria the Flora Rabbit mother is a wonderful singer and piano player. She's a teacher at the Nursery school — the babies love how kind she is and how much fun they have with her. She can't draw well at all, though!

The triplets' names are Rosemary, Thyme and Sage.

*Combine with the Blossom Gardening Set -Flora Rabbit Sister & Brother-, Flora Rabbit Twins and Sunny Castle Nursery (sold separately) to collect the whole family for even more fun.
*The flower and clover on the figures' ears can be swapped with those in the Blossom Gardening Set -Flora Rabbit Sister & Brother- and Sunny Castle Nursery (sold separately).

### Box Contents

Flora Rabbit Father, Flora Rabbit Mother, Flora Rabbit Cradled Baby (pink outfit), Flora Rabbit Cradled Baby (yellow outfit), Flora Rabbit Cradled Baby (purple outfit), clover, flower (blue), flower (yellow) x 2, bouquet, baby carriage

| Item Code : | CC2158 |
|---|---|

## Related Product


Reindeer Family


Penguin Babies Ride 'n Play

New

Deer Twins


Marshmallow Mouse Triplets


TOY POODLE TWINS (NEW)


Yellow Labrador Twins (NEW)


Midn

○ ○ ○ ○ ○ ○ ○ ○

 **Catalog 2024**

Top of Page

  

 **Catalog 2024**

© EPOCH

New Products

Featured Products

All Products

CALICO
LAND
AMUSEMENT
SERIES

BLIND
BAG

FAMILY
TRIP

FIGURES

HOUSES
&
FURNITURE

PLAYSETS
&
VEHICLES

ACCESSORY
SETS

BUNNY
NURSERY
SERIES

PONY
SALON
SERIES

TOWN
SERIES

SEASONAL
ITEMS