# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, on behalf of themselves and all other similarly situated

Plaintiff,

-v-

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company and AMAZON.COM SERVICES LLC, a Delaware corporation

Defendants.

CASE NO. 2:23-CV-02567-ODW-SK

REPORTER'S TRANSCRIPT OF PROCEEDINGS:

DEPOSITION OF ALYSSA MASTERSON

WEDNESDAY, NOVEMBER 6TH, 2024, 9:00 AM

-TAKEN VIA REMOTE VIDEOCONFERENCE-

CONTAINS CONFIDENTIAL INFORMATION

REPORTED BY: NATALIE WILLS, CSR NO. 14607, CVR

Brook?

A. I believe since 2020.

Q. Ms. Masterson, you're here today and we are here to take your deposition as a designated corporate representative for. For Epoch Everlasting Play LLC. Do you understand that?

A. Yes.

Q. Okay.

And we're going to go over the specific areas of testimony that you've been designated to provide here in a minute. But you understand that the testimony you give today is under oath. Correct?

A. Yes.

Q. And you understand that that's the same oath you would take if we try this case in California, and that it carries with it the same pains and penalties of perjury as if we were in the courtroom. You understand that?

A. Yes.

Q. Do you -- you are remotely -- and I think your lawyer's in a room with you. Do you have any electronic devices on you that can send or receive electronic communications?

A. On me personally? No.

Q. Okay.

09:23:08 09:23:08 09:23:11 09:23:20 09:23:23 09:23:26 09:23:26 09:23:28 09:23:29 09:23:32 09:23:35 09:23:37 09:23:38 09:23:39 09:23:42 09:23:45 09:23:48 09:23:50 09:23:50 09:23:52 09:23:58 09:24:00 09:24:04 09:24:04 09:24:08

And are you on a laptop computer? 09:24:10
A. Yes. 09:24:11
Q. Does that laptop computer set to where it can receive electronic communications during this deposition? 09:24:13 09:24:17 09:24:20
A. It is accessible to the Internet, but I do not have any other applications open. 09:24:20 09:24:25
Q. Okay, great. 09:24:26
Ms. Masterson, how long have you worked for. Let me. Let's. Let's do this first. I'm going to probably say EEP more than I say Epoch Everlasting Play today. Can we have an agreement that if I say EEP, that we're both understand we're talking about Epoch Everlasting Play LLC? 09:24:28 09:24:35 09:24:37 09:24:41 09:24:45 09:24:47
A. Yes. 09:24:48
Q. Okay. 09:24:50
What is your current job for EEP? 09:24:52
A. My current title is Vice President of Marketing and Strategic Product Development. 09:24:53 09:24:57
Q. How long have you been the Vice President of Marketing and Strategic Product Development? 09:24:59 09:25:03
A. Since 2022. 09:25:05
Q. And prior to that time, what was your job? 09:25:07
A. I've always been involved in the realm of marketing, but my title has changed over time. 09:25:12 09:25:16

Q. Okay.

Prior to be being named Vice President of Marketing and Strategic Product Development, what was your job?

A. I was the Director of Marketing and Strategic Product Development.

Q. Okay.

And was there a Vice President of Marketing and Strategic Product Development when you were the Director?

A. No.

Q. This was a job that was when you were promoted, that job was created or that position was created. Is that correct?

A. Yes.

Q. Okay.

When did you start working for the company?

A. In April of 2017.

Q. Right. And I think you told me the -- the promotion to Vice president was in 2020? 2022.

I didn't get that. I didn't get that. Go ahead.

A. 2022.

Q. Okay, thank you. I think I spoke over top of you and so I apologize.

So let's talk about your duties and

09:25:18 09:25:20 09:25:22 09:25:26 09:25:26 09:25:30 09:25:30 09:25:32 09:25:35 09:25:37 09:25:38 09:25:43 09:25:45 09:25:46 09:25:47 09:25:54 09:25:56 09:25:59 09:26:02 09:26:12 09:26:14 09:26:15 09:26:15 09:26:18 09:26:21

Q. The one -- that man -- the person who's in charge of product safety and compliance for all of your product brands.

A. Sonia Dimitrovsky.

Q. Could you spell that last name?

A. D-I-M-I-T-R-O-V-S-K-Y

Q. How long has Sonia Dimitrovsky worked for EEP?

A. I don't know specifically.

Q. Was Sonia Dimitrovsky working for EEP when you came to work there in 2017?

A. Yes.

Q. Did she have a role in product safety and compliance in 2017 when you came to work for EEP?

A. I don't know.

Q. When you came to work for EEP, were you put in charge of product safety and compliance as a part of your original responsibilities for your original job?

