# EXHIBIT 9

**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

IAN S. HOFFMAN (admitted *pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406
Facsimile: +1 202.942.5999

*Attorneys for Defendants*
EPOCH EVERLASTING PLAY, LLC
and TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated, KAREN SANTOS, individually and on behalf of all others situated,

Plaintiffs,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DEFENDANT TARGET CORPORATION'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES**

Defendant Target Corporation ("Target"), by and through its undersigned counsel, hereby supplements its objections and responses to Plaintiffs' Interrogatories as follows. Target incorporates its General and Specific Objections to Plaintiffs' Interrogatories asserted on January 19, 2024. Subject to and without waiving those objections, Target states as follows:

Having conducted a reasonable search of its records, Defendant Target hereby supplements its responses to Plaintiffs' Interrogatories Nos. 5 and 7 by attaching **Exhibit A**, which shows sales data for all Calico Critters products containing a flocked figure that were (a) purchased from Target.com and shipped to addresses located in California, or (b) purchased from Target stores located in California, between January 30, 2019 and December 31, 2023.

Dated: February 16, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ James F. Speyer*
James F. Speyer
Ian S. Hoffman

Attorneys for Defendants
EPOCH EVERLASTING PLAY, LLC and
TARGET CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2024, I served the foregoing document via e-mail, per agreement of the parties, on the following:

**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, California 90024
Tel: (310) 396-9600

*Counsel for Plaintiffs and the Proposed Class*

Dated: February 16, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Ian S. Hoffman*
Ian S. Hoffman

Attorney for Defendants
EPOCH EVERLASTING PLAY, LLC and
TARGET CORPORATION