**EXHIBIT 12**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3   ------------------------------x
 4   WILLIENE JACKSON-JONES, et     :
 5   al., on behalf of themselves   :
 6   and all others similarly       :
 7   situated,                      :  Civil Action No.:
 8           Plaintiffs,            :  2:23-cv-02567-ODW-SK
 9      v.                          :
10   EPOCH EVERLASTING PLAY, LLC,   :
11   et al.,                        :
12           Defendants.            :
13   ------------------------------x
14
15              Videotaped Deposition of
16                WILLIENE JACKSON-JONES
17                  Conducted Virtually
18               Tuesday, March 19, 2024
19                    8:34 a.m. PST
20
21
22   Job No.: 530054
23   Pages: 1 - 170
24   Reported By: DEBRA BOLLMAN FARFAN, RDR, CRR, CRC
25             CA CSR No. 11648
```

| | | |
|---|---|---|
| 1 | house anymore, even way before I gave it away. | 10:52:32 |
| 2 | Q.  So that would have been sometime earlier in | 10:52:41 |
| 3 | 2022 you put them away; and then there was a window | 10:52:44 |
| 4 | of time, deciding what to do with them, before you | 10:52:46 |
| 5 | gave them to Karla? | 10:52:49 |
| 6 | A.  It was like mid-2022 because they were | 10:52:50 |
| 7 | put -- they were put away -- actually, I had put | 10:52:56 |
| 8 | them in her brother's room so that she couldn't | 10:53:00 |
| 9 | even see them.  They were in canisters. | 10:53:02 |
| 10 | And then we gave them away towards the end | 10:53:04 |
| 11 | of 2022, September or somewhere up in there. | 10:53:08 |
| 12 | Q.  And am I correct in understanding that | 10:53:15 |
| 13 | there was a time in which you were trying to decide | 10:53:19 |
| 14 | whether to just throw them all away or give them to | 10:53:23 |
| 15 | your friend Karla?  Is that right? | 10:53:26 |
| 16 | A.  Yes. | 10:53:27 |
| 17 | Q.  What ultimately made you decide to give | 10:53:28 |
| 18 | them to your friend Karla instead of throwing them | 10:53:30 |
| 19 | away? | 10:53:33 |
| 20 | A.  Just my daughter-in-law had packed up a | 10:53:33 |
| 21 | bunch of stuff to give to Karla, some clothes and | 10:53:37 |
| 22 | some other toys.  And I was the contact person | 10:53:41 |
| 23 | between giving that bag to my co-worker.  And so | 10:53:45 |
| 24 | once I was given -- since I was going to be giving | 10:53:49 |
| 25 | that bag to her, I put that stuff in there with it | 10:53:52 |

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
2   -------------------------------x
3   WILLIENE JACKSON-JONES, et      :
4   al., on behalf of themselves    :
5   and all others similarly        :
6   situated,                       :  Civil Action No.:
7          Plaintiffs,              :  2:23-cv-02567-ODW-SK
8       v.                          :
9   EPOCH EVERLASTING PLAY, LLC,    :
10  et al.,                         :
11         Defendants.              :
12  -------------------------------x
13          I, DEBRA BOLLMAN FARFAN, Certified
14   Shorthand Reporter, License No. 11648, in the State
15   of California, hereby certify that the foregoing is
16   a true and accurate transcript of the proceedings
17   taken before me on Tuesday, March 19, 2024, as
18   thereon stated.
19          I declare under penalty of perjury that the
20   foregoing is true and correct.
21          Executed at Norco, California, on the
22   24th of March, 2024.
23
24                    _____
                      DEBRA BOLLMAN FARFAN, CSR 11648
25                    RDR, CRR, CRC
```