# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

----------------------------x

WILLIENE JACKSON-JONES, et :
Al., on behalf of themselves:
And all others similarly :
Situated, :
Plaintiffs, :
v. : Civil Action No.:
EPOCH EVERLASTING PLAY, : 2:23-cv-02567-ODW-SK
LLC, et al., :
Defendants. :

----------------------------x

Video deposition of WILLIAM INGERSOLL, PH.D.

Conducted Virtually

Friday, April 26, 2024

10:01 a.m. EST

Job No.: 533958

Pages: 1 - 136

Stenographically reported by: Judith E. Bellinger, RPR, CRR, CSR-TX, CCR-WA, CCR-NM

the overall product."
And my question is, how are you going to do that?
MS. WADE: Vague and ambiguous.
A Sorry, where does it say I'll determine the offending portion? Maybe that will help me understand what I need to clarify.
Q Sure. Paragraph 9, "if it is found that the appropriate measure of restitution is the portion of price attributable to the offending portion of the subject product." Paragraph 13, "if the trier of fact determines that the proper measure of refund restitution is a refund of the portion of price attributable to the offending portion of the product." Paragraph 14, "I propose measuring the portions of the price attributable to the offending portion of the product."
A So, as I testified to earlier, what I mean by portion of the product there is the subset of the pieces that, you know, are flagged as offending. Also, in none of those places do I say I'm determining those myself. And as I stated earlier, I would rely on either the Court or guidance from counsel to tell me which of those subset, subset of those parts are the ones that

11:52:06
11:52:08
11:52:10
11:52:14
11:52:15
11:52:15
11:52:22
11:52:24
11:52:28
11:52:30
11:52:34
11:52:37
11:52:40
11:52:43
11:52:46
11:52:50
11:52:53
11:52:57
11:53:00
11:53:03
11:53:09
11:53:14
11:53:17
11:53:20
11:53:23

are problematic in this case. 11:53:30
Q Okay. So you just used the term 11:53:31
"subset," okay? 11:53:33
So the small parts are a subset of 11:53:35
something else, correct? 11:53:39
A Of the overall product, yes. 11:53:43
Q Okay. And that subset is what you call 11:53:45
the offending portion of the product, correct? 11:53:50
A Yes, by which I mean the discrete parts 11:53:55
of it. I'm not talking about a continuous 11:53:57
percentage. 11:54:01
Q I don't understand what that means. 11:54:01
Can you try to explain that more? 11:54:02
A Yeah. I literally mean the portion of 11:54:05
the product, if we say, put in a bucket, like, we 11:54:07
empty the box of the parts or of the toy and we 11:54:12
separated out the ones that I was told were the 11:54:17
problematic ones, then I'd have, you know, one 11:54:19
portion, which is the problematic ones, and I'd 11:54:22
have some other portion of the product which were 11:54:25
not the problematic ones. 11:54:29
I mean, maybe there's a better word 11:54:31
than portion that would suggest something else to 11:54:33
you, but I'm clarifying to you right now, that's 11:54:35
what I mean when I say portion here. 11:54:37

Q So when you use the term "portion," you're not saying it to denote any particular percentage of the overall product, you're simply using it to denote the number of small parts that are in the overall product; is that correct? 11:54:45 11:54:47 11:54:50 11:54:55 11:54:59

MS. WADE: Vague and ambiguous. 11:55:03

A Assuming that small parts is the correct definition of what would be the problematic parts, yes. 11:55:06 11:55:07 11:55:09

Q Okay. So, for example, when you say, in paragraph 14, "I propose measuring the portion of the price attributable to the offending portion of the product using hedonic regression analysis," you're really saying, I propose measuring the portion of the price attributable to the number of offending pieces in the product. 11:55:14 11:55:33 11:55:37 11:55:41 11:55:47 11:55:50 11:55:53

Correct? 11:55:56

MS. WADE: Vague and ambiguous. 11:56:00

A I think, in this case, that is equivalent. So I think the answer is yes. 11:56:08 11:56:11

Q Okay. Now, let's go to paragraph 16. 11:56:15

MR. SPEYER: Thank you, Henry. 11:56:35

Q Okay. So, directing your attention to the second sentence "If we account for other price-relevant characteristics (for example, 11:56:36 11:56:41 11:56:46

number or presence of larger pieces, number or presence of medium pieces, number or presence of smaller allegedly offending pieces, et cetera) the resulting hedonic regression price estimate for the smaller allegedly offending pieces will give us a value of how much of the price of the product was due to that characteristic compared to a similar product without this characteristic." 11:56:50 11:56:52 11:56:55 11:56:58 11:57:01 11:57:03 11:57:05 11:57:08

I read that correctly? 11:57:10

A Yes, although it's the third sentence. 11:57:13

Q Okay. Thank you. 11:57:15

Okay. So, your proposed methodology requires you to count the number of small parts, the number of medium parts, and the number of larger parts, correct? 11:57:19 11:57:24 11:57:26 11:57:29

MS. WADE: Vague and ambiguous. 11:57:32

A Correct. 11:57:34

Q Okay. And did -- 11:57:37

A You know, some appropriate set of characteristics. 11:57:40 11:57:41

Q In addition to the size of the product -- of the pieces? 11:57:46 11:57:47

A I think size is important here because the smaller ones are potentially the ones that are the offending ones. So I don't know if there 11:57:51 11:57:52 11:57:56

CERTIFICATE OF REPORTER - NOTARY PUBLIC

I, JUDITH E. BELLINGER, RPR, CRR, CSR, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 29th day of April, 2024.

My Commission Expires: November 3, 2024

Judith E. Bellinger

______________________________

E-NOTARY PUBLIC IN AND FOR

THE STATE OF MARYLAND