# EXHIBIT 14

UNITED STATES
CONSUMER PRODUCT SAFETY COMMISSION
4330 EAST WEST HIGHWAY
BETHESDA, MD 20814
COMMISSIONER PETER A. FELDMAN

**STATEMENT OF COMMISSIONER PETER A. FELDMAN ON CORRECTIVE ACTION PLAN WITH EPOCH EVERLASTING PLAY, LLC**

**MARCH 9, 2023**

Today, the U.S. Consumer Product Safety Commission (CPSC) announced a corrective action plan regarding Epoch Everlasting Play, LLC's (EEP) Calico Critters brand toys. Because these toys have resulted in two known fatalities and one near miss, I have for years called on the Commission to act. Today's recall should be only a first step. I will continue to urge Commission staff to review similar Calico Critters toys and accessories to ensure safety.

This recall involves flocked toy sets that included undersized bottle and pacifier accessories. The CPSC Small Parts Rule is designed to protect children from choking on, inhaling, or swallowing small objects. Specifically, the rule bans toys and other articles that are intended for use by children under three years of age, that have small parts.

With today's announcement, I believe CPSC should also determine whether EEP has complied with its reporting obligations to the Commission. Firms that knowingly violate CPSC reporting requirements are subject to civil and, in certain instances, criminal penalties.

As I have stated on several occasions, I believe this recall should have happened sooner. For too long, CPSC dragged its feet on robust enforcement with respect to the recalled products and the choking hazard they present, unnecessarily placing lives at risk. I hope today's action offers some solace to the families who lost children to these products.