**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E
Santa Monica, California 90404
Tel: (310) 667-7273
Fax: (424) 276-0473

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>Plaintiff<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-02567-ODW-SK<br><br>**DECLARATION OF PLAINTIFF WILLIENE JACKSON-JONES IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 22, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Otis D. Wright II<br>Crtrm.: 5D |

**DECLARATION**

My name is Williene Jackson-Jones and I am a plaintiff in the above-captioned lawsuit.

1. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to said information if called upon to do so.

2. I respectfully submit this declaration in support of Plaintiff's Renewed Motion for Class Certification in this action.

3. I am willing and able to serve as a class representative. I am aware that as a class representative in this case, I may be called to testify at the trial of this case.

4. I also understand that it is my responsibility to look after the interests of the other members of the class I seek to represent. This would include keeping in touch with my attorneys about the progress of the case, which I have been doing, as well as ensuring that any settlement of the claims is fair to the other class members.

5. I purchased the following Calico Critters products online from Amazon.com:

a) Calico Critters Baby Airplane Ride, Dollhouse Playset with Maple Cat Figure Included (purchased on or about June 11, 2021);

b) Calico Critters Sunshine Nursery Bus for Dolls (purchased on or about June 6, 2021);

c) Calico Critters Baby Ferris Wheel, Dollhouse Playset with Toy Poodle Figure Included (purchased on or about June 4, 2021);

d) Calico Critters Town Chocolate Lounge (purchased on or about May 25, 2021);

e) Calico Critters, Doll House Furniture and Decor, Laundry & Vacuum Cleaner (purchased on or about May 25, 2021);

f) Calico Critters Dress Up Set (Lavender & Aqua) (purchased on or about May 25, 2021);

g) Calico Critters Town Girl Series - Silk Cat (purchased on or about May 25, 2021);

h) Calico Critters School Lunch Set, 3 inches (purchased on or about July 12, 2022);

i) Calico Critters Town Tea and Treats Set (purchased on or about May 22, 2021);

j) Calico Critters, Town Series, Ready to Play Set (purchased on or about May 22, 2021);

k) Calico Critters Town Fashion Showcase Set (purchased on or about May 22, 2021); and

l) Calico Critters, Doll House Furniture and Décor, Light and Curtain Play Set, Multicolor (purchased on or about May 22, 2021).

6. I also purchased the following Calico Critters products online from Walmart.com:

a) Calico Critters Grocery Market, Over 30 Pieces of Furniture and Accessories (purchased on or about Jan. 24, 2020);

b) Calico Critters Deluxe Bathroom Set (purchased on or about Jan.24, 2020);

c) Calico Critters Dining Room Set (purchased on or about Jan. 24, 2020);

d) Calico Critters Comfy Living Room Set, Furniture Accessories (purchased on or about Jan. 24, 2020);

e) Calico Critters Children's Bedroom Set, Furniture Accessories (purchased or about Jan. 24, 2020); and

f) Calico Critters Grand Department Store (purchased Apr. 20, 2021).

7. Had I known the products listed in paragraphs 5 and 6 above were banned hazardous substances, I would not have purchased them.

8. I have participated actively in this lawsuit, including initiating the action, spending time communicating with my lawyers, responding to written discovery, searching for documents, and sitting for a deposition.

9. To the best of my knowledge, I do not have any interests that are adverse to those of the other class members, and am seeking restitution on behalf of myself and the Class.

10. If a class is certified, I will continue to vigorously pursue my claims against Defendants on behalf of a class of similarly-situated consumers.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Signed this 08 day of October, 2025 in Lancaster, California.

Date: October 8, 2025 By: [signature]

Plaintiff Williene Jackson-Jones