# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>    Plaintiff<br><br>    vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>    Defendants. | Case No. 2:23-cv-02567-ODW-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 22, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Otis D. Wright II<br>Crtrm.: 5D |

**[PROPOSED] ORDER GRANTING RENEWED MOTION FOR CLASS CERTIFICATION**

The Court, having read and considered the Renewed Motion for Class Certification of Plaintiff Williene Jackson-Jones ("Plaintiff") and all papers filed in support thereof and in opposition thereto, and good cause appearing, hereby GRANTS Plaintiff's Renewed Motion for Class Certification, based on the following findings:

1. Numerosity: Since it would be impracticable to join thousands of persons individually in this action, within the meaning of Fed. R. Civ. P. Rule 23(a)(1), the Court finds the proposed class satisfies the numerosity requirement.

2. Typicality: Plaintiff's claims and Defendants' defenses are typical of the claims of the proposed class and Defendants' defenses thereto. The proposed class satisfies Fed. R. Civ. P. Rule 23(a)(3).

3. Commonality and Predominance: Common questions of law or fact predominate Plaintiff's claims under the 'unfair' and 'unlawful' prongs of California's Unfair Competition Law (UCL), Cal. Bus. & Prof. C. §§ 17200, *et seq.*, and her claim for unjust enrichment. The proposed class satisfies Fed. R. Civ. P. Rule 23(a)(2) and (b)(3).

4. Adequacy: Plaintiff is a member of the proposed class and is able to fairly and adequately protect the interests of members of the class. Furthermore, Plaintiff's chosen attorneys are capable of effectively prosecuting this litigation. Proposed Class Counsel possess the necessary knowledge and experience in class action matters and are adequate to act as Class Counsel. Plaintiff satisfies Fed. R. Civ. P. Rule 23(a)(4).

5. Class-wide Relief: Plaintiff's demand for restitution under the UCL and unjust enrichment can be determined on a class-wide basis.

6. Superiority: A class action is superior to other available methods for the fair and efficient adjudication of the controversy alleged in the Complaint. Plaintiff further satisfies Fed. R. Civ. P. Rule 23(b)(3).

IT IS HEREBY ORDERED THAT this case is certified to proceed to the merits as a class action pursuant to Fed. R. Civ. P. Rule 23(b)(3) on all causes of action set forth in Plaintiff's Complaint (ECF No. 26) on behalf of the following Class: "All

persons in the State of California who purchased at least one of the Products, for personal use and not for re-sale, since January 30, 2019." For purposes of this Motion and the proposed class definition, the term "Products" means all Calico Critters flocked toys that were sold with a small part. A list of the Products is attached hereto as Appendix A and Appendix B. Excluded from the Class are Defendants, their officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, successors, assigns, or other persons or entities related to or affiliated with Defendants and/or their officers and directors and/or any of them. Also excluded from the proposed Class are the Court, the Court's immediate family and Court staff.

IT IS FURTHER ORDERED THAT Plaintiff Williene Jackson-Jones is appointed as the Class Representative.

IT IS FURTHER ORDERED THAT the following attorneys are appointed class counsel pursuant to Fed. R. Civ. P. Rule 23(g): Gillian L. Wade, Sara D. Avila, and Marc A. Castaneda of the law firm Wade Kilpela Slade LLP; Jack Walker of the law firm Martin Walker; and Justin R. Kaufman and Philip M. Kovnat of the law firm Durham, Pittard & Spalding, LLP.

Date: _____       _____
                              Hon. Otis D. Wright II
                              Judge of the United States Distrit Court
                              Central District of California