**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

[Additional counsel on signature page.]

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIENE JACKSON-JONES, individually and on behalf of all others situated,

Plaintiff

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No. 2:23-cv-02567-ODW-SK

**PLAINTIFF'S MOTION TO SEAL RENEWED MOTION FOR CLASS CERTIFICATION AND PORTIONS OF SUPPORTING EXHIBIT**

Date: December 22, 2025
Time: 1:30 p.m.
Judge: Hon. Otis D. Wright II
Crtrm.: 5D

Under Local Rule 79-5.2.2(b), Plaintiff Williene Jackson-Jones ("Plaintiff") hereby respectfully applies to this Court to file portions of Plaintiff's Renewed Motion for Class Certification ("Motion") and two pages of one exhibit attached to the concurrently-filed Declaration of Gillian L. Wade in Support of Plaintiff's Renewed Motion for Class Certification ("Wade Decl.") under seal.

On February 12, 2024, the Court entered the Parties' Stipulated Protective Order. ECF No. 59. Plaintiff's Motion and supporting exhibits draw from information that Defendants have designated as Highly Confidential – Attorneys' Eyes Only. *See* the concurrently-filed Declaration of Sara Avila filed in support of this motion (Avila Decl.) ¶¶ 5-6.

Plaintiff therefore submits this application in accordance with the requirements of Local Rule 79- 5.2.2(b). Here, Plaintiff seeks to file under seal:

1. An unredacted copy of the Motion and,
2. Pages 121-122 from Exhibit 13 to the Wade Declaration. Exhibit 13 contains excerpts from the Deposition of Ms. Alyssa Masterson (Defendant's Rule 30(b)(6) corporate witness in this matter).

Plaintiff has made a good faith effort to work with the Defendants to reduce the amount of information excluded from the public record by publicly filing a narrowly redacted copy of the Motion for sealing.

The content at issue in the Motion represents confidential, non-public, proprietary business information about the sale of Calico Critters flocked toys—including units sold and profits realized in California as well as business strategies. The sales data was marked HIGHLY CONFIDENTIAL when produced, in accordance with the Protective Order. The deposition testimony was designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY within the requisite timeframe by Defendant Epoch Everlasting Play. Defendants maintain that the disclosure of such non-public information risks causing competitive harm to

Defendants and their businesses. Additionally, the sales information was previously sealed by this Court in connection with Plaintiff's original motion for class certification. ECF No. 75. Therefore, good cause exists for granting this application. Plaintiff will file an unredacted version of their Motion under seal with the redactions noted by highlighting.

Pursuant to Local Rule 79-5.2.2(b)(i), within 4 days of this filing, Defendants must file with the Court a declaration establishing that the designated information is sealable. If Defendants do not file a responsive declaration as required by this subsection, the documents and information Plaintiff is herein requesting be filed under seal may be made part of the public record in their entirety.

Dated: October 9, 2025

**WADE, KILPELA, SLADE, LLP**

By: */s/ Sara D. Avila*
Gillian L. Wade, Esq.
Sara D. Avila, Esq.
Marc A. Castaneda, Esq.
David F. Slade (*pro hac vice*)

**DURHAM, PITTARD & SPALDING, LLP**
Justin R. Kaufman (*pro hac vice*)
jkaufman@dpslawgroup.com
Philip Kovnat (*pro hac vice*)
pkovnat@dpslawgroup.com
505 Cerillos Rd., Ste. A209
Santa Fe, NM 87501
Telephone: (505)986-0600

**MARTIN WALKER**
Jack Walker (*pro hac vice*)
jwalker@martinwalker.com
121 N. Spring Ave.
Tyler, TX 75702
Telephone: (903)526-1600

*Attorneys for Plaintiff and the Proposed Class*