**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>Plaintiff<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No. 2:23-cv-02567-ODW-SK<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

The Court, having considered Plaintiff's Application to File Under Seal Plaintiff's Renewed Motion for Class Certification and a Supporting Exhibit, in addition to the declaration of Sara Avila submitted in support of that application, and good cause appearing therefore, hereby orders that:

Plaintiffs' application to file under seal is GRANTED. The following unredacted documents shall be filed under seal pursuant to Local Rule 79-5:

1. Plaintiff's Renewed Motion for Class Certification and
2. Pages 121 and 122 of the deposition transcript of Ms. Alyssa Masterson, which are portions of Exhibit 13 of the Declaration of Gillian L. Wade in Support of Plaintiff's Renewed Motion for Class Certification.

**IT IS SO ORDERED**.

Dated: ___________________ ________________________________

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**