# **EXHIBIT A**

Case 2:23-cv-02567-ODW-SK Document 66-1 Filed 03/15/24 Page 2 of 4 Page ID #:2017

**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406
Facsimile: +1 202.942.5999

*Attorneys for Defendants*
EPOCH EVERLASTING PLAY, LLC
and TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated, KAREN SANTOS, individually and on behalf of all others situated,

Plaintiffs,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DECLARATION OF ALYSSA MASTERSON IN SUPPORT OF PLAINTIFFS' APPLICATION TO SEAL CERTAIN OF EEP'S CONFIDENTIAL INFORMATION**

**DECLARATION**

I, Alyssa Masterson, declare:

1. I am the Vice President of Marketing and Product for Epoch Everlasting Play, LLC ("EEP"). My responsibilities include, among other things, overseeing marketing, creative services, compliance of EEP's products, including Calico Critters products. In this role I am familiar with the market for and competition with EEP's products, including Calico Critters.

2. I am familiar with the above-referenced case and provide this declaration in support of Plaintiffs' Application to Seal Information in their Motion for Class Certification. The statements contained in this declaration are based on my personal knowledge and/or information in EEP's business records. If called as a witness, I could testify competently regarding the matters stated herein.

3. At EEP, we are in the business of marketing and selling toys, including Calico Critters products. While EEP sells Calico Critters products to retailers for resale to consumers, EEP also sells such products directly to consumers through EEP's website. Accordingly, we also compete with other retail sellers of Calico Critters products—including Amazon and Target, the other defendants.

4. EEP maintains certain proprietary information, such as its product sales volume and sales revenue figures, confidentially. In this case, EEP produced its sales volume and sales revenue figures for Calico Critters products in the state of California in response to Plaintiffs' document requests. This information is not publicly available, and we designated that information "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the parties' Stipulated Protective Order.

5. If these sales volume and sales revenue figures for Calico Critters products are made publicly available, EEP would suffer substantial economic harm and be placed at a competitive disadvantage. EEP's competitors would gain insight into EEP's sales of the product, and EEP's competitors could very well use that to

their advantage, and EEP's disadvantage, in the market. Such a result would cause significant harm to EEP's competitive position.

6. Therefore, we consider our sales volume and sales revenue figures for Calico Critters products to be competitively sensitive and highly confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this 15th day of March, 2024, at Ridgewood, NJ.

By: /s/ Alyssa Masterson

Alyssa Masterson
VP of Marketing and Product
Epoch Everlasting Play, LLC