# EXHIBIT B

**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406
Facsimile: +1 202.942.5999

*Attorneys for Defendants*
EPOCH EVERLASTING PLAY, LLC
and TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated, KAREN SANTOS, individually and on behalf of all others situated,

Plaintiffs,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, TARGET CORPORATION, a Minnesota corporation, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DECLARATION OF ALYSSA MASTERSON IN SUPPORT OF PLAINTIFFS' APPLICATION TO SEAL CERTAIN OF EEP'S CONFIDENTIAL INFORMATION**

**DECLARATION**

I, Alyssa Masterson, declare:

1. I am the Vice President of Marketing and Product for Epoch Everlasting Play, LLC ("EEP"). My responsibilities include, among other things, overseeing marketing, creative services, compliance of EEP's products, including Calico Critters products. In this role I am familiar with the market for and competition with EEP's products, including Calico Critters.

2. I am familiar with the above-referenced case and provide this declaration in support of Plaintiffs' Application to Seal Information in their Renewed Motion for Class Certification. The statements contained in this declaration are based on my personal knowledge and/or information in EEP's business records. If called as a witness, I could testify competently regarding the matters stated herein.

3. During my deposition in this case, I was asked whether EEP had discussed and/or taken certain steps in connection with ensuring the company's compliance with certain federal laws and regulations. My testimony on this topic concerned confidential internal discussions about product development, safety, and compliance issues. EEP considers such matters to be competitively-sensitive and highly confidential, and treats them as such.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this 13th day of October 2025, at Ridgewood, NJ.

By: /s/ Alyssa Masterson
Alyssa Masterson
VP of Marketing and Product
Epoch Everlasting Play, LLC