UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02567-ODW (SKx) | Date | October 23, 2025 |
| Title | *Jackson-Jones v. Epoch Everlasting Play LLC et al.* | | |

Present: The Honorable Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **In Chambers**

The Court has reviewed Plaintiff's Application to File Under Seal portions of her Renewed Motion for Class Certification and supporting exhibit. (Dkt. No. 112.) Pursuant to Local Rule 79-5.2.2(a)(iv) and (b), Plaintiff is **DIRECTED** to file the following **within three court days** of this order:

> (iv) An **unredacted** version of the document(s) proposed to be filed under seal, conspicuously labeled "UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," with any proposed redactions **highlighted**.

Plaintiff is directed to file the unredacted version of the documents under seal, solely for the purposes of completing the pending application. Failure to comply with this order will result in the Court denying the application to file under seal and precluding Plaintiff from relying on the redacted portions of the Renewed Motion for Class Certification.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE