UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02567-ODW (SKx) | Date | October 30, 2025 |
| Title | *Jackson-Jones v. Epoch Everlasting Play LLC & Amazon.com Services LLC* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

The Court has reviewed Plaintiff's Application to File Under Seal portions of her Renewed Motion for Class Certification and supporting exhibit, (Dkt. No. 112), as well as the supporting declarations.

The Court hereby **GRANTS** the Application and **ORDERS** that the following document be filed under seal:

1. Unredacted portions of Plaintiff's Renewed Motion for Class Certification; and
2. Pages 121–122 of Exhibit 13 to the Wade Declaration, containing limited deposition testimony designated "Highly Confidential – Attorneys' Eyes Only."

Plaintiff shall comply with Local Rule 79-5.2.2 and file the above documents **within three court days**. The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing.

**IT IS SO ORDERED**.

: 00

Initials of Preparer SE