| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER LLP**<br>JAMES F. SPEYER (Bar No. 133114)<br>james.speyer@arnoldporter.com<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: +1 213.243.4000<br>Facsimile: +1 213.243.4199<br><br>*Attorneys for Defendant*<br>EPOCH EVERLASTING PLAY, LLC<br>(additional counsel listed on signature page)<br><br>**K&L GATES LLP**<br>KEVIN S. ASFOUR (SBN 228993)<br>kevin.asfour@klgates.com<br>10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-5000<br><br>*Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC<br>(additional counsel listed on signature page) | **WADE KILPELA SLADE LLP**<br>Gillian L. Wade, State Bar No. 229124<br>gwade@waykayslay.com<br>Sara D. Avila, State Bar No. 26321<br>sara@waykayslay.com<br>Marc A. Castaneda, State Bar No. 299001<br>marc@waykayslay.com<br>2450 Colorado Ave., Suite 100E,<br>Santa Monica, CA 90404<br>Telephone: (310) 667-7273<br><br>*Attorneys for Plaintiff and the Class*<br><br>[Additional Counsel Listed on Signature Block] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE JACKSON-JONES, individually and on behalf of all others situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company and AMAZON.COM SERVICES LLC, a Delaware corporation,<br><br>Defendants. | Case No.: 2:23-cv-02567-ODW-SK<br><br>**STIPULATION TO INCREASE WORD LIMIT FOR DEFENDANTS' OPPOSITION TO AND PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Date:   December 22, 2025<br>Time:   1:30 p.m.<br>Judge:  Hon. Otis D. Wright II<br>Crtrm.: 5D |

# STIPULATION

WHEREAS, Plaintiff filed a Renewed Motion for Class Certification (ECF 111), pursuant to the Court's Minute Order (ECF 110);

WHEREAS, Defendants Epoch Everlasting Play, LLC and Amazon.com Services, LLC intend to file a single, joint opposition to Plaintiff's motion on November 10, 2025, also pursuant to the Court's Minute Order (ECF 110);

WHEREAS, Local Civil Rule 11-6.1 states that "[e]xcept as otherwise provided in this rule or ordered by a judge" a brief may not exceed 7,000 words;

WHEREAS, Defendants seek permission to file a single, joint opposition not to exceed 10,000 words;

WHEREAS, Plaintiff seeks permission to file a Reply not to exceed 5,500 words.

WHEREAS, good cause supports the requested relief.  Each Defendant is entitled to file a separate opposition brief up to 7,000 words.  Yet Defendants are filing jointly to avoid unnecessary overlap in arguments and conserve the Court's resources.  Moreover, the request is also justified due to the number of issues to be addressed in the opposition and reply;

WHEREAS, all Parties have agreed to this requested relief.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto—subject to the Court's approval—that Defendants shall have up to 10,000 words for their joint opposition brief and Plaintiff shall have up to 5,500 words for her reply brief.  A proposed order reflecting this relief is being filed along with this stipulation.

STIPULATION TO INCREASE WORD LIMIT FOR DEFENDANTS' OPPOSITION TO AND PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION
Case No.: 2:23-cv-02567-ODW-SK

Dated: November 4, 2025     **ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ James F. Speyer*
James F. Speyer

Ian S. Hoffman (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406

Attorneys for Defendants
EPOCH EVERLASTING PLAY, LLC

Dated: November 4, 2025     **K&L GATES LLP**

By:    */s/ Kevin S. Asfour*
Kevin S. Asfour

Jennifer J. Nagle (*pro hac vice*)
jennifer.nagle@klgates.com
Robert W. Sparkes, III (*pro hac vice*)
robert.sparkes@klgates.com
Michael R. Creta (*pro hac vice*)
michael.creta@klgates.com
1 Congress Street
Boston, MA  02114
Telephone:  (617) 261-3100

Attorney for Defendant
AMAZON.COM SERVICES LLC

Dated: November 4, 2025

**WADE KILPELA SLADE, LLP**

By:/s/ *Sara D. Avila*

    Gillian L. Wade
    Sara D. Avila
    Marc A. Castaneda

**WADE KILPELA SLADE, LLP**
David F. Slade (*pro hac vice*)
slade@waykayslay.com
1 Riverfront Pl., Ste. 745
North Little Rock, AR 72114
Telephone: (501) 417-6445

**DURHAM, PITTARD & SPALDING, LLP**
Justin R. Kaufman (*pro hac vice*)
jkaufman@dpslawgroup.com
Philip Kovnat (*pro hac vice*)
pkovnat@dpslawgroup.com
505 Cerillos Rd., Ste. A209
Santa Fe, NM 87501
Telephone: (505)986-0600

**MARTIN WALKER**
Jack Walker (*pro hac vice*)
jwalker@martinwalker.com
121 N. Spring Ave. Tyler, TX 75702
Telephone: (903)526-1600

*Attorneys for Plaintiff Willien Jackson-Jones and the Putative Class*

## ATTESTATION OF CONCURRENCE

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 4, 2025  **ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ James F. Speyer*
James F. Speyer

Ian S. Hoffman (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406

Attorneys for Defendants
EPOCH EVERLASTING PLAY, LLC