# Exhibit 1

| Calico Critter Product | Alleged Purchaser | Alleged Retailer | Alleged Date of Purchase | Reference(s) to Alleged Purchase | Price (USD) | Source of Price |
|---|---|---|---|---|---|---|
| School Lunch Set | Williene Jackson-Jones | Amazon | 7/12/2022 | Plaintiff's Responses to Interrogatories | 17.52 | From receipt produced by Plaintiff |
| Baby Airplane Ride Dollhouse Playset (including Maple Cat Figure) | Williene Jackson-Jones | Amazon | 6/11/2021 | Complaint; Plaintiff's Responses to Interrogatories | 15.18 | From receipt produced by Plaintiff |
| Nursery Bus for Dolls | Williene Jackson-Jones | Amazon | 6/6/2021 | Complaint; Plaintiff's Responses to Interrogatories | 21.92 | From receipt produced by Plaintiff |
| Baby Ferris Wheel Dollhouse Playset (including Toy Poodle Figure) | Williene Jackson-Jones | Amazon | 6/4/2021 | Complaint; Plaintiff's Responses to Interrogatories | 14.61 | From receipt produced by Plaintiff |
| Chocolate Lounge | Williene Jackson-Jones | Amazon | 5/25/2021 | Complaint; Plaintiff's Responses to Interrogatories | 12.95 | From receipt produced by Plaintiff |
| Doll House Furniture and Decor, Laundry & Vacuum Cleaner | Williene Jackson-Jones | Amazon | 5/25/2021 | Complaint; Plaintiff's Responses to Interrogatories | 11.99 | From receipt produced by Plaintiff |
| Dress Up Set (Lavender & Aqua) | Williene Jackson-Jones | Amazon | 5/25/2021 | Complaint; Plaintiff's Responses to Interrogatories | 12.99 | From receipt produced by Plaintiff |
| Town Girl Series - Silk Cat | Williene Jackson-Jones | Amazon | 5/25/2021 | Complaint; Plaintiff's Responses to Interrogatories | 12.99 | From receipt produced by Plaintiff |
| Tea and Treats Set | Williene Jackson-Jones | Amazon | 5/22/2021 | Complaint; Plaintiff's Responses to Interrogatories | 11.01 | From receipt produced by Plaintiff |
| Town Series, Ready to Play Set | Williene Jackson-Jones | Amazon | 5/22/2021 | Plaintiff's Responses to Interrogatories | 19.99 | Retail Price as of March 2023 |
| Town Fashion Showcase Set | Williene Jackson-Jones | Amazon | 5/22/2021 | Plaintiff's Responses to Interrogatories | 7.99 | Retail Price as of March 2023 |
| Doll House Furniture and Décor, Light and Curtain Play Set, Multicolor | Williene Jackson-Jones | Amazon | 5/22/2021 | Plaintiff's Responses to Interrogatories | 13.99 | Retail Price as of March 2023 |
| Grand Department Store | Williene Jackson-Jones | Walmart.com | 4/20/2021 | Plaintiff's Responses to Interrogatories | 60.64 | From receipt produced by Plaintiff |
| Calico Critters Grocery Market | Williene Jackson-Jones | Walmart.com | 1/24/2020 | Plaintiff's Responses to Interrogatories | 34.99 | Retail Price as of May 2026 |
| Deluxe Bathroom Set | Williene Jackson-Jones | Walmart.com | 1/24/2020 | Plaintiff's Responses to Interrogatories | 28.79 | From receipt produced by Plaintiff |
| Dining Room Set | Williene Jackson-Jones | Walmart.com | 1/24/2020 | Plaintiff's Responses to Interrogatories | 21.99 | From receipt produced by Plaintiff |
| Comfy Living Room Set, Furniture Accessories | Williene Jackson-Jones | Walmart.com | 1/24/2020 | Plaintiff's Responses to Interrogatories | 14.39 | From receipt produced by Plaintiff |

| | | | | | | |
|---|---|---|---|---|---|---|
| Children's Bedroom Set, Furniture Accessories | Williene Jackson-Jones | Walmart.com | 1/24/2020 | Plaintiff's Responses to Interrogatories | 14.39 | From receipt produced by Plaintiff |
| | | | | Walmart shipping and tax | 18.83 | From receipt produced by Plaintiff |
| | | | | Amazon tax | 5.22 | From receipt produced by Plaintiff |

**Total:** **372.37**