# Exhibit 2

Arnold & Porter

**Ian S. Hoffman**
+1 202.942.6406 Direct
Ian.Hoffman@arnoldporter.com

May 26, 2026

**VIA E-MAIL**

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
gwade@waykayslay.com
sara@waykayslay.com
marc@waykayslay.com

David Slade
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
slade@waykayslay.com

Re: *Jackson-Jones v. Epoch Everlasting Play, LLC, et al.*, No. 2:23-cv-02567; Unconditional Payment to Plaintiff Williene Jackson-Jones

Counsel:

I write on behalf of Defendants Epoch Everlasting Play, LLC ("EEP") and Amazon.com Services LLC ("Amazon") to convey the enclosed cashier's check in the amount of $2,575.18, remitted by Arnold & Porter on behalf of EEP and Amazon, to Plaintiff Williene Jackson-Jones. Please provide the check to Ms. Jackson-Jones as soon as possible.

This payment to Ms. Jackson-Jones provides her the maximum amount that she could receive if she were to prevail on all of her claims in the lawsuit and the Court were to order restitution (the only monetary relief available to her) in the amount of a full refund, plus interest, for each of the Calico Critters products she bought. The payment is unconditional and is not dependent upon dismissal. The payment is not an offer of settlement and should not be interpreted as such.

To ensure that this payment constitutes complete relief, we identified the 18 purchases of Calico Critters products Ms. Jackson-Jones alleged in her complaint and discovery responses. With respect to the products for which Ms. Jackson-Jones produced receipts, we identified the amounts that she paid for those products. With respect to the

Arnold & Porter



products for which Ms. Jackson-Jones did not produce a receipt, we identified the retail price through publicly available sources. As set forth in the table below, the total cost of the 18 Calico Critters products allegedly purchased by Ms. Jackson-Jones was $372.37.

| Product | Cost |
|---|---|
| School Lunch Set | $17.52 |
| Baby Airplane Ride Dollhouse Playset (including Maple Cat Figure) | $15.18 |
| Nursery Bus for Dolls | $21.92 |
| Baby Ferris Wheel Dollhouse Playset (including Toy Poodle Figure) | $14.61 |
| Chocolate Lounge | $12.95 |
| Doll House Furniture and Decor, Laundry & Vacuum Cleaner | $11.99 |
| Dress Up Set (Lavender & Aqua) | $12.99 |
| Town Girl Series - Silk Cat | $12.99 |
| Tea and Treats Set | $11.01 |
| Town Series, Ready to Play Set | $19.99 |
| Town Fashion Showcase Set | $7.99 |
| Doll House Furniture and Décor, Light and Curtain Play Set, Multicolor | $13.99 |
| Grand Department Store | $60.64 |
| Calico Critters Grocery Market | $34.99 |
| Deluxe Bathroom Set | $28.79 |
| Dining Room Set | $21.99 |
| Comfy Living Room Set, Furniture Accessories | $14.39 |
| Children's Bedroom Set, Furniture Accessories | $14.39 |
| [Additional shipping and tax amounts] | $24.05 |
| **TOTAL** | **$372.37** |

Arnold & Porter



While any prejudgment interest would be at the discretion of the court, *see Espejo v. The Copley Press, Inc.*, 13 Cal.App.5th 329, 375 (2017) ("[T]he court [] has discretion in equity to award prejudgment interest on a UCL award as a component of restitution."), we have applied the maximum interest rate applied under California law, at 7 percent per annum. *See* Cal. Civ. Code § 3287(c). We applied this interest rate as if it accrued for the entire amount, beginning in the month of Ms. Jackson-Jones' first purchase—January 2020—and compounded the interest annually. The total interest accrued, through the end of May 2026, is $202.81. Therefore the combination of a refund and interest is $575.18.

To account for any potential errors we have, out of an abundance of caution, added $2,000 to the calculated refund and interest amounts, making the total check value $2,575.18. If you have any questions about the calculations, or believe we have erred in the calculations in any way, please contact us with your concerns and we will address them.

Neither this payment nor any statement in this letter is intended as an admission by EEP or Amazon of wrongdoing, fault, or liability.

Best regards,

Ian S. Hoffman