# Exhibit 3

63

**WELLS FARGO BANK, N.A.**
PO Box 5131, N9777-112 OFC
Sioux Falls, SD 57117-5131

000016 CW91FSSA

Williene Jackson-Jones
Arnold & Porter Attn Henry Morris,
Senior Associate
601 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001-5369

May 21, 2026

CASHIER'S CHECK

0000 000948

PLEASE DETACH BEFORE DEPOSITING

1OFC Code

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CASHIER'S CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

11-24/1210

WELLS FARGO

**Check Number: 0002520926**

**Date: May 21, 2026**

Pay to the order of Williene Jackson-Jones **$2,575.18**

0000 000948

***Two Thousand Five Hundred Seventy-Five dollars and 18/100***

Drawer: WELLS FARGO BANK, N.A.

For Payment on behalf of EEP and Amazon

Wells Fargo Bank, N.A.

Security Features Details on Back.

Authorized Signature

Authorized Signature

FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122

⑈0002520926⑈ ⑆121000248⑆ 4861510634⑈