# Exhibit 4

**Morris, Henry**

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Wednesday, May 27, 2026 1:14 PM
**To:** Morris, Henry
**Subject:** Your shipment was delivered 381584772316

External E-mail

# Your shipment was delivered.

**Delivery Date**

Wed, 05/27/2026
10:06am

**Delivered to**

2450 COLORADO AVESTE 100E, SANTA MONICA, CA 90404

**Received by**

T.Bryant

**Report missing package**

## How was your delivery?

# Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| **Tracking ID** | 381584772316 |
| **From** | Arnold & Porter<br>601 Massachusetts Ave, NW<br>Washington, DC, US<br>20001 |
| **To** | Wade Kilpela Slade LLP<br>2450 COLORADO AVE STE 100E<br>SANTA MONICA, CA, US<br>90404 |
| **Ship date** | Tue 5/26/2026 06:24 PM |

| | |
|---|---|
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Priority Overnight® |
| **Reference** | 1104755.00005-23214 |
| **Shipper reference** | 1104755.00005-23214 |

TRACK SHIPMENT

## Plan like a pro

Got gifts for moms, dads, or grads? Drop them off at one of thousands of convenient retail locations, including

FedEx Office, FedEx Ship Centers, Walgreens, and more. See our shipping options and packing tips here.

FIND LOCATIONS

## This tracking update has been requested by:

| | |
|---|---|
| **Company name** | Arnold & Porter |
| **Name** | Henry Morris |
| **Email** | Henry.Morris@arnoldporter.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:14 PM CDT 05/27/2026.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID 1026