**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

IAN S. HOFFMAN (pro hac vice)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406
Facsimile: +1 202.942.5999

*Attorneys for Defendant*
EPOCH EVERLASTING PLAY, LLC

**REED SMITH LLP**
OLIVIA M. TREISTER (SBN 341191)
otreister@reedsmith.com
515 South Flower Street, Suite 4300
Los Angeles, CA 90071
Telephone: (213) 457-8000

JENNIFER J. NAGLE (*pro hac vice*)
jnagle@reedsmith.com
ROBERT W. SPARKES, III (*pro hac vice*)
rsparkes@reedsmith.com
100 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 517-2700

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated,

Plaintiff,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DECLARATION OF ROBERT W. SPARKES, III, IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

# DECLARATION

I, Robert W. Sparkes, III, declare and state as follows:

1. I am a partner at the law firm of Reed Smith LLP and represent Defendant Amazon.com Services LLC ("Amazon") in the above-captioned action. I am admitted *pro hac vice* to appear before the United States District Court for the Central District of California.

2. I make this declaration in support of Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction. I have personal knowledge of the facts stated below and, if called upon, could and would testify competently thereto.

3. On May 20, 2026, Amazon, through its counsel at Reed Smith LLP, approved the issuance of a $2,575.18 cashier's check payable to Plaintiff Williene Jackson-Jones and approved sending a letter enclosing that cashier's check to Plaintiff's counsel. On May 27, 2026, Defendants, through Epoch Everlasting Play, LLC's ("EEP") counsel at Arnold & Porter Kaye Scholer LLP, delivered to Plaintiff's counsel via messenger a letter signed by counsel for EEP. That letter enclosed the aforementioned $2,575.18 cashier's check.

4. The letter explained that the check represents payment to Plaintiff from Defendants exceeding the maximum amount the Court could award her in restitution plus interest were she to succeed on all her claims against Defendants. The payment is unconditional and is not dependent upon dismissal. The payment is not an offer of settlement and should not be interpreted as such. Defendants relinquish all interest in the $2,575.18 cashier's check and acknowledge that the check and the underlying funds belong to Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 12th day of June, 2026, in Boston, Massachusetts.

By: Robert W. Sparkes, III
Robert W. Sparkes, III