UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated,

Plaintiff,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Date: July 13, 2026
Time: 1:30 p.m.
Judge: Hon. Otis D. Wright II
Crtrm.: 5D

# [PROPOSED] ORDER

Defendants Epoch Everlasting Play, LLC and Amazon.com Services LLC's Motion to Dismiss For Lack of Subject-Matter Jurisdiction ("Motion") came before the above-captioned Court for hearing on July 13, 2026, at 1:30 p.m. in Courtroom 5D, 5th Floor, before the Honorable Judge Otis D. Wright II.

Having read and considered the moving and responding papers, all supporting evidence and oral argument presented, and for good cause shown, the Court hereby GRANTS the Motion in its entirety.

It is hereby ordered that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: ______________

_________________________________
HONORABLE OTIS D. WRIGHT II
U.S. DISTRICT COURT JUDGE