**ARNOLD & PORTER KAYE SCHOLER LLP**
JAMES F. SPEYER (Bar No. 133114)
james.speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

IAN S. HOFFMAN (*pro hac vice*)
ian.hoffman@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: +1 202.942.6406
Facsimile: +1 202.942.5999

*Attorneys for Defendant*
EPOCH EVERLASTING PLAY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIENE JACKSON-JONES, individually and on behalf of all others situated,

Plaintiff,

vs.

EPOCH EVERLASTING PLAY, LLC, a Delaware limited liability company, and AMAZON.COM SERVICES LLC, a Delaware corporation,

Defendants.

Case No.: 2:23-cv-02567-ODW-SK

**DECLARATION OF JAMES F. SPEYER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

| | |
|---|---|
| Date: | July 13, 2026 |
| Time: | 1:30 p.m. |
| Judge: | Hon. Otis D. Wright II |
| Crtrm.: | 5D |

# DECLARATION

I, James F. Speyer, declare and state as follows:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and represent Defendant Epoch Everlasting Play, LLC ("EEP") in this matter. I am admitted to practice in the United States District Court for the Central District of California.

2. I make this declaration in support of Defendants' Reply in Support of their Motion to Dismiss. I have personal knowledge of the facts stated below and, if called upon, could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the cashier's check in the amount of $2,575.18, provided to Plaintiff Williene Jackson-Jones on behalf of Defendants EEP and Amazon.com Services, LLC, which has been endorsed by Ms. Jackson-Jones and paid by the issuing bank as of June 10, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this 29th day of June, 2026, in Sharon, Connecticut.

By: */s/ James F. Speyer*

James F. Speyer