# Exhibit 1

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| [redacted]0543 | 8866203452 | 06102026 | $2575.18 | [redacted]0634 | 2520926 | 00007105 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK **CASHIER'S CHECK** HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

11-24/1210

WELLS FARGO

Check Number: 0002520926

Date: May 21, 2026

Pay to the order of Williene Jackson-Jones $2,575.18

***Two Thousand Five Hundred Seventy-Five dollars and 18/100***

Drawer: WELLS FARGO BANK, N.A.

For Payment on behalf of EEP and Amazon

Wells Fargo Bank, N.A.

Authorized Signature

Authorized Signature

FOR AUTOMATED CHECK VERIFICATION CALL: (480) 394-3122

⑈0002520926⑈ ⑆121000248⑆ [redacted]0634⑈

10294963

Security features on this document include a Micro-Print Endorsement Line, Watermark and Visible Fibers. Absence of these features may indicate alteration.

06102026 03:03 PM PDT [redacted]1431

[redacted]0009 USB > [redacted]0022<

06102026 03:03 PM PDT [redacted]0001

DEPOSITORY BANK ENDORSEMENT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

ENDORSE CHECK HERE

X

Ex. 1
p. 3

Ex. 1
p. 4