**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

# United States District Court
## Central District of California
## ~~Office of the Clerk~~

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ASP DEPUTY

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 4, 2026

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

AUG 11 2026

David W. Slayton, Executive Officer/Clerk of Court

Superior Court of California
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: 2:23-cv-02567-ODW-SK
Previously Superior Court Case No. 23STCV01931
Case Name: Williene Jackson-Jones et al v. Epoch Everlasting Play, LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 4, 2026, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: */s/ Evelyn Synagogue*
Deputy Clerk
Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

08.11.26
Date

By: F. Monge
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
CIVIL DIVISION
111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 90012 $ 000.78⁰
02 7W
0008044512 AUG 13 2026

CT COURT

9001283309 0032