A. No.

Q. When did your job responsibilities at EEP begin to include responsibilities for product safety and compliance?

A. In February of 2020.

Q. In February of 2020, you were put in charge of product safety and compliance at EEP. Is that correct?

A. Yes.

09:32:23 09:32:26 09:32:29 09:32:30 09:32:32 09:32:36 09:32:44 09:32:50 09:32:53 09:32:57 09:32:57 09:32:59 09:33:02 09:33:04 09:33:07 09:33:13 09:33:15 09:33:17 09:33:18 09:33:26 09:33:31 09:33:31 09:33:34 09:33:45 09:33:47

I know that you -- okay. So you took over the role of compliance in February 2020?

A. Yes.

Q. Okay.

Well, you would agree with me then, as of January 30, 2019 -- well, let's just go with this.

You would agree with me that as of February of 2020, with regard to the Small Parts Regulation and determining whether EEP was in compliance with CPSC Regulations, you would agree that you were not familiar with the small parts rule at that time. Correct?

MR. HOFFMAN: Objection to form.

A. That is what I testified in my deposition in 2020. Yes.

BY MR. WALKER:

Q. And when you testified in your deposition, you testified truthfully. Correct?

A. Yes.

Q. And you testified that as of July 20, 2020, you were not familiar with the Small Parts Rule. Correct?

A. Yes.

Q. And you testified as of July 1, 2020, that you did not possess or know how to use a Small Part

Cylinder. Correct? 11:07:00

A. Yes. 11:07:01

Q. You would agree that as of February 2020, when you took over, you had never used a Small Part Cylinder in your role as a person in charge of CPSC Compliance, Correct? 11:07:02 11:07:12 11:07:14 11:07:17

Is that correct? 11:07:17

A. Yes. 11:07:25

Q. Okay. 11:07:26

And you would agree that you had never even used a Small Part Cylinder in your role as CPSC Compliance as of the date that I took your deposition in July of 2020. Correct? 11:07:28 11:07:31 11:07:36 11:07:38

A. Yes. 11:07:39

Q. And, as of that date in July of 2020, you are not aware that if a product fits inside the Small Part Cylinder, it meets the definition of a Small Part under the CPSC Regulations. Correct? 11:07:41 11:07:50 11:07:52 11:07:54

A. Yes. 11:07:56

Q. And as of that date, you didn't know if any of the products fit into the Small Part Cylinder. Correct? 11:07:57 11:08:07

A. Correct. 11:08:09

Q. Okay. 11:08:10

And so, your statement with regard to being familiar with Calico Critter products, including products 11:08:13 11:08:16

contain Flock Figures and as well as the size and whether they fit into the Small Parts Rule; that would have had to have changed after July 1st of 2020. Correct? 11:08:20 11:08:24 11:08:27

A. Yes. 11:08:29

Q. Now, have you ever received any formal training with regard to CPSC Compliance? 11:08:31 11:08:33

A. I did attend a training with Intertek Testing services within the last two years. 11:08:35 11:08:39

Q. Okay. 11:08:44

And the Intertek testing services include training with regard to CPSC Compliance and the Small Parts Rule? 11:08:46 11:08:49 11:08:52

A. Yes. 11:08:53

Q. Okay. 11:08:54

Because Intertek tests your products for all kinds of safety issues. Correct? 11:08:56 11:08:58

A. Yes. 11:08:59

Q. And have you -- have you ever received any other formal training with regards to the small parts regulations of the CPSC regulations? 11:09:01 11:09:06 11:09:08

A. No. 11:09:10

Q. So you make a statement in your declaration that says, "I have an understanding of which Calico Critters, figures and accessories clearly do or do not fit inside the small part cylinder." 11:09:12 11:09:21 11:09:23 11:09:28

Is that correct? You see that statement number 3? 11:09:29 11:09:31

MR. HOFFMAN: Object to the form. 11:09:32

A. Yes, I see that statement. 11:09:35

BY MR. WALKER: 11:09:40

Q. Okay. 11:09:40

I'm going to re ask the question. Do you have your declaration in front of you? 11:09:40 11:09:42

A. Yes, I do. 11:09:43

Q. Okay. 11:09:45

I'm going to start with paragraph number 2. Paragraph 2 says, "I'm generally familiar with the Small Parts Rule." Did I read that correctly? 11:09:47 11:09:50 11:09:53

A. Yes. 11:09:54

Q. Any familiarity you have with the Small Parts Rule as the person in charge of CPSC Compliance at EEP would have to have taken place after July 1st of 2020. Correct? 11:09:55 11:09:58 11:10:03 11:10:05

A. Yes. 11:10:05

Q. And you would not have had any knowledge with regard to the Small Parks Rule prior to July of 2020 and certainly not on January 30th of 2019. Correct? 11:10:07 11:10:10 11:10:14

A. Yes. 11:10:16

MR. HOFFMAN: Object to the form. 11:10:16

BY MR. WALKER: 11:10:17

Q. You can answer. 11:10:19
A. Can you please re ask your question? 11:10:19
Q. Yes. Any familiarity that you had with the Small Parts Rule would had to have come after July 1st of 2020 and certainly was not in place as of January 30th, 2019. Correct? 11:10:22 11:10:24 11:10:26 11:10:31
MR. HOFFMAN: Object to the form. 11:10:33
BY MR. WALKER: 11:10:34
Q. You can answer. 11:10:35
A. Correct. 11:10:35
Q. Okay. 11:10:39
The next statement says, "I possess and have used a cylinder conforming to the dimensions provided in the Small Parts Rule to determine whether a figure or accessory would be considered Small Part under the Rule." Did I read that correctly? 11:10:40 11:10:42 11:10:46 11:10:48 11:10:51
A. Yes. 11:10:52
Q. Okay. 11:10:55
Now, any possession or use of a cylinder would had to have been after July 1st of 2020. Correct? 11:10:57 11:11:00
A. Yes. 11:11:02
Q. In fact, I think you told me your deposition the first time you'd seen that cylinder or anybody use it was when I showed it to you in the deposition. Correct? 11:11:04 11:11:06 11:11:08 11:11:10

the smallest figurines are either babies or triplets. Correct? 11:34:21 11:34:26

A. There are babies, there are twins, and there are triplets. 11:34:26 11:34:31

Q. Okay. And that's what I was -- I was referring to. Yeah, babies, twins and triplets. 11:34:31 11:34:34

A. Yes. And the triplets are the cradle-sized. 11:34:38

Q. Okay. The same size as the cradle babies and they fit into the Small Part Cylinder. Is that right? 11:34:41 11:34:44

A. Yes. 11:34:46

Q. Does EEP currently market any products with the babies or triplets? 11:34:47 11:34:50

A. Yes. 11:34:54

Q. And they currently sell products with the babies and triplets? 11:34:57 11:35:01

A. Yes. 11:35:02

Q. Has EEP done any product changes where they have removed babies or triplets from their product from a product package or product line? 11:35:04 11:35:10 11:35:14

A. Not to my knowledge. 11:35:16

Q. Okay. 11:35:24

(Pause in the record.) 11:35:24

I want to draw your attention, Ms. Masterson, to the response to Interrogatory No. 2. And I will find it. 11:36:01 11:36:16

(Pause in the record.) 11:37:15

12:16:00
12:16:00
12:16:05
12:16:08
12:16:09
12:16:10
12:16:13
12:16:15
12:16:21
12:16:22
12:16:22
12:16:27
12:16:29
12:16:29
12:16:34
12:16:41
12:16:44
12:16:46
12:16:48
12:17:14
12:17:17
12:17:21
12:17:24
12:17:26
12:17:30

CONTAINS CONFIDENTIAL INFORMATION
Transcript of Alyssa Masterson
Conducted on November 6, 2024                    122

[Page content redacted]

UNITED STATES DISTRICT COURT )
)
FOR THE CENTRAL DISTRICT OF CALIFORNIA)

________________________________x
WILLIENE JACKSON-JONES, :
on behalf of themselves and all :
other similarly situated :
:
Plaintiff, :
: CASE NO.
-v- : 2:23-CV-02567-ODW-SK
:
EPOCH EVERLASTING PLAY, LLC, :
a Delaware limited liability :
company and AMAZON.COM SERVICES :
LLC, a Delaware corporation :
:
:
Defendants. :
________________________________x

I, Natalie E. Wills, Certified Shorthand Reporter 14607 and Certified Verbatim Reporter, in and for the state of California, hereby certify that the foregoing, pages 1 through 171, comprise a full, true, and computer-aided transcript of the proceedings held in the matter of the above-entailed cause.

Dated in Redwood City, California, this 14th day of November 2024.

________________________________
NATALIE WILLS, CSR #14